# EXHIBIT F

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION NO.

---

COMMONWEALTH OF MASSACHUSETTS,

Plaintiff,

v.

UNITEDHEALTHCARE INSURANCE
COMPANY d/b/a UNITEDHEALTHCARE
COMMUNITY PLANS OF
MASSACHUSETTS,

Defendant.

**COMPLAINT**

kg

---

The Commonwealth of Massachusetts, by and through its Attorney General, Andrea Joy Campbell, brings this enforcement action pursuant to the Massachusetts False Claims Act, G.L. c. 12, §§ 5A et seq. (the "MFCA") and common law, to recover damages and civil penalties arising from false and/or fraudulent statements, records, and claims made and/or caused to be made by the Defendant, UnitedHealthcare Insurance Company d/b/a UnitedHealthcare Community Plans of Massachusetts ("United"), to MassHealth, the Commonwealth's Medicaid program.

## **INTRODUCTION**

1.  From at least January 1, 2015 through December 31, 2025 (the "relevant time period"), United contracted with MassHealth to be a Senior Care Organization ("SCO Plan Provider") to develop and administer a voluntary healthcare program for seniors aged 65 and

older (the "United SCO Plan").[1]  As a SCO Plan Provider, United is paid a per member, per month capitated rate for each senior enrolled in the United SCO Plan.  These capitated rates are determined based on United's own assessments of the member's health conditions, with higher rates paid for members that United has represented have more serious health conditions.

2.      United submits its assessments of the member's health conditions to MassHealth.  Based on those assessments, the members are assigned a level of care, Level 1, 2, or 3.  MassHealth then pays United its capitated rate based on the assigned level, with Level 1 resulting in the lowest reimbursement amount and Level 3 resulting in the highest amount.

3.      Throughout the relevant time period, United systematically defrauded MassHealth in three principal ways.

4.      First, throughout the relevant time period, United has submitted assessments of members in the United SCO Plan that led to their classification as Level 2, which is reserved for members with behavioral health or substance use disorders.  United classified members by identifying, in its submissions to MassHealth, that members had diagnoses like depression or anxiety, even though those members lacked any corresponding diagnosis or treatment associated with behavioral health or substantive use disorders.  United's own employees, in testimony and records obtained pursuant to civil investigative demand ("CID"), have confirmed that it would be improper to classify a member as having these conditions without an actual behavioral health or substance use disorder diagnosis and a corresponding treatment for that condition.  But United classified these members as having behavioral health or substance use disorders anyway.  As a

---

[1]    A different United affiliate, UnitedHealthcare of New England, Inc., and the Commonwealth's Executive Office of Health and Human Services ("EOHHS") entered into a new contract governing the United SCO Plan, which became operationally effective on January 1, 2026.  If the conduct alleged below is found to have continued through the performance of this new contract, the Commonwealth will seek leave to amend the Complaint accordingly.

result, United received higher capitated payments from MassHealth for these members than it should have.

5.      Second, from at least January 1, 2014 and continuing at least through part of 2020, United improperly assessed many members in the United SCO Plan with health conditions ostensibly satisfying Level 3, reserved for members with the most serious health conditions, even though those members did not qualify for Level 3 services.  Beginning in 2018 and continuing into 2019, United became aware through a series of internal reviews that many of its members at Level 3 had been improperly classified.  United submitted revised assessments that resulted in many of these members being downgraded to Level 1, the lowest reimbursement level paid by MassHealth and reserved for members with the least serious health conditions, or to Level 2, even though those members' health conditions did not appear to change between the time they were downgraded from Level 3.  United never disclosed to MassHealth that it had been improperly paid at higher rates for these members prior to their being downgraded, nor has it repaid MassHealth for any of the improperly inflated capitated payments United received while the members were incorrectly classified at Level 3.

6.      Third, throughout the relevant time period, United submitted assessments to MassHealth for members in the United SCO Plan that represented that those members qualified for Level 3 because the members either needed daily skilled nursing services or needed skilled nursing services three times per week with two impairments with activities of daily living ("ADLs").  Despite these representations, most of those members did not receive any skilled nursing services in the week prior to United's assessment, nor did those members need the services United asserted they did.  As a result, United received higher capitated payments from MassHealth for these members than it should have.

3

7.    United's fraud on the MassHealth program was knowing and intentional. Throughout the relevant time period, United SCO Plan managers were repeatedly told by United nurses that member evaluations often included clinical assessments that were copied and pasted from prior evaluations of other patients, included inaccurate diagnoses based on comparisons to the patient's medical records or contemporaneous patient assessments, and did not reflect comprehensive, accurate, and clinically appropriate reviews of members' capabilities and health conditions.

8.    Moreover, United relentlessly pursued a growth-at-all-costs strategy that failed to allocate resources to ensure that it accurately reported members' conditions to MassHealth. United chronically understaffed the nurses who were responsible for assessing members as part of the United SCO Plan and created an incentive structure in which United's overworked nurses would not have to complete as many member assessments if they represented that the members had more serious health conditions, even if those members did not.  United also built a team to conduct quality control of member assessments before submitting those assessments to MassHealth, then abandoned that quality control process for half of member assessments when it developed a backlog that resulted in United making less money.

9.    Indeed, Bernadette Di Re, CEO of the United SCO Plan from 2011 through 2020, attributed pressure from United's corporate management to increase membership in the Plan, reduce costs, "cut staff," "[g]et more numbers," and "[g]et more money from the state" as the reason she resigned as CEO of the United SCO Plan and left United entirely.

10.    These misrepresented assessments have resulted in United receiving and retaining more than $100 million in fraudulent payments from MassHealth.  These strategies were employed at the direction of senior United personnel and with full knowledge that the assigned

levels of its enrollees were inflated.  This action is to recover those monies improperly paid by MassHealth to United.

## JURISDICTION AND VENUE

11.    The Attorney General is authorized to bring this action pursuant to G.L. c. 12, §§ 5, 5C and G.L. c. 118E, § 44.

12.    This Court has jurisdiction over the persons and subject matter of this action pursuant to G.L. c. 12, § 5C, G.L. c. 118E, § 44, and G.L. c. 223A, §§ 2-3.  All claims in this action arise from United's transaction of business in the Commonwealth.

13.    Venue is proper in Suffolk County pursuant to G.L. c. 12, § 5C, G.L. c. 118E, § 45, and G.L. c. 223, § 5.

## PARTIES

14.    Plaintiff the Commonwealth of Massachusetts is a sovereign state and body politic duly organized by law and is represented by the Attorney General of the Commonwealth, who brings this action in the public interest and on behalf of the Commonwealth, its citizens, and taxpayers.

15.    Defendant UnitedHealthcare Insurance Company is a Connecticut corporation licensed to operate as an insurance company in Massachusetts with a principal place of business at 185 Asylum Street, Hartford, Connecticut.  By operation of G.L. c. 175, §§ 151, 154, the Commonwealth's Division of Insurance is the authorized agent for service of process on UnitedHealthcare Insurance Company.  Defendant UnitedHealthcare Insurance Company does business in the Commonwealth as UnitedHealthcare Community Plans of Massachusetts. UnitedHealthcare Insurance Company is a wholly owned subsidiary of UHIC Holdings, Inc. UHIC Holdings, Inc. is a wholly owned subsidiary of United Healthcare Services, Inc.  United

Healthcare Services, Inc. is a foreign corporation registered to do business in the Commonwealth. The ultimate parent company of these entities is UnitedHealth Group, Inc. which is a publicly held company traded on the New York Stock Exchange.

## STATUTORY AND REGULATORY FRAMEWORK

### Medicaid

16.    Medicaid is a joint state and federal assistance program, which pays medical expenses for certain individuals, including children, seniors, and people with disabilities. It was created in 1965 as part of Title XIX of the Social Security Act. See 130 C.M.R. § 450.101.

17.    The federal Medicaid statute sets forth the minimum requirements for state Medicaid programs to qualify for federal funding. See 42 U.S.C. §§ 1396a et seq. The federal portion of each state's Medicaid budget, known as the Federal Medical Assistance Percentage, is based on the state's per capita income compared to the national average. Id. at § 1396d(b). The remainder of the Medicaid budget is funded by each state.

18.    Originally, payment for all Medicaid services was made on a fee-for-service basis, meaning that providers were paid directly by Medicaid for each service delivered. Over the last few decades, states, including the Commonwealth, have increasingly turned to managed care entities ("MCEs") to administer Medicaid services to members.

19.    MCEs are typically private insurance companies that are responsible for delivering and paying for the members' health care services. MassHealth pays for the services provided to MassHealth members enrolled in an MCE on a capitated basis from Medicaid funds MassHealth receives from the United States and the Commonwealth. Each MCE selects its own group of providers and contracts with those providers to form its network. These networks typically include doctors, specialists, hospitals, labs, and other health care facilities.

20.    Some MCEs focus on delivering services for a specific category of members, including behavioral health members or members over a certain age.  The United SCO Plan is a Senior Care Options plan, which is also a type of MCE.

**Senior Care Options Plans**

21.    Medicaid pays for items and services pursuant to plans developed by the states and approved by the Department of Health and Human Services through the Centers for Medicare & Medicaid Services ("CMS").  Section 1115 of the Social Security Act gives CMS authority to approve experimental, pilot, or demonstration projects that are found by it to be likely to assist in promoting the objectives of the Medicaid program.

22.    The program authorizing senior care options plans ("SCO Plans") was launched by MassHealth in 2004 as a Section 1115(a) Medicaid demonstration program.

23.    SCO Plans are a "comprehensive network of medical, healthcare and social service providers that integrates all components of care, either directly or through subcontracts." G.L. c. 118E, § 9D(a).  This includes primary care and specialty physician visits, regular preventative services, laboratory work, emergency care, inpatient hospitalization, mental health and substance abuse treatment services, and transportation for medical care.

24.    Enrollment by qualifying MassHealth members in a SCO Plan is voluntary.  See G.L. c. 118E, § 9D(c).

25.    To enroll in a SCO Plan, a MassHealth member must meet all of the following criteria: (1) be 65 years of age or older; (2) live in a designated service area of a SCO; (3) not be diagnosed as having end-stage renal disease; (4) not be subject to a six-month deductible period under 130 C.M.R. § 520.028; (5) not be a resident of an intermediate care facility for individuals

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

with intellectual disabilities; and (6) not be an inpatient in a chronic or rehabilitation hospital. See 130 C.M.R. § 508.008(A).

26.     Eligible MassHealth members may participate in a SCO Plan by selecting from a specific group of SCO Plan Providers that have been qualified by and contracted with MassHealth.  See 130 C.M.R. § 508.008(B).  For the year beginning in 2026, there were six SCO Plan Providers from which an eligible MassHealth member might choose: Commonwealth Care Alliance Senior Care Options, Fallon NaviCare, Mass General Brigham SCO, Senior Whole Health SCO, Tufts Health Plan Senior Care Options, and United.  See https://www.mass.gov/info-details/2026-senior-care-options-plans.

27.     SCO Plans are responsible for providing members with the full continuum of MassHealth covered services through their network of contracted providers.  See 130 C.M.R. § 508.008(C).

28.     Once accepted into the SCO Plan, the SCO Plan member selects a primary care physician from within the network established by the specific SCO Plan Provider that they have chosen.  The selected primary care physician then works together with a team of other network providers, such as specialists, registered nurses, and geriatric support services coordinators, to create an individualized care plan which is supposed to be specific to fit the needs of each member enrolled in the SCO Plan.

29.     While some members receiving services under a SCO Plan may reside in a nursing home, SCO Plans also cover long-term services and supports to allow program participants to continue to live at home, the home of a relative, or another community-based setting.  Those services may include adult day care, personal care assistance, personal emergency response systems, respite care, and homemaker services.  As of 2021, according to Slide 20 of

one of United's internal presentations, attached as **Exhibit 1**, over 90% of the United SCO Plan members lived in the community, as opposed to institutional settings. As of October 2024, community residents comprised over 95% of the United SCO Plan membership.

### Leveling, Rate Cells, and Capitation Payments to SCO Plan Providers

30. MassHealth pays SCO Plan Providers a capitated rate, i.e., a set dollar payment per member per month to cover a specified set of services and administrative costs for the member without regard to the actual number of services provided. See G.L. c. 118E, § 9D(a).

31. The amount of the monthly capitation payments made by MassHealth to SCO Plan Providers is determined according to "rate cells," also known as "rate levels."

32. Because individuals that qualify for enrollment in the SCO Plan have differing health circumstances, there is a wide variance in their utilization of health care services and, correspondingly, the total cost of services they receive. Those with serious illnesses or multiple chronic conditions require more care, which in turn leads to higher medical costs than their healthier counterparts.

33. Members enrolled in a SCO Plan who reside in community settings and are not institutionalized, i.e., not residing in hospitals or nursing facilities, are assigned one of three levels of care: "Community Other," "Behavioral Health," and "Nursing Home Certifiable." Those rate levels are defined in contracts between MassHealth and SCO Plan Providers.

34. Level 3, or Nursing Home Certifiable, is the highest level of care and is defined to include members who require one skilled service, which can include nursing or therapy services, daily, or one skilled nursing service at least three times per week and have at least two impairments in ADLs.

9

35.     Level 2, or Behavioral Health, is defined to include members who do not meet the Level 3 criteria but have a diagnosis for a behavioral health or substance use disorder.

36.     Level 1, or Community Other, is the lowest level of care and is defined to include members who do not meet the Level 3 criteria and do not have a diagnosis for a behavioral or substance use disorder.

37.     In addition to the three rate levels, MassHealth capitation rates for community-based members vary by the region of Massachusetts where the member lives.  There are three applicable regions: Eastern Massachusetts, Western Massachusetts, and Cape Cod.

38.     SCO Plan Providers are responsible for conducting and documenting their own clinical assessments of members to determine the appropriate level of care.  For members to be classified in either Level 2 or Level 3, registered nurses are responsible for performing these clinical assessments in-person utilizing a mandated standard assessment tool, the Minimum Data Set – Home Care 2.0 ("MDS-HC").

39.     The MDS-HC form, a sample of which is attached as **Exhibit 2**, includes sixteen sections with detailed questions requiring an extensive examination of the member's clinical condition and daily functions.  For an initial assessment, the MDS-HC assessment requires a nurse to travel to a member's residence to conduct the assessment, such that the nurse can see the member perform a series of tasks (including ADLs) in their home environment.

40.     The MDS-HC form also requires the assessing nurse to list any disease diagnoses affecting the member's condition at Section J and to quantify the number and types of care-related services received by the member in the previous seven days at Section P.

41.     Upon completion of the MDS-HC assessment, the SCO Plan Provider submits the MDS-HC assessment to MassHealth.  MassHealth has an electronic system that relies on the

10

inputs provided on the MDS-HC assessment to determine the member's rate level. If the member requires assistance with two or more activities of daily living and has a skilled need three or more times per week, or if the member requires daily skilled services, then the member is assigned Level 3. If the member does not satisfy the Level 3 criteria but has a diagnosis fitting within specified categories of behavioral health- or substance use disorder-related diagnoses, then the member is assigned Level 2. All other members are assigned Level 1. If the SCO Plan Provider does not submit an MDS-HC assessment to MassHealth, the member is assigned Level 1 by default.

42.     SCO Plan Providers are required by MassHealth to perform an initial assessment of each member within thirty days of enrollment and then, depending on the member's rate level, follow-up evaluations based on a set schedule thereafter. Members requiring complex care are re-assessed every three months, and other members are re-assessed every six months.

43.     SCO Plan Providers also submit a "Request for Services" form to MassHealth when they submit the MDS-HC assessment, a sample of which is attached as **Exhibit 3**.

44.     MassHealth relies on the accuracy of the MDS-HC assessments and does not have the resources to conduct its own health assessment of each member in a SCO Plan. Thus, it is critical that the SCO Plan Provider be truthful and accurate when reporting SCO Plan members' MDS-HC assessments to MassHealth.

45.     The capitated rates vary widely based on the level assigned to the SCO Plan member. For example, for a SCO Plan member residing in Eastern Massachusetts, for January 1, 2025 through December 31, 2025, MassHealth paid $1,305.57 per month for a Level 1 SCO Plan member, $1,831.14 per month for a Level 2 SCO Plan member, and over $4,265.49 per month for a Level 3 SCO Plan Member. If MassHealth had known that a member was assigned an

11

improper level based on an untruthful or inaccurate assessment, MassHealth would not have made the capitated payment at that rate to the SCO Plan Provider.

## LEGAL AND STATUTORY FRAMEWORK

### Massachusetts False Claims Act

46.     The MFCA establishes liability for any person[2] who: (1) knowingly presents or causes to be presented, a false or fraudulent claim for payment; (2) knowingly makes, uses or causes to be made or used a false record or statement material to a false and fraudulent claim; (9) knowingly conceals or knowingly and improperly avoids or decreases an obligation to pay or transmit money to the Commonwealth; or (10) is a beneficiary of an inadvertent submission of a false claim to the Commonwealth, or is a beneficiary of an overpayment from the Commonwealth, and who subsequently discovers the falsity of the claim or receipt of overpayment and fails to disclose the false claim or receipt of overpayment to the Commonwealth.  See G.L. c. 12, § 5B.

47.     Any person who violates the MFCA is liable for "a civil penalty of not less than $5,500 and not more than $11,000 per violation, as adjusted by the Federal Civil Penalties Inflation Adjustment Act of 1990, plus three times the amount of damages, including consequential damages, the Commonwealth or a political subdivision thereof sustains because of such violation."  Id.

48.     For purposes of the MFCA, the terms "knowing" and "knowingly" mean that a person possesses actual knowledge of relevant information, acts with deliberate ignorance of the truth or falsity of the information, or acts in reckless disregard of the truth or falsity of the information; and no proof of specific intent to defraud is required.  Id. at § 5A.

---

[2]     For purposes of the MFCA, a "person" is defined as a natural person, corporation, partnership, association, trust or other business or legal entity.  See G.L. c. 12, § 5A.

49.    If a person enters into a contract with MassHealth and fails to "familiarize themselves with the legal requirements, standards and procedures of the Medicaid program," the knowledge requirement is met.  See Commonwealth v. Mylan Labs., 608 F. Supp. 2d 127, 154 (D. Mass. 2008) (citing Heckler v. Community Health Servs., 467 U.S. 51, 63-65 (1984)).

50.    The MFCA defines "claim" as "a request or demand, whether pursuant to a contract or otherwise, for money or property, whether or not the commonwealth or a political subdivision thereof has title to the money or property, that: (1) is presented to an officer, employee, agent or other representative of the commonwealth or a political subdivision thereof; or (2) is made to a contractor, subcontractor, grantee or other person, if the money or property is to be spent or used on behalf of or to advance a program or interest of the commonwealth or political subdivision thereof and if the commonwealth or any political subdivision thereof: (i) provides or has provided any portion of the money or property which is requested or demanded; or (ii) will reimburse directly or indirectly such contractor, subcontractor, grantee or other person for any portion of the money or property which is requested or demanded."  Id. at § 5A.

## FACTUAL ALLEGATIONS

### Contracts with MassHealth

51.    United first became a SCO Plan Provider in 2004 and entered into a contract with MassHealth governing its obligations as a SCO Plan Provider.  United has entered into additional contracts with MassHealth since that time.

52.    As of December 2025, the United SCO Plan was governed by a Third Amended and Restated Contract, executed by United and MassHealth on September 18, 2023, which was

13

extended through December 31, 2025 pursuant to an amendment executed between United and MassHealth.

53.     Under the terms of United's contracts with MassHealth, United must comply with all applicable statutes, orders, and regulations promulgated by any federal, state, municipal, or other governmental authority relating to the performance of the contracts.

54.     These contracts also require United to have delivered and coordinated all components of MassHealth-covered services to members enrolled in the United SCO Plan in accordance with and subject to the provisions of their contract and all applicable federal and state laws, regulations, rules, billing instructions, and bulletins, as amended.

55.     Its contracts with MassHealth also require United to conduct comprehensive assessments for SCO members "residing in the community with complex care needs" by utilizing the assessment tool designated by MassHealth, the MDS-HC assessment.

56.     United is also required to maintain, for each member participating in the United SCO Plan, a "Centralized Enrollee Record" or "CER," containing, among other information, records of all covered services provided to the member pursuant to the SCO Plan and all data from the periodic assessments.

57.     In addition, United is required to maintain a quality management program, which includes quality assessment and performance improvement, for services furnished to the SCO members.  The United SCO Plan CEO or CFO is required to certify on an annual basis that United "is in compliance with this Contract as it relates to program integrity requirements and has not been made aware of any instances of Fraud and Abuse other than those that have been reported by [United] in writing" to MassHealth.

14

**United's Payments from MassHealth**

58.      From January 1, 2014 through December 31, 2025, United was paid more than $5 billion[3] by MassHealth in capitated payments for its SCO Plan.  Of that amount, over $3.8 billion is attributable to SCO Plan members residing in community, or non-institutional, settings.

59.      Of United's SCO Plan members who reside in the community, the table below shows the amount paid for each rate cell level, as well as the percentage of days its members spent in each rate cell level, divided by year.

| Calendar Year | SCO Community Level 1 (Community Well) | | SCO Community Level 2 (Behavioral Health/Substance Use Disorder) | | SCO Community Level 3 (Nursing Home Certifiable) | |
|---|---|---|---|---|---|---|
| | Capitated Amount Paid | Percentage of Member Days in Level 1 | Capitated Amount Paid | Percentage of Member Days in Level 2 | Capitated Amount Paid | Percentage of Member Days in Level 3 |
| 2014 | $13,747,007 | 56.21% | $2,950,411 | 5.64% | $160,193,962 | 38.15% |
| 2015 | $13,234,746 | 49.17% | $3,395,839 | 5.84% | $216,222,276 | 44.99% |
| 2016 | $14,442,534 | 46.69% | $3,957,697 | 5.81% | $263,034,573 | 47.51% |
| 2017 | $17,395,067 | 47.83% | $5,747,328 | 7.24% | $262,339,224 | 44.93% |
| 2018 | $32,354,163 | 46.65% | $9,854,091 | 9.32% | $263,035,317 | 44.04% |
| 2019 | $44,896,076 | 47.71% | $14,339,589 | 10.46% | $245,791,995 | 41.83% |
| 2020 | $65,057,645 | 49.73% | $22,012,556 | 12.86% | $210,556,963 | 37.41% |
| 2021 | $81,338,513 | 51.77% | $23,358,269 | 12.22% | $229,166,635 | 36.01% |
| 2022 | $91,611,987 | 53.72% | $23,127,804 | 11.22% | $246,129,811 | 35.07% |
| 2023 | $76,146,333 | 57.52% | $20,349,361 | 8.54% | $269,464,254 | 33.94% |
| 2024 | $89,225,276 | 57.37% | $23,935,715 | 7.98% | $288,313,483 | 34.65% |
| 2025 | $134,335,721 | 59.40% | $19,210,487 | 7.07% | $306,793,237 | 33.54% |
| Grand Total | $673,785,067 | 52.46% | $172,239,146 | 8.93% | $2,961,041,730 | 38.60% |

60.      Di Re, the former CEO of the United SCO Plan, confirmed that Level 3 members offered the highest profit margin for United, at least as of February 2020.

---

[3]      The data set forth in this Complaint reflecting payments made to United, leveling assessments, and member populations reflects the best information available to the Commonwealth.  Data and related calculations are subject to further validation and, if necessary, refinement based on additional data acquired from other sources.

**United's Corporate Structure and SCO Operations**

61.    United's corporate parent is UnitedHealth Group, Inc., a publicly traded company. United's operations are part of the UnitedHealthcare Community & State segment of UnitedHealth Group, Inc., which operates plans in over thirty states and reported revenue of over $94 billion as of December 31, 2025.

62.    The United SCO Plan has grown consistently during the relevant time period.  As of February 2015, according to United's internal documents, the United SCO Plan enrolled approximately 14,000 members.  See **Exhibit 4** at 10.  As of the first quarter of 2021, the United SCO Plan had 21,498 members.  See **Exhibit 1** at 16.  In December 2025, MassHealth made payments for 25,443 members enrolled in the United SCO Plan.  Throughout this period, United has maintained the largest market share in Massachusetts out of all SCO Plan Providers.  See **Exhibit 5** at 123045.

63.    Internally in company documents, United SCO Plan executives have characterized the plan as "[h]istorically . . . a strong financially performing program" with profits of 4% to 8%.  See id. at 123059.

**United's Assessment Process for SCO Plan Members**

64.    Once a member has been enrolled in United's SCO Plan, United is required by its contracts with MassHealth to perform a comprehensive assessment of the member's clinical and functional status to determine the member's appropriate rate cell level, to create an individual plan of care in conjunction with the member's primary care providers, and to complete a functional assessment, which evaluates the member's needs for additional support or services, such as whether the member requires meals to be delivered at home.

16

65.     The functional assessment is the mechanism by which United documents a member's functional impairments and substantiates the needs for services and support.

66.     To prepare a submission for MassHealth that will determine the member's rate cell level, upon enrollment in the United SCO Plan, United staff begin by conducting preliminary interviews of members, focusing on what services and supports the members receive currently. See **Exhibit 4** at 18.  For those members presently receiving little or no services and without significant medical conditions (and who are likely to be classified at Level 1), United will perform an initial assessment through a Geriatric Services and Support Coordinator, typically a social worker.  If the initial assessment by the social worker does not identify any significant medical issues, diagnoses, or impairments, United may submit an MDS-HC assessment to MassHealth reflecting those conditions or may simply forego the submission of an assessment, which, by default, results in the member being assigned to Level 1.

67.     If United identifies significant medical issues or impairments for the member during the initial enrollment interview or the initial assessment by the Geriatric Services and Support Coordinator, United will perform a more detailed assessment.  For those members, United assesses the member utilizing the MDS-HC form.

68.     The MDS-HC assessments are performed for United by registered nurse case managers ("Field Nurses").  The Field Nurses are managed by Clinical Services Managers. According to the CID testimony of Sandra Wolfgang, Associate Director of Medical Clinical Operations for United's SCO Plan, early in the United SCO Plan, Clinical Services Managers supervised eight or nine Field Nurses, but as the United SCO Plan member population has increased, Clinical Services Managers now supervise upwards of twenty Field Nurses each.

17

69.     Field Nurses are required to complete the MDS-HC assessment in a face-to-face meeting[4] in the member's home.  The MDS-HC assessment relies on structured interviews, clinical assessment protocols, and observations of the member in their physical environment. These MDS-HC assessment interview questions include evaluations of the member's cognitive abilities, hearing, communication, vision, mood and behavioral health, social functioning, formal and informal support services, and detailed assessments of the member's activities of daily living and instrumental activities of daily living, as well as medical history, current diagnoses and treatments, and chronic illnesses.

70.     According to United's estimates, it takes a Field Nurse approximately eight hours to conduct each initial assessment of a SCO member to make a Level 2 or 3 classification.

71.     Along with the MDS-HC assessment, United also completes a "Request for Services" form during its initial submission to MassHealth.  United instructed its Field Nurses to summarize the member's condition in this form by including a request for a specific rate cell level assignment with a summary of the conditions ostensibly satisfying that leveling recommendation.  See **Exhibit 6** at 22-28. United described this form as "critical" and material to MassHealth's review and acceptance of an MDS-HC assessment.  See **Exhibit 7** at 30.

72.     According to United's training materials for Field Nurses, "[l]ack of proper or insufficient documentation of clinical need [on the MDS-HC] will . . . generate [an] inappropriate category.  Accuracy is important." See id. at 6.

73.     In addition to performing these regular MDS-HC and functional assessments, Field Nurses were responsible for coordination of care for the members.  These tasks include monitoring members' plans of care, working with primary care physicians, home health aides,

---

4     Due to the COVID-19 pandemic, MassHealth permitted assessments to be conducted telephonically or by video on a temporary basis from March 18, 2020 through November 3, 2021.

and other service providers, ordering durable medical equipment, and requesting additional services as appropriate.

74.    Field Nurses record the results of each member's MDS-HC assessment in United's data system, and, at least from January 1, 2015 through February 2020, that MDS-HC data would be reviewed by a separate team of nurses at United before submission to MassHealth. This review team was referred to internally at United as the MDS Team (the "MDS Team" and/or "MDS Nurse(s)"). Currently, the United SCO Plan employs eight nurses on the MDS Team.

75.    MDS Team members were initially responsible for comparing the diagnoses listed in the MDS-HC assessment to the member's medical records and plan of care. The MDS Team would also review the MDS-HC data for logical consistency with the member's other assessments and care-related documents, including the functional assessments, health risk assessments, individual plan of care, and any requests for services like personal care attendants or nursing visits. United viewed the function of the MDS Team review as "ensur[ing] the [MDS-HC] submission is appropriate." See **Exhibit 7** at 5. Di Re, CEO of the United SCO Plan from 2011 to 2020, described the MDS Nurses as quality control for United's MDS-HC submissions, responsible for checking the work performed by Field Nurses..

76.    United communicated similar messages regarding the role and function of the MDS Team to external audiences in job postings as well. United described the MDS Team's role on LinkedIn as "assist[ing] the [Field Nurse] with ensuring that the documentation entered by the field RN team meets State guidelines" and "facilitat[ing] accurate determination of the MDS-HC that accurately reflects the patient's care needs and captures all resources utilized to ensure accurate representation of the member's clinical and functional needs." See **Exhibit 8**.

19

United likewise described the role to entail "documentation review of the member's information contained within the health plan's centralized medical record." See id.

77.     For example, in the course of its review, the MDS Team may flag an MDS-HC assessment that includes a diagnosis for depression but without any corresponding records of treatment for depression or other indication that the member suffers from depression in the member's medical records.  Another example would be a member reported having a complete inability to perform one or more activities of daily living, for example dressing and undressing, but who has been receiving personal care support services for only three or four days a week.

78.     According to United's internal documents, before United reduced the role of its MDS Team as described below, discrepancies identified by the MDS Team were initially to be reported to the Field Nurse or, in some instances, the Field Nurse's immediate supervisor, i.e., the Clinical Services Manager, as an "MDS Rework" or "MDS Rejection."  See **Exhibit 9**.  The Field Nurse would then resolve those discrepancies by either updating the MDS-HC assessment or otherwise addressing the issue flagged by the MDS Team.  See **Exhibit 6** at 83.

79.     In its training materials for Field Nurses, United described the role of the MDS Team as "gatekeepers," who are responsible for double-checking MDS-HC assessments and resolving any potential discrepancies.  See **Exhibit 7** at 55.

80.     After the MDS Team finishes its review, the MDS-HC assessment is transmitted by United to MassHealth via an online portal.  In limited instances, MassHealth will reject the MDS-HC assessment due to, for example, member ineligibility or data inconsistences that are readily apparent from the MDS-HC assessment, typically returning a system-generated error stating "Member not found based SSN/DOB and/or Name."  Otherwise, the MDS-HC assessment is not reviewed by MassHealth manually; rather, it is processed by MassHealth's

electronic system, and the inputs provided by United result in MassHealth's electronic system automatically identifying the member's rate level.  MassHealth then calculates United's monthly capitation payments by including those members in the corresponding rate levels as determined by the MDS-HC process.  As a result, if United inaccurately reports the members' diagnoses and need for services on the MDS-HC assessment, MassHealth will pay United an inaccurate capitated rate.

81.     United nurses understood what information would result in the assignment of certain levels, often referencing "auto approval" of specific levels based on the particular information included in the MDS-HC assessments.  See, e.g., **Exhibit 10** at 255782.  MDS Nurse Michelle Gour, who testified pursuant to a CID, stated that she understood that MassHealth's leveling is determined by United's inputs on the assessments.

82.     United continues to receive the monthly capitation payment for that member unless and until the member disenrolled from the United SCO Plan, passes away, or is re-leveled based on a subsequent MDS-HC assessment United submits to MassHealth.

83.     United is required by its contracts with MassHealth to perform ongoing assessments of members on a periodic basis.  Level 1 and Level 2 members are assessed on semi-annual basis, and Level 3 members are assessed on a quarterly basis.  See **Exhibit 4** at 19, 21.

### United Knowingly and Recklessly Disregarded Known, Persistent Inaccuracies in Leveling Assessments and Prevented Identification of Additional Errors

#### Chronic Understaffing and Overburdening of Field Nurses

84.     United SCO Plan Field Nurses are required to complete a substantial number of tasks for each assigned member.  As of January 2015, Steven Bucchianeri, the then-Vice President of Health Services and Clinical Operations at the United SCO Plan, who reported

21

directly to Di Re, described the duties of a United SCO Field Nurse. Bucchianeri stated that Field Nurses must conduct onboarding and leveling of new members each month, which takes approximately eight hours and includes completion of assessments, creation of plans of care, and communication with primary care service providers. Bucchianeri also stated that, in addition to onboarding new members, Field Nurses are responsible for coordinating care for an average of eighty-five members, which can include completion of ongoing assessments and reassessment if the member requires a higher level of care and maintenance of plans of care.

85.    In February 2015, Bucchianeri advised Di Re and Donna Carris, the then-Chief Financial Officer of the United SCO Plan, that there were too few Field Nurses in the United SCO Plan to perform these duties. See **Exhibit 11** at 152220. Because of the staffing deficiencies, Bucchianeri sent a draft proposal to Di Re and Carris requesting the creation of a new team of seven Field Nurses, whose sole responsibility would be to onboard new SCO Plan members. See id. at 152221. Bucchianeri's staffing proposal was made, in part, because pursuant to United's contracts with MassHealth, United was required to perform an initial assessment of each new SCO Plan member within 30 days of the member's joining, plus conduct reassessments and also maintain plans of care. With the current number of Field Nurses, United could not meet those contractual requirements. See id. Bucchianeri advised Carris that "[a] renewed emphasis has been placed on **compliance for all of these measures** as a result of the recent state-requested attestations." See id. at 152220 (emphasis added).

86.    A subsequent draft of the proposal includes comments from Bucchianeri confirming that nursing staff at the United SCO Plan already were operating at full capacity to accomplish contractually required assessments and maintain compliance, and staffing needs could not be addressed through load balancing or workflow improvements.

22

87.     Later in 2015, Di Re reported to MassHealth that United was in the process of hiring additional nursing staff to address compliance with its obligations to perform assessments and maintain plans of care for United SCO Plan members.  See **Exhibit 12**.

88.     Despite Di Re's representations to MassHealth, United's staffing issues persisted. According to internal staffing requisition forms from April 2016 prepared by then-Clinical Service Manager Kathleen Walsh, United noted the possibility of "[s]taff burnout and turnover," as well as noncompliance with contractual obligations to complete initial and ongoing assessments of members in the United SCO Plan.  See **Exhibit 13**.

89.     United's understaffing of Field Nurses persisted through August 2017, when Bucchianeri submitted an "Investment Request Form" and a staffing proposal to United management.  These documents set forth a detailed proposal requesting funds to hire thirty-eight additional staff, including twenty-one Field Nurses.  See **Exhibit 14**.  In this request, Bucchianeri highlighted that the United SCO Plan "continues to struggle with compliance and accurate alignment of care level" for United SCO Plan members, citing the inability to maintain adequate staffing levels as the primary contributing factor.  Id. at 89763.  In a section of the Investment Request Form entitled "Alternate/Risks to Investment," Bucchianeri stated that, as of August 2017, "[a]pproximately 400 [SCO] members have either missing or expired MDS-HC assessments….[t]he [SCO Plan] has not been able to achieve 90% or greater compliance with Initial and Ongoing assessment completion, as required by the state contract…." Id.

90.     The Attorney General's Office has interviewed several former Field Nurses working for the United SCO Plan throughout the relevant period, many of whom described serious issues with understaffing.  One former Field Nurse informed the Attorney General's Office that she submitted requests to the United SCO Plan management to alleviate workload

23

and these requests were denied. She also reported that United instead pressured middle management to meet monthly quotas for completion of assessments, including MDS-HC assessments. Another former Field Nurse stated that her Field Nurse team would lose nurses on a regular basis, resulting in them being constantly behind and under pressure to catch up to quotas set by United.

91.    Multiple witnesses recounted that it was necessary to work substantial overtime hours to keep up with their regular expected workload. A former Clinical Services Manager said that multiple Field Nurses under her supervision regularly worked seventy-to eighty-hour weeks.

92.    Because of United's chronic understaffing, Field Nurses found other means of reducing their workload, including leveling members higher to prevent additional patients from being added to their roster and by copying and pasting patient notes into their MDS-HC assessments.

93.    Multiple former employees interviewed by the Attorney General's Office reported that Field Nurses were incentivized to include data in the MDS-HC assessments that would result in higher levels for members. That is because a Field Nurse's case load at the United SCO Plan is directly proportional to the levels of his/her assigned members. As Wolfgang testified, for workload purposes, two Level 2 members are equivalent to one Level 3 member. Indeed, several Field Nurses reported that they increased the diagnoses on the MDS-HC assessment, which would result in higher rating levels for members assigned to them, so that they were not given additional patients to monitor.

94.    Multiple witnesses independently reported to the Attorney General's Office that Field Nurses, as a group, discussed how their collective desire to keep their patients at Level 3 contributed to over-leveling at United.

24

95.     On several occasions, United was also informed that Field Nurses would copy and paste assessments for members from prior assessments or from other members.  An MDS Team member who contacted the Attorney General's Office reported that she witnessed the repetition of assessment language across multiple member's assessments performed by the same Field Nurse and other Field Nurses working with that nurse.  She also reported that Field Nurses would copy and paste assessments from prior years without alteration.

96.     A former Field Nurse told the Attorney General's Office that the United SCO Plan management went so far as to explicitly forbid the practice of cutting and pasting in or around 2018 or 2019.

97.     Even after United forbade the practice of cutting and pasting, it continued, as United's SCO Plan management knew.  Wolfgang testified that Field Nurses would copy language from one patient's assessment to another patient's assessment.  Wolfgang further testified that, in the summer or fall of 2020, she brought the cutting and pasting issue to the United SCO Plan's senior management, including Senior Health Services Director Joanne Sullivan, Director of Clinical Operations Jessica Alvarez Montano, and then-Vice President of Medical Clinical Operations Jumelie Miller.  Chat messages between Wolfgang and Gour on September 3, 2020 discuss instances of several Field Nurses copying and pasting assessment information.  Gour expressed frustration reviewing MDS-HC assessments from two Field Nurses in particular: "I swear..every single note is exactly the same.  How do I know what is really true??"  **Exhibit 15** at 216295.

98.     On January 27, 2021, Gour chatted with Brenda Gonzalez, another nurse and member of the United SCO Plan's MDS Team, stating: "So sick of my team.  lol  So the nurse that left after being confronted about copying and pasting.. her member's [sic] are all being

25

reassessed and some [are] no longer NHC [i.e., Level 3]…or much fewer service needs ….” See **Exhibit 16** at 217488.

99.     According to an MDS Team member who was interviewed by the Attorney General's Office, a May 2023 assessment that resulted in a Level 3 rating included a Request for Services form that was "nearly identical" to those attached to the member's two prior annual MDS-HC assessments.  That form included purported diagnoses of osteoarthritis and glaucoma that were not being treated, according to the member's medical records.  This issue was communicated to managers of the Field Nurse and the MDS Team.

100.     In addition to being overworked, some of the Field Nurses at United's SCO Plan were undertrained.  Two former Field Nurses reported that proper training would require at least a year, if not more.  Due to frequent turnover, Field Nurses often failed to ever be properly trained before resigning from United, as one former Field Nurse reported that new Field Nurse hires frequently would leave after six months or less due to burnout.

101.     Because the Field Nurses were overworked, they were unable to complete key quality control steps.  For example, in an August 2021 chat exchange, a Field Nurse recounted that, to address a "huge backlog" of Level 2 MDS-HC assessments awaiting confirmation of diagnoses from the members' providers, Field Nurses were told that no verification of the diagnoses was to be conducted.  See **Exhibit 17** at 238770.

Enabling Upcoding

102.     The Attorney General's Office spoke with multiple former nurses who had performed and reviewed assessments for the United SCO Plan, and several independently reported that they were encouraged to submit member assessments directed towards higher rate cell levels.

26

103.    One former United SCO Plan nurse told the Attorney General's Office that the United SCO Plan trained its nurses, including her, to assess each member by always focusing on members' worst day and asking about the worst days when assessing the member. This training by the United SCO Plan directly contradicts the explicit instructions for all MDS-HC assessments, which require nurses to primarily base scores on the member's last three days. This former nurse stated that her Clinical Services Manager attended these training sessions and did not correct the individual conducting the training or ever instruct her to do otherwise.

104.    This same former nurse stated that she was trained to conduct assessments with the goal of satisfying the requirements for a Level 3 rating category. She explained that United's trainers told her that she did not need to consider whether a member's physician had officially diagnosed a condition before she included it in the member's MDS-HC assessment. She further reported that nurses felt pressured to exaggerate diagnoses, for example to diagnose occasional headaches as migraines.

105.    A former Field Nurse reported that United management also encouraged her to increase member levels but that, when she sought to reduce a member's level, her MDS-HC assessments were scrutinized and called into question. She also reported that she was challenged by United management when she did not include a behavioral health diagnosis in an MDS-HC assessment after searching for and finding no documentation in the member's clinical record of that diagnosis.

106.    Another Field Nurse who contacted the Attorney General's Office likewise stated that she observed Field Nurses changing levels based on cost considerations for United, and that Field Nurses were encouraged to record deficiencies in activities of daily living to bump members' levels higher.

27

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

107.    Another Field Nurse informed the Attorney General's Office that, contrary to all of the formal guidance provided by MassHealth and even United's internal trainings, she was instructed to code all members over the age of seventy-nine at Level 3, regardless of their ability to care for themselves.  This Field Nurse added that she was regularly pushed by managers to justify an increase in a member's level.  She was aware of the reimbursement differences between these levels and noted that she "was not going to commit fraud to make [United] money."

108.    Two former Field Nurses informed the Attorney General's Office that they were instructed by United that, even though inhalers are not an independent basis for meeting Level 3, members using an inhaler should automatically be leveled at Level 3.  One Field Nurse reported receiving the instruction from United SCO Plan management and understood that it was the operating guidance from 2014 to 2017.  Another, who also was a manager for a time, stated that any kind of inhaler, even emergency inhalers, counted for purposes of this instruction.

109.    Similarly, a former case manager at United's SCO Plan told the Attorney General's Office that United management told her that, if a member had a need for an inhaler, including albuterol, that member should always be coded at Level 3, no matter what other health conditions the member had.

110.    The Attorney General's Office has conducted an analysis of members within United's SCO Plan who were classified as Level 3 and identified that members with albuterol claims in their claims data were consistently categorized at Level 3 at a higher rate than other members, especially in 2015, 2016, and 2017:

28



111.    Another Field Nurse at United resigned in part due to what she considered to be inappropriate pressure from her manager to alter assessment information.  On March 12, 2021, this Field Nurse stated in her resignation letter that she "was frequently asked to change documentation from my supervisor on assessments that was inaccurate to reduce company costs."  See **Exhibit 18**.

MassHealth Audits Identifying Upcoding

112.    MassHealth's Office of Long-Term Services and Supports performed an audit of United's SCO member records in 2018 and sent the findings to United's CEO, Di Re, on July 30, 2018.  As part of that audit, MassHealth found that, out of a thirty-member sample, sixteen MDS-HC assessments resulting in Level 3 assignments were not supported by the member's other documentation, namely the member's plan of care.  See **Exhibit 19**.  United's internal communications discussing the audit results noted that one assessment appeared to include copy-

29

and-pasted data. See **Exhibit 20**.[5] MassHealth requested that United submit a corrective action plan to achieve compliance with the findings identified.

113. United submitted a corrective action plan to MassHealth on February 7, 2019. See **Exhibit 21**. In its corrective action plan, United agreed to re-level one member to Level 1 and disenrolled, then re-enrolled another member, who was also re-leveled to Level 1. United then committed to conducting new MDS-HC assessments of the other fourteen members within 30 days of submission of the corrective action plan. See id. at 88706.

114. MassHealth conducted another audit of United's SCO Plan on February 8, 2019, where it requested documentation associated with three members to validate the placement of those members in Level 3. MassHealth submitted its findings to the United SCO Plan's CEO, Di Re, on March 8, 2019. See **Exhibit 22**.[6] MassHealth found that

> [E]ach of the [m]embers was eligible for placement in [Level 3] only because he or she required a skilled service (here, physical therapy) three days per week and daily assistance with [ADLs] . . . In other words, if the [m]ember did not need or receive physical therapy three days per week and daily assistance with [ADLs], he or she was ineligible for placement in [Level 3]. Yet, for each [m]ember, the documentation submitted by United demonstrated that a physician did not order, and the [m]ember did not receive, physical therapy three times per week, notwithstanding the contrary representation in Section P of the MDS-HC form. Likewise, for each [m]ember, the documentation submitted by United contained no evidence that the [m]ember required assistance with [ADLs], notwithstanding the contrary representation in Section H2 of the form MDS-HC. Because each [m]ember's need for thrice-weekly physical therapy and daily assistance with ADLs formed the basis of each [m]ember's placement in [Level 3] . . . MassHealth has determined that United inappropriately placed each of those [m]embers in [Level 3].

Id.

---

[5]    This spreadsheet has been excerpted to remove personally identifying information of SCO members and for readability.
[6]    Member names and identifying information have been redacted.

115.    MassHealth offered United the opportunity to dispute the findings in its February 2019 audit by submitting documentation to support the members' placement in Level 3. MassHealth noted that, if United failed to do so, MassHealth would re-level those members to Level 1 and that MassHealth "reserves the right to pursue any overpayments made by MassHealth as a result of the misplacement of a [m]ember in [Level 3]." Id.

116.    United responded to MassHealth's 2019 audit findings on April 5, 2019.  See **Exhibit 23**.[7]  In its communication, United informed MassHealth that it was re-leveling the three members at issue and would be requesting Level 1 for two of those members and Level 2 for one of those members.

117.    In each instance, MassHealth's audit findings were based on SCO program requirements that were consistent back to 2014.  Di Re stated that she was not aware of any changes in directions from MassHealth with respect to MDS-HCs and leveling during her time as CEO of the United SCO Plan apart from a 2016 guidance bulletin.  Di Re also testified that the United SCO Plan did not make any drastic changes to its operations and management as a result of these audit findings.

Internal Identification of Upcoding

118.    In 2018, United conducted an internal chart review that identified incongruencies between a member's health risk assessment and the member's plan of care, specifically where conditions were listed on the health risk assessment that were not reflected in the plan of care. For example, the chart review reported that the members' health risk assessments included reports of "dizziness" and "breathing problems" that were not otherwise present in the members' medical care plan.  See **Exhibit 24** at 12.

---

[7]    Member names and identifying information have been redacted.

31

119.    A nurse working as a member of the United SCO Plan's MDS Team told the Attorney General's Office about multiple instances of purported conditions being added to a member's MDS-HC assessment without any corresponding diagnosis, treatment, or other justification in the member's medical record.  Specifically, this employee reported that depression, diagnoses, dizziness, shortness of breath, glaucoma, chronic heart failure, and atrial fibrillation were frequently added as conditions for the member in the MDS-HC assessment to justify the member's supposed deficiencies or other necessary services, even if the member did not have those conditions.

120.    This MDS Team nurse identified multiple MDS-HC assessments where no corresponding diagnosis supported the data included on the MDS-HC assessment.  For example, one MDS-HC assessment prepared in May 2023 included a diagnosis of tuberculosis with no corresponding reference in the member's primary care records.

121.    This MDS Team nurse also recalled an MDS-HC assessment prepared in April 2023 by a Field Nurse requesting a Level 2 rating purportedly based on a new diagnosis of depression and prescriptions from the member's primary care physician for anxiety and depression.  However, the records from the member's visit with his primary care physician, only one month before, failed to reference any depression diagnosis or other behavioral health issue. The same Field Nurse submitted another MDS-HC assessment a month later again requesting a Level 2 rating for another member, citing diagnoses of depression and anxiety that were not present in the member's primary care physician record.

122.    Several MDS-HC assessments from May 2023 included reports of members' inability to bathe and/or dress independently, notwithstanding that the limitation only concerned the member's lower body, which could be assisted, if not resolved, with durable medical

equipment.  These MDS-HC assessments were approved based on managers' recommendations, despite one reported deficiency being described internally as weak at best.

123.    The false and inaccurate information being put in MDS-HC assessments was reported to United SCO Plan management as a matter of course, as both Wolfgang and Gour testified.  For example, MDS Team members described a meeting with United SCO Plan management, including Jack Webb, the-then Associate Director of Medical Clinical Operations, on April 26, 2023, where they reported instances of Field Nurses submitting inaccurate MDS-HC assessments without supporting medical records.  See **Exhibit 25** at 206135-36.

124.    United's management was told repeatedly by Field Nurses that they felt pressured to alter documentation or increase levels based on encouragement to management.  No fewer than three Field Nurses made internal reports to United's compliance team, later relayed to SCO Plan management, including Sullivan and a Clinical Services Manager, warning that they felt pressured to adjust assessments based on financial, rather than medical, considerations.

Cutting its Internal Audits and Reviews

125.    United's MDS Team was designed to improve the accuracy of its MDS-HC assessments, but by April 2019, United had a backlog of over 1,100 MDS-HC assessments that needed to be submitted, in addition to new requests for MDS-HC assessments that were arriving daily.  See **Exhibit 26**.  United thus decided to reevaluate the workload of the MDS Team.

126.    On August 9, 2019, United SCO Plan senior leadership, including Wendy Sanchez, then-Health and Human Services Manager, Montano, and Sullivan conducted an "MDS Team Huddle" with a group of MDS Team Members after consultation with senior leadership the previous day.  In that MDS Team Huddle meeting, United instructed the MDS Team to submit backlogged MDS-HC assessments without auditing to catch up.  At the same time,

33

Sanchez directed United's MDS Team to undertake an accelerated review of other MDS-HC assessments queued for review, assigning each nurse seventeen assessments to review each day. See **Exhibit 27**. Just four months prior, United had estimated internally that each MDS Team nurse could perform only five to six accurate reviews each day.  See **Exhibit 26**.

127.    Even though Sanchez, Montano, and Sullivan advised the MDS Team that the direction to stop auditing MDS-HC assessments would only last for the month of August 2019, that directive ultimately became the operating procedure for the United SCO Plan.

128.    Because many MDS-HC assessments were being submitted to MassHealth without further review, the accuracy of United's MDS-HC assessments submitted to MassHealth plummeted.  In a chain of written email communications ending in January 2020, Montano wrote to Kevin Bolling, a United economics consultant, and noted that the "rate of . . . rejections [by MassHealth] related to clinical documentation discrepancies has increased by 50% since May 2019."  See **Exhibit 28** at 39619.  In that same email chain, Montano also cited a need to retrain staff to decrease the rate of rejection regarding MDS-HC assessments submitted by United to MassHealth.  See id.

129.    Notwithstanding the chronic reports of inaccurate MDS-HC assessments and understaffing, United did not increase the size of its MDS Team.  Instead, United did the opposite and cut down on its quality control process.  Di Re testified that the only issues she ever encountered with the MDS Nurses were stresses caused by low staffing and high volume of work.

130.    On or about January 29, 2021, Wolfgang sent an "info blast" to MDS Team Nurses dictating a new workflow for MDS review to be effective on February 1, 2021.  See **Exhibit 29** at 205458. The instructions made clear that, from February 1, 2021 forward, the

34

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

MDS Team would no longer verify member's diagnoses, medication, and eligibility for assistive

services, categorizing these items as "EXCLUDED from the review." See id.  The info blast

also advised the MDS Team that they were only allowed to review each MDS-HC assessment

for clinical rate category accuracy by only utilizing the MDS-HC assessment and the functional

assessment, and not the member's clinical records.  See id.

131.    After the receipt of the January 29, 2021 info blast, two MDS Team Nurses, Gour

and Karen Burgio, chatted with each other about the new requirements, writing:

> Gour: … SO IF [THE MEMBER DOESN'T] MEET ELIGIBILITY FOR PCA.. [SIC] WE PUT IT THROUGH ANYWAY?
> Burgio: so I dont [sic] have to look at the actual diagnosis in the ccp [coordinated care plan] or in the med [records] so long as the [MDS-HC] matches the functional [assessment]
> Gour: yep[.] this makes my eye twitch. lol
> Burgio: lol.. ok so our work was cut in 3/4 basically[.] no looking at dates, diagnosis, medications, no icue [Integrated Clinical User Experience],[8] no nadda[.] got i[t]

See **Exhibit 30** at 207611-12.

132.    On May 19, 2022, United SCO Plan senior management, including Sullivan and

Webb, held a meeting with the MDS Team to discuss the changes to the auditing process.

During this meeting, members of the MDS Team again raised concerns about the sufficiency and

accuracy of information contained in MDS-HC assessments that were being submitted to

MassHealth.  In response, United senior management, including Sullivan and Webb, advised the

MDS Team not to "reject" assessments but rather to submit MDS-HC assessments to

MassHealth as received from the Field Nurses and relay corrections to the Field Nurses **after** the

submission.

---

[8]    The Integrated Clinical User Experience was created by United as a platform to house the medical and behavioral health services information into one central delivery system.

133.    In June 2022, Wolfgang sent out a written document titled "MDS Communicated Guidance – Role modification: Moving from Audit to Reviews," explicitly instructing MDS Team members to "move from an auditing process for the MDS . . . to a review process allowing for a portion of the [MDS-HC] assessments to be processed as a transcription only." See **Exhibit 31** at 76659.

134.    Wolfgang testified that, in June 2022, United dictated that the MDS-HC assessments conducted by approximately one-half of the Field Nurses would no longer be subject to any kind of audit or review.  For the Field Nurses no longer subject to review, the MDS Team was instructed to transcribe the MDS-HC assessments "**as is**," and that the MDS Team members "will not be verifying information in the MA [functional assessment], Medical Records, Care Plan or any information in [United's Centralized Enrollee Record] . . . ." See id. at 76660.

135.    As to the remainder of the MDS-HC assessments, the MDS Team was instructed to limit their review and audit of MDS-HC data strictly to the corresponding functional assessment, meaning that the MDS-HC assessments would be verified only against the functional assessment created by the same Field Nurse, and without reference to any supporting medical records or claims data.  See id.  Even then, the only criterion to evaluate the MDS-HC assessment was whether the "MDS coding meets [the] rate category requested."  [Id]  Otherwise, the MDS Team "will not ask [the Field Nurse] to make corrections." Id. at 76659.

136.    After June 1, 2022, MDS Team members continued to raise concerns with United SCO Plan management regarding the change in MDS-HC review from auditing to transcription.

137.    The following year, during an April 26, 2023 meeting attended by the MDS Team and United management, including Sullivan and Webb, MDS Team members identified the

36

likelihood of incorrect, or even fraudulent, MDS-HC submissions, citing particular examples of erroneous assessments flagged by the MDS Team. See **Exhibit 25** at 206135-37.

138.    In response, United's management declined to alter the new MDS-HC submission process or otherwise increase its scrutiny of the data submitted to MassHealth, instead putting sole responsibility for accurate submissions on the Field Nurses conducting the assessments, who, because of United's staffing decisions, were overworked and incentivized to upcode. Indeed, following the April 26, 2023 meeting with Sullivan and Webb, members of the MDS Team discussed among themselves the need for certain Field Nurses to be placed on corrective action plans due to subpar work, talked about the fact that that MDS-HCs are submitted without medical records, and considered requesting explicit assurances that MDS Team members acting as "data entry workers" to submit MDS-HC assessments would not be held accountable for rating levels that United is not "qualified to receive reimbursement for." See id. at 206135.

139.    After the April 26, 2023 meeting, a United MDS Team member, Brenda Gonzalez, summarized her feelings by stating: "I just think we cant [sic] be MDS Nurses and say we just submit." See id. at 206137. Another MDS Team member, Melissa DeLuca, stated "It appears that they [United] want us to be data entry workers" and suggested reporting further up the chain to United management, because "[a]s employees we are all held to the standard if we suspect something is not right in regards [sic] to billing." See id. at 206137-38.

140.    United's instructions to the MDS Team in January 2023, which was charged with quality control of submissions to MassHealth with respect to evaluating Level 2 diagnoses were unequivocal: "If the MDS includes the appropriate information you will submit."

37

**United's Improper Classification of Level 2 Members**

141.    By choosing profits over quality control and by incentivizing Field Nurses to code higher diagnoses than members had, United submitted MDS-HC assessments to MassHealth that resulted in members being classified as Level 2 even when they did not meet the criteria for Level 2, resulting in MassHealth making higher capitated payments to United than it should have.

142.    For a member to be assigned to Level 2, the MDS-HC assessment must record both a diagnosis of behavioral health or substance use disorder and a treatment corresponding to that diagnosis.

143.    According to United's Field Nurse training materials, the MDS-HC assessment must recite and describe the treatments or services necessary to address a cognitive impairment diagnosis, typically a prescribed medication or therapy.  See **Exhibit 7** at 16-17, 19. If the patient does not have a prescription to address a behavioral health or substance use disorder, the MDS-HC assessment must explain what treatments the member is receiving to justify the Level 2 assignment.  See id. at 14, 19.

144.    According to United's internal documents, Field Nurses are not permitted to make diagnoses themselves.  Instead, any applicable behavioral health diagnosis must originate from the member's primary care team.  See **Exhibit 32** at 184417.  Similarly, a member's self-reported recitation of his/her medical conditions is not sufficient to establish a diagnosis and must be confirmed with the member's primary care team.

145.    Field Nurses were repeatedly instructed that, to ensure that a member was assigned to Level 2, both the requirements for a verified diagnosis and a treatment plan

38

administered by a primary care physician or other behavioral health therapist must be present.

See **Exhibit 33**.

146.    Despite the fact that United SCO Plan senior management instructed United SCO

Plan employees that both a verified diagnosis and a treatment plan are necessary for a member to

be assigned to Level 2, a member of the MDS Team told the Attorney General's Office that there

were specific instances where a member's MDS-HC assessment included depression diagnoses,

thereby purporting to satisfy the Level 2 requirement, but where there were no corresponding

diagnoses or records of treatment for the member in the primary care team records.

147.    This MDS Team Nurse also reported that, beginning around 2020 and gradually

over time, United SCO Plan management changed their instructions to remove guardrails that

would have ensured that Level 2 members had been coded accurately.  Specifically, MDS Team

Nurses were instructed that, if MDS-HC assessments included a behavioral health diagnosis,

even absent a treatment plan or prescription, the MDS Team Nurse should not question the

member's assignment to Level 2.

148.    In January 2023, United made explicit that the MDS Team need not confirm

whether a person whose MDS-HC assessment would result in a Level 2 classification actually

had behavioral health diagnoses and treatments.  United advised the MDS Team that "if [Field

Nurses] submit the MDS asking for *X* rating category and they included it in the [request for

services] summary and checked it off on the MDS, you can assume [the Field Nurses] verified it

thru medical records or claims."  United SCO Plan management further instructed the MDS

Team to ensure only that there was an applicable behavioral health diagnosis in the MDS-HC

assessment and recited in the requested level but otherwise not to undertake any additional

review to verify that this diagnosis was supported by the member's medical records.

39

149.    Similarly, a former Field Nurse told the Attorney General's Office that the goal at United was to make every member Level 2 as often as possible.  She described a situation in which she was able to confirm a behavioral health diagnosis from a primary care physician's receptionist, but not the primary care physician.  Her manager instructed that this member should be submitted to be Level 2, over the former Field Nurse's objections.

150.    Another former Field Nurse recalled performing a periodic assessment for a Level 2 member and requesting clinical documentation from the member's doctors for the MDS-HC assessment.  The Field Nurse found that there was no documentation of diagnosis, treatment, or medications that would support Level 2 assignment for the member.  The Field Nurse thus submitted an updated MDS-HC assessment to relevel them.  Following this releveling, the Field Nurse was called to a meeting where she was questioned why the member had been leveled down.

151.    A former case manager told the Attorney General's Office that she always checked diagnoses and treatments to make sure a member qualified for Level 2, but she was aware that other Field Nurses at United did not.  When filling in for certain Field Nurses, she would double-check whether their patients at Level 2 actually qualified because of diagnoses and treatment; she found that those patients would often not meet Level 2 criteria.

152.    The Attorney General's Office undertook an analysis of members in the United SCO Plan assigned to Level 2 and compared them to treatments received by members.  United relied upon specific diagnoses to satisfy Level 2 requirements, which included diagnoses such as Alzheimer, dementia, and schizophrenia, as well as various categories of depression.  See **Exhibit 34** at 14.  According to the analysis conducted by the Attorney General's Office, for the United SCO Plan population rated Level 2 from 2016 through 2022, 18.29% had no medical

40

claims reflecting any treatment for any of United's specified diagnoses in the year preceding or following MassHealth's Level 2 capitated payment to United, resulting in approximately $18,592,798 in payments to United for members without relevant treatment. If those members had been classified as Level 1, United instead would have been paid approximately $13,119,737. United has not repaid MassHealth for this difference.

153.    The Attorney General's Office also conducted this analysis with respect to all mental health- and substance use disorder-related diagnosis codes, not just the ones United relied on internally to satisfy Level 2 requirements, as the scope of mental health diagnosis expanded over time from Alzheimer's and dementia to encompass other behavioral health conditions and substance use disorder diagnoses.[9] Of the members for whom United received a Level 2 capitated payment from MassHealth from January 2014 to December 2024, 8.94% had no associated claims with any behavioral or developmental health or substance use disorder diagnosis code in the year preceding or following the Level 2 capitated payment. Thus, on average, nearly 10% of the United SCO Plan members rated as Level 2 in any given month do not have any corresponding mental health or substance use disorder claims for treatment in the surrounding two years. MassHealth made approximately $13,075,643 in payments to United SCO Plan for these member months. If those members had been classified as Level 1, United instead would have been paid approximately $8,337,922. United has not repaid MassHealth for the difference.

154.    The Attorney General's Office also compared the MDS-HC assessments for Level 2 members in the United SCO Plan from 2014 through 2024 with claims data for services

---

[9]    The nomenclature for the Level 2 category correspondingly changed over time from "Alzheimer's Disease/Dementia or Chronic Mental Illness" (AD/CMI) to "Community Behavioral Health" (CBH). Level 2 has also been referred to as "Behavioral Health/Substance Use Disorder" (BH/SUD).

41

received by each of those members. The Attorney General's Office undertook to determine whether that claims data included the behavioral health and/or substance use disorder diagnosis listed by United on the MDS-HC assessment it submitted to MassHealth. Of the MDS-HC assessments from which United received a Level 2 capitated payment from MassHealth from January 2014 to December 2024, 29.55% had no associated claims with any behavioral or developmental health or substance use disorder diagnosis code that matched what United submitted on the MDS-HC assessment to MassHealth to justify the Level 2 capitated payment in the year preceding or following the date of the MDS-HC assessment. In other words, no actual medical claims supporting the diagnosis codes United put on its MDS-HC assessments to justify its Level 2 payments from MassHealth were present for nearly 30% of its Level 2 assessments during the time period relevant to this analysis. United was paid approximately $47,223,898 by MassHealth for these months in which the mental health diagnosis listed on the MDS-HC was not supported by medical claims. If United had been paid at the Level 1 rate for these members, it would have received approximately $30,500,509 instead. United has not repaid MassHealth for any capitated payments it should not have received for these members.

155. For example, member S.W. was assigned Level 2 based on MDS-HC assessments prepared by United from 2021. From 2021 through 2025, United submitted an MDS-HC assessments that sought continued assignment at Level 2 due to the diagnosis of a singular depressive episode in 2018, notwithstanding confirmation in S.W.'s medical records that she discontinued medication due to improved symptoms. S.W. had no other behavioral health-associated claims in that period.

156. S.W. has been classified as Level 2 since enrollment in United's SCO Plan in August 2020. From August 2020 through December 2025, United has received $54,657 in

corresponding capitation payments for S.W.  If S.W. had been appropriately classified at Level 1 starting in 2020, United would have been paid approximately $36,933 for S.W.'s services. United has not repaid MassHealth for the difference.

157.    Member A.A. originally enrolled with United in September 2011 and was moved from Level 3 to Level 2 in January 2017.  According to ten MDS-HC assessments conducted between December 2014 and December 2023, United said that A.A. had a diagnosis of depression.  From September 2013 through October 2015, A.A. was prescribed Fluoxetine, an antidepressant medication, although the MDS-HC assessment conducted in November 2017 indicated that A.A. did not utilize any psychiatric medication.  A.A. has had no medical claims paid by United for treatment of depression, and the MDS-HC assessments conducted in January 2020, January 2021, January 2022, December 2022, and December 2023 state that A.A. managed their symptoms by socializing with friends and family and attending church.

158.    A.A. was classified as Level 2 from January 2017 through February 2025, and United received $66,498 in corresponding capitation payments. If A.A. had been appropriately classified at Level 1 starting in January 2017, United would have been paid approximately $43,000.  United has not repaid MassHealth for the difference.

**United's Failure to Return Overpayments from Improperly Classified Level 3 Members**

159.    United's decision to choose profits over quality control and to incentivize overworked Field Nurses to code members higher on MDS-HC assessments also resulted in members being classified as Level 3 when they did not meet those criteria, resulting in MassHealth making higher capitated payments to United than it should have.  United became aware of this problem, submitted updated MDS-HC assessments that resulted in reclassifications

43

of the members to Level 1, and never returned any of the money it had improperly received from MassHealth from when those members had been improperly coded at Level 3.

160.    On March 16, 2021, the Attorney General's Office interviewed a Field Nurse who reached out to the Attorney General's Office to express concerns with the United SCO Plan.  The Field Nurse reported that, upon being hired by United in mid-2017, her supervisor directed her and other Field Nurses to ensure that members would be categorized at Level 3.  Similar to other Field Nurses who have spoken with the Attorney General's Office, this Field Nurse also reported that she was given training on how to be more lenient with the functional assessment tool, such that this tool would be consistent with the data submitted on the MDS-HC assessment.  She characterized her training as instructions on "how to make members a certain level."

161.    When members are classified at Level 3 (even if improperly so), however, the members generally qualify for a variety of support services, such as personal care attendant services and adult day health center services, often referred to as home- and community-based services ("HCBS").  In 2017 and 2018, United determined that the expenses for these support services for United SCO Plan members were too high.

162.    In April 2019, United SCO Plan management highlighted costs associated with home and community-based services for members as an "affordability" issue requiring remediation.  See **Exhibit 26** at 93407.  United began developing plans to reduce services provided to members.  Kathleen Cooney, a then-Associate Director of Medical and Clinical Operations, wrote that there were "areas of opportunity" to decrease costs currently borne by the United SCO Plan by reducing personal care attendant and companion services.  Id.

163.    Around the same time, United's parent exerted additional pressure on the United SCO Plan to increase its revenue.  During a May 2019 meeting with officers of the United SCO

44

Plan and employees from the United parent's corporate functions, Heather Cianfrocco, the then-CEO of UnitedHealth Group Inc.'s Community and State business segment (which includes the United SCO Plan and other state plans), publicly "lambasted" Di Re for the performance of the United SCO Plan. Specifically, Di Re was criticized for the United SCO Plan not meeting financial targets set by United's parent corporation. Di Re recalled that there were likely several reasons why the United SCO Plan was not meeting its parent's revenue targets, and the cost of home and community-based services and the requests for staffing resources would have been included. Di Re testified that Cianfrocco demanded that Di Re call Daniel Tsai, the then-Secretary of EOHHS, to ask for more money from MassHealth.

164. United senior management, including United SCO Plan then-CEO Di Re and other officers from the United SCO Plan, described these support services as the "primary contributor to affordability issues" during an August 2019 presentation to executives from United's national parent operations. See **Exhibit 35** at 4. The presentation further stated that "remediation of the underlying causes of HCBS trend" is the "key to long term sustainability" for the United SCO Plan. Id.

165. As a result, United undertook a "renewed and rigorous focus on medical affordability and . . . utilization management" for member support services. See **Exhibit 5** at 123059.

166. To address these cost concerns, management of the United SCO Plan ultimately decided to redevelop United's functional assessment tool for MassHealth members. Under this new initiative, MassHealth members in the United SCO Plan were evaluated with a Massachusetts-specific tool, as opposed to the previous functional assessment tool that was used for similar programs administered by United across multiple states. The revised, Massachusetts-

45

specific functional assessment tool employed more stringent standards to authorize the provision of supports and services to United SCO Plan members. Sullivan described the new functional assessment tool as "just being more realistic and just trying to . . . get folks to understand that we need to be documenting appropriately what members need and not just putting numbers down . . . We have people on 50 and 60 hours' worth of things." Di Re testified that United's reason for implementing these changes was "overprescribing services [for members] unnecessarily in some cases."

167.    The deployment of the new functional assessment tool was announced internally on July 9, 2019, with an effective date of July 15, 2019, to the United SCO Plan Field Nurses. See **Exhibit 36**. Field Nurses then began performing new functional assessments of United SCO Plan members according to the usual schedule for assessments of members. Management of the United SCO Plan prepared and distributed talking points for Field Nurses to accompany the roll-out of the new functional assessment tool. The talking points addressed the possibility that a member, assessed using the new tool, would ultimately have their services reduced. United also noted that, if the member's services were reduced pursuant to this functional assessment, United may also be required to update its MDS-HC assessment for that member, which could lead to a reduction in their rate cell level. See id. at 100847-48.

168.    In its internal training materials, United stressed the importance of explaining in narrative fashion why members should be assigned certain rate cells based on their health conditions. United highlighted transitions between levels as a circumstance when this rationale is particularly important in a job aid saved in the "MDS Corner," a collection of reference materials specifically for Field Nurses and the MDS Team: "A member who has been at NHC level for seven years, and we are now asking for a Community Well level, will require a clear

46

detailed reason for a member's significant improvement." See **Exhibit 37**. One former Field Nurse even reported that Dr. Cheryl Ellis, the chief medical officer of the United SCO Plan, suggested specific language for Field Nurses to include in assessments, particularly in circumstances where the member had no improvement in health or abilities, but United nonetheless reduced their services. See **Exhibit 38** at 23828.

169.     United had previously instructed its Field Nurses to use the functional assessment as a support tool for the subsequent MDS-HC assessment, emphasizing that the functional assessment must be consistent with the MDS-HC assessment. See, e.g., **Exhibit 33; Exhibit 37**. Indeed, United described the MDS-HC assessment in training materials as "all based on the [functional assessment]" and that after the functional assessment, "you should already know what level you will be requesting." **Exhibit 34** at 4.

170.     As the new functional assessment tool was utilized by United's Field Nurses, unsurprisingly, the number of members appealing United's reductions of their services increased considerably. United management sought additional assistance from other employees outside of the United SCO Plan to address the rapid increase in member disputes. On October 29, 2019, Di Re emailed Dr. Jack D'Angelo, another medical director at United, asking if he had availability to assist Dr. Ellis to "keep up with a significant increase in cases resulting from our re-assessments using [the] new [functional assessment]." See **Exhibit 39** at 53635. Dr. Ellis described this as "obviously a very busy time" for her in light of the increased volume of appeals to review, which required the United SCO Plan to seek additional outside help from Dr. D'Angelo.

171.     The claims data for United SCO Plan members supports United employee statements that United systematically reduced the number of members who were classified as

47

Level 3 over time.  As Di Re confirmed, members with higher rating levels should receive qualitatively or quantitatively more services than members assigned to lower levels.  As the below figures demonstrate, the Level 3 population in the United SCO Plan dropped once United's initiative to reduce services was underway.





172.    The reduction in United's Level 3 population also coincides with United's back-and-forth communications with MassHealth surrounding its two audits of United's SCO Plan, described above, which suggests that MassHealth's audits may have also contributed to some of United's re-leveling of its members.

173.    Many of the members who United re-leveled out of Level 3 were not re-leveled because they were healthier; they were re-leveled despite no apparent change in condition because they had been improperly leveled in the first place.

174.    Following the interview with the Field Nurse, the Attorney General's Office issued a civil investigative demand to United and requested, among other things, assessments for a sample of sixty members who had been categorized as Level 3 for a period of time, but who were re-classified to Level 1 after September 2019.

175.    Of the sixty sets of assessments reviewed, twenty-five of the members reduced from Level 3 had consistent, repeated assessments that reflected no apparent change in overall health condition, but then suddenly developed improved health conditions after United re-examined its Level 3 member population.

176. For example, member I.T. was initially assessed at Level 3 by United in September 2016. While I.T. reported complete independence, the United case manager recommended that she receive supervision for safety and submitted an MDS-HC assessment that resulted in I.T. being leveled at Level 3.

177. I.T. declined needing services on assessments in March 2017, October 2018, February 2019, and November 2019, including, in November 2019, after recovering from a surgery. Nevertheless, United submitted MDS-HC assessments throughout this time period that resulted in I.T. being placed in Level 3.

178. In July 2020, I.T. was re-leveled to Level 1 by United's MDS-HC assessment that stated that I.T. had experienced "improvement," even though no change in condition or services was evident from I.T.'s medical documentation.

179. From September 2016 through June 2020, I.T. was classified as Level 3 based on United's MDS-HC assessments. United received $125,277 in corresponding capitation payments during that period. By contrast, following the June 2020 assessment, I.T. was rated Level 1. United should have received approximately $13,300 in corresponding capitation payments for I.T. if I.T. had been classified as Level 1 from September 2016 through July 2020. United has not repaid MassHealth for the difference.

180. Another member, E.R., was assessed by United in February 2016. According to the MDS-HC assessment, E.R. required assistance with four activities of daily living: bathing, grooming, dressing, and ambulation. The MDS-HC also listed diagnoses of depression, Type 2 diabetes, and hypertension. Based on this MDS-HC assessment, E.R. was classified as Level 3.

181. E.R.'s assessments reported consistent difficulty with bathing, dressing, and ambulation through 2019, including additional MDS-HC assessments in May 2017 and April

50

2018.  The May 2017 MDS-HC assessment also cited a need for daily skilled nursing for medication management and pain management.

182.    In August 2019, however, United's assessment of E.R. completely changed.  The August 2019 MDS-HC assessment reflected that E.R. had no difficulty performing any activities of daily living, nor that E.R. had symptoms of any mood disorders.  There is no indication in E.R.'s record attributing the change in condition to any treatment.

183.    From March 2016 through August 2019, E.R. was classified as Level 3 based on United's MDS-HC assessments.  United received $89,275 in corresponding capitation payments during that period.  By contrast, during the subsequent four years and three months after the August 2019 assessment, E.R. was rated Level 1.  United should have received approximately $6,600 in corresponding capitation payments for E.R. if E.R. had been classified as Level 1 from March 2016 through August 2019.  United has not repaid MassHealth for the difference.

184.    Another member, M.J., was assessed by United in October 2015.  The MDS-HC assessment reported that M.J. needed daily assistance with bathing, grooming, and dressing, and required daily skilled nursing to manage Type 2 diabetes, hypertension, and arthritis.  M.J. was assigned Level 3 based on United's MDS-HC assessment.

185.    United continued to recommend that M.J. be assigned to Level 3 consistently over the next three years, including assessments in December 2016 and June 2018 reporting the same ADL assistance requirements and diagnoses.  Excluding a lapse due to overdue assessments from April 2018 through June 2018, M.J. remained at Level 3 until October 2019, when she was again re-leveled due to a lapsed assessment.

186.    In December 2019, United conducted another MDS-HC assessment and reported wholly different results.  United reported that M.J. demonstrated complete independence with all

51

ADLs, whereas United's last MDS-HC assessment reported deficiencies with six ADLs. United also reported that M.J.'s "health has improved," citing decreased pain because of current pain medication. The pain medication in question appears to be Tylenol, which United recorded M.J. as taking as needed since 2015.

187.   From December 2014 through September 2019, United rated M.J. as Level 3 (excepting lapses due to expired assessments) and received approximately $144,675 in capitation payments. By contrast, in the subsequent six years, M.J. was rated Level 1, based on United's newfound representations to MassHealth. United should have received approximately $11,250 in capitation payments for M.J. if M.J. had been classified as Level 1 from December 2014 through September 2019. United has never repaid MassHealth for the difference.

188.   The Attorney General's Office has evaluated the number of members whose MDS-HC assessments were reduced from Level 3 from the second quarter of 2019 through the first quarter of 2020. The Attorney General's Office has determined that 5.38% of members in the United SCO Plan who received a Level 3 payment during this time period were reduced from Level 3 to Level 2, and that 4.91% of Level 3 members were reduced from Level 3 to Level 1 during this period. From January 2014 through March 2020, United was paid more than $97 million in capitated payments at the Level 3 rate for those members prior to their re-leveling. United has not repaid MassHealth for the difference between the capitated payments it received and what it was entitled to, based on the members' actual health status.

189.   Prior to its switch to the new functional assessment and the MassHealth audit results, both of which appear to have spurred United to reduce its Level 3 population, United had made a larger profit on those members whose levels were reduced during this time period compared to other members.

52

190.    The Attorney General's Office reviewed the capitated payments MassHealth made to United from January 1, 2014, through March 31, 2019.  Among the months for which United was reimbursed at Level 3 during this time period, the average capitated payment for members whose level was not reduced was $2,933.68 and the average amount United spent on services for those members was $2,259.95, meaning United was netting over $700 per member per month.

191.    By contrast, the average capitated payment for members whose level was reduced was $2,877.46, but the average amount United spent on services for those members was $1,348.09, meaning United was netting roughly $1,500 per member per month.

192.    Throughout this time, United never informed MassHealth that it had received higher capitated payments for these members than their conditions warranted and that it would be engaged in a widespread re-leveling of members as a result.  In fact, Di Re testified that she had no memory of ever communicating to MassHealth that United had assessed SCO Plan members in a way that would require the down-leveling of a significant number of members, or that United had down-leveled a significant number of members at all.

### United's Submission of False MDS-HC Assessments for Level 3 Members Who Are Not Receiving Skilled Services

193.    United's decision to choose profits over quality control and to incentivize overworked Field Nurses to code members higher on MDS-HC assessments also resulted in members being classified as Level 3 when they did not meet those criteria, specifically because those members were not receiving a skilled service, such as skilled nursing, at least three times per week.

194.    United knew that, for a member to be classified as Level 3, the member had to need skilled services like nursing daily or had to need skilled services three times per week and

53

require assistance with at least two ADLs.  This requirement was reflected in the contracts United signed with MassHealth throughout the relevant time period and was reiterated in Appendix Q to United's contract with MassHealth, which was adopted in March 2015.  In that Appendix, MassHealth specifically noted that "Failure to document the specific daily skilled need under 130 CMR 456.409(A) (path 1); or failure to document the specific three needed services under 130 CMR 456.409(B) and (C), including at least one of the nursing services listed in 130 CMR 456.409(C) (path 2), may result in MassHealth reallocating the member to the [Level 1] rating category AND recouping the difference between the [Level 1] payment level and the [Level 3] payment level, retroactive to the date of the MDS-HC submission."

195.    United's internal documents similarly reflect that United was aware that its members would not be eligible for placement in Level 3 if those members did not receive skilled services daily (or at least three times per week).

196.    In addition to requesting details about a member's existing diagnoses, treatments, and abilities to perform ADLs based on the in-person assessment, the MDS-HC also requires United to report utilization of specific services within the prior seven days. See **Exhibit 2** at Section P (titled "Service Utilization (in Last 7 Days)").  The form includes line items to catalog the number of days, hours, and minutes corresponding to the formal care services received by the member according to specific categories, including home health aides, physical therapy, and visiting nurses.

197.    Notwithstanding that the MDS-HC form instructed United to report the frequency and quantity of services received by the member in the previous week, United repeatedly trained its staff to always record that the member had received seven days of formal care from visiting

54

nurses in the prior week if United was seeking a Level 3 rating regardless of whether those services were actually performed.

198.     United's instructions to its Field Nurses to enter this data were straightforward and unequivocal:

> Visiting Nurses - **For NHC members**, always 7 days/7 hours
>                          - **For ADCMI/CW members**, time will be 0, 0, 0 unless member
>                            is receiving VNA services

See **Exhibit 6** at 71. In fact, United's instructed its Field Nurses to enter accurate information for every other formal care service in this section.

199.     Cheat sheets prepared by United SCO Plan clinical staff included the same instruction: "**Visiting Nurses**- if requesting NHC status, must be at least 7 days, 3 hours and 30 minutes." See, e.g., **Exhibit 40** at 43591.

200.     United's training materials for its clinical staff similarly and inaccurately described the requirements to meet Level 3 as "members who live in the community and who require supervision or assistance with at least 2 ADLs for 3 or more days per week.  These members **might also need** skilled nursing services in the home to administer medications or they may also receive physical therapy." See **Exhibit 34** at 11 (emphasis added).  United's apparent insistence that the requirement for Level 3 members to need skilled services was optional is furthered by its instruction to clinical staff that "Minimum of 2 ADL impairments at supervision or greater can be an indicator for [Level 3] due to chronic condition(s) causing the impairments." Id. at 26.

201.     United clinical staff acknowledged that this representation did not reflect actual services performed. An MDS Nurse, Cintia Casillo, recounted difficulties she was having with MDS-HCs from a certain group of Field Nurses in a chat with Wolfgang.  These Field Nurses were apparently reporting visiting nurse utilization accurately, causing Casillo to comment:

"somethin[g] is happening that [the Field Nurses] think skill[ed] nursing is only reported for ones w/ 'real' VNA."  See **Exhibit 41** at 256090.

202.    United knew that recording seven days of skilled nursing in the MDS-HC would necessarily result in auto-approval of the members at Level 3. As MDS Nurses Karen Burgio and Michelle Gour discussed in a chat, listing seven days of skilled nursing will translate to a Level 3 categorization even with no corresponding ADL deficiencies.  See **Exhibit 42** at 204298-99.

203.    Furthermore, as noted above, United was audited for this very issue by MassHealth in February 2019, where MassHealth concluded that three of United's members in Level 3 had not been ordered to receive, nor had they received, the skilled services listed on United's MDS-HC assessment.  United attempted to rectify the issue with these three members with MassHealth as a result of that audit, agreeing to submit revised MDS-HC assessments that would result in lower levels for those members. See **Exhibit 23**.

204.    Former Field Nurses interviewed by the Attorney General's Office confirmed that United instructed them to write seven days of skilled services for all members who they wanted to place in Level 3, regardless of whether the member had recently received or even needed the services.  One former Field Nurse stated that United instructed case managers to always list seven days of skilled nursing and home health aide services for Level 3 members in Section P, regardless of actual services provided.  She later came to believe this practice was misleading and potentially fraudulent, and contrasted this with her later employer, another SCO provider, which instructed her to place actual services received in Section P.

205.    A former United case manager similarly told the Attorney General's Office that she was instructed to put seven days of skilled nursing services on MDS-HC forms for all members who had a need for assistance with two ADLs (even if durable medical equipment

56

made those members independent).  She stated that she did not even arrange for seven days' worth of skilled nursing services for some of these patients; she explained that United told her to only offer two days for many of these patients, even if they needed more, which she believed caused harm to patients.  She also stated that United instructed her to report that family members were performing services and assisting with ADLs, even though they were not doing that most of the time.  She now works for a different SCO Plan, where she has not been instructed to put seven days of skilled nursing services on MDS-HC forms anytime a patient has two ADL needs.

206.    Another former United case manager similarly reported being told to always enter seven days of skilled nursing for Level 3 members regardless of whether they received them. She also reported that United SCO Plan employees were always instructed to enter this amount regardless of whether or not a family member was assisting the patient or if the patient refused services.

207.    Despite knowing about this requirement, United has systemically failed to comply with it.  The Attorney General's Office conducted an analysis of United's MDS-HC assessments submitted to MassHealth for its Level 3 population with dates of assessment between January 1, 2014, to December 30, 2024. Of the 88,696 MDS-HC assessments resulting in a capitation rate of Level 3 United submitted during this time period, 88,052, or 99.3% of those members, were listed as receiving visiting nursing services seven days per week.  Despite this assertion, according to claims data submitted by nursing agencies, 89.47% of those assessments listing seven days of skilled nursing had not received a single nursing visit in the week preceding the MDS-HC assessment, which is the relevant time period for the assessment.

208.    Out of this population of MDS-HC assessments, for 49,828 assessments seven days of visiting nursing was the only form of skilled care that was reported to be utilized. Among

57

this subgroup, 92.03% of assessments had no claims for visiting nurses submitted by providers in the week prior to the assessment, reflecting that those patients did not need seven days of skilled nursing per week. As a result, United was paid at least $1.4 billion for members that were not eligible for Level 3. If United was instead reimbursed at the Level 1 rate for these members, United would have been paid approximately $235 million instead. United has not repaid MassHealth for the difference between the capitated payments it received and what it was entitled to, based on the members' actual health status.

209.    That United's Level 3 members did not need, and were not actually receiving, skilled nursing services has been confirmed by the members themselves.

210.    The Attorney General's Office spoke with member J.C. who has been enrolled in the United SCO Plan since 2014. From February 2019 through August 2024, United assessed J.C. a total of six times. Each time United assessed J.C. at Level 3 except for one assessment in July 2022, when United reduced her to Level 2. United increased J.C. to Level 3 for the following assessment in August 2023. In each Level 3 assessment, United reported that J.C. received seven days a week of visiting nursing, homemaking services, or both.

211.    Contrary to United's reporting in the MDS-HC assessments, J.C. reported that she had never been visited by a nurse through United except for brief check-ins once or twice per year, and moreover that she only had daily homemaking services for approximately one year, which she elected to discontinue.

212.    From May 2020 through August 2025, United was paid approximately $131,883 by MassHealth in capitation payments at the Level 3 rate for J.C. for months related to MDS-HC assessments where visiting nursing was the only documented skilled service, and no nursing visits occurred in the week prior. Had these payments been at the Level 2 rate instead, United

58

would have been paid approximately $50,300 instead. United has not reimbursed MassHealth for the difference.

213.   The Attorney General's Office also spoke with member F.K., who has been enrolled in the United SCO Plan since 2019.  Beginning in August 2020, United assessed F.K. five times, each time at Level 3.  Each of those five assessments likewise reported that F.K. was receiving home health aides, visiting nurses, and homemaking services seven days per week.

214.   F.K. reported that, apart from check-ins from United case manager nurses, she has not received any formal services from United at all.  Claims data reflects that F.K. received personal care attendant services, not skilled services, and over the five years of Level 3 assessments, F.K. received skilled nursing services on eight days.

215.   From October 2020 through September 2025, United was paid approximately $96,211 by MassHealth in capitation payments at the Level 3 rate for F.K. for months related to MDS-HC assessments where visiting nursing was the only documented skilled service, and no nursing visits occurred in the week prior.  Had these payments been at the Level 2 rate instead, United would have been paid approximately $31,700. United has not reimbursed MassHealth for the difference.

216.   The Attorney General's Office also spoke with the daughter of member L.P.  L.P. has been enrolled in the United SCO Plan since 2017.  United has performed three assessments of L.P. during that time, and each assessment requested assignment of L.P. to Level 3.  Each assessment also reported that L.P. received visiting nursing services seven days per week.  A December 2024 assessment also reported that L.P. received daily home health aide and homemaking services.

59

217.    L.P.'s daughter stated that she coordinates L.P.'s care, and the only nursing visits L.P. receives are annual check-ins from United nurses.  L.P.'s daughter also stated that she serves as L.P.'s personal care attendant, and, while she believes she is authorized to seek compensation from United for this work, she has not yet done so.

218.    From September 2017 through December 2025, United was paid approximately $113,407 by MassHealth in capitation payments at the Level 3 rate for L.P. for months related to MDS-HC assessments where visiting nursing was the only documented skilled service, and no nursing visits occurred in the week prior.  Had these payments been at the Level 1 rate instead, United would have been paid approximately $24,087.  United has not reimbursed MassHealth for the difference.

### Tolling of the Statute of Limitations

219.    The Commonwealth first became aware of these allegations during its interview with a former Field Nurse of United on March 16, 2021.

220.    In addition, United entered into a series of agreements with the Commonwealth tolling any applicable statutes of limitation, beginning June 2, 2022 and continuing through May 5, 2023, then beginning again on December 5, 2024 and continuing through May 27, 2026.

### CAUSES OF ACTION

### Count One

### Presentment of False Claims, G.L. c. 12, § 5B(a)(1)

221.    The Commonwealth incorporates by reference the allegations set forth in paragraphs 1 to 220 above as if fully set forth herein.

222.    During the relevant time period, United violated G.L. c. 12, § 5B(a)(1) by knowingly presenting, or causing to be presented, false or fraudulent claims for payment or

approval to MassHealth, resulting in United receiving inflated capitated payments from MassHealth to which they were not entitled.

223.    Specifically, United presented or caused to be presented false or fraudulent claims for payment or approval in the form of MDS-HC assessments that inflated members' health conditions to receive higher capitated payments from MassHealth.

224.    United's conduct was knowing because it possessed actual knowledge of relevant information, acted with deliberate ignorance of the truth or falsity of information, and/or with reckless disregard of the truth or falsity of the information.

225.    If MassHealth had known that United had presented or caused to be presented false claims based on these false MDS-HC assessments, MassHealth would not have made the capitated payments and/or taken other appropriate action to ensure that United did not receive capitated payments to which it was not entitled, including by recouping payments through administrative processes or making payment adjustments.

226.    By virtue of United's conduct, the Commonwealth has suffered damages and is entitled to recover treble damages plus civil monetary penalties.

### Count Two

### Use of False Records or Statements, G.L. c. 12, § 5B(a)(2)

227.    The Commonwealth incorporates by reference the allegations set forth in paragraphs 1 to 226 above as if fully set forth herein.

228.    During the relevant time period, United violated G.L. c. 12, § 5B(a)(2) by knowingly making, using, and causing to be made or used, false records or statements material to false or fraudulent claims resulting in it receiving inflated capitated payments from MassHealth to which it was not entitled.

229.    Specifically, United made, used, or caused to be made or used, false MDS-HC assessments that inflated members' health conditions to receive higher capitated payments from MassHealth.

230.    United's conduct was knowing because it possessed actual knowledge of relevant information, acted with deliberate ignorance of the truth or falsity of information, and/or with reckless disregard of the truth or falsity of the information.

231.    If MassHealth had known that United had made, used, or caused to be made or used, false MDS-HC assessments, MassHealth would not have made the capitated payments and/or taken other appropriate action to ensure that United did not receive capitated payments to which it was not entitled, including by recouping payments through administrative processes or making payment adjustments.

232.    By virtue of United's conduct, the Commonwealth has suffered damages and is entitled to recover treble damages plus civil monetary penalties.

### Count Three

**Avoidance of Obligation to Transmit Funds to the Commonwealth, G.L. c. 12, § 5B(a)(9)**

233.    The Commonwealth incorporates by reference the allegations set forth in paragraphs 1 to 232 above as if fully set forth herein.

234.    During the relevant time period, United knowingly made, used, or caused to be made or used a false record or statement material to an obligation to pay or transmit money to the Commonwealth and/or knowingly concealed or knowingly and improperly avoided or decreased its obligation to pay or transmit money to the Commonwealth, resulting in United retaining inflated capitated payments from MassHealth to which it was not entitled.

62

235.    Specifically, United knowingly concealed or knowingly and improperly avoided or decreased its obligation to pay or transmit money to the Commonwealth by failing to notify or repay MassHealth for members whose health conditions had been inflated on MDS-HC assessments and for whom United received higher capitated payments from MassHealth than it should have.

236.    United's conduct was knowing because it possessed actual knowledge of relevant information, acted with deliberate ignorance of the truth or falsity of information, and/or with reckless disregard of the truth or falsity of the information.

237.    By virtue of United's conduct, the Commonwealth has suffered damages and is entitled to recover treble damages plus civil monetary penalties.

## Count Four

### Beneficiary of Overpayments, G.L. c. 12, § 5B(a)(10)

238.    The Commonwealth incorporates by reference the allegations set forth in paragraphs 1 to 237 above as if fully set forth herein.

239.    During the relevant time period, United was the beneficiary of overpayments from the Commonwealth, subsequently discovered the falsity of its receipt of overpayments, and failed to disclose the receipt of the overpayments from the Commonwealth.

240.    Specifically, United was the beneficiary of overpayments, subsequently discovered the falsity of its receipt of overpayments, and failed to disclose the receipt of overpayments by failing to repay MassHealth for members whose health conditions had been inflated on MDS-HC assessments and for whom United received higher capitated payments from MassHealth than it should have.

241.    United's conduct was knowing because it possessed actual knowledge of relevant information, acted with deliberate ignorance of the truth or falsity of information, and/or with reckless disregard of the truth or falsity of the information.

242.    By virtue of United's conduct, the Commonwealth has suffered damages and is entitled to recover treble damages plus civil monetary penalties.

### Count Five

### Common Law - Unjust Enrichment

243.    The Commonwealth incorporates by reference the allegations set forth in paragraphs 1 to 242 above as if fully set forth herein.

244.    During the relevant time period, United submitted or caused to be submitted MDS-HC assessments for United's SCO members that inflated members' health conditions to receive higher capitated payments from MassHealth.  United also failed to notify or repay MassHealth for members whose health conditions had been inflated on MDS-HC assessments and for whom United received higher capitated payments from MassHealth than it should have.

245.    Based on this unlawful conduct, United received overpayments from MassHealth.

246.    If United had not misrepresented its SCO Plan members' health conditions, MassHealth would not have paid these capitation payments.  By retaining capitation payments improperly received from MassHealth, United has retained funds that are the property of the Commonwealth and to which United is not entitled.

247.    It is unfair and inequitable for United to retain revenue from MassHealth for capitation payments that it obtained in violation of MassHealth regulations.

248.    By virtue of United's conduct, United has been unjustly enriched and is liable to account and pay such amounts to the Commonwealth.

## Count Six

## Common Law - Breach of Contract

249.    The Commonwealth incorporates by reference set forth in paragraphs 1 through 248 above as if fully set forth herein.

250.    United entered into valid contracts with MassHealth for which adequate consideration was exchanged.  United breached its contracts with MassHealth during the relevant time period by submitting MDS-HC assessments for United's SCO members that inflated members' health conditions to receive higher capitated payments from MassHealth.

251.    Each false MDS-HC assessment that United submitted to MassHealth constitutes a breach of United's contracts with MassHealth.

252.    As a result of United's breach of its contracts with MassHealth, the Commonwealth has been damaged.

## JURY DEMAND

The Commonwealth demands a trial by jury in this action of all issues so triable.

## PRAYERS FOR RELIEF

**WHEREFORE**, the Commonwealth demands and prays that after trial on the merits, judgment be entered in its favor as follows:

a.    Counts One, Two, Three, and Four – for the amount of the Commonwealth's damages, trebled as required by law, plus the costs of investigation and litigation, including the costs of experts, and civil penalties as required by G.L. c. 12, § 5B, together with such other relief as may be just and proper;

b.    Count Five – for the amount of the Commonwealth's damages, as is proved at trial, interest, and costs; and

c.    Count Six – for the amount of the Commonwealth's damages, as is proved at trial, and interest at the statutory rate of 12% pursuant to Mass. Gen. Laws c. 231, § 6C, from the date of each breach of contract, together with such other relief as may be just and proper.

65

Respectfully submitted,

COMMONWEALTH OF MASSACHUSETTS

By its attorney,

ANDREA JOY CAMPBELL
Attorney General

By: _____
Kevin O'Keefe (BBO #697101)
Mary-Ellen Kennedy (BBO # 548270)
Assistant Attorneys General
Medicaid Fraud Division
One Ashburton Place
Boston, Massachusetts 02108
Tel: (617) 727-2200
kevin.okeefe@mass.gov
mary-ellen.kennedy@mass.gov

Dated: May 29, 2026

# EXHIBIT 1

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number



# Massachusetts Community Plan Overview

## September 2022



Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Massachusetts Market

mission is to help people live healthier lives and to he
e the health system work better for everyone



Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Current UnitedHealthcare Massachusetts Footprint (2019)



**516,060**
Current Covered Lives



**1,827**
Current Employ



**49,769**
Providers In Contract



**$1.3m**
Community Inv
2017



**120**
Hospitals in Contract



**C&S, E&I, l**
Lines of Busine

© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Our C&S Experience in the Market

1995    Evercare Massachusetts begins as one of first expansion sites of the  Evercare p
(Institutional Special Need Plan or ISNP) (H2228)

2004    Evercare Senior Care Options (SCO) introduced in March 2004 through 3-party c
(demonstration); 2 other States participated in similar demonstrations.

2009    Demo ends; SCO contract between United and Commonwealth of Massachusett:
established as Medicare Advantage FIDESNP      (H2226)

2012    Rebranded to United Healthcare Community and State Senior Care Options (SC(

2016    Contract with the MA EOHHS is renewed for a 5-year term (2017-2021) with optic
year extensions

2019    Submit One Care Proposal

2020    Add second PBP for SCO

2022    One Care implementation (delayed one year due to COVID pandemic) (H 9239)

© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Organizational Chart

## Executive Leadership Team
## Massachusetts Plan

Names in blue:
Shared Services

**Regional Support**

Susan Bruce, OBH
Glenn Walsh, IT
Chris Heavens, Performance
    Excellence & Accountability
Elizabeth Young, Encounters
Tim Scanlan, Medical Economics
Dan Davidson, Actuarial
Matt Severson, Payment Integrity
Tricia Cotter, UHN
Gary Rathbun, Member Services
Robin Cook, Business Process and
    Quality Management
Jill Tobin, Marketing
Indira Dupotey-Ruiz, Optum Rx (pharmacy)
Tabatha Teahan, Appeals & Grievances
Zaimah Muqtasid, Credentialing
Michael Verba, Pharmacy Director
Brian Ferguson, Director, Claims

**Richard McGreal**
VP, Strategic Partnerships

**Mike Gossner**
Chief Financial Officer

**Gerrit Rosenboom**
Legal Counsel

**Russ Edwards-Simpson**
Human Capital Partner

**Kiziann Powell**
Compliance Officer

**Jesse Eller**
Chief Executive Officer

**Koren Iskra**
Chief Operating Officer

**Jose Aquino**
Vice President - Marketing,
Sales & Community Outreach

**Darcy Carr**
Senior Director
Network Programs

**Jumelie Miller**
Vice President
Medical Clinical Ops

**Cynthia Holzer, M.D.**
Chief Medical Officer

**Cheryl Ellis, M.D.**
Medical Director

Sus...
Clinic
Behav...

**Lucille Taylor**
Senior Director
Clinical Quality

**Deanna Simonds**
Executive Director
One Care

**Cori Leech**
Health Services Director
One Care

TB...
Complian...
A&...

**Updated 3 01 21**
Confidential and Proprietary – For I...

© 2020 United HealthCare Services, Inc. All rights reserved.



Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Senior Care Options (SCO) Product Design

mission is to help people live healthier lives and to hel e the health system work better for everyone



UnitedHe

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Product Design: SCO Benefit Design

- Fully-Integrated Medicare (Federal) and Medicaid (State) benefit package

- All members have Medicaid and are over age 65 – 90% have Medicare as w

- Holistic, comprehensive, inclusive focus; high touch/interactive and intensive model

- Care coordination of services in/across all settings

- Majority of FTEs are employed clinical staff: NPs, PAs, RNs and MDs

- Home and Community Based Services are coordinated through local ASAPs

- Plan is at full risk for Federal and State services

- Successful public private sector partnership



© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Product Design: What is a FIDE SNP?

- A type of Dual Special Needs Plan (DSNP) that provides dually-eligil individuals access to Medicare and Medicaid benefits under a **singl** managed care organization.

- Additionally a FIDE SNP must:

  - Have a CMS approved SMAC (formerly, MIPPA) compliant contra a State Medicaid Agency that includes coverage of specified prim acute, and long-term care benefits and services, consistent with S policy, under risk-based financing;

  - Coordinate the delivery of covered Medicare and Medicaid health long-term care services, using aligned care management and spe care network methods for high-risk beneficiaries; and,

  - Employ policies and procedures approved by CMS and the State coordinate or integrate enrollment, member materials, communica grievance and appeals, and quality improvement.

© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Product Design: CMS Filing

- UHC SCO is H contract with CMS is H2226
- As of 1/1/20
  - Plan Benefit Package (PBP) 001:
    - Lower and mid acuity community members
    - All Medicaid only members
  - PBP 003:
    - Higher acuity community members (Nursing Home Certifiable)
    - Members that reside in a nursing facility
  - Every year we file a benefit package to CMS for our H contract at PBP level
  - Benefits are IDENTICAL to the member regardless of PBP per ou SCO contract

© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Product Design: Eligibility and Value

## SCO Eligibility:

- 65 years of age or older
  - *Traditional DSNPs do not have an age requirement*
- MassHealth Standard (Highest level of Medicaid)
  - *Full Duals only*
- Live in our service area
  - *Currently serving 10 Counties*
- Can have ESRD (2021 change)
- Can reside in Community or in Nursing Home
- PCP must be in network

## SCO Value:

- No premium or share of c[...] member
- No co-pays or deductibles covered service
- Individualized Care Manag[...]
- Caregiver Support
- Programs focused on Soc[...] Determinants of Health
- More benefits than traditic[...] Medicare and MassHealth

© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Product Design: Superior Benefits

- $0 co-pays for prescription drugs
  - Robust Drug Formulary including many OTC drugs (prescription required)
- Vision
  - $200 towards Eyewear
- Comprehensive Dental Coverage:
  - Root canals, crowns, dentures, implants
- Audiology
  - Hearing Aid replacement once every five years per ear
- Medical Transportation
  - Unlimited rides within the state
  - social transportation is not covered

- Health & Wellness Card
  - OTC Products Catalog & Debit through Solutran
    - *$600 annually. $150/Qtr w/ roll ove*
  - New in 2021. Annual Healthy F allowance of $300.
    - *Monthly allowance of $25. Use it o*
- Worldwide emergency & urgent
- Fitness membership through Re Active
- Telehealth:
  - Medical appointments through
  - Behavioral health appointments existing providers set up to do through AmWell

 © 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Product Design: SCO Service Area



**Senior Care Options**

Current County

County as of January 2021

© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# SCO Membership and Growth

our mission is to help people live healthier lives and to he
make the health system work better for everyone



Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# SCO Member Demographics

| Top Languages | Mbrs |
|---|---|
| English | 8,087 |
| Spanish | 6,922 |
| Mandarin | 1,578 |
| Russian | 1,296 |
| Cantonese | 1,246 |
| Vietnamese | 835 |
| All Others | 465 |
| Albanian | 367 |
| Portuguese | 300 |
| Khmer | 174 |
| Arabic | 172 |
| Haitian | 163 |
| Cape Verdean Creole | 101 |



*Member reported
*Data as of January 20,2021



© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# SCO Member by Provider Group



## TOP PROVIDER GROUPS

*Mass General Brigham's Health System    #Boston Medical Center Health System    +BI/Lahey Health System

© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Competitive Landscape

## SCO

- 6 Plans currently

    1. Commonwealth Care Alliance (also One Care)
    2. Navicare (dba Fallon Health) (also Commercial, Medicare, Medicaid, ACO, PACE)
    3. Tufts Health Plan (also Commercial, Medicare, Medicaid, ACO, One Care)
    4. BMC HealthNet (also Commercial, Medicaid, ACO)
    5. Senior Whole Health (dba Molina)
    6. UHC SCO (also Commercial, Medicare)

- Current Market Share data:

| Q1 | 2021 |
|---|---|
| *MBRS* | **Jan** |
| ***UHC*** | ***21,498*** |
| SWH | 15,401 |
| CCA | 12,283 |
| Navicare | 8,255 |
| Tufts | 8,069 |
| BMC | 1,584 |



© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number



# SCO Clinical Model of Care and Qu

our mission is to help people live healthier lives and to he
make the health system work better for everyone

UnitedHe

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Unique About SCO

- All care management and support employed by healthplan
  - Combined team of 287
- Required by state contract to contract for care coordination for LTSS services through Ag
  Service Access Points (ASAP)
  - 100 contracted care coordinators
- Optum clinical products
  - Optum Transplant
  - Optum Field Care Advocates (3)



© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Unique About SCO

- Must meet all requirements of both CMS and MassHealth, including required content of a assessments

- Longitudinal-every member/patient has an assigned care manager for as long as they ar in the plan

- Assessments are conducted Face-to-Face for members with any LTSS
  - Frequency determined by status of member as defined in the MassHealth contract. M complex members must be seen <u>at minimum</u> every 90 days and upon any change in c i.e. hospitalization.

- An Individualized Care Plan (ICP) must be created for all members and must address all identified during the assessment process with an Opportunity, Goal and Intervention.
  - Any missed OGI identified during a CMS audit, i.e. 7 out of 8 items have an OGI, caus failure and potential fines/sanctions

- LTSS UM is handled by the SCO care manager and Medical Director and is based upon identified in all assessments

- 24/7 coverage



© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Who We Serve: Clinical Snapshot

- All SCO members are 65+, low-income, have multiple chronic medical conditions, are co Medicaid (MassHealth), and 90% also have Medicare (dually-eligible)

- Membership usage of acute medical services, inpatient care, behavioral health services, community based services, and skilled care range from minimal to extensive, as does th for assistance with ADLs/IADLs



84.85%    Community Dual
■ Community Medicaid-Only
Institutional Dual
Institutional Medicaid-Only

9.67%    5.30%
0.18%

94% reside in comm settings

6% reside long-term nursing facilities

© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# How We Engage New Members



© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# How We Identify the Needs of New Members



Initial Health Risk Assessment (HRA)/ Member stratification

- No claims or utilization data is provided to plan for new members

- All initial stratification is based upon inform obtained:

  - During the enrollment process, on the F enrollment form (P-Form)

  - From member-reported data during a fa face initial health risk assessment (HRA

  - Any additional information that can be c partnering with each member's primary provider (PCP) and/or specialists

© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# A Person-Centered Approach



Assignment of care manager



© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Member Stratification Detail

| | Level 1 | Level 2 | Level 2 Alz Dz/Chronic Mental Illness | Level 3 | Nursin |
|---|---|---|---|---|---|
| **Risk/Acuity** | Low use of acute medical services and inpatient care | Low to Moderate use of acute medical services and inpatient care | Moderate use of acute medical *and* behavioral health services, and inpatient care | High use of acute medical and behavioral health services, inpatient care, and LTSS. | Requiring nursing |
| **Assistance** | Minimal to none | Assistance or supervision with IADLs | May require assistance or supervision with IADLs or ADLs | Assistance with ADLs or skilled need | Assistanc or skill |
| **Scheduled Visits (min)** | **Twice** per year | Twice per year | Twice per year | **Quarterly** | Every oth as n |
| **Primary Care Manager** | Healthcare Services Coordinator (HSC) | Registered Nurse (RN) with GSSC support | Registered Nurse (RN) with GSSC support | RN | NF |
| | Clinical Pharmacist, Social Worker, as needed | | | | |

© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# UHC SCO Program – Quality

- **2021,2022 Star Rating** – 5 STAR!

- **CMS**
  - Stars:  HEDIS, CAHPS, HOS, Pharmacy, Administrative Meas
  - Improvement Initiatives:  Chronic Care Improvement Project –
    Medication Adherence for Hypertension (MAH)

- **State**
  - Reporting:
  - As they occur Critical Incidents
  - Weekly report of members tested + COVID 19 and deaths fro
  - Monthly:  Appeals & Grievances
  - Annually:  Provider Profiles, Provider Satisfaction Survey, Me(
    Record  Review, Access & Availability Survey, HEDIS outcome
    documents, Enrollee Satisfaction Survey (CAHPS)

© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Family Caregiver Advocacy Program

*Mission: To provide early and ongoing resource, education, and social support for the informal caregivers of our SCO mer. Promoting seamless and informed care for our members requires actively supporting family caregivers in the navigation health care needs and services which they provide to their loved one.*

- Referral process utilizing Centralized Enrollee Record; caregivers part of care team

- Caregiver Advocate dedicated to supporting caregivers:
    - Provides 1:1 coaching to self-identify areas of support.
    - Consults clinical team as appropriate (e.g. ensure alignment with individualized plan of
    - Shares resources and recommendations including community-based entities/programs,
    - Makes follow-up outreach to caregiver to discuss progress and offer additional support i

- Caregivers most common needs: support regarding coping with disease process (highest ne Dementia), managing stress and burnout, navigating health care system.

- Feedback elicited about the program via surveys and  focus groups.

- Advocate attends care team meetings and community events to raise awareness of the prog

- Program brochures are available in 9 languages

- Building community partnerships

- Modernization Opportunities
    - Aligned with LTSS business plan – consider pilot state for technology
    - Wandering device coverage (GPS auto-activated)

"It was great and us information was he education, support and understanding. a difference to have as a support."
*–From a caregiver h program*



© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# One Care Program

our mission is to help people live **healthier** lives and to help make the health system work better for everyone



Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# One Care Program

## Program Background
- Launched in 2013, CMS/MassHealth Demonstration Program (MMP) cove
  eligible individuals with disabilities aged 21 – 64 with a program of integrat
  providing primary, acute, specialty, and behavioral health care needs, as w
  prescription medications, dental, vision and long-term services and suppor
  needs
  - Physical Disabilities
  - Disabled who are homeless
  - Multiple chronic illness / cognitive limitations
  - Substance Abuse
  - SMI
  - IDD
- UHC was one of 10 bidders in 2012, scored 8th of 10 health plans; not awa
- 3 of 6 awarded plans entered the program in 2013: Tufts, Commonwealth
  and Fallon
  - Fallon exited market in 2015 due to rates
  - CCA (19,497 members / 87%)
  - Tufts (2,971 / 13%)
- 2015 rate modifications provided some stabilization to the financials in the
- In 2017 CMS announced a second 2-year extension award through end of
- UHC selected  for the Massachusetts OneCare program (MMP for membe
  64).
- Program went live 1/1/22

© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number



# EXHIBIT 2

# MINIMUM DATA SET - HOME CARE (MDS-HC)©
## • *Unless otherwise noted, score for last 3 days*
## • *Examples of exceptions include IADLs/Continence/Services/Treatments where status scored over last 7 days*

## SECTION AA. NAME AND IDENTIFICATION NUMBERS

| | | |
|---|---|---|
| 1. | NAME OF CLIENT | **a.** (Last/Family Name)  **b.** (First Name)  **c.** (Middle Initial) |
| 2. | CASE RECORD NO. | |
| 3. | GOVERNMENT PENSION AND HEALTH INSURANCE NUMBERS | **a.** Pension (Social Security) Number |
| | | **b.** Health insurance number (or other comparable insurance number) |

## SECTION BB. PERSONAL ITEMS *(Complete at Intake Only)*

| | | |
|---|---|---|
| 1. | GENDER | 1. Male          2. Female |
| 2. | BIRTHDATE | Month — Day — Year |
| 3. | RACE/ ETHNICITY⊗ | *(Check all that apply)*  *RACE* |
| | | American Indian/Alaskan Native  **a.**  Asian  **b.**  Black or African American  **c.**  Native Hawaiian or other Pacific Islander  **d.**  White  **e.**  *ETHNICITY:*  Hispanic or Latino  **f.** |
| 4. | MARITAL STATUS | 1. Never married    3. Widowed       5. Divorced  2. Married         4. Separated      6. Other |
| 5. | LANGUAGE⊗ | Primary Language  0. English     1. Spanish     2. French     3. Other |
| 6. | EDUCATION *(Highest Level Completed)* | 1. No schooling           5. Technical or trade school  2. 8th grade/less         6. Some college  3. 9-11 grades            7. Bachelor's degree  4. High school            8. Graduate degree |
| 7. | RESPONSIBILITY/ ADVANCED DIRECTIVES | *(Code for responsibility/advanced directives)*  0. No              1. Yes  **a.** Client has a legal guardian  **b.** Client has advanced medical directives in place (for example, a do not hospitalize order) |

## SECTION CC. REFERRAL ITEMS *(Complete at Intake Only)*

| | | |
|---|---|---|
| 1. | DATE CASE OPENED/ REOPENED | Month — Day — Year |
| 2. | REASON FOR REFERRAL | 1. Post hospital care          4. Eligibility for home care  2. Community chronic care      5. Day care  3. Home placement screen       6. Other |
| 3. | GOALS OF CARE | *(Code for client/family understanding of goals of care)*  0. No            1. Yes  **a.** Skilled nursing treatments     **d.** Client/family education  **b.** Monitoring to avoid clinical complications     **e.** Family respite  **c.** Rehabilitation     **f.** Palliative care |
| 4. | TIME SINCE LAST HOSPITAL STAY | Time since discharge from last in-patient setting (*Code for most recent instance in LAST 180 DAYS*)  0. No hospitalization within 180 days  3. Within 15 to 30 days  1. Within last week  4. More than 30 days ago  2. Within 8 to 14 days |
| 5. | WHERE LIVED AT TIME OF REFERRAL | 1. Private home/apt. with no home care services  2. Private home/apt. with home care services  3. Board and care/assisted living/group home  4. Nursing home  5. Other |
| 6. | WHO LIVED WITH AT REFERRAL | 1. Lived alone  2. Lived with spouse only  3. Lived with spouse and other(s)  4. Lived with child (not spouse)  5. Lived with other(s) (not spouse or children)  6. Lived in group setting with non-relative(s) |
| 7. | PRIOR NH PLACEMENT | Resided in a nursing home at anytime during **5 YEARS** prior to case opening  0. No            1. Yes |
| 8. | RESIDENTIAL HISTORY | Moved to current residence within last two years  0. No            1. Yes |

## SECTION A. ASSESSMENT INFORMATION

| | | |
|---|---|---|
| 1. | ASSESSMENT REFERENCE DATE | *Date of assessment*  Month — Day — Year |

| | | |
|---|---|---|
| 2. | REASONS FOR ASSESSMENT | *Type of assessment*  1. Initial assessment  2. Follow-up assessment  3. Routine assessment at fixed intervals  4. Review within 30-day period prior to discharge from the program  5. Review at return from hospital  6. Change in status  7. Other |

## SECTION B. COGNITIVE PATTERNS

| | | |
|---|---|---|
| 1. | MEMORY RECALL ABILITY | *(Code for recall of what was learned or known)*  0. Memory OK       1. Memory problem  **a.** Short-term memory OK — seems/appears to recall after 5 minutes  **b.** Procedural memory OK—Can perform all or almost all steps in a multitask sequence without cues for initiation |
| 2. | COGNITIVE SKILLS FOR DAILY DECISION-MAKING | **a.** How well client made decisions about organizing the day (e.g., when to get up or have meals, which clothes to wear or activities to do)  0. *INDEPENDENT*—Decisions consistent/reasonable/safe  1. *MODIFIED INDEPENDENCE*—Some difficulty in new situations only  2. *MINIMALLY IMPAIRED*—In specific situations, decisions become poor or unsafe and cues/supervision necessary at those times  3. *MODERATELY IMPAIRED*—Decisions consistently poor or un-safe, cues/supervision required at all times  4. *SEVERELY IMPAIRED*—Never/rarely made decisions  **b.** Worsening of decision making as compared to status of **90 DAYS AGO** (or since last assessment if less than 90 days)  0. No            1. Yes |
| 3. | INDICATORS OF DELIRIUM | **a.** Sudden or new onset/change in mental function over **LAST 7 DAYS** (including ability to pay attention, awareness of surroundings, being coherent, unpredictable variation over course of day)  0. No            1. Yes  **b.** In the **LAST 90 DAYS** (or since last assessment if less than 90 days), client has become agitated or disoriented such that his or her safety is endangered or client requires protection by others  0. No            1. Yes |

## SECTION C. COMMUNICATION/HEARING PATTERNS

| | | |
|---|---|---|
| 1. | HEARING | *(With hearing appliance if used)*  0. *HEARS ADEQUATELY*—Normal talk, TV, phone, doorbell  1. *MINIMAL DIFFICULTY*—When not in quiet setting  2. *HEARS IN SPECIAL SITUATIONS ONLY*—Speaker has to adjust tonal quality and speak distinctly  3. *HIGHLY IMPAIRED*—Absence of useful hearing |
| 2. | MAKING SELF UNDERSTOOD (Expression) | *(Expressing information content—however able)*  0. *UNDERSTOOD*—Expresses ideas without difficulty  1. *USUALLY UNDERSTOOD*—Difficulty finding words or finishing thoughts BUT if given time, little or no prompting required  2. *OFTEN UNDERSTOOD*—Difficulty finding words or finishing thoughts, prompting usually required  3. *SOMETIMES UNDERSTOOD*—Ability is limited to making concrete requests  4. *RARELY/NEVER UNDERSTOOD* |
| 3. | ABILITY TO UNDERSTAND OTHERS (Comprehension) | *(Understands verbal information—however able)*  0. *UNDERSTANDS*—Clear comprehension  1. *USUALLY UNDERSTANDS*—Misses some part/intent of message, BUT comprehends most conversation with little or no prompting  2. *OFTEN UNDERSTANDS*—Misses some part/intent of message; with prompting can often comprehend conversation  3. *SOMETIMES UNDERSTANDS*—Responds adequately to simple, di-rect communication  4. *RARELY/NEVER UNDERSTANDS* |
| 4. | COMMUNICATION DECLINE | Worsening in communication (making self understood or understand-ing others) as compared to status of **90 DAYS AGO** (or since last assessment if less than 90 days)  0. No            1. Yes |

## SECTION D. VISION PATTERNS

| | | |
|---|---|---|
| 1. | VISION | *(Ability to see in adequate light and with glasses if used)*  0. *ADEQUATE*—Sees fine detail, including regular print in newspapers/books  1. *IMPAIRED*—Sees large print, but not regular print in newspapers/books  2. *MODERATELY IMPAIRED*—Limited vision; not able to see newspa-per headlines, but can identify objects  3. *HIGHLY IMPAIRED*—Object identification in question, but eyes ap-pear to follow objects  4. *SEVERELY IMPAIRED*—No vision or sees only light, colors, or shapes; eyes do not appear to follow objects |
| 2. | VISUAL LIMITATION/ DIFFICULTIES | Saw halos or rings around lights, curtains over eyes, or flashes of lights  0. No            1. Yes |
| 3. | VISION DECLINE | Worsening of vision as compared to status of **90 DAYS AGO** (or since last assessment if less than 90 days)  0. No            1. Yes |

## SECTION E. MOOD AND BEHAVIOR PATTERNS

| 1. | INDICATORS OF DEPRES- SION, ANXIETY, SAD MOOD | (*Code for observed indicators irrespective of the assumed cause*)<br>0. Indicator not exhibited in last 3 days<br>1. Exhibited 1-2 of last 3 days<br>2. Exhibited on each of last 3 days | |
|---|---|---|---|
| | | **a. A FEELING OF SADNESS OR BEING DEPRESSED,** that life is not worth living, that nothing matters, that he or she is of no use to anyone or would rather be dead | **e. REPETITIVE ANXIOUS COM- PLAINTS, CONCERNS**—e.g., persistently seeks attention/ reassurance regarding sched- ules, meals, laundry, clothing, relationship issues |
| | | **b. PERSISTENT ANGER WITH SELF OR OTHERS**— e.g., easily annoyed, anger at care received | **f. SAD, PAINED, WORRIED FA- CIAL EXPRESSIONS**—e.g., furrowed brows |
| | | **c. EXPRESSIONS OF WHAT APPEAR TO BE UNREAL- ISTIC FEARS**—e.g., fear of being abandoned, left alone, being with others | **g. RECURRENT CRYING, TEAR- FULNESS** |
| | | **d. REPETITIVE HEALTH COM- PLAINTS**—e.g., persistently seeks medical attention, obsessive concern with body functions | **h. WITHDRAWAL FROM ACTIVI- TIES OF INTEREST**—e.g., no interest in long standing ac- tivities or being with family/ friends<br><br>**i. REDUCED SOCIAL INTER- ACTION** |
| 2. | MOOD DECLINE | Mood indicators have become worse as compared to status of **90 days ago** (or since last assessment if less than 90 days)<br>0. No        1. Yes | |
| 3. | BEHAVIORAL SYMPTOMS | Instances when client exhibited behavioral symptoms. If EXHIBITED, ease of altering the symptom when it occurred.<br><br>0. Did not occur in last 3 days<br>1. Occurred, easily altered<br>2. Occurred, not easily altered | |
| | | **a. WANDERING**—Moved with no rational purpose, seemingly oblivious to needs or safety | |
| | | **b. VERBALLY ABUSIVE BEHAVIORAL SYMPTOMS**—Threatened, screamed at, cursed at others | |
| | | **c. PHYSICALLY ABUSIVE BEHAVIORAL SYMPTOMS**—Hit, shoved, scratched, sexually abused others | |
| | | **d. SOCIALLY INAPPROPRIATE/DISRUPTIVE BEHAVIORAL SYMP- TOMS**—Disruptive sounds, noisiness, screaming, self-abusive acts, sexual behavior or disrobing in public, smears/throws food/feces, rummaging, repetitive behavior, rises early and causes disruption | |
| | | **e. RESISTS CARE**—Resisted taking medications/injections, ADL as- sistance, eating, or changes in position | |
| 4. | CHANGES IN BEHAVIOR SYMPTOMS | Behavioral symptoms have become worse or are less well tolerated by family as compared to **90 DAYS AGO** (or since last assessment if less than 90 days)<br>0. No, or no change in behavioral symptoms        1. Yes | |

## SECTION F. SOCIAL FUNCTIONING

| 1. | INVOLVE- MENT | **a.** At ease interacting with others (e.g., likes to spend time with others)<br>0. At ease        1. Not at ease | |
|---|---|---|---|
| | | **b.** Openly expresses conflict or anger with family/friends<br>0. No        1. Yes | |
| 2. | CHANGE IN SOCIAL ACTIVITIES | As compared to **90 DAYS AGO** (or since last assessment if less than 90 days ago), decline in the client's level of participation in social, religious, occupational or other preferred activities. IF THERE WAS A DECLINE, client distressed by this fact<br>0. No decline<br>1. Decline, not distressed<br>2. Decline, distressed | |
| 3. | ISOLATION | **a.** Length of time client is alone during the day (morning and afternoon)<br>0. Never or hardly ever<br>1. About one hour<br>2. Long periods of time—e.g., all morning<br>3. All of the time | |
| | | **b.** Client says or indicates that he/she feels lonely<br>0. No        1. Yes | |

## SECTION G. INFORMAL SUPPORT SERVICES

| 1. | TWO KEY INFORMAL HELPERS<br><br>Primary (A) and Secondary (B) | NAME OF PRIMARY AND SECONDARY HELPERS | | (A) Prim | (B) Secn |
|---|---|---|---|---|---|
| | | **a.** (Last/Family Name)        **b.** (First) | | | |
| | | **c.** (Last/Family Name)        **d.** (First) | | | |
| | | **e.** Lives with client<br>0. Yes    1. No    2. No such helper [skip other items in the appropriate column] | | | |
| | | **f.** Relationship to client<br>0. Child or child-in-law    2. Other Relative<br>1. Spouse    3. Friend/neighbor | | | |
| | | Areas of help:        0. Yes        1. No | | | |
| | | **g.** — Advice or emotional support | | | |
| | | **h.** — IADL care | | | |
| | | **i.** — ADL care | | | |

| 1. | TWO KEY INFORMAL HELPERS<br><br>Primary (A) and Secondary (B)<br><br>(cont) | | (A) Prim | (B) Secn |
|---|---|---|---|---|
| | | If needed, willingness (with ability) to increase help:<br>0. More than 2 hours    1. 1-2 hours per day    2. No | | |
| | | **j.** — Advice or emotional support | | |
| | | **k.** — IADL care | | |
| | | **l.** — ADL care | | |
| 2. | CAREGIVER STATUS | (*Check all that apply*) | |
| | | A caregiver is unable to continue in caring activities—e.g., decline in the health of the caregiver makes it difficult to continue | a. |
| | | Primary caregiver is not satisfied with support received from family and friends (e.g., other children of client) | b. |
| | | Primary caregiver expresses feelings of distress, anger or depression | c. |
| | | *NONE OF ABOVE* | d. |
| 3. | EXTENT OF INFORMAL HELP (HOURS OF CARE, ROUNDED) | For instrumental and personal activities of daily living received over the **LAST 7 DAYS**, indicate extent of help from family, friends, and neighbors | HOURS |
| | | **a.** Sum of time across five weekdays | |
| | | **b.** Sum of time across two weekend days | |

## SECTION H. PHYSICAL FUNCTIONING:
## • IADL PERFORMANCE IN 7 DAYS
## • ADL PERFORMANCE IN 3 DAYS

| 1. | IADL SELF PERFORMANCE—Code for functioning in routine activities around the home or in the community during the **LAST 7 DAYS,**<br><br>**(A)** IADL SELF PERFORMANCE CODE (*Code for client's performance during LAST 7 DAYS*)<br>0. *INDEPENDENT*—did on own<br>1. *SOME HELP*—help some of the time<br>2. *FULL HELP*—performed with help all of the time<br>3. *BY OTHERS*—performed by others<br>8. *ACTIVITY DID NOT OCCUR*<br><br>**(B)** IADL DIFFICULTY CODE *How difficult it is (or would it be) for client to do activity on own*<br>0. *NO DIFFICULTY*<br>1. *SOME DIFFICULTY*—e.g., needs some help, is very slow, or fatigues<br>2. *GREAT DIFFICULTY*—e.g., little or no involvement in the activity is possible | (A) Performance | (B) Difficulty |
|---|---|---|---|
| | **a. MEAL PREPARATION**—How meals are prepared (e.g., planning meals, cooking, assembling ingredients, setting out food and utensils) | | |
| | **b. ORDINARY HOUSEWORK**—How ordinary work around the house is performed (e.g., doing dishes, dusting, making bed, tidying up, laundry) | | |
| | **c. MANAGING FINANCE**—How bills are paid, checkbook is balanced, household expenses are balanced | | |
| | **d. MANAGING MEDICATIONS**—How medications are managed (e.g., remembering to take medicines, opening bottles, taking correct drug dosages, giving injections, applying ointments) | | |
| | **e. PHONE USE**—How telephone calls are made or received (with assistive devices such as large numbers on telephone, amplification as needed) | | |
| | **f. SHOPPING**—How shopping is performed for food and household items (e.g., selecting items, managing money) | | |
| | **g. TRANSPORTATION**—How client travels by vehicle (e.g., gets to places beyond walk- ing distance) | | |

| 2. | ADL SELF-PERFORMANCE—The following address the client's physical functioning in routine personal activities of daily life, for example, dressing, eating, etc. during the **LAST 3 DAYS, considering all episodes of these activities.** For clients who performed an activity indepen- dently, be sure to determine and record whether others encouraged the activity or were present to supervise or oversee the activity [*Note—For bathing, code for most dependent single episode in **LAST 7 DAYS**]<br><br>0. *INDEPENDENT*—No help, setup, or oversight —OR— Help, setup, oversight provided only 1 or 2 times (with any task or subtask)<br><br>1. *SETUP HELP ONLY*—Article or device provided within reach of client 3 or more times<br><br>2. *SUPERVISION*—Oversight, encouragement or cueing provided 3 or more times during last 3 days —OR— Supervision (1 or more times) plus physical assistance provided only 1 or 2 times (for a total of 3 or more episodes of help or supervision)<br><br>3. *LIMITED ASSISTANCE*—Client highly involved in activity; received physical help in guided maneuvering of limbs or other non-weight bearing assistance 3 or more times —OR— Combination of non-weight bearing help with more help provided only 1 or 2 times during period (for a total of 3 or more episodes of physical help)<br><br>4. *EXTENSIVE ASSISTANCE*—Client performed part of activity on own (50% or more of subtasks), but help of following type(s) were provided 3 or more times:<br>— Weight-bearing support —OR—<br>— Full performance by another during part (but not all) of last 3 days<br><br>5. *MAXIMAL ASSISTANCE*—Client involved and completed less than 50% of subtasks on own (includes 2+ person assist), received weight bearing help or full performance of certain subtasks 3 or more times<br><br>6. *TOTAL DEPENDENCE*—Full performance of activity by another<br><br>8. *ACTIVITY DID NOT OCCUR* (regardless of ability) |
|---|---|

MDS-HC Version 2.0 — July 21, 1999                MDS-HC - Pg 2

| 2. | ADL SELF-PERFORMANCE (cont) | |
|---|---|---|
| a. | MOBILITY IN BED—Including moving to and from lying position, turning side to side, and positioning body while in bed. | |
| b. | TRANSFER—Including moving to and between surfaces—to/from bed, chair, wheelchair, standing position. [*Note—Excludes to/from bath/toilet*] | |
| c. | LOCOMOTION IN HOME—[*Note—If in wheelchair, self-sufficiency once in chair*] | |
| d. | LOCOMOTION OUTSIDE OF HOME—[*Note—If in wheelchair, self-sufficiency once in chair*] | |
| e. | DRESSING UPPER BODY—How client dresses and undresses (**street clothes, under-wear**) above the waist, includes prostheses, orthotics, fasteners, pullovers, etc. | |
| f. | DRESSING LOWER BODY—How client dresses and undresses (**street clothes, under-wear**) from the waist down, includes prostheses, orthotics, belts, pants, skirts, shoes, and fasteners | |
| g. | EATING—Including taking in food by any method, including tube feedings. | |
| h. | TOILET USE—Including using the toilet room or commode, bedpan, urinal, transferring on/off toilet, cleaning self after toilet use or incontinent episode, changing pad, managing any special devices required (ostomy or catheter), and adjusting clothes. | |
| i. | PERSONAL HYGIENE—Including combing hair, brushing teeth, shaving, applying makeup, washing/drying face and hands (EXCLUDE baths and showers) | |
| j. | BATHING—How client takes full-body bath/shower or sponge bath (EXCLUDE washing of back and hair). Includes how each part of body is bathed: arms, upper and lower legs, chest, abdomen, perineal area. *Code for most dependent episode in LAST 7 DAYS* | |

| 3. | ADL DECLINE | ADL status has become worse (i.e., now more impaired in self perfor-mance) as compared to status **90 days ago** (or since last assessment if less than 90 days)  0. No    1. Yes | |
|---|---|---|---|
| 4. | PRIMARY MODES OF LOCOMO-TION | 0. No assistive device    3. Scooter (e.g., Amigo)  1. Cane    4. Wheelchair  2. Walker/crutch    8. ACTIVITY DID NOT OCCUR | |
| | | **a.** Indoors | |
| | | **b.** Outdoors | |
| 5. | STAIR CLIMBING | In the **last 3 days**, how client went up and down stairs (e.g., single or multiple steps, using handrail as needed)  0. Up and down stairs without help  1. Up and down stairs with help  2. Not go up and down stairs | |
| 6. | STAMINA | a. In a typical week, during the **LAST 30 DAYS** (or since last assess-ment), code the number of days client usually went out of the house or building in which client lives (no matter how short a time period )  0. Every day    2. 1 day a week  1. 2-6 days a week    3. No days | |
| | | b. Hours of physical activities in the **last 3 days** (e.g., walking, cleaning house, exercise)  0. Two or more hours    1. Less than two hours | |
| 7. | FUNCTIONAL POTENTIAL | Client believes he/she capable of increased functional independence (ADL, IADL, mobility) | a. |
| | | Caregivers believe client is capable of increased functional indepen-dence (ADL, IADL, mobility) | b. |
| | | Good prospects of recovery from current disease or conditions, im-proved health status expected | c. |
| | | *NONE OF ABOVE* | d. |

## SECTION I. CONTINENCE IN LAST 7 DAYS

| 1. | BLADDER CONTI-NENCE | a. In LAST 7 DAYS control of urinary bladder function (with appliances such as catheters or incontinence program employed) [*Note—if dribbles, volume insufficient to soak through underpants*]  0. *CONTINENT*—Complete control; DOES NOT USE any type of catheter or other urinary collection device  1. *CONTINENT WITH CATHETER*—Complete control with use of any type of catheter or urinary collection device that does not leak urine  2. *USUALLY CONTINENT*—Incontinent episodes once a week or less  3. *OCCASIONALLY INCONTINENT*—Incontinent episodes 2 or more times a week but not daily  4. *FREQUENTLY INCONTINENT*—Tends to be incontinent daily, but some control present  5. *INCONTINENT*—Inadequate control, multiple daily episodes  8. *DID NOT OCCUR*—No urine output from bladder | |
|---|---|---|---|
| | | b. Worsening of bladder incontinence as compared to status **90 DAYS AGO** (or since last assessment if less than 90 days)  0. No    1. Yes | |
| 2. | BLADDER DEVICES | (*Check all that apply in LAST 7 DAYS*) | |
| | | Use of pads or briefs to protect against wetness | a. |
| | | Use of an indwelling urinary catheter | b. |
| | | *NONE OF ABOVE* | c. |

| 3. | BOWEL CONTI-NENCE | In **LAST 7 DAYS**, control of bowel movement (with appliance or bowel continence program if employed)  0. *CONTINENT*—Complete control; DOES NOT USE ostomy device  1. *CONTINENT WITH OSTOMY*—Complete control with use of ostomy device that does not leak stool  2. *USUALLY CONTINENT*—Bowel incontinent episodes less than weekly  3. *OCCASIONALLY INCONTINENT*—Bowel incontinent episode once a week  4. *FREQUENTLY INCONTINENT*—Bowel incontinent episodes 2-3 times a week  5. *INCONTINENT*—Bowel incontinent all (or almost all) of the time  8. *DID NOT OCCUR*—No bowel movement during entire 7 day assessment period | |
|---|---|---|---|

## SECTION J. DISEASE DIAGNOSES

Disease/infection that doctor has indicated is present and affects client's status, requires treat-ment, or symptom management. Also include if disease is monitored by a home care professional or is the reason for a hospitalization in **LAST 90 DAYS** (or since last assessment if less than 90 days)

[blank]. Not present
1. Present—not subject to focused treatment or monitoring by home care professional
2. Present—monitored or treated by home care professional
[If no disease in list, check **J1ac**, *None of Above*]

| 1. | DISEASES | HEART/CIRCULATION | | p. Osteoporosis | |
|---|---|---|---|---|---|
| | | a. Cerebrovascular accident (stroke) | | SENSES | |
| | | b. Congestive heart failure | | q. Cataract | |
| | | c. Coronary artery disease | | r. Glaucoma | |
| | | d. Hypertension | | PSYCHIATRIC/MOOD | |
| | | e. Irregularly irregular pulse | | s. Any psychiatric diagnosis | |
| | | f. Peripheral vascular disease | | INFECTIONS | |
| | | NEUROLOGICAL | | t. HIV infection | |
| | | g. Alzheimer's | | u. Pneumonia | |
| | | h. Dementia other than Alzheimer's disease | | v. Tuberculosis | |
| | | i. Head trauma | | w. Urinary tract infection (**in LAST 30 DAYS**) | |
| | | j. Hemiplegia/hemiparesis | | OTHER DISEASES | |
| | | k. Multiple sclerosis | | x. Cancer—(in past 5 years) not including skin cancer | |
| | | l. Parkinsonism | | y. Diabetes | |
| | | MUSCULO-SKELETAL | | z. Emphysema/COPD/asthma | |
| | | m. Arthritis | | aa. Renal Failure | |
| | | n. Hip fracture | | ab. Thyroid disease (hyper or hypo) | |
| | | o. Other fractures (e.g., wrist, vertebral) | | ac. *NONE OF ABOVE* | ac. |
| 2. | OTHER CURRENT OR MORE DETAILED DIAGNOSES AND ICD-9 CODES | a. _____ | | \| \| \| • \| \| | |
| | | b. _____ | | \| \| \| • \| \| | |
| | | c. _____ | | \| \| \| • \| \| | |
| | | d. _____ | | \| \| \| • \| \| | |

## SECTION K. HEALTH CONDITIONS AND PREVENTIVE HEALTH MEASURES

| 1. | PREVENTIVE HEALTH (PAST TWO YEARS) | (*Check all that apply—in PAST 2 YEARS*) | | |
|---|---|---|---|---|
| | | Blood pressure measured | | a. |
| | | Received influenza vaccination | | b. |
| | | Test for blood in stool or screening endoscopy | | c. |
| | | IF FEMALE: Received breast examination or mammography | | d. |
| | | *NONE OF ABOVE* | | e. |
| 2. | PROBLEM CONDITIONS PRESENT ON 2 OR MORE DAYS | (*Check all that were present on at least 2 of the last 3 days*) | | |
| | | Diarrhea | a. | Loss of appetite | d. |
| | | Difficulty urinating or urinating 3 or more times at night | b. | Vomiting | e. |
| | | Fever | c. | *NONE OF ABOVE* | f. |
| 3. | PROBLEM CONDITIONS | (*Check all present at any point during last 3 days*) | | |
| | | PHYSICAL HEALTH | | Shortness of breath | e. |
| | | Chest pain/pressure at rest or on exertion | a. | MENTAL HEALTH | |
| | | No bowel movement in 3 days | b. | Delusions | f. |
| | | Dizziness or lightheadedness | c. | Hallucinations | g. |
| | | Edema | d. | *NONE OF ABOVE* | h. |

| | | | |
|---|---|---|---|
| 4. | PAIN | **a.** Frequency with which client complains or shows evidence of pain<br>0. No pain (score b-e as 0)   2. Daily - one period<br>1. Less than daily          3. Daily - multiple periods<br>              (e.g., morning and evening) | |
| | | **b.** Intensity of pain<br>0. No pain    2. Moderate    4. Times when pain is horrible<br>1. Mild        3. Severe         or excruciating | |
| | | **c.** From client's point of view, pain intensity disrupts usual activities<br>0. No          1. Yes | |
| | | **d.** Character of pain<br>0. No pain    1. Localized - single site    2. Multiple sites | |
| | | **e.** From client's point of view, medications adequately control pain<br>0. Yes or no pain  1. Medications do not    2. Pain present,<br>               adequately control pain  medication not<br>                           taken | |
| 5. | FALLS FREQUENCY | Number of times fell in **LAST 90 DAYS** (or since last assessment if less than 90 days) If none, code "0"; if more than 9, code "9" | |
| 6. | DANGER OF FALL | (*Code for danger of falling*)<br>0. No         1. Yes | |
| | | **a.** Unsteady gait | |
| | | **b.** Client limits going outdoors due to fear of falling (e.g., stopped using bus, goes out only with others) | |
| 7. | LIFE STYLE (Drinking/ Smoking) | (*Code for drinking or smoking*)<br>0. No         1. Yes | |
| | | **a.** In the LAST 90 DAYS (or since last assessment if less than 90 days), client felt the need or was told by others to cut down on drinking, or others were concerned with client's drinking | |
| | | **b.** In the LAST 90 DAYS (or since last assessment if less than 90 days), client had to have a drink first thing in the morning to steady nerves (i.e., an "eye opener") or has been in trouble because of drinking | |
| | | **c.** Smoked or chewed tobacco daily | |
| 8. | HEALTH STATUS INDICATORS | (**Check all that apply**) | |
| | | Client feels he/she has poor health (when asked) | a. |
| | | Has conditions or diseases that make cognition, ADL, mood, or behavior patterns unstable (fluctuations, precarious, or deteriorating) | b. |
| | | Experiencing a flare-up of a recurrent or chronic problem | c. |
| | | Treatments changed in LAST 30 DAYS (or since last assessment if less than 30 days) because of a new acute episode or condition | d. |
| | | Prognosis of less than six months to live—e.g., physician has told client or client's family that client has end-stage disease | e. |
| | | NONE OF ABOVE | f. |
| 9. | OTHER STATUS INDICATORS | (**Check all that apply**) | |
| | | Fearful of a family member or caregiver | a. |
| | | Unusually poor hygiene | b. |
| | | Unexplained injuries, broken bones, or burns | c. |
| | | Neglected, abused, or mistreated | d. |
| | | Physically restrained (e.g., limbs restrained, used bed rails, constrained to chair when sitting) | e. |
| | | NONE OF ABOVE | f. |

## SECTION L. NUTRITION/HYDRATION STATUS

| | | | |
|---|---|---|---|
| 1. | WEIGHT | (*Code for weight items*)<br>0. No        1. Yes | |
| | | **a.** Unintended weight loss of 5% or more in the **LAST 30 DAYS** [or 10% or more in the **LAST 180 DAYS**] | |
| | | **b.** Severe malnutrion (cachexia) | |
| | | **c.** Morbid obesity | |
| 2. | CONSUMPTION | (*Code for consumption*)<br>0. No        1. Yes | |
| | | **a.** In at least 2 of the last 3 days, ate one or fewer meals a day | |
| | | **b.** In last 3 days, noticeable decrease in the amount of food client usually eats or fluids usually consumes | |
| | | **c.** Insufficient fluid—did not consume all/almost all fluids during last 3 days | |
| | | **d.** Enteral tube feeding | |
| 3. | SWALLOWING | 0. *NORMAL*—Safe and efficient swallowing of all diet consistencies<br>1. *REQUIRES DIET MODIFICATION TO SWALLOW SOLID FOODS* (mechanical diet or able to ingest specific foods only)<br>2. *REQUIRES MODIFICATION TO SWALLOW SOLID FOODS AND LIQUIDS* (puree, thickened liquids)<br>3. *COMBINED ORAL AND TUBE FEEDING*<br>4. *NO ORAL INTAKE* (*NPO*) | |

## SECTION M. DENTAL STATUS (ORAL HEALTH)

| | | | |
|---|---|---|---|
| 1. | ORAL STATUS | (**Check all that apply**) | |
| | | Problem chewing (e.g., poor mastication, immobile jaw, surgical resection, decreased sensation/motor control, pain while eating) | a. |
| | | Mouth is "dry" when eating a meal | b. |
| | | Problem brushing teeth or dentures | c. |
| | | NONE OF ABOVE | d. |

## SECTION N. SKIN CONDITION

| | | | |
|---|---|---|---|
| 1. | SKIN PROBLEMS | Any troubling skin conditions or changes in skin condition (e.g., burns, bruises, rashes, itchiness, body lice, scabies)<br>0. No         1. Yes | |
| 2. | ULCERS (Pressure/ Stasis) | Presence of an ulcer anywhere on the body. Ulcers include any area of persistent skin redness (Stage 1); partial loss of skin layers (Stage 2); deep craters in the skin (Stage 3); breaks in skin exposing muscle or bone (Stage 4). [**Code 0 if no ulcer, otherwise record the highest ulcer stage (Stage 1-4).**] | |
| | | **a. Pressure ulcer**—any lesion caused by pressure, shear forces, resulting in damage of underlying tissues | |
| | | **b. Stasis ulcer**—open lesion caused by poor circulation in the lower extremities | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3. | OTHER SKIN PROBLEMS REQUIRING TREATMENT | (*Check all that apply*) | | | | |
| | | Burns (second or third degree) | a. | Surgical wound | | d. |
| | | Open lesions other than ulcers, rashes, cuts (e.g., cancer) | b. | Corns, calluses, structural problems, infections, fungi<br><br>*NONE OF ABOVE* | | e. |
| | | Skin tears or cuts | c. | | | f. |

| | | | |
|---|---|---|---|
| 4. | HISTORY OF RESOLVED PRESSURE ULCERS | Client previously had (at any time) or has an ulcer anywhere on the body<br>0. No         1. Yes | |
| 5. | WOUND/ ULCER CARE | (*Check for formal care in LAST 7 DAYS*) | |
| | | Antibiotics, systemic or topical | a. |
| | | Dressings | b. |
| | | Surgical wound care | c. |
| | | Other wound/ulcer care (e.g., pressure relieving device, nutrition, turning, debridement) | d. |
| | | *NONE OF ABOVE* | e. |

## SECTION O. ENVIRONMENTAL ASSESSMENT

| | | | |
|---|---|---|---|
| 1. | HOME ENVIRONMENT [Check any of following that make home environment hazardous or uninhabitable (if none apply, check *NONE OF ABOVE*; if temporarily in institution, base assessment on home visit)] | Lighting in evening (including inadequate or no lighting in living room, sleeping room, kitchen, toilet, corridors) | a. |
| | | Flooring and carpeting (e.g., holes in floor, electric wires where client walks, scatter rugs) | b. |
| | | Bathroom and toiletroom (e.g., non-operating toilet, leaking pipes, no rails though needed, slippery bathtub, outside toilet) | c. |
| | | Kitchen (e.g., dangerous stove, inoperative refrigerator, infestation by rats or bugs) | d. |
| | | Heating and cooling (e.g., too hot in summer, too cold in winter, wood stove in a home with an asthmatic) | e. |
| | | Personal safety (e.g., fear of violence, safety problem in going to mailbox or visiting neighbors, heavy traffic in street) | f. |
| | | Access to home (e.g., difficulty entering/leaving home) | g. |
| | | Access to rooms in house (e.g., unable to climb stairs) | h. |
| | | *NONE OF ABOVE* | i. |
| 2. | LIVING ARRANGEMENT | **a.** As compared to **90 DAYS AGO** (or since last assessment), client now lives with other persons—e.g., moved in with another person, other moved in with client<br>0. No         1. Yes | |
| | | **b.** Client or primary caregiver feels that client would be better off in another living environment<br>0. No  1. Client only    2. Caregiver only   3. Client and caregiver | |

## SECTION P. SERVICE UTILIZATION (IN LAST 7 DAYS)

| | | | (A) # of Days | (B) Hours | (C) Mins |
|---|---|---|---|---|---|
| 1. | FORMAL CARE<br><br>(Minutes rounded to even 10 minutes) | Extent of care or care management in **LAST 7 DAYS** (or since last assessment if less than 7 days) involving | | | |
| | | **a.** Home health aides | | | |
| | | **b.** Visiting nurses | | | |
| | | **c.** Homemaking services | | | |
| | | **d.** Meals | | | |
| | | **e.** Volunteer services | | | |
| | | **f.** Physical therapy | | | |
| | | **g.** Occupational therapy | | | |
| | | **h.** Speech therapy | | | |
| | | **i.** Day care or day hospital | | | |
| | | **j.** Social worker in home | | | |

MDS-HC Version 2.0 — July 21, 1999        MDS-HC - Pg 4

| 2. | SPECIAL TREAT-MENTS, THERAPIES, PROGRAMS | Special treatments, therapies, and programs received or scheduled during the **LAST 7 DAYS** (or since last assessment if less than 7 days) and adherence to the required schedule. Includes services received in the home or on an outpatient basis. |
|---|---|---|

[Blank]. Not applicable      2. Scheduled, partial adherence
1. Scheduled, full adherence as prescribed 3. Scheduled, not received
[If no treatments provided, check *NONE OF ABOVE* **P2aa**]

| RESPIRATORY TREATMENTS | | o. Occupational therapy | |
|---|---|---|---|
| **a.** Oxygen | | **p.** Physical therapy | |
| **b.** Respirator for assistive breathing | | **PROGRAMS** | |
| | | **q.** Day center | |
| **c.** All other respiratory treatments | | **r.** Day hospital | |
| **OTHER TREATMENTS** | | **s.** Hospice care | |
| **d.** Alcohol/drug treatment program | | **t.** Physician or clinic visit | |
| | | **u.** Respite care | |
| **e.** Blood transfusion(s) | | **SPECIAL PROCEDURES DONE IN HOME** | |
| **f.** Chemotherapy | | | |
| **g.** Dialysis | | **v.** Daily nurse monitoring (e.g., EKG, urinary output) | |
| **h.** IV infusion - central | | **w.** Nurse monitoring less than daily | |
| **i.** IV infusion - peripheral | | | |
| **j.** Medication by injection | | **x.** Medical alert bracelet or electronic security alert | |
| **k.** Ostomy care | | | |
| **l.** Radiation | | **y.** Skin treatment | |
| **m.** Tracheostomy care | | **z.** Special diet | |
| **THERAPIES** | | **aa.** *NONE OF ABOVE* | aa. |
| **n.** Exercise therapy | | | |

| 3. | MANAGE-MENT OF EQUIPMENT (In Last 3 Days) | **Management codes:**<br>  0. Not used<br>  1. Managed on own<br>  2. Managed on own if laid out or with verbal reminders<br>  3. Partially performed by others<br>  4. Fully performed by others |
|---|---|---|

| **a.** Oxygen | | **c.** Catheter | |
|---|---|---|---|
| **b.** IV | | **d.** Ostomy | |

| 4. | VISITS IN LAST 90 DAYS OR SINCE LAST ASSESSMENT | ***Enter 0 if none, if more than 9, code "9"*** | |
|---|---|---|---|
| | | **a.** Number of times ADMITTED TO HOSPITAL **with** an overnight stay | |
| | | **b.** Number of times VISITED EMERGENCY ROOM **without** an overnight stay | |
| | | **c.** EMERGENT CARE—including unscheduled nursing, physician, or therapeutic visits to office or home | |

| 5. | TREATMENT GOALS | Any treatment goals that have been met in the **LAST 90 DAYS** (or since last assessment if less than 90 days)<br>  0. No      1. Yes | |
|---|---|---|---|
| 6. | OVERALL CHANGE IN CARE NEEDS | Overall self sufficiency has changed significantly as compared to status of **90 DAYS AGO** (or since last assessment if less than 90 days)<br> 0. No change  1. Improved—receives fewer supports  2. Deteriorated—receives more support | |
| 7. | TRADE OFFS | Because of limited funds, during the last month, client made trade-offs among purchasing any of the following: prescribed medications, sufficient home heat, necessary physician care, adequate food, home care<br>  0. No      1. Yes | |

## SECTION Q. MEDICATIONS

| 1. | NUMBER OF MEDICA-TIONS | Record the number of different medicines (prescriptions and over the counter), including eye drops, taken regularly or on an occasional basis in the **LAST 7 DAYS** (or since last assessment)[*If none, code "0", if more than 9, code "9"*] | |
|---|---|---|---|

| 2. | RECEIPT OF PSYCHO-TROPIC MEDICATION | Psychotropic medications taken in the **LAST 7 DAYS** (or since last assesssment) [Note—Review client's medications with the list that applies to the following categories]    0. No    1. Yes | |
|---|---|---|---|

| **a.** Antipsychotic/neuroleptic | | **c.** Antidepressant | |
|---|---|---|---|
| **b.** Anxiolytic | | **d.** Hypnotic | |

| 3. | MEDICAL OVERSIGHT | Physician reviewed client's medications as a whole in **LAST 180 DAYS** (or since last assessment)<br>  0. Discussed with at least one physician (or no medication taken)<br>  1. No single physician reviewed all medications | |
|---|---|---|---|
| 4. | COMPLI-ANCE/ ADHERENCE WITH MEDICA-TIONS | Compliant all or most of time with **medications** prescribed by physician (both during and between therapy visits) in **LAST 7 DAYS**<br><br>  0. Always compliant<br>  1. Compliant 80% of time or more<br>  2. Compliant less than 80% of time, including failure to purchase prescribed medications<br>  3. *NO MEDICATIONS PRESCRIBED* | |

| 5. | LIST OF ALL MEDICATIONS | List prescribed and nonprescribed medications taken in **LAST 7 DAYS** (or since last assessment) |
|---|---|---|

**a. Name and Dose**—Record the name of the medication and dose ordered.
**b. Form:** Code the route of Administration using the following list:

| | | |
|---|---|---|
| 1. By mouth (PO) | 5. Subcutaneous (SQ) | 9. Enteral tube |
| 2. Sub lingual (SL) | 6. Rectal (R) | 10. Other |
| 3. Intramuscular (IM) | 7. Topical | |
| 4. Intravenous (IV) | 8. Inhalation | |

**c. Number taken**—Record the amount of medication administered each time the medication is given

**d. Freq:** Code the number of times per day, week, or month the medication is administered using the following list:

| | | | |
|---|---|---|---|
| PRN. | As necessary | 5D. | Five times daily |
| QH. | Every hour | QOD. | Every other day |
| Q2H. | Every two hours | QW. | Once each wk |
| Q3H. | Every three hours | 2W. | Two times every week |
| Q4H. | Every four hours | 3W. | Three times every week |
| Q6H. | Every six hours | 4W. | Four times each week |
| Q8H. | Every eight hours | 5W. | Five times each week |
| QD. | Once daily | 6W. | Six times each week |
| BID. | Two times daily (includes every 12 hrs) | 1M. | Once every month |
| | | 2M. | Twice every month |
| TID. | Three times daily | C. | Continuous |
| QID. | Four times daily | O. | Other |

| a. Name and Dose | b. Form | c. Number Taken | d. Freq. |
|---|---|---|---|
| a. _____ | | | |
| b. _____ | | | |
| c. _____ | | | |
| d. _____ | | | |
| e. _____ | | | |
| f. _____ | | | |
| g. _____ | | | |
| h. _____ | | | |
| i. _____ | | | |
| j. _____ | | | |
| k. _____ | | | |

## SECTION R. ASSESSMENT INFORMATION

| 1. | SIGNATURES OF PERSONS COMPLETING THE ASSESSMENT: |
|---|---|

**a.** Signature of Assessment Coordinator

**b.** Title of Assessment Coordinator

**c.** Date Assessment Coordinator signed as complete

    Month    —    Day    —    Year

| d. Other Signatures | Title | Sections | Date |
|---|---|---|---|
| e. | | | Date |
| f. | | | Date |
| g. | | | Date |
| h. | | | Date |
| i. | | | Date |

Although reproduction of the blank forms included herein is not permitted, blank and completed forms may be photocopied for patient clinical assessment purposes related to the administration of the MassHealth program. All other uses are not permitted.

☐ = When box blank, must enter number or letter  |a.| = When letter in box, check if condition applies

# EXHIBIT 3

# MassHealth   Request for Services

Date_____

## Type of clinical eligibility determination all requested services.

**Service(s) requested**

☐ Pre-admission nursing facility (NF)
☐ Adult day health (ADH)
☐ Adult foster care (AFC)
☐ Group adult foster care (GAFC)

☐ Home and community based services (HCBS) waiver
☐ Program for All-inclusive Care for the Elderly (PACE)
☐ Other _____

**Nursing facility use only**

☐ Conversion
☐ Continued stay
☐ Short term review
☐ Transfer NF to NF
☐ Retrospective

## Member information

**Member/applicant**

| Last name | First name | Telephone |
|---|---|---|
| Address | | City | Zip |

Check one

☐ MassHealth member
☐ MassHealth application pending
☐ GAFC/ Assisted living residence

| MassHealth ID number | Date application filed | Date SSI-G application filed |
|---|---|---|

**Next of kin/Responsible party**

| Last name | First name | Telephone |
|---|---|---|
| Address | | City | Zip |

**Physician**

| Last name | First name | Telephone |
|---|---|---|
| Address | | City | Zip |

## Screening for mental illness, mental retardation, and developmental disability

Does the member/applicant have any of the following diagnoses/conditions? Check all that apply.

☐ Mental illness    Specify: _____
☐ Mental retardation without related condition
☐ Developmental disability with related condition that occurred prior to age 22. **Check all that apply.**

☐ Autism
☐ Blindness/severe visual impairment
☐ Cerebral palsy
☐ Cystic fibrosis

☐ Deafness/severe hearing impairment
☐ Epilepsy/seizure disorder
☐ Head/brain injury
☐ Major mental illness

☐ Multiple sclerosis
☐ Muscular dystrophy
☐ Orthopedic impairment
☐ Speech/language impairment

☐ Severe learning disability
☐ Spina bifida
☐ Spinal cord injury

RFS-1 (Rev. 10/02)                                                                                                    OVER

Name of member/applicant ....................................................................

# Community services recommended

**Check all that apply.**

| | | | |
|---|---|---|---|
| ○ Skilled nursing | ○ HCBS waiver | ○ Rest home | ○ Homemaker |
| ○ Physical therapy | ○ Personal emergency response system | ○ Elderly housing | ○ Meals |
| ○ Occupational therapy | ○ Adult foster care | ○ Adult day health | ○ Transportation |
| ○ Speech therapy | ○ Group adult foster care | ○ PACE | ○ Chore service |
| ○ Mental health services | ○ Assisted living | ○ Home health aide | ○ Grocery shopping/delivery |
| ○ Social worker services | ○ Congregate housing | ○ Personal care/homemaker | ○ Other: _____ |

# Additional information

1. Is the home or apartment available for the member or applicant?          ○ yes      ○ no

2. Is there a caregiver to assist the member in the community?               ○ yes      ○ no

3. Has the member or applicant experienced unexplained weight gain in the last 30 days?     ○ yes      ○ no

4. Does the member or applicant receive personal care/homemaker services?     ○ yes      ○ no

   If yes: | days per week | hours per week |

5. Has the member or applicant experienced a significant change in condition in the last 30 days?   ○ yes      ○ no

   If yes: ○ improvement   ○ deterioration

   Indicate the changes below.


**For nursing facility requests only**

1. Does the nursing facility member/applicant express an interest to remain in or
   return to the community?                                                 ○ yes      ○ no

2. Is the nursing facility stay expected to be short-term (up to 90 days)?    ○ yes      ○ no

3. Is the nursing facility stay expected to be long-term (more than 90 days)?  ○ yes      ○ no

# Referral source Name of registered nurse completing this form

| Signature | Print name | Title |
|---|---|---|
| Name of organization | | Telephone |
| Address | | City          Zip |

**For community providers:**      Attach the MDS-HC and Physician's Summary form according to provider's
regulations/guidelines.

**For nursing facility providers:** Attach the most recent comprehensive MDS, current quarterly MDS,
and current physician orders.

# EXHIBIT 4

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Massachusetts Plan SCO Product Migration

*(never "MASCO")*

# Health Plan and Product Overview

## February 5, 2015

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Executive Leadership Team
# Massachusetts Plan



**Regional Support**

Diane Gianrusso, UBH
Susan Diemer, IT
Chris Heavens, Performance,
        Excellence & Accountability
Mike Christ, Government Affairs
Chanta Combs, Government Affairs
Elizabeth Young, Encounters
Kurt Johnson, Encounters
Tiffany Diamond, Benefit Operations
Eddie Smith, Medical Economics
Dan Davidson, Actuarial
Alice Ferreira, Communications
Kathleen Hill, Program Integrity
Mike Morris, UHN
Jenny Hayhurst, UHN
Andrea Fitzgerald, Compliance
Phil Franz, Finance
Jill Tobin, Marketing
Ann Lundy, Clinical Services
Eric Wexler, Legal Counsel
Samantha Marcario, Quality Management
Kally Santos, Appeals & Grievances
Jodi Stefanick. Business Development

**Anne Feierstein**
Sr. Director of Quality

**Donna Carris**
Chief Financial Officer

**Roni White**
General Counsel

**Michele Ramirez**
Human Capital Partner

**Herbert Spencer**
Compliance Officer

**Bernadette Di Re**
Plan Chief Executive Officer

**Koren Iskra**
Chief Operating Officer

**Steve Bucchianeri**
Sr. Director
Health Services

**Greg Stupin**
Sr. Director  Marketing,
Sales & Community Outreach

**Laura Liscio**
Sr. Director Network Programs

**Cyn**
Chi

**Giovann**
M

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number



# Upcoming Procurements

- SCO RFA
  - Award                                          March
  - Members Enroll starting (ongoing)    December
  - Members Effective                         January

- Medicaid ACO

- Medicaid MCO (TANF) RFP                    TBD

- MMP/ICO (OneCare)                              TBD 201

3

Proprietary Information of UnitedHealth Group. Do not distribute or reproduce without express permission of UnitedHealth Group.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# UHC Community Plan MA SCO Product  Ur

- SCO Plan covers members across the continu and health status  (community to institutional)

- First fully integrated (Medicare/Medicaid) Plan United Healthcare

- High touch/interactive and intensive care mod

- Majority of FTEs are employed clinical staff: N PAs, RNs and MDs

4

Proprietary Information of UnitedHealth Group.  Do not distribute or reproduce without express permission of UnitedHealth Group.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Senior Care Options (SCO) Benefit Design

- Fully-Integrated Medicare (Federal) and Medic (State) benefit package

- Holistic, comprehensive, inclusive focus

- Care coordination of services in/across all setti

- Plan is at full risk for Federal and State service

- All members have Medicaid and are over age most have Medicare as well (some CAID only)

- Successful public private sector partnership

5

Confidential Property of UnitedHealth Group. Do not distribute or reproduce without express written permission of UnitedHealth Group.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Massachusetts Plan – Product Comparison

| UHC Product | Eligibility (Enrolled in UHC Product) * | | | Member Age | | Member Care Setting*** | | Covered Services (UHC @ Risk) | |
|---|---|---|---|---|---|---|---|---|---|
| | CARE Only | Dual M/M | CAID Only | 65+ | <65 (21-64) | Inst'l SNF | Cmmty | CARE | CAID |
| NHP (ISNP) H2228 | X | * | | X | X** | X | | X | |
| SCO (H2226) | | X | X | X | | X | X | X | X |

*Member may be dually eligible but they are not enrolled for Medicaid benefits through UI

**The NHP product not specifically designed for <65 but UHC does have some <65 enrollees

***Transitional setting for community members in nursing home/rehab

**NOTE: Although ISNP not migrating, will need to address business processes between the two products (e.g., merging member claims quality, PA history and data) and for clinical staff managing both.**

6

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Covered Services



- SCO is a comprehensive benefit package with no carve c
- Some services require prior authorization and have limits
- No services are subject to a copay; no member premiums
- CCAM is working to update the benefit matrix with the pla
- EOC is "source of truth" but may lack some needed detail
- SCO covers through integrated product funding:

  - Primary and specialty care
  - Prescription drugs (OptumRx)
  - Hearing exams
  - Vision exams and eyewear (United Healthcare Vision)
  - Dental (UnitedHealthcare Dental)
  - Inpatient and outpatient hospital services
  - Emergency care
  - Ambulance services
  - Non emergency transportation (Logisticare)

  - Mental Health and Subst (Optum BH)
  - Speech, occupational, ph and acupuncture (Optum
  - DME
  - Skilled Nursing
  - Hospice
  - Long term custodial care
  - Home Health Care
  - Chiropractic Care
  - Transplant Care (Optum)
  - Home and Community B

7

Confidential Property of UnitedHealth Group. Do not distribute or reproduce without express permission of UnitedHealth Group.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Additional UnitedHealthcare Services



- Care Management Program
  - All care management is done locally by the health plan staff—Ass
    are in CareOne, none standard and include state-mandated asse
- Optum Transplant Case Management
- UBH
- OptumRx
  - MedD + State mandates (incl. OTC formulary)
- Quality Management
  - HEDIS (currently data managed/housed E&I)
  - STARS
  - CAHPS
  - Provider Profiling
- UnitedDental (DBP)
- Spectera
- Logisticare
- FirstLine
- Do not use HARC and Nurse Advice Line

8

Confidential Property of UnitedHealth Group. Do not distribute or reproduce without express permission of UnitedHealth Group.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Massachusetts State Map
# (Phased in Expansion)





**Legend:**

- ■ Existing Service Area
- ■ Targeted Service Area Expansion for 2016
- Targeted Service Area Expansion for 2017
- Targeted Service Area Expansion beyond 2017

9

Confidential Property of UnitedHealth Group. Do not distribute or reproduce without express permission of UnitedHealth Group.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Membership Demographics – Who are we serving?



- Current membership is over 14,000; 67% female
- ~2% disenrollment
- 38% market share
- 40% of statewide all-plan growth in SCO was UHC in 20
- Majority of community members speak Spanish; English second highest language;  Chinese third
- Expected growth – 10+%
- Continuous open enrollment; individual (paper app) sales and broker agents)
- Follow both CMS and State marketing regs
- Members are effective the first of the month with term dat last day of the month – no lock-in

10

Confidential Property of UnitedHealth Group. Do not distribute or reproduce without express permission of UnitedHealth Group.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Provider Experience



- UHN is main contracting entity
  - Most provider (primary, specialty, ancillary, hospital, lab) are all segm
    C&S)
- Plan responsible for contracting:
  - SNF, ASAP, FI, HCBS (manual processes by Plan to COSMOS and (
- Most contracts are based on FFS Medicare (except HCBS are b
  Medicaid); beginning to work on VBC contracts with handful of p
- Provider Satisfaction – random sample, needs to be at individual
- "Dis-integrated" claims process/PRAs
- The cloud is a new enhancement and a source of provider inforr
  - Benefits and eligibility
  - Claims management
  - CAQH
  - Community Care Platform
  - State online tools
  - Provider Administrative Manual (recently updated)
- Roster Billing  - out of scope for migration but possible depender
  consider

Confidential Property of UnitedHealth Group. Do not distribute or reproduce without permission of UnitedHealth Group.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Member Experience



- New Member Welcome Kit
  - Required to mail to new members within 30 days of receiv enrollment
  - Arvato is current vendor for fulfillment
  - Daily file generated by ID Card Vendor
- Member ID Cards
  - Required to mail to all members within 10 days of confirn enrollment
  - LaserMark is current vendor
  - Automated process out of COSMOS
- Provider Directory
  - Downloadable or Provider Search capabilities
  - Direct mailing
- UHCCommunityPlan.com – member-specific portal not availabl
- Explanation of Benefits (EOB) when potential member liability
- Caring Connection Newsletter – mailed and posted on web (m; again this year)
- CAHPS Member Survey – Annually to random sampling of mer

12

Proprietary Information of UnitedHealth Group. Do not distribute or reproduce without express permission of UnitedHealth Group.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Senior Care Options Enrollment



- All enrollments are via paper applications
- Eligibility is first determined by checking MMIS to ensure membe MassHealth Standard
- Enrollment in the State's MMIS enrollment system occurs on all members
- Manual check of member's zip code for in area determination
- Manual check of member's date of birth to ensure member is ag age or older
- Once verification of all three items is completed, processing of th completed in COSMOS – all applications are manually entered
- COSMOS systematically issues out enrollment confirmation lette members
- Once a member is enrolled in COSMOS, the dual members are TRR codes  overnight for enrollment in MarX
- If the application is missing any information the application is pei COSMOS and place on a manual log to be worked

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Source of Truth Documents



| Area | Source of Truth | Location |
|---|---|---|
| Benefits (including non-covered codes and exclusions) | State Contract and Amendments | Will be posted to migration sharepoint |
| | Member Handbook and Evidence of Coverage | Will be posted to migration sharepoint |
| | Medical Policy (Use Medicare and then Medicaid guidelines. We don't have a single link) | **UHCCP Provider Web - External:** http://www.uhccommunityplan.com/health-professionals/ma.html <br><br> **Knowledge Library (KL) - Internal:** http://kl/ |
| | Provider Manual | Will be posted to migration sharepoint |
| | Preferred Drug List (PDL) | **Community plan website:** http://www.uhccommunityplan.com/health-professionals/ma/pharmacy- |
| | Mixed Services Protocol (MSP) | **Knowledge Library:** http://kl/content/references%20&%20tools/mixed%20services%20protoc |
| State File Information (MMIS AND Marx/TRR) | Daily and monthly eligibility files; Encounter submission and provider files | **Incoming:** No Daily and monthly 834 files; Use 834 for reconciliation Monthly 820 capitation payment files <br> **Outgoing:** Monthly Encounter files, including provider files |
| Vendor | Service Level Agreements with Vendors Vendor feeds | Various vendor feeds automated for eligibility, network and claims |
| Other | Multiple monthly, quarterly, and annual contractual reports. Late reports may result in fines, sanctions and/or contract term. | We use locally Care ODS and SMART databases (and associated tables) to |

Confidential Property of UnitedHealth Group. Do not distribute or reproduce without express permission of UnitedHealth Group.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Regulatory Requirements



- ## Claims Timely filing/Prompt Pay
    - Original claim submission for par and non-par providers or hospitals is 45 days from date of ser
    - Interest payments required on complete claims not paid within 45 days of receipt of notice of cl a fraud investigation pending)
    - Clean Claims:  90% paid in 90 Calendar Days
    - Clean Non-Par Claims:  95% paid in 30 calendar days
    - Combined Non-Par Claims:  100% paid in 60 calendar days

- ## Member and provider correspondence requirements (notic language, etc.)
    - Member Correspondence: Contract Section 2.11 (B) Outreach Standards requires all member r reviewed and approved in advance by EOHHS and CMS;
    - Internal standard of sixth grade reading level
    - Provider Correspondence: State review not required; internal review by Shared Services Provic Team is required as well as advance notification to certain providers per contract (30 days).

- ## Call Center availability
    - MassHealth Contract Section C.1.a:  Contractor must provide a single, toll-free telephone line, and every enrollee, with 24-hours-per day, 7-days-per-week access to an on-call skilled health
    - CMS Guidelines, Chapter 3, 80.1:  Plan sponsors must operate a toll-free call center for both cu prospective enrollees seven (7) days a week, at least from 8:00 A.M. to 8:00 P.M. according to the regions in which they operate. (Note:  From February 15 to September 30, plan sponsors m technologies on Saturdays, Sundays and Federal holidays.

15

Confidental Property of UnitedHealth Group. Do not distribute or reproduce without express permission of UnitedHealth Group.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Regulatory Requirements



- **State specific regulatory reporting and/or auditing**
  - Contract Section 2.13(B.11) Data Submission, Reporting Require
    Surveys – various reports are required on monthly, quarterly, ser
    annual basis

- **Encounters/Encounter Processing**
  - Submitted monthly with corresponding provider and member files

- **Off Shoring**
  - Guidance from the State allows <u>limited</u> off shoring capabilities
  - Any offshoring requests must be vetted through SCO senior mar
    legal counsel

- **Clinical Assessments**
  - Customized Enterprise assessments in addition to state-specific

- **Medicare/Medicaid**
  - Must follow SCP contractual requirements as well as all regulatio
    programs (including Medicare Managed Care Manual and Marke
    always adhere to most stringent requirements and understand th
    be elements of both State and federal requirements that must be
    not always default to Medicare.

16

Confidential Property of UnitedHealth Group. Do not distribute or reproduce without express permission of UnitedHealth Group.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# The SCO Clinical Model





- Hub of coordina
  - 24/7 call covered k
    NPs/PAs
- Based on local ε
  partnerships
  - Care teams famili
    market partnering wi
    - MA BH Field Adv
- Focus on memb
  and quality of lif
  - Respectful of lar
    cultural barriers ε
- Prevention focu
- For members re
  long-term in SN
  "treat in place"

17

Proprietary Information of UnitedHealth Group. Do not distribute or reproduce without express permission of UnitedHealth Group.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number



# Member Stratification: Initial

- All members leveled manually based on State mandate
  assessments (not using Claims-based logic)
- Long-term car setting identified on enrollment files
- For community dwelling members:
  - As part of the sales process, in addition to required Federal (CM
    application components, sales team uses a supplemental questi
    identify member using long-term support services, e.g. personal
    attendants, adult day health programs, and adult foster care
  - Members identified with services on the supplemental form are
    immediately flagged as high acuity for care manager outreach
  - All other members are screened by para-professional, non-clinic
    using a proprietary assessment tool that scores members and a:
    various risk groupings
    - Para-professional staff composed of both UHC employed st:
      as community-based employed contractors
  - Ongoing care coordinator or care manager determined by memb
    risk/acuity level

18

Proprietary Information of UnitedHealth Group. Do not distribute or reproduce without express permission of UnitedHealth Group.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number



# Frequency of Outreach

## • Long-term care setting (SNF)

- Initial assessment for new members within **5** days of enrc
- Subsequent every other month comprehensive visit there as needed depending on member need
    - •NPs/PAs still available for any acute situation at any ti
- Care coordination visits and documentation in CareOne fi members enrolled in hospice
- 24/7 on-call

## • Community setting

- Initial in-home assessment within **30** days of enrollment
- Subsequent scheduled assessments based on risk level member and vary from quarterly to every 6 months, mixtu telephonic and face-to-face

19

Proprietary Information of UnitedHealth Group. Do not distribute or reproduce without express permission of UnitedHealth Group.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number



# Member Stratification: Ongoing

## *Assessments*

- ## Long-term care setting (SNF)

  - Comprehensive suite of assessments tailored for use in t[...] institutional setting

  - Designed to maximize documentation of quality measure[...] also medical diagnosis coding by practicing nurse practiti[...] physician assistants.

- ## Community setting

  - Assessments are targeted to identify physical, behavioral and functional needs

  - Changes in condition or need for new/additional services reassessment to evaluate if acuity of member has change[...]

  - Changes in **risk** level or acuity drive changes to both indi[...] care plans as well as assigned care coordinator/manager

20

Proprietary Information of UnitedHealth Group. Do not distribute or reproduce without express permission of UnitedHealth Group.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Member Stratification: Acuity Levels

| | Level 1 | Level 2 | Level 2 Yellow | Level 3 | Level 4 Green | Leve |
|---|---|---|---|---|---|---|
| **Risk** | Low | Low to moderate | Moderate | High | High | High |
| **Acuity** | Low use of acute medical services and inpatient care | Moderate use of acute medical services and inpatient care | Moderate use of acute medical and behavioral health services, and inpatient care | High use of acute medical and behavioral health services, inpatient care, and LTSS. | High use of acute medical services, inpatient care, and LTSS. May be receiving hospice or end of life care. | Highest use medical and behavioral services, inp ICU care, an |
| **Visits** | Twice per year | Twice per year | Twice per year | Quarterly | Quarterly | Quarterly & |
| **Functional/ Cognitive Impairment** | Minimal to no impairment | Impairment necessitates supervision with ADLs | Impairment necessitates supervision with ADLs | Impairment requiring assistance with ADLs and/or IADLs | Impairment requiring assistance with ADLs and IADLs | Impairment assistance and IA |
| **Condition Management** | Being managed effectively with office care | Inadequate self-management may be compliance issues | Inadequate self-management may be compliance issues | Multiple co-morbid conditions requiring close management. | May be end of life. Recent severe progression of disease. | Multiple co-conditions r adequately managed. |
| **Rating Category** | Community Other | Community Other | Alzheimer's Disease or Chronic Mental Illness (AD/CMI) | Nursing Home Certified (NHC) | Nursing Home Certified (NHC) | Nursing Certified |
| **Care Coordinator** | Telephonic Care Manager Associate (TCMA) | Geriatric Social Service Coordinator (GSSC) | GSSC with Registered Nurse (RN) support | RN | RN | RN |

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Stratification of Members



**Care Level** | **State Rate Category** | **Ongoir Coordinator/C**

Community
- Level 1
- Level 2 — Community Other (Well) — T / C
- Level 2 AD/CMI — AD/CMI — GSS
- Level 3/4 — NHC — R

Institutional
- Institutional — NHC with 3 Tiers — N

22

Proprietary Information of UnitedHealth Group. Do not distribute or reproduce without express permission of UnitedHealth Group.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Member Stratification: Ongoing



## *Data*

- ImpactPro™
    - Prospective risk scores
    - Gaps in quality indicators
- Authorization data from the CareOne, the hea
  plan's care management system
    - Census reports
- Pharmacy claims data
    - New to insulin report
    - New to Alzheimer med report
    - Specialty medication report
- BH data – not currently in COSMOS (*recomm
  CSP*)

23

Proprietary Information of UnitedHealth Group. Do not distribute or reproduce without express permission of UnitedHealth Group.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Key Health Plan Issues & Concerns
# General

 Ur

1. All members get the same product and benefit even the Medicaid only membe

2. M&R vs. C&S - Continue to lack internal formal bridge (integrate/aggregate) N Medicaid oversight in support of integrated plan function

   Medicare-based doesn't consider Medicaid issues/regs

   Medicaid-based doesn't consider Medicare issues/regs

3. Must maintain state contractual deliverables schedule, including encounter da required reports

4. Must meet all Performance Guarantees and deliverables to avoid sanctions, fi risk

5. ISNP is a feeder for SCO; we need claims and care management history in C

6. Materials – Marketing/Regulatory issues (e.g., auto letters)

7. Letter generation and issue tracking – need inventory of letters to review (inclu to impact with Provider, Claims/Encounter, Clinical/Quality, Complaint/Appeal, Enrollment/Membership, and Customer Service)

8. POA/Auth Representative Form data loaded into COSMOS is loaded to CareC If loaded into CareOne, need that data in COSMOS.

9. Data Migration – reporting for the full product is critical.  Currently data sits in N

10. Member Portal - does not currently exist – Member Portal needed

11. Need to ensure capacity for expanded product growth on CSP platform (e.g. T Equivalent)

12. Need a field to support a member's assigned ASAP and FEW Status in CSP

24

Confidential Property of UnitedHealth Group. Do not dist       produc           of UnitedHealth Group.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Key Health Plan Issues & Concerns Provider

 Ur

- Accurate Par versus non-par listing of Providers

- Care One may not capture complexities of provider der and contracting for example

  - Provider's contract through UHN and the local sister – might not match within provider group

  - Multiple Provider IDs

  - Provider could be par at one location but not another

- Provider Disclosures - need to discuss with disclosure reporting must be available

- Optum Cloud roll out

- Check provider's secondary specialties to allow for clai configuration

25

Confidential Property of UnitedHealth Group. Do not distribute, reproduce or without permission of UnitedHealth Group.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Key Health Plan Issues & Concerns
## Claims, Encounters, and Enrollment



- Need to be able to support dual processing of claims (Medi/Medi) so claim appe
  there is only one PRA to the provider and meets the reporting needs of the plan

- Reporting/Analysis
  - SNF Roster/Matrix; Manual workarounds; encounters, future requirement:
  - Inability to use existing enterprise dashboards/reporting due to integrated
    (CARE/CAID) nature of product

- Enrollment/Disenrollment – manual, local/BenOps combo, unique to SCO, uses
  (State) and MARX (CMS)

- Member EOBs:  Ability to produce using various criteria (i.e., only for denied clai
  network without an authorization, or non-covered services, as well as member r

- Sister segments – magnified issues around integrated SCO functions

- Roster billing is out of scope but we have impacts/dependencies that need to be
  during migration.

- Placement of 834 data in Facets (i.e. guardian name, privacy notation, phone nu

- Optum Rx claims – copays/claims administered by Optum; claim and provider n
  data warehouse for encounter reporting

- Accumulators/PPA – need completed benefit matrix; PT/OT/ST and SNF definite
  accumulators

- CAID Only members are assigned an alternate Member ID manually; would nee
  assignment within CSP

- Manual payment of HBCS; ASAP pass through

26

Confidential Property of UnitedHealth Group. Do not distribute or reproduce without express permission of UnitedHealth Group.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Key Health Plan Issues & Concerns
## Clinical and Quality

 Ur

- Prior authorization- currently due to integrated Medicare and N
  benefit, UCS has two-step approach--first utilizes Medicare cri
  guidelines (LCDs) and then MA state-specific Medicaid guideli
  Currently no central location set up to house combined criteria
  Discussion underway on whether the plan will CAN use the UI
  Enterprise Prior Auth List (EPAL)

- Due to the way the state of MA defines rating categories and s
  assignment of care managers the plan can not use claims dat;
  level members for care management—All members must be ii
  management continuously.

- Significant use of contracted care coordinators (100+) that req
  to clinical systems

- What does it mean to have auths in C1 and not in CSP?  Whe
  move?

- Mapping of claims data for Quality initiatives-HEDIS, STARS,
  look-back address

27

Confidential Property of UnitedHealth Group. Do not distribute or reproduce without express permission of UnitedHealth Group.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Key Health Plan Issues & Concerns
## Customer Service



- ## Asian Initiatives Call Center will need CSP tra

- ## C&S Call Center will also need CSP training

- ## Call center uses ISET

28

Confidential Property of UnitedHealth Group. Do not distribute or reproduce without express permission of UnitedHealth Group.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Questions & Answers



29

Confidential Property of UnitedHealth Group. Do not distribute or reproduce without express permission of UnitedHealth Group.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Massachusetts Plan SCO Product Migration

## Request for Application Summary

30

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Massachusetts SCO RFA
## Bid Win Themes & Strategy



| **Person Centered Care Model** | Offer a holistic and integrated person-centered care model tha to each member |
| **Cultural Competency** | We emphasize cultural competency in the aging community a program to serve various ethnicities |
| **'Triple Aim'** | We are committed to the triple aim: higher satisfaction, better cost. We NEED TO FOCUS on Quality |
| **UHG Capabilities Leveraged Locally** | Draw on national programs but deploy local solutions. Levera Platform |
| **Innovative / Data Driven Solutions** | Known and trusted advisor with innovative tools and national EOHHS. Brings the best national / international solutions to tl |
| **Prepare for Future Opportunities** | SCO county expansion with aid in forthcoming procurements ACO, Medicaid (TANF), & MMCP/ICO (One Care) |

**Proposal Evaluation/ Award Process:**
- ❑ An Evaluation Committee (Committee) with representatives from EOHHS and the Exec Elder Affairs will evaluate the responses to this RFA.
- ❑ One or more Applicants may be invited to provide additional information about specific the response through an oral presentation or through additional written material.
- ❑ Applicants selected for Contract Award must agree to and execute the Contract. To pa Senior Care Organization, a selected Applicant must sign the Contract, including the Cc Terms and Conditions and the Commonwealth of Massachusetts Standard Contract, in and without modification.

31

Proprietary Information of UnitedHealth Group. Do not distribute or reproduce without express permission of UnitedHealth Group.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Massachusetts SCO RFA
## Market & Bid Headwinds/Tailwinds



## --Tailwinds--

**Local experience**

UHC C&S has been a SCO provider since 2004. The State has shown appr
model approach as we continue to focus on further improvements

**Strong Historical Performance**

History of strong performance in SCO program indicating State willingness t
program. Leveraging robust clinical model aligned to member needs

**Shared Service Cost Alignment**

Favorable network cost allocations not reflected in the Proforma will generat
partially offset by Benefit Operations and UCS adjustments

**STAR Rating/Quality**

Potential for increasing STAR rating could increase revenue an estimated 1.
beginning in 2018. Current Proforma assumes no increase in STAR ratings

## --Headwinds--

**Increased Competition**

The State has a historical preference toward non-profit and local organizatic
add more competitors into the program

**Quality Performance Perception**

Perceived and actual quality performance - UnitedHealthcare historically has
scores (e.g., STARs) than almost all other SCO competitors but there also is
quality that is lower than the reality related to for-profit organizations

**Potential Impact of Competitor Losses**

Our competitors are currently reporting significant losses (up to $100M) in th
Medicaid program. It is unknown how the underfunding of this program will i
program going forward

32

Proprietary Information of UnitedHealth Group. Do not distribute or reproduce without express permission of UnitedHealth Group.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# RFA Model Contract and Differentiators

- Overall the model contract is very similar to our current contract and amendments
  - Some modifications for ACA requirements
  - Most changes from current programs are to refine our current offering and to win the bus

- Differentiators/new concepts
  - More quality focus (staffing, additional program)
  - Data is key
  - Broad network
  - New Technology solutions including CCP, CSP, Health 4 Me, Smart Patient, Portals (Find myuhc.com and app, links to other applications – live and work well, advanced directives coordination with the HIWay, Health Plan Manager
  - ASAP pilots
  - Caregiver solutions and training
  - Medic Alert
  - Cultural competency training
  - Vendor scorecards
  - Massachusetts Health Data Consortium Membership
  - Provider availability secret shopper program
  - Additional Optum BH field staff; also more pharmacy support
  - Ability to move to value based contracting
  - More robust consumer advocacy structure (impact our governance)

33

Confidential Property of UnitedHealth Group. Do not distribute or reproduce without express permission of UnitedHealth Group.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Massachusetts Plan SCO Product Migration

## *Appendix*

34

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Health Plan 2014 – Clinical Leadership



**Steve Bucchianeri**
Senior Director
Health Services

**Jeremiah Lujan**
Sr. Admin. Assistant

**Michel Daley**
Director, Health Services
Rhode Island

**Joanne Sullivan**
Director, Health Services
Institutional (ISNP/SCO)

**Flo Calore**
Director, Health Services
Community (SCO)

**Maureen Van Hoesen**
CSM

**Laura McCarthy**
CSM

**Sonia Stewart**
CSM

**Karen Tepper**
CSM

**Sandra Wolfgang**
CSM

**Lisa Shannon**
CPC

**Michelle Kirley**
CSM

**Kathy Cooney**
CPC

**Judith Danaceau**
CSM

**Meghan Harrington**
CPC

**Itamar Barbosa**
CSM

**Kathy Walsh**
CSM

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Health Plan 2014  -  Clinical Operations



Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Health Plan 2014
# Clinical Staff – Institutional Setting



Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Health Plan 2014
# Clinical Staff – Community Setting RNCM



Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Health Plan 2014
# Clinical Staff – Community Setting GSSC



Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# RFA Functional Leads and SMEs

| Functional Area | Functional Owner | Corporate SME | Heal |
|---|---|---|---|
| Appeals & Grievances | Stephanie Hover | Denise Hollinquest | Ann |
| Behavioral Health | Jennifer Sasse | Diane Jennings | Steve |
| Claims | Heidi Kemmer | Scott Masters | Chr |
| Clinical | Ann Lundy | Lynn Parrish | Stev |
| Compliance | Chris Zitzer | Andrea Fitzgerald | Herl |
| Encounters | Kurt Johnson | Kiran Padgoankar | Chris H |
| Enrollment/Eligibility | Jennifer Glanville | Nicole Hansen | Ch |
| Finance | Phillip Franz | Phillip Franz | Dc |
| Fraud, Waste & Abuse | Andrea Fitzgerald | Herbert Spencer | Herbert S |
| Human Capital | Jackie Barton | Michele Ramirez | |
| Implementation | Emma Ericksen | Michael Specht | K |
| IT | Gabe Moreno Nathan Funk | Vijay Vemulapalli | Kc |
| Legal | Chris Palme-Krizak | Roni White | |

40

Confidential Property of UnitedHealth Group. Do not distribute or reproduce without express permission of UnitedHealth Group.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# RFA Functional Leads and SMEs (Con't)

| Functional Area | Functional Owner | Corporate SME | Heal |
|---|---|---|---|
| Member Experience | Gary Rathbun<br>James Joly | Jill Langenfeld<br>Steven Anthony (A4M) | Chr<br>Ko |
| Medical Home/Health Home | Anna Scott | Adrene Cohen | |
| Network | Rachael Evans | Kathy Sincebaugh | Jo<br>Mike<br>Jenny |
| Payment Models/Incentives | Deb Collins | Deb Collins | Jo |
| Pharmacy | Jim Hancovsky | Lourdes Cabrera | Steve |
| Prior Authorizations | Gayle Coyle-Ikemoto | Stephanie Hover | Steve |
| Provider Experience | Heidi Kemmer | Heidi Kemmer | Jo |
| Quality | Sara Neale | Denise Puskaric | Ann |
| Reporting | Kurt Johnson | Kiran Padgaonkar | Chris He<br>Horne |
| TPL | Claudia Devereux | Diane Reece and Brandi Macfarlane | Chris He |
| UM | Stephanie Hover | Allan Weinand | Steve |
| Vendors | DJ Denton | Larry Cavanaugh (Dental), Sherri Kalenian (Logisticare), Nicole Batterton (Logisticare) | Jo |

Confidential Property of UnitedHealth Group. Do not distribute reproduce or otherwise disseminate without prior permission of UnitedHealth Group.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number



# History of Mass. Plan and SCO

**1995** Evercare Massachusetts begins as one of first expansion sit Evercare program (Institutional Special Need Plan or ISNP)

**2004** Evercare Senior Care Options (SCO) introduced in March 2( 3-party contract (demonstration); 2 other States participated demonstrations.

**2009** Demo ends; SCO contract between United and Commonwe Massachusetts; also established as Medicare Advantage FII (H2226)

**2010** Massachusetts site switches from Ovations to report to Ame LTC under the product team; continues to manage ISNP on Evercare

**2011** Massachusetts site reports to C&S Northeast region; continu manage ISNP for M&R in collaboration with Optum (Evercar

**2012** Rebranded to United Healthcare Senior Care Options (and M Home Plan)

42

Proprietary Information of UnitedHealth Group.  Do not distribute or reproduce without express permission of UnitedHealth Group.

# EXHIBIT 5

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number



# Massachusetts Community Plan Overview

## December 2020



EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Welcome to Massachusetts Community and S

- Objectives

- Massachusetts Market

  - Strategic Priorities

  - State Environment

  - History and Org. Structure

- Senior Care Options (SCO)

  - Product Design

  - Membership and Growth

  - Clinical Model of Care

  - Quality

  - Financial Structure

  - Operations and Advocacy

- Network Composition and Strategy

- One Care Program Design



© 2020 United HealthCare Services, Inc. All rights reserved.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Objectives

- Provide a high level overview of the C&S Massachusetts products
    - Existing SCO product
    - New OneCare product (effective 1/1/22)
- Identify focus areas for specific function/audience

 © 2020 United HealthCare Services, Inc. All rights reserved.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7.47 AM
Superior Court - Suffolk
Docket Number



# Massachusetts Market



EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Massachusetts C&S 3 Year Strategic Direction
# FOCUS ON COMPLEX POPULATIONS

- Largest SCO with market share ~33%; innovation lab within C&S
- >15 years managing complex populations and integrated plans; highly successful/rec institutional NP model and program
- Strong relationships with community agencies and HCBS providers
- Ability **and opport**unity to transfer expertise to **diversify into new b**usiness models

| GROWTH EXISTING BUSINESS | GROWTH NEW PRODUCTS | DIVERSIFY MARKET OUR EXPERTISE | DIVERSIF INNOVAT DISRUPT |
|---|---|---|---|
| • Continue SCO membership growth Retain membership (total DROLL <2%) <br> • Expand to new service areas <br> • Reprocure SCO business <br> • Maintain 5 Star <br> • Hit financial targets | • Successfully implement One Care business <br> • Develop network for One Care <br> • Develop provider relationships | • Consider additional partnerships <br> • Wrap in at-home care and SDOH into model | • Define div strategy/b models to new reven |



© 2020 United HealthCare Services, Inc. All rights reserved.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Political and Legislative Overview

- Known and historical preference to local and non-profit health plans.

- Governor Baker – Republican; high approval rating; former CEO of Harvard Pilgrim Health C
  MA Secretary of Health and Human Services; May seek third term; Vocal regarding disagree
  with current Federal administration's health policies/view.

- In October 2019, the Governor filed a major healthcare legislation which among many health
  initiatives would require increases Plan payment rates for primary care and behavioral health
  increased by 30% over a 3-year period.

- High Profile Recent/Pending Legislation

  - Telehealth Reimbursement and Coverage

  - Out-of-network Surprise Billing Practices

  - Coverage Mandates

 © 2020 United HealthCare Services, Inc. All rights reserved.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Duals 2.0 – Awaiting CMS Approval

- Using 1115A demonstration authority for a five-year period, the state intends to seek federal

- To grow and sustain enrollment in One Care and SCO using common approaches that are a utilized in MassHealth's managed care programs for non-duals (e.g., passive enrollment and enrollment periods);

- To achieve a more seamless member experience by aligning Medicare and Medicaid admini processes and unifying member communications, like the approaches used today in One Ca

- To strengthen the fiscal stability of the One Care program for both the Commonwealth and fe government by updating One Care to more closely reflect the financial methodology used in Medicare Advantage program, and by implementing a modified quality performance rating sy specific to under 65 dual eligibles,

- To use innovative approaches to ensure fiscal accountability and sustainability for the Comm and federal government through value-based purchasing, increased transparency and data and an integrated calculation of the percent of combined Medicare and Medicaid funds that and SCO plans spend on direct care for members (medical loss ratio); and

- To enter into a shared savings agreement with CMS, in which both the Commonwealth and government share in savings resulting from the Duals Demonstration 2.0.

- Financial savings, value, and quality of care achieved system-wide would be determined th robust evaluation of both the One Care and SCO programs as part of the Duals Demonstrati

 © 2020 United HealthCare Services, Inc. All rights reserved.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Current UnitedHealthcare Massachusetts Footprint (2019)

 **516,060**
Current Covered Lives

 **1,827**
Current Employ

 **49,769**
Providers In Contract

 **$1.3m**
Community Inv
2017

 **120**
Hospitals in Contract

 **C&S, E&I, |**
Lines of Busine


© 2020 United HealthCare Services, Inc. All rights reserved.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Our C&S Experience in the Market

1995    Evercare Massachusetts begins as one of first expansion sites of the  Evercare p
(Institutional Special Need Plan or ISNP) (H2228)

2004    Evercare Senior Care Options (SCO) introduced in March 2004 through 3-party c
(demonstration); 2 other States participated in similar demonstrations.

2009    Demo ends; SCO contract between United and Commonwealth of Massachusetts
established as Medicare Advantage FIDESNP       (H2226)

2012    Rebranded to United Healthcare Community and State Senior Care Options (SCO

2016    Contract with the MA EOHHS is renewed for a 5-year term (2017-2021) with optic
year extensions

2019    Submit One Care Proposal

2020    Add second PBP for SCO

2022    One Care implementation (delayed one year due to COVID pandemic) (H 9239)

 © 2020 United HealthCare Services, Inc. All rights reserved.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Organizational Chart



Executive Leadership Team
Massachusetts Plan

Names in blue:
Shared Services

**Regional Support**

Susan Bruce, OBH
Glenn Walsh, IT
Chris Heavens, Performance,
        Excellence & Accountability
Elizabeth Young, Encounters
Tim Scanlan, Medical Economics
Dan Davidson, Actuarial
Matt Severson, Payment Integrity
Tricia Cotter, UHN
Gary Rathbun, Member Services
Robin Cook, Business Process and
        Quality Management
Jill Tobin, Marketing
Indira Dupotey-Rubi, Optum Rx (pharmacy)
Tabatha Teahan, Appeals & Grievances
Zaimah Muqtasid, Credentialing
Michael Verba, Pharmacy Director
Brian Ferguson, Director, Claims

Richard McGreal
VP, Strategic Partnerships

Mike Goessner
Chief Financial Officer

Gerrit Rosenboom
Legal Counsel

Russ Edwards-Simpson
Human Capital Partner

Kizann Powell
Compliance Officer

Jesse Eller
Chief Executive Officer

Koren Iskra
Chief Operating Officer

Jose Aquino
Vice President - Marketing,
Sales & Community Outreach

Darcy Carr
Senior Director
Network Programs

Jumelie Miller
Vice President
Medical Clinical Ops

Cynthia Holzer, M.D.
Chief Medical Officer

Cheryl Ellis, M.D.
Medical Director

Sus...
Clinic...
Behav...

Lucille Taylor
Senior Director
Clinical Quality

Deanna Simonds
Executive Director
One Care

Cori Leech
Health Services Director
One Care

TB...
Complian...
A&...

Updated 3 01 21
Confidential and Proprietary – For I...

© 2020 United HealthCare Services, Inc. All rights reserved.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7.47 AM
Superior Court - Suffolk
Docket Number



# Senior Care Options (SCO) Produc
# Design



EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Product Design: SCO Benefit Design

- Fully-Integrated Medicare (Federal) and Medicaid (State) benefit package

- All members have Medicaid and are over age 65 – 90% have Medicare as w

- Holistic, comprehensive, inclusive focus; high touch/interactive and intensive model

- Care coordination of services in/across all settings

- Majority of FTEs are employed clinical staff: NPs, PAs, RNs and MDs

- Home and Community Based Services are coordinated through local ASAPs

- Plan is at full risk for Federal and State services

- Successful public private sector partnership

 © 2020 United HealthCare Services, Inc. All rights reserved.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Product Design: What is a FIDE SNP?

- A type of Dual Special Needs Plan (DSNP) that provides dually-eligib[le] individuals access to Medicare and Medicaid benefits under a **single** managed care organization.

- Additionally a FIDE SNP must:
  - Have a CMS approved SMAC (formerly, MIPPA) compliant contra[ct with] a State Medicaid Agency that includes coverage of specified prim[ary], acute, and long-term care benefits and services, consistent with S[tate] policy, under risk-based financing;
  - Coordinate the delivery of covered Medicare and Medicaid health [and] long-term care services, using aligned care management and spe[cialized] care network methods for high-risk beneficiaries; and,
  - Employ policies and procedures approved by CMS and the State [to] coordinate or integrate enrollment, member materials, communica[tions], grievance and appeals, and quality improvement.

 © 2020 United HealthCare Services, Inc. All rights reserved.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Product Design: CMS Filing

- UHC SCO is H contract with CMS is H2226
- As of 1/1/20
  - Plan Benefit Package (PBP) 001:
    - Lower and mid acuity community members
    - All Medicaid only members
  - PBP 003:
    - Higher acuity community members (Nursing Home Certifiable)
    - Members that reside in a nursing facility
- Every year we file a benefit package to CMS for our H contract at PBP level
- Benefits are IDENTICAL to the member regardless of PBP per ou SCO contract

© 2020 United HealthCare Services, Inc. All rights reserved.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Product Design: Eligibility and Value

## SCO Eligibility:

- 65 years of age or older
  - *Traditional DSNPs do not have an age requirement*
- MassHealth Standard (Highest level of Medicaid)
  - *Full Duals only*
- Live in our service area
  - Currently serving 10 Counties
- Can have ESRD (2021 change)
- Can reside in Community or in Nursing Home
- PCP must be in network

## SCO Value:

- No premium or share of c
  member
- No co-pays or deductibles
  covered service
- Individualized Care Manag
- Caregiver Support
- Programs focused on Soc
  Determinants of Health
- More benefits than traditic
  Medicare and MassHealth



© 2020 United HealthCare Services, Inc. All rights reserved.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Product Design: Superior Benefits

- $0 co-pays for prescription drugs
  - Robust Drug Formulary including many OTC drugs (prescription required)
- Vision
  - $200 towards Eyewear
- Comprehensive Dental Coverage:
  - Root canals, crowns, dentures, implants
- Audiology
  - Hearing Aid replacement once every five years per ear
- Medical Transportation
  - Unlimited rides within the state
  - social transportation is not covered

- Health & Wellness Card
  - OTC Products Catalog & Debit through Solutran
    - *$600 annually. $150/Qtr w/ roll ove*
  - New in 2021. Annual Healthy F allowance of $300.
    - *Monthly allowance of $25. Use it o*
- Worldwide emergency & urgent
- Fitness membership through Re Active
- Telehealth:
  - Medical appointments through
  - Behavioral health appointments existing providers set up to do through AmWell

 © 2020 United HealthCare Services, Inc. All rights reserved.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Product Design: SCO Service Area



**Senior Care Options**

Current County

County as of January 2021

© 2020 United HealthCare Services, Inc. All rights reserved.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7.47 AM
Superior Court - Suffolk
Docket Number



# SCO Membership and Growth



EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# SCO Member Demographics cont.



| Total Members | 21,708 |
|---|---|

| County | |
|---|---|
| SUFFOLK | 5696 |
| ESSEX | 4927 |
| MIDDLESEX | 4593 |
| NORFOLK | 2404 |
| WORCESTER | 1913 |
| BRISTOL | 870 |
| HAMPDEN | 823 |
| PLYMOUTH | 461 |
| HAMPSHIRE | 18 |
| FRANKLIN | 1 |

© 2020 United HealthCare Services, Inc. All rights reserved.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# SCO Member Demographics

| Top Languages | Mbrs |
|---|---|
| English | 8,087 |
| Spanish | 6,922 |
| Mandarin | 1,578 |
| Russian | 1,296 |
| Cantonese | 1,246 |
| Vietnamese | 835 |
| All Others | 465 |
| Albanian | 367 |
| Portuguese | 300 |
| Khmer | 174 |
| Arabic | 172 |
| Haitian | 163 |
| Cape Verdean Creole | 101 |



D

*Member reported
*Data as of January 20, 2021

 © 2020 United HealthCare Services, Inc. All rights reserved.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# SCO Member by Provider Group

## TOP PROVIDER GROUPS

| Provider Group | Value |
|---|---|
| GREATER LAWRENCE FAMILY HEALTH CENTER | ~1800 |
| SOUTH COVE COMMUNITY HEALTH CENTER | ~1250 |
| BRIGHAM AND WOMENS PHYS ORG* | ~950 |
| MEDICAL CARE OF BOSTON MGMT (BMC)# | ~930 |
| STEWARD MEDICAL GROUP | ~910 |
| MASS GENERAL HOSPITAL* | ~820 |
| EVANS MEDICAL FOUNDATION (BMC)# | ~690 |
| CAMBRIDGE PUBLIC HEALTH COMMISSION (CHA)+ | ~660 |
| BRIGHAM & WOMENS HOSP* | ~560 |
| MASSACHUSETTS GENERAL PHYSICIANS ORG* | ~550 |
| NORTH SHORE PHYSICIANS GROUP | ~450 |
| PRATT MEDICAL GROUP | ~430 |
| CHARLES RIVER MEDICAL ASSOC | ~420 |
| FAMILY HEALTH CENTER OF WORCESTER | ~410 |
| EDWARD M KENNEDY COMMUNITY HEALTH CENTER | ~380 |
| ALEXEYENKO MEDICAL ASSOCIATES | ~350 |
| LYNN COMMUNITY HEALTH CTR | ~330 |
| ROBERT H WU MD | ~300 |
| PARTNERS COMMUNITY PHYSICIANS ORG* | ~290 |
| RIVERBEND MEDICAL GROUP | ~250 |
| BETH ISRAEL DEACONESS HOSPITAL+ | ~240 |
| DORCHESTER HOUSE MULTI SERVICE CENTER | ~220 |
| MEDICINE HMFP AT BIDMC+ | ~210 |
| SOUTH BOSTON COMM HEALTH CTR | ~200 |

*Mass General Brigham's Health System    #Boston Medical Center Health System    +BI/Lahey Health System



© 2020 United HealthCare Services, Inc. All rights reserved.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Competitive Landscape

## SCO

• 6 Plans currently

1. Commonwealth Care Alliance (also One Care)
2. Navicare (dba Fallon Health) (also Commercial, Medicare, Medicaid, ACO, PACE)
3. Tufts Health Plan (also Commercial, Medicare, Medicaid, ACO, One Care)
4. BMC HealthNet (also Commercial, Medicaid, ACO)
5. Senior Whole Health (dba Molina)
6. UHC SCO (also Commercial, Medicare)

• Current Market Share data:

| Q1 | 2021 |
|---|---|
| *MBRS* | Jan |
| *UHC* | *21,498* |
| SWH | 15,401 |
| CCA | 12,283 |
| Navicare | 8,255 |
| Tufts | 8,069 |
| BMC | 1,584 |





© 2020 United HealthCare Services, Inc. All rights reserved.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# 2020 Competitors growth

## 2020 NET Growth by SCO Plan



■ UHC   ■ SWH   ■ CCA   ■ Navicare   Tufts   ■ BMC

- 67,090 TOTAL SCO Enrollees. 8.25% overall program growth
- Market Share had minimal changes, but smaller SCOs steadily increasing their position
- UHC SCO remains Market leader with 32%
- THP and Navicare grew the most NET members and are the top growing plans this year
- THP is 5-Star plan and can enroll individuals month-to-month. 26% YTD growth
- SWH has faced negative growth in almost every month in 2020
- UHC has cont. to add members at higher or same pace as other SCOs, but has sharp incr involuntary D-Rolls in Institutional setting due to COVID-19

 © 2020 United HealthCare Services, Inc. All rights reserved.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# 2021 Competitor Comparison

### 2021 SCO Benefit Grid

| Key<br>RED – Decrease<br>GREEN – Increase | ☆ | 🦷 | 💳 | 🥕🍅 | 🚐 | 👟 |
|---|---|---|---|---|---|---|
| BOSTON MEDICAL CENTER **HEALTHNet PLAN** SENIOR CARE OPTIONS | N/A | No Changes | • $50/month (rolls over)<br>• $600/year | $50 per month ($600 per calendar year) to be used for a combination of OTC items, Food and Produce, or a combination of OTC items/Food and Produce. | Medical appointments only | Up to $225 per calendar year for services related to physical fitness. |
| **cca** commonwealth care alliance | 4.5 | No Changes | • $125/quarter (doesn't roll)<br>• $600/year | Food and Produce Allowance for members diagnosed with a chronic condition. Qualifying members will have access to this allowance through their Healthy Savings OTC quarterly allowance of $125 at contracted retailers. | Medical appointments and<br>Non-Medical: 8 one-way trips per month (mile limitation applied) | $250 for qualified health club or fitness facility. |
| **fallon** health | 4.5 | No Changes | • $120/quarter (doesn't roll)<br>• $480/year | $100 per year but have to complete healthy activities | Medical appointments and<br>Non-medical up to 140 one-way rides per year, limit of one round-trip ride per day (within a 30-mile radius) | Up to $400 qualified health club or fitness facility |
| **SWH** SENIOR WHOLE HEALTH Simple. Secure. Independent. | 4 | • Covered for 4 implants per year | • $110/quarter (rolls over)<br>• $440/year | No | Medical appointments and Beneficiaries with chronic illness are eligible for non-medical transportation<br>• plan-approved locations<br>• Up to 24 one-way preplanned trips per year (up to 25 miles) | YMCAs or Health Club Membership (up to $40 a month) |
| **TUFTS Health Plan** Senior Care Options | 5 | • Covered for 4 implants per year<br>• One per tooth per member every 5 years | • $112/quarter (doesn't roll)<br>• $448/year | No | Rides to the doctor and up to 12 rides (1 month) per year non-medical | YMCA available |
| **United Healthcare** Community Plan | | No Changes | • $150/quarter (rolls over)<br>• $600/year | $75/month and does not carry over (separate from OTC allowance) | Unlimited rides to medical appointments only | Renew Active |

*\*Confidential and propriety. UHC Agent, internal use only. Do not distribute.*



© 2020 United HealthCare Services, Inc. All rights reserved.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# SCO Growth

## Key Drivers of SCO 2021 Growth:

1. AEP Readiness and Sales Pursuit Strategy
   - Increase DTC Marketing campaigns
   - Field Sales activity, including EDC engagement.
   - Virtual selling & retention activity
   - MassHealth Eligibility Program
   - Community and Provider relationships
2. Service area expansion:
   - Increase pool of SCO eligibles and align with One Care
   - Hampden County. Went from partial to full county.
   - Franklin County. New county. Align with One Care and M&R strategies
3. 5-Star
   - Increase month-to-month sales opportunity in 2021
   - Improve market recognition as high quality HP with the one of the most complex po
   - Influence member choice


© 2020 United HealthCare Services, Inc. All rights reserved.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7.47 AM
Superior Court - Suffolk
Docket Number



# SCO Clinical Model of Care and Qu



EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Unique About SCO

- All care management and support employed by healthplan
  - Combined team of 287
- Required by state contract to contract for care coordination for LTSS services through Ag
  Service Access Points (ASAP)
  - 100 contracted care coordinators
- Optum clinical products
  - Optum Transplant
  - Optum Field Care Advocates (3)

 © 2020 United HealthCare Services, Inc. All rights reserved.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Unique About SCO

- **Must meet** all requirements of both CMS and MassHealth, including required **content of a** assessments

- Longitudinal-every member/patient has an assigned care manager for as long as they ar in the plan

- Assessments are conducted Face-to-Face for members with any LTSS
  - Frequency determined by status of member as defined in the MassHealth contract. M complex members must be seen <u>at minimum</u> every 90 days and upon any change in i.e. hospitalization.

- An Individualized Care Plan (ICP) must be created for all members and must address all identified during the assessment process with an Opportunity, Goal and Intervention.
  - Any missed OGI identified during a CMS audit, i.e. 7 out of 8 items have an OGI, caus failure and potential fines/sanctions

- LTSS UM is handled by the SCO care manager and Medical Director and is based upon identified in all assessments

- 24/7 coverage



© 2020 United HealthCare Services, Inc. All rights reserved.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Who We Serve: Clinical Snapshot

- All SCO members are 65+, low-income, have multiple chronic medical conditions, are co
  Medicaid (MassHealth), and 90% also have Medicare (dually-eligible)

- Membership usage of acute medical services, inpatient care, behavioral health services,
  community based services, and skilled care range from minimal to extensive, as does the
  for assistance with ADLs/IADLs

84.85%

- Community Dual
- Community Medicaid-Only
- Institutional Dual
- Institutional Medicaid-Only

94% reside in comm
settings

6% reside long-term
nursing facilities

9.67%  5.30%



0.18%



© 2020 United HealthCare Services, Inc. All rights reserved.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# How We Engage New Members





© 2020 United HealthCare Services, Inc. All rights reserved.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# How We Identify the Needs of New Members



Initial Health Risk Assessment (HRA)/ Member stratification

- No claims or utilization data is provided to plan for new members

- All initial stratification is based upon inform obtained:

  - During the enrollment process, on the P enrollment form (P-Form)

  - From member-reported data during a fa face initial health risk assessment (HRA

  - Any additional information that can be c partnering with each member's primary provider (PCP) and/or specialists

 © 2020 United HealthCare Services, Inc. All rights reserved.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# A Person-Centered Approach







© 2020 United HealthCare Services, Inc. All rights reserved.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Member Stratification Detail

|  | Level 1 | Level 2 | Level 2 Alz Dz/Chronic Mental Illness | Level 3 | Nursin |
|---|---|---|---|---|---|
| Risk/Acuity | Low use of acute medical services and inpatient care | Low to Moderate use of acute medical services and inpatient care | Moderate use of acute medical *and* behavioral health services, and inpatient care | High use of acute medical and behavioral health services, inpatient care, and LTSS. | Requiring nursing |
| Assistance | Minimal to none | Assistance or supervision with IADLs | May require assistance or supervision with IADLs or ADLs | Assistance with ADLs or skilled need | Assistance or skill |
|  | **Twice per year** | **Twice per year** | **Twice per year** | **Quarterly** | **Every oth as n** |
| Primary Care Manager | Healthcare Services Coordinator (HSC) | Registered Nurse (RN) with **GSSC** support | Registered Nurse (RN) with **GSSC** support | RN | NF |
| | Clinical Pharmacist, Social Worker, as needed | | | | |



© 2020 United HealthCare Services, Inc. All rights reserved.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# UHC SCO Program – Quality



- **2021 Star Rating** – 5 STAR!

- **CMS**
  - Stars:  HEDIS, CAHPS, HOS, Pharmacy, Administrative Meas
  - Improvement Initiatives:  Chronic Care Improvement Project – Medication Adherence for Hypertension (MAH)

- **State**
  - Reporting:
  - As they occur Critical Incidents
  - Weekly report of members tested + COVID 19 and deaths fro
  - Monthly:  Appeals & Grievances
  - Annually:  Provider Profiles, Provider Satisfaction Survey, Mec Record  Review, Access & Availability Survey, HEDIS outcome documents, Enrollee Satisfaction Survey (CAHPS)

© 2020 United HealthCare Services, Inc. All rights reserved.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# UHC SCO Program - Quality

- **Performance Improvement Projects** (2018 – 2020) – Scored 100% k
  - Improving Member Medication Adherence to Diabetes Medication R
  - Improving Antidepressant Medication Management





- **New** Performance Improvement Projects (2021-2023)
  - Increasing Flu Immunization Rates –emphasis on reducing racial, et
    social health disparities in flu vaccination rates
  - Reducing Barriers to Medical Telehealth Services

United Health Services, Inc. All

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7.47 AM
Superior Court - Suffolk
Docket Number



# SCO Financial Structure



EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Financial Overview

- **Funding Structure**

  - Two separate funding streams – State capitation paid to SCO's for Medicaid funded service and CMS pai
    premium for Medicare funded services

- **Medicaid Rates**

  - As of CY21, Medicaid capitation paid by the state is 100% experience-based (100% reliance on encounter
    Quarterly reported financial data is used as a supplement for encounters in base rate development

  - Rates are community rated and risk adjusted

- **Risk Sharing**

  - Medicare MLR – minimum 85% MLR per CMR on Medicare funded component of the program

  - Medicaid MLR – two-pronged MLR test on Medicaid funded component of the program- Minimum 85%
    Medicaid MLR required; payback to state required if **both** Medicaid and combined (total program) fall I
    85%

  - Two-Sided Risk Corridor implemented in CY2020 and expected to continue for CY2021 to address unkn
    risk (i.e., provider payment/utilization suppression) resulting from COVID-19 pandemic

- **Historical Financial Performance**

  - Historically SCO has been a strong financially performing program for UHC C&S (4%-8% IOI Margin)

  - HCBS spend is a key driver of medical spend and trend;  2017-2018 experienced significant trends that l
    renewed and rigorous focus on medical affordability and HCBS utilization management

  - Medicare premium rate (i.e. RAF, Frailty Adjustment) and Medicaid revenue accuracy (i.e. member rate
    placement and MDS-HC assessment timeliness) are key drivers behind sustained, positive financial
    performance

 © 2020 United HealthCare Services, Inc. All rights reserved.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7.47 AM
Superior Court - Suffolk
Docket Number



# SCO Operations and Advocacy



EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Operations Highlights

- Differentiators
  - Medi-Medi Claim Payment - All claims are paid first accordir
    Medicare and then secondarily through Medicaid; this is not
    COB process
  - Payment of HCBS claims is complex (related to very comple
    authorization processes)
  - Remember Medicaid only members in SCO
  - Best in class encounter submission results claims dedicated
    resource)
- Focus on consumer satisfaction
  - Unique, local caregiver program
  - NPS at 92 (through November 2020)
  - Local team for escalated issues



© 2020 United HealthCare Services, Inc. All rights reserved.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Social Determinants of Health Focus

- Focus on programs **to** address social isolation and loneliness in members
- Housing Partnerships underway
  - 2Life: Members that add RSC **to** care team have $120 better PMPM
  - MVES: ASAP housing coordinator
  - OneCare UHG housing coordinator
- Food insecurity
- Health equity focus on ensuring education on this benefit

 © 2020 United HealthCare Services, Inc. All rights reserved.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Family Caregiver Advocacy Program

*Mission: To provide early and ongoing resource, education, and social support for the informal caregivers of our SCO men*
*Promoting seamless and informed care for our members requires actively supporting family caregivers in the navigation*
*health care needs and services which they provide to their loved one.*

- Referral process utilizing Centralized Enrollee Record; caregivers part of care team

- Caregiver Advocate dedicated to supporting caregivers:
  - Provides 1:1 coaching to self-identify areas of support.
  - Consults clinical team as appropriate (e.g. ensure alignment with individualized plan of c
  - Shares resources and recommendations including community-based entities/programs,
  - Makes follow-up outreach to caregiver to discuss progress and offer additional support i

- Caregivers most common needs: support regarding coping with disease process (highest ne
  Dementia), managing stress and burnout, navigating health care system.

- Feedback elicited about the program via surveys and focus groups.

- Advocate attends care team meetings and community events to raise awareness of the prog

- Program brochures are available in 9 languages

- Building community partnerships

- Modernization Opportunities
  - Aligned with LTSS business plan – consider pilot state for technology
  - Wandering device coverage (GPS auto-activated)

"It was great and us
information was he
education, support
and understanding.
a difference to have
as a support."
*–From a caregiver h*
*program*

© 2020 United HealthCare Services, Inc. All rights reserved.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Other priorities to support members' he outcomes - Technology

- Access to Devices
  - Half of members do not have devices to enable technology usage
  - Of those that do, they mainly use smart phones (limited use of tablets or desktops)
- Internet/Connectivity Access
  - 2020 CAHPS data reports 46.5% of members use the internet at home
  - However, CMs report 75%+ of members do not have reliable access
- Members would be receptive to use tablets, smart phones and vital sign monitoring, however supplemental training is required
- Care managers surveyed on RPM need
  - Overwhelming support if we can address device, access and training
  - Largest need for blood pressure monitoring
- Member survey on this topic is underway to get further recommendations
- Known disparities in utilization of telehealth based on REL

## Current Member Access to Devices



- Smart Phones
- Tablets or Laptops
- RMD
- Desktop
- No technology use/regular cell or home phone
- Other

## Desired Vital Monitoring



- Blood Pressure
- Heart Rate
- Weight
- Blood Glucose



© 2020 United HealthCare Services, Inc. All rights reserved.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7.47 AM
Superior Court - Suffolk
Docket Number



# Network Composition and Strateg



EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Health Plan Network Programs

24 Aging Services Access Points (ASAPs)
Average $5.7M in payment per month

3 Fiscal Intermediaries (FIs)
Average $7M in claims payment per month

Directly Contracted: Adult Day Health, Adult Foster Care, Group Adult Foster, some Home Health Care

Delegated Entity/Sister Segment Management:
Dental Benefit Partners (DBP)
Logisticare
Numotion
Optum Behavioral Health
Optum Physical Health
OptumRx
Solutran
UHC Vision
UnitedHealth Networks (UHN)

| Contracted Ne |  |
|---|---|
| Hospitals | |
| Skilled Nursing Facilities | 113 88 |
| Federally Qualified Health Centers/ Community Health Centers | |



© 2020 United HealthCare Services, Inc. All rights reserved.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Health Plan HCBS Network

- Strengths
  - Provider Relations Advocates provide community-based suppc
  - Partnership with local clinical and sales strategies
  - Follow unique MassHealth structure
  - Quarterly CRM meetings with ASAP partners

- Opportunities
  - ASAP re-papering (target contract execution date 3/1/2021)
    - ✓ Better partnership; better adherence
    - ✓ Standard, more timely reporting
    - ✓ Ensure value (clinical, financial, network)
  - HCBS VBC under development
  - ASAP rebid process of vendors every 3 years by provider type/category; creates growth limitations

 © 2020 United HealthCare Services, Inc. All rights reserved.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Skilled Nursing Facility (SNFs)

- Skilled Nursing Facility Network Management for all lines of business
    - Developing SNF strategy (building targets, terms, timing; short- and longer-term strategy)
    - Growing LTC membership in 2021 to meet forecast and stretch goals

- Focus on 113 homes that have Institutional Product members and clinical model
    - 6 Roster Billing homes – prepayment to SNFs, reconciled against claim submissions

- Challenges with incorporating SCO data and activities with Medicare & Retirement information to homes

- Ongoing contract modeling/re-negotiations (Network working with C&S HCE team for data requests)

- Look to promote growth through specific SNF relationships
    - Identifying key SNF partners to maximize SNF engagement
    - Re-starting JOC/Customer Review meetings post-COVID



© 2020 United HealthCare Services, Inc. All rights reserved.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7.47 AM
Superior Court - Suffolk
Docket Number



# One Care Program


UnitedH

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# One Care Program

## Program Background

- Launched in 2013, CMS/MassHealth Demonstration Program (MMP) cove
  eligible individuals with disabilities aged 21 – 64 with a program of integrat
  providing primary, acute, specialty, and behavioral health care needs, as w
  prescription medications, dental, vision and long-term services and suppor
  needs
  - Physical Disabilities
  - Disabled who are homeless
  - Multiple chronic illness / cognitive limitations
  - Substance Abuse
  - SMI
  - IDD
- UHC was one of 10 bidders in 2012, scored 8th of 10 health plans; not awa
- 3 of 6 awarded plans entered the program in 2013: Tufts, Commonwealth (
  and Fallon
  - Fallon exited market in 2015 due to rates
  - CCA (19,497 members / 87%)
  - Tufts (2,971 / 13%)
- 2015 rate modifications provided some stabilization to the financials in the
- In 2017 CMS announced a second 2-year extension award through end of

 © 2020 United HealthCare Services, Inc. All rights reserved.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# One Care Program

- UHC has been selected to move forward with contract negotiations for the Massa
  OneCare program (MMP for members Ages 21-64).
  - The OneCare Program will serve dual-eligible people with disabilities, 21-64
    integrated care providing primary, acute, specialty and behavioral health car
    well as non-medical transportation, prescription medications, dental and visi
    and long-term services and support.
- MassHealth has indicated a preference for MCO's to participate in both SCO and (
  UHC is currently not participating in any other MassHealth Medicaid program(s).
- Current Revenue Base (SCO only):  ~$750M for SCO
- Market IOI (SCO only):  $68.5M in 2016 / $66.1M in 2017 / $32.6M in 2018 / $0M
- Membership Opportunity (OneCare Only): ~118k state-wide eligible for One Care
  - Likely Share: ~6.1k (~5.2% share)
  - Potential High Est.: ~8.3k (~7.0% share)
  - Potential Low Est.: ~3.9k (~3.3% share)

 © 2020 United HealthCare Services, Inc. All rights reserved.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# One Care Program

## Pre-Award OneCare Competitive Landscape (Incumbents)

- Commonwealth Care Alliance (CCA):        ~20.9k members (~17.7% share)

- Tufts Health Unify:          ~2.6k members (~2.2% share)

## Award Announcement Logistics:

- The Commonwealth awarded five of six bidders; UHC was selected for all of the counties on which we bid (12 of the 14 counties in the Commonwealth); UHC to expand to the two additional counties in year two.

- There were at least two bidders selected for each county

- Term: Five Years, through December 2025

- Additional Opportunity: Five additional, one-year extensions

- Rates:  Premium rates for year one were not included in RFP but will be nego a later date with winning bidders.

- 



© 2020 United HealthCare Services, Inc. All rights reserved.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# One Care Program

These organizations were selected for full (F) or partial (P) Massachusetts cou
follows:

| County | BMC | CCA | Fallon | Tufts | |
|---|---|---|---|---|---|
| Barnstable | P | F | | | |
| Berkshire | | F | F | | |
| Bristol | F | F | | | |
| Dukes* | | | | | |
| Essex | | F | | F | |
| Franklin | | F | | | |
| Hampden | F | F | | F | |
| Hampshire | | F | | | |
| Middlesex | | F | F | F | |
| Nantucket* | | | | | |
| Norfolk | P | F | | F | |
| Plymouth | F | F | | F | |
| Suffolk | F | F | | F | |
| Worcester | | F | F | F | |

*Dukes and Nantucket proposed to begin Year 2



© 2020 United HealthCare Services, Inc. All rights reserved.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Competitive Landscape

- 2 Plans currently:
  - Commonwealth Care Alliance (CCA One Care) and Tufts Health Plan (THP Unify)
  - UHC One Care (1/1/22)
- Current Market Share data:

| Total Enrollment | | |
|---|---|---|
| **Plan** | **Enrollees** | **MS** |
| CCA | 22,488 | 89% |
| THP Unify | 2,747 | 11% |
| TOTAL | 25,235 | |

- 36% Opt-out rate
- Opt-outs will be excluded from any future auto-enrollment
  - ✓ *If eligible, can choose to enroll by self-selection at any time*

| Enrollment Penetration by County | | | | | |
|---|---|---|---|---|---|
| **County** | **Eligible** | **Enrolled** | **% Enrolled** | **Opt-outs** | **% Opt Out** |
| Bristol | 14,519 | 287 | 2.00% | 604 | 4. |
| Essex | 14,356 | 2,681 | 18.70% | 3,588 | 24.5 |
| Franklin | 2,115 | 188 | 8.90% | 533 | 25. |
| Hampden | 15,580 | **6,360** | 40.80% | **7,427** | 47. |
| Hampshire | 2,718 | 345 | 12.70% | 1,576 | **57.** |
| Middlesex | 16,693 | **3,831** | 22.60% | 5,750 | 34.4 |
| Norfolk | 7,367 | 1,383 | 18.80% | 2,076 | 28. |
| Plymouth | 7,178 | 1,330 | 18.50% | 1,846 | 25. |
| Suffolk | 13,882 | **4,783** | 34.50% | **6,928** | 49. |
| Worcester | 15,836 | **4,047** | 25.50% | **9,102** | 57. |
| Non-Demo Counties | 0 | 0 | 0.00% | 246 | 0. |
| **Total** | **110,814** | **25,235** | **22.80%** | **39,676** | |

 © 2020 United HealthCare Services, Inc. All rights reserved.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# One Care - Strategic Pillars




© 2020 United HealthCare Services, Inc. All rights reserved.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# One Care Service Area

One Care Program map of Massachusetts counties: Berkshire, Franklin, Hampshire, Hampden, Worcester, Middlesex, Essex, Suffolk, Norfolk, Plymouth, Bristol, Barnstable, Dukes

## One Care Program

■ Contract Year 1 - Proposed

Contract Year 2 – Proposed



© 2020 United HealthCare Services, Inc. All rights reserved.

EXEMPT FROM **FOIA.** CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number



EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

# EXHIBIT 6

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number



# New Hire MDS Training



Last Updated 9/2022

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Objectives

1. Understand the purpose of the MDS-HC

2. Understand rating categories and how to complete the Request for Services (RFS) for each category

3. Understand how to complete each MDS-HC question

4. Understand how the MDS-HC aligns to the MAFA

5. Understand how the MAFA communicates with the MDS-HC

6. Understand MDS-HC Reworks/Corrections

© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

The MDS-HC is the screening component that enables providers to assess multiple key domains of function, health, social support, and service use. This comprehensive assessment tool is completed by a registered nurse, with some sections by a licensed social worker, to identify functional status including assistance with activities of daily living, mental status and care needs for the member. Particular MDS-HC items identify clients who could benefit from further evaluation of specific problems and risks for functional decline and appropriate and affective programming options.

© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training




© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training

## Assessments and OGIs are connected.
## Organization is key to a successful submission!



MA Functional Assessment — MDS-HC — MA IHRA — Medication, Diagnosis and OGI

**Best practice is to complete your functional assessment first!**

© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training



## Minimum Data Set – Home Care (M

- 31 Question Assessment

- Completed annually on AD/CMI & NH members or for a change in status

- Person Centered Assessment

- Focuses on the member's functioning quality of life by assessing needs, str and preferences

© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training

| Activity Type | MP | Priority | Follow Up Date | Due Date | Call Time | Script Name | Eligibility | Program Name | Assigned By | Status | Assigned To / WQ | Notes | Create |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Assessment | | N/A | 08/11/2023 | 08/25/2023 | 1:23 PM | MA SCO MDS-HC | N/A | N/A | BRENDA GONZALEZ, MDS RN | Pending Acceptance | GHERSY DAMAS, RNCM | Annual MDS HV Earliest Home Visit Date: 8/2/2023 Next Annual HV Date: 8/25/2023 | 09/26/2 01:24:3 |

- Your home visit and submission must be done <u>before</u> the due date within the MDS assessm CCP. The home visit must be within 365 days of the last MDs home visit.

- Submit your MDS to the MDS work queue within 48 hours of your home visit.

**HINT:**  Use the "window" between the follow up date and due date to plan when to see your m

© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training



- You must update the medications and diagnoses is CCP before opening the MDS.

- You must Save and End your MAFA before opening the MDS.

- Run the **MA SCO MDS-HC** assessment "<u>**from similar questions in related scripts**</u>" so it will pull information from the completed MAFA.

- The MDS Assessment Activity in Outstanding Activities might be the OLD version of the script (MA MDS-HC).  If that is the case, you will need to delete the old one and run the new MA SCO MDS-HC script, as pictured above.

 © 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training
# #1 Type of Clinical Eligibility Determination

---

1.  **TYPE OF CLINICAL ELIGIBILITY DETERMINATION**

    Provider service requested:

    ○ Integrated Care Organization (ICO)    ○ Program of All-inclusive Care for the Elderly (PACE)

    ● Senior Care Options (SCO)    ○ Acquired Brain Injury Waiver (ABI)

    **Other Service(s) - Check all other preferred services:**

    ☐ Adult day health (ADH)    ☐ Group adult foster care (GAFC)    ☐ Other

    ☐ Adult foster care (AFC)    ☐ Home and community based services (HCBS) waiver

---

- ONLY check Senior Care Options (SCO)

- Do NOT check off anything else in this section.



© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training

# #2 Member Information



- This information will auto populate from CCP.

- If the address or phone number was recently changed in the Portal and is not reflected in CCP yet, you will need to manually edit this.

© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training

# #3 Next of Kin

3.  NEXT OF KIN/RESPONSIBLE PARTY

| Last Name: | First Name: | Middle Initial: | Telephone Number: |
|---|---|---|---|
|  |  |  |  |

| Address: | City: | Zip Code: |
|---|---|---|
|  |  |  |

- This section must be completed

- If no information is available, indicate this with "Unknown" in the text boxes and 000-000-0000 in the phone number and 0000 in the zip code

© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training
# #4 PCP Information

| 4. PHYSICIAN INFORMATION | | |
|---|---|---|
| Last Name: | First Name: | Telephone Number: |
| Address: | City: | Zip Code: |

This section must be completed with the current primary care provider's full name.

The full address and telephone number should always be completed.

© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training

# #5 Screening for Mental Illness, Mental Retardation, and Developmental Disability



## Diagnosis/Condition -

- This diagnosis should be confirmed by the managing provider. If the nurse is waiting for clinicals to be received, confirm the diagnosis verbally, indicate this in a PCT encounter, in CCP,  and in the RFS statement in MDS #8.

- All state approved mental health diagnoses must be included no matter what the rate category is (AD/CMI or NHC)

- The ICD-10 codes in the MDS must match the CCP Manual Diagnosis **exactly.**

## Mental Retardation –

- Check if present based on confirmed intellectual disability


© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training

# #5 Screening for Mental Illness, Mental Retardation, and Developmental Disability (continued)

| Developmental Disability with Related Condition that occurred prior to age 22? |
|---|
| ● Yes      ○ No |

**Select all that apply**

| | | | |
|---|---|---|---|
| ☐ Autism | ☐ Deafness/Severe Hearing Impairment | ☐ Multiple Sclerosis | ☐ Severe Learning Disability |
| ☐ Blindness/Severe Visual Impairment | ☐ Epilepsy/Seizure Disorder | ☐ Muscular Dystrophy | ☐ Spina Bifida |
| ☐ Cerebral Palsy | ☐ Head/Brain Injury | ☐ Orthopedic Impairment | ☐ Spinal Cord Injury |
| ☐ Cystic Fibrosis | ☐ Major Mental Illness | ☐ Speech/Language Impairment | |

**Developmental Disability** – only select if it applies to a confirmed diagnosis acquired before the age of 22

© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training
## #6 Community Services

| 6. COMMUNITY SERVICES RECOMMENDED | | | |
|---|---|---|---|
| **Select all that apply:** | | | |
| ☐ Skilled Nursing | ☐ HCBS waiver | ☐ Rest home | ☐ Homemaker |
| ☐ Physical therapy | ☐ Personal emergency response system | ☐ Elderly housing | ☐ Meals |
| ☐ Occupational therapy | ☐ Adult foster care | ☐ Adult day health | ☐ Transportation |
| ☐ Speech therapy | ☐ Group adult foster care | ☐ PACE | ☐ Chore services |
| ☐ Mental health services | ☐ Assisted living | ☐ Home Health Aide | ☐ Grocery shopping/delivery |
| ☐ Social worker services | ☐ Congregate housing | ☐ Personal care/homemaker | ☐ Other |

Only Check off **formal services** member is **CURRENTLY ELIGIBLE** for and is receiving or is being implemented:

*   **Skilled Nursing** – select If member is NHC or receiving VNA Skilled Nursing services

*   **Physical/Occupational/Speech Therapy** – select if a member is receiving; make sure this is mentioned in your M/

*   **Mental Health Services** – select if member is receiving formal mental health services from a therapist/group therapy/psychiatrist/etc.; make sure this is mentioned in the mood section of the MAFA.

*   **Social Worker Services** – select if member receiving formal services from a licensed Social Worker


© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training
# #6 Community Services (continued)

| 6. COMMUNITY SERVICES RECOMMENDED | | | |
|---|---|---|---|
| Select all that apply: | | | |
| ☐ Skilled Nursing | ☐ HCBS waiver | ☐ Rest home | ☐ Homemaker |
| ☐ Physical therapy | ☐ Personal emergency response system | ☐ Elderly housing | ☐ Meals |
| ☐ Occupational therapy | ☐ Adult foster care | ☐ Adult day health | ☐ Transportation |
| ☐ Speech therapy | ☐ Group adult foster care | ☐ PACE | ☐ Chore services |
| ☐ Mental health services | ☐ Assisted living | ☐ Home Health Aide | ☐ Grocery shopping/delivery |
| ☐ Social worker services | ☐ Congregate housing | ☐ Personal care/homemaker | ☐ Other _____ |

- **HCBS Waiver –DO NOT USE**

- **Personal Emergency Response System** – select if member has a PERS

- **Adult Foster Care** – select if member has AFC program

- **Group Adult Foster Care** – select if member has GAFC program

- **Assisted Living, Congregate Housing, Rest Home**– select if residential setting is applicable to member and make mentioned in your MAFA

- **Elderly Housing- DO NOT USE**


© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training

# #6 Community Services (continued)

| 6. | COMMUNITY SERVICES RECOMMENDED | | |
|---|---|---|---|
| Select all that apply: | | | |
| ☐ Skilled Nursing | ☐ HCBS waiver | ☐ Rest home | ☐ Homemaker |
| ☐ Physical therapy | ☐ Personal emergency response system | ☐ Elderly housing | ☐ Meals |
| ☐ Occupational therapy | ☐ Adult foster care | ☐ Adult day health | ☐ Transportation |
| ☐ Speech therapy | ☐ Group adult foster care | ☐ PACE | ☐ Chore services |
| ☐ Mental health services | ☐ Assisted living | ☐ Home Health Aide | ☐ Grocery shopping/delivery |
| ☐ Social worker services | ☐ Congregate housing | ☐ Personal care/homemaker | ☐ Other |

- **Adult Day Health**– select if member is approved for ADH

- **PACE** –DO NOT USE – not applicable to any of our members; members cannot have UHC SCO and PACE together

- **Home Health Aide – select** if member is receiving formal HHA services

- **Personal Care Homemaker** – select  if member is receiving  both Personal Care and Homemaker services

© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training

# #6 Community Services (continued)

| 6. | COMMUNITY SERVICES RECOMMENDED | | | |
|---|---|---|---|
| Select all that **apply:** | | | |
| ☐ Skilled Nursing | ☐ HCBS waiver | ☐ Rest home | ☐ Homemaker |
| ☐ Physical therapy | ☐ Personal emergency response system | ☐ Elderly housing | ☐ Meals |
| ☐ Occupational therapy | ☐ Adult foster care | ☐ Adult day health | ☐ Transportation |
| ☐ Speech therapy | ☐ Group adult foster care | ☐ PACE | ☐ Chore services |
| ☐ Mental health services | ☐ Assisted living | ☐ Home Health Aide | ☐ Grocery shopping/delivery |
| ☐ Social worker services | ☐ Congregate housing | ☐ Personal care/homemaker | ☐ Other |

- **Homemaker** – select if member Homemaker services only (No PC)

- **Meals** –select if member receives home delivered meals

- **Transportation** - Should not be selected for ADH, Modivcare, or emergency transportation. **Only** select if using a transportation (like stretcher service) or a taxi service on a regular basis that UHC is reimbursing for

- **Chore Services** – select only if member is receiving regularly scheduled heavy chore service

- **Grocery Shopping/Delivery** - select Only for groceries delivery by ASAP or Peapod type service that is reimburse not check this if Homemaker is doing the grocery shopping.

- **Other**: list all other formal services that do not have a selection option: PCA, CDC, Companion, Laundry etc.

© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training

# #7 Additional Information



1. If member lives in a shelter or is homeless, select "No".

2. If a member has any type of informal support; check "yes" (this includes emotional support)

3. Consult the BMI Assessment

4. Select "Yes" if member has formal/informal ADL/IADL support. Add days and the hours as lis MDS Assessment box in MAFA.

© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training
# #7 Additional Information (Continued)

7. **ADDITIONAL INFORMATION**

Is the home or apartment available for the member of applicant?

○ Yes    ○ No

Is there a caregiver to assist the member in the community?

○ Yes    ○ No

Has the member or applicant experienced unexplained weight gain in the last 30 days?

○ Yes    ○ No

Does the member or applicant receive personal care/homemaker services?

● Yes    ○ No

| **Days per week:** | | **Hours per week:** | |
|---|---|---|---|

**FRAIL ELDER WAIVER ELIGIBILITY (FEW)?**

○ Yes: Pursuant to 130 CMR 519.007(B)(1)(a) and (b) - 300% consideration and 130 CMR 456.409 (A)(B) and/or (C)

○ No

○ Remove member from FEW waiver

## 5. **Frail Elder Waiver (FEW)**

Yes – if member is NHC and has FEW

No – if member does not have FEW

**Remove from FEW** – If member is being leveled down from NHC or has had eligibilit
changes (refer to FEW Job Aid)



© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training

# FEW

| 2022 INCOME GUIDELINES *(FYI Only)* | |
|---|---|
| **Income Limit** | |
| Applicant | **Monthly Gross Income** *(100% Federal Poverty Level)* |
| Member *(alone)* | **$1,133** |
| Member + Qualifying Spouse *(**RARE:** Both applying for FEW, regardless of marital status)* | **$1,526** |

- **Ensure that member meets Frail Elder Waiver (FEW) Criteria:**

  - Member is over income guidelines.

  - Member has 2 ADL impairments requiring hands on assistance. Ensure that this is documented in RFS note.

  - Member has FEW Service in place. Ensure that this is documented in RFS note.  FEW service accepted must also be documented in MAFA.

- **RNCM should verify member's income each quarter at time of assessment.  At any given time, member's income can change. A note should be included in CCP stating RNCM confirmed member's FEW eligibility.**
  Example:  *FEW ELIGIBILITY VERIFICATION:  Member confirmed no changes in income an that they still meet FEW eligibility.*


© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training
# #8 Request for Services (RFS) Statement



The RFS statement summarizes the members primary diagnosis, impairments and details th formal/informal supports that are supporting the member in the community. Refer to the MDS documents (in Teams) for ongoing guidance on how to formulate a complete RFS Statement rate category.

• Always select "Deterioration" unless you are releveling down a member.


© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training
# #8 Request for Services (RFS) Statement

9   HAS THE MEMBER OR APPLICATION HAD A SIGNIFICANT CHANGE IN CONDITION IN THE LAST 30 DAYS? REMEMBER: CW - Does not meet NHC or AD/CMI
AD/CMI - Must have Diagnosis and/or medication, if no medication explain rationale for this. NHC - Daily skilled nursing with 2 ADLs (7 days per week). NHC -
skilled nursing with MD order (Medication Administration, PT,OT,ST, wound care, oxygen, etc.). NHC - 3 Days (MINIMUM) skilled nursing with MD order (BP ch
daily weights, PT, OT, ST, etc.)



## NHC due to Physical Impairment

*Always start with "Requesting NHC.

*Indicate the symptoms related to the diagnosis
contribute to NHC (include all symptoms and
contributing diagnoses listed in the MAFA).

*List all ADLs member needs physical assistan
identified in the MAFA. Detail of IADL assistanc
needed.

*List all services member has in place including
informal support, but do not put the specific nur
hours or days or level (ex: AFC Level 2 or ADH
Level). Include PT/OT and why member is rec

*If a member has a FEW, include this in the RF
indicate the FEW service in the RFS as well as
care plan. "Member has FEW and has PC in pl
(do NOT say "Member has PC for FEW.")

*If change in FEW status, indicate in the RFS.

© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training
# #8 Request for Services (RFS) Statement

9  HAS THE MEMBER OR APPLICATION HAD A SIGNIFICANT CHANGE IN CONDITION IN THE LAST 30 DAYS? REMEMBER: CW - Does not meet NHC or AD/CM
   AD/CMI - Must have Diagnosis and/or medication. if no medication explain rationale for this. NHC - Daily skilled nursing with 2 ADLs (7 days per week). NHC -
   skilled nursing with MD order (Medication Administration, PT,OT,ST, wound care, oxygen, etc.). NHC - 3 Days (MINIMUM) skilled nursing with MD order (BP ch
   daily weights, PT. OT. ST. etc.)



**NHC: Cognitive**

- Rate Category requesting

- Symptoms, Cognitive impairments

- Diagnosis

- ADL/IADL needs

- Services (both formal/informal)

**Requesting NHC**

**Member with moderate cognitive impairment, unable to initiate, sequence and follow through with complex tasks**

**related to Dementia,**

**requires cueing and prompting throughout bathing, dressing, grooming and IADLs**

**has AFC services and natural caregiver support**

## NHC due to Cognitive Impairment

*Follow the same recommendations for physica impairment.

*NOTE: Cueing and prompting required throug the activity, in combination with a verified Cogn related diagnosis, **IS** considered criteria for NH

*NOTE: Refrain from using terms such as "forg and "confusion" in the RFS.

© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training
# #8 Request for Services (RFS) Statement

9   HAS THE MEMBER OR APPLICATION HAD A SIGNIFICANT CHANGE IN CONDITION IN THE LAST 30 DAYS? REMEMBER: CW - Does not meet NHC or AD/CMI. AD/CMI - Must have Diagnosis and/or medication, if no medication explain rationale for this. NHC - Daily skilled nursing with 2 ADLs (7 days per week). NHC - Da skilled nursing with MD order (Medication Administration, PT,OT,ST, wound care, oxygen, etc.). NHC - 3 Days (MINIMUM) skilled nursing with MD order (BP check daily weights. PT, OT, ST, etc.)



## NHC due to Daily Skilled Nee

*Always start with "Requesting NHC.

*Indicate the reason member is unable perform the skill independently. This sh be listed in the medication section of M

* Detail member's ADL/IADL status.

* Detail the formal/informal support tha performing the skill daily and list all oth services member has in place.

***NOTE: if member can perform the d independently, this will NOT meet NHC

© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training
# #8 Request for Services (RFS) Statement

9  HAS THE MEMBER OR APPLICATION HAD A SIGNIFICANT CHANGE IN CONDITION IN THE LAST 30 DAYS? REMEMBER: CW - Does not meet NHC or AD/CMI. AD/CMI - Must have Diagnosis and/or medication, if no medication explain rationale for this. NHC - Daily skilled nursing with 2 ADLs (7 days per week). NHC - D skilled nursing with MD order (Medication Administration, PT,OT,ST, wound care, oxygen, etc.). NHC - 3 Days (MINIMUM) skilled nursing with MD order (BP chec daily weights, PT, OT, ST, etc.)



**ADCMI- Example 1 - AD**
- Rate category requesting
- Symptoms: Cognitive/Behavioral
- Diagnosis
- Managing provider treatment plan
- ADL/IADLs
- Services (formal/informal)

**ADCMI- Example 1 - CMI**
- Rate category requesting
- Symptoms: Cognitive/Behavioral
- Diagnosis
- Managing provider treatment plan
- ADL/IADLs
- Services (formal/informal)

**Requesting ADCMI**

member with memory loss and impaired decision-making

related to Alzheimer disease

followed by Neurology every three months and prescribed Aricept.

independent with ADLs but requires assistance with IADLS

has homemaking and natural caregiver support in place

**Requesting ADCMI**

reports feelings of hopelessness and episodes of crying several times a week

related to chronic Depression

followed by Psychiatrist every three months and therapist monthly who prescribes Zoloft

Independent with ADLS/IADLs

informal caregiver provides emotional support

## AD/CMI Documentation Tips

*Always start with "Requesting AD/CMI"

*Indicate the symptoms related to the confirmed diagnos contribute to AD/CMI. The diagnosis must match the ma in CCP. MDS #5 and MDS #22.

*If the nurse is waiting for clinicals to be received, confir diagnosis verbally with a provider and document this in ; in CCP.

*Indicate the provider type, the approved treatment plan ADH, therapy, etc.), and  frequency of provider follow-ur member sees a psychiatrist/therapist and, if not, that BF offered and declined.

*List any psych medications member is taking and reasc be indicated. List drug name only, no dosages or freque member declines medications for behavioral health.

*List all ADLs/skilled needs member needs assistance v in the MAFA. **NOTE:** skill should be less than daily and

*If member requires assistance with IADLs, just state "n assistance with IADLs." Do not include symptoms or dia

*List all services member has in place including informa not put the specific number of hours or days or level (ex Level). Include PT/OT and why member is receiving.

© 2020 [illegible] Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training

# #8 Request for Services (RFS) Statement

9  HAS THE MEMBER OR APPLICATION HAD A SIGNIFICANT CHANGE IN CONDITION IN THE LAST 30 DAYS? REMEMBER: CW - Does not meet NHC or AD/(
   AD/CMI - Must have Diagnosis and/or medication, if no medication explain rationale for this. NHC - Daily skilled nursing with 2 ADLs (7 days per week). NH
   skilled nursing with MD order (Medication Administration. PT,OT,ST, wound care, oxygen, etc.). NHC - 3 Days (MINIMUM) skilled nursing with MD order (BP
   daily weights. PT, OT, ST, etc.)



## Community Well

\*Generally,  an MDS is not completed fo
Community Well members unless they a
releveled or identified as a rate cell discr
admission.

\*For Community Well Members, include
medications member is taking for a non
health related diagnosis and reason for u
be indicated. (Ex: trazodone taken for sl

© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training
# #8 Request for Services (RFS) Statement

9   HAS THE MEMBER OR APPLICATION HAD A SIGNIFICANT CHANGE IN CONDITION IN THE LAST 30 DAYS? REMEMBER: CW - Does not meet NHC or AD/(
AD/CMI - Must have Diagnosis and/or medication, if no medication explain rationale for this. NHC - Daily skilled nursing with 2 ADLs (7 days per week). NH
skilled nursing with MD order (Medication Administration, PT,OT,ST, wound care, oxygen, etc.). NHC - 3 Days (MINIMUM) skilled nursing with MD order (BP
daily weights, PT, OT, ST, etc.)

## Documentation tips for Releveling member down to AD/CMI or Community Wel

*Always start with "Change in Status from *** to *****

*Explain how member's condition has improved (Ex: member completed PT/OT; member had surgery that improved
functioning; improved Pain Management; member received new DME that promotes independence with ADLs.

*Indicate how member adapts to complete ADLs if refusing care.

* For ADCMI: the state will look for information as to why member is no longer AD/CMI. Any information you receive f
office as to reason why member is no longer AD/CMI should be included in RFS and in a PCT note, in CCP (Ex: "mer
longer being followed by PCP for mental health condition, no longer being treated or prescribed any medication for m
health condition as verified by PCP- or- mental health condition has been treated, resolved, and is no longer an active
diagnosis per PCP office.")

*When a member needs assistance with ONE ADL, we say: Member requires assistance with hygiene (write the spec
with no symptoms)

*When a member needs assistance with IADLs, we just say: Member requires assistance with IADLs (just write IADL
symptoms)

*For Community Well members: Any psych medications member is taking for non psych diagnosis and reason for use
indicated. (Ex: trazodone taken for sleep) – use the symptom not the diagnosis

 © 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training
## #9 Name and Identification Numbers



- Complete the member's name fields

- Case Record Number, Social Security Number, and Health Insurance Number will auto populate from CCP. ** NOTE: verify this information as the Mass Health site will reject the MDS if this information is incorrect.



© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training
# #10 Personal Items



- These are bas
  member interv

- Review Gende
  Language for a
  population errc

© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training

## #10 Personal Items (continued)

---

**RESPONSIBILITY/ADVANCE DIRECTIVES**

Client has legal guardian?

○ No       ○ Yes

Client has advance medical directives in place? (For example, a do not hospitalize order)

○ No       ○ Yes

---

**Legal Guardian** - this should be uploaded in the Documents section of CCP, included in the Caregivers section in CCP, and be included in a care plan.

**Advanced Directives** – this is for directives like DNR/DNI, Do Not Hospitalize.  This is NOT t member as a Health **Care** Proxy (HCP).

 © 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training
# #11 Referral Items



**Case Opened Date (COD)**- This is date is the first day of the member's enrolled month- Ex m enrolled effective September 2022. The COD will be 09/01/2022.  If a member disenrolled/re- then the new COD date is the 1st day of the re-enrollment month.

- COD information is in I-CUE; please do not use previous MDS answers to this question (se slide)

**Community Chronic Care –** This will auto populate and should ALWAYS be the only option s

 © 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training
## #11 Referral Items (continued)



GOALS OF CARE (Code for client/family understanding of goals of care):

Skilled Nursing Treatments:
○ No     ○ Yes

Monitoring to Avoid Clinical Complications:
○ No     ● Yes

Rehabilitation:
● No     ○ Yes

Client/Family Education:
○ No     ● Yes

Family Respite:
○ No     ○ Yes

Palliative Care:
○ No     ○ Yes

**NOTE: This section will auto populate in most common answers but can be edite member!**

**Skilled Nursing Treatments** – select YES member receives VNA services (make sure the MAFA)

**Monitoring to Avoid Clinical Complicatio** populates to "yes")  always select YES

**Rehabilitation** – (auto populates to "no") se member receives a form of therapy service oriented within the home or outpatient settir and make sure this is in the MAFA and in th

**Client/family Education** - (auto populates t always select YES

**Family Respite** – only if member has recei past 7 days or is scheduled to receive in the

**Palliative Care** – only if member is receivin level of care for comfort or palliative measul

 © 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training
# #11 Referral Items (continued)

TIME SINCE LAST HOSPITAL STAY

Time since discharge from last in-patient setting:

○ No hospitalization within 180 days    ○ Within 8-14 days    ○ More than 30 days ago

○ Within last week    ○ Within 15-30 days

*Check Visits (under the Health tab) in CCP for any discharge from an inpatient setting

WHO LIVED WITH AT REFERRAL

Select one:

○ Lived alone    ○ Lived with child (not spouse)

○ Lived with spouse only    ○ Lived with other(s) (not spouse or children)

○ Lived with spouse and other(s)    ○ Lived in group setting with non-relative(s)

*ADH is not considered "home care services" but PERS is

*Include services member currently has in place and/or are being initiated



© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training
# #11 Referral Items (continued)

PRIOR NURSING HOME PLACEMENT

Resided in a nursing home at any time during 5 YEARS prior to case opening?

◯ No        ◯ Yes

RESIDENTIAL HISTORY

Moved to current residence within last 2 years?

◯ No        ◯ Yes

**Prior Nursing Home Placement –** "Residing in a nursing home" reflects if the member resided in a nursing home as a long-term care resident.

**Residential History –** verify this with the member or CCP records

© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training
# #12 Assessment Information



**\*Assessment Reference Date =** the date the home visit was conducted

**\*Reason For Assessment:**

- **Initial Assessment** – select for new effective when the MDS is done in the first 30 days

- **Routine Assessment at Fixed Intervals** – select for annual assessment

- **Change in Status** – select when member's rating category is changing

 © 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training
## #13 Cognitive Patterns

13. SECTION B: COGNITIVE PATTERNS

MEMORY RECALL ABILITY (Code for recall of what was learned or known)

Short term memory OK - Seems/appears to recall after 5 minutes
○ Memory OK     ○ Memory Problem

**Procedural memory OK - Can** perform all or almost all steps in a multitask sequence without cues for initiation
○ Memory OK     ○ Memory Problem

## Short Term Memory

• Memory OK- Select if member **does not** have any short-term recall deficits.

• Memory Problem- Only select Memory Problem if memory impairment is documented within cognitive section in the MAFA.  Checking Memory Problem **does not** correlate with simple "forgetfulness."  Member does not need to have a formal diagnosis for this question.

## Procedural Memory

• Memory Ok- Member can complete multi-step tasks independently **with**out cues for initiation

• Memory Problem – Member has difficulty completing multistep tasks independently, requiring cueing and prompting throughout the activity. This impairment must be documented within the MAFA and member <u>must</u> have a correlating formal diagnosis listed in CCP (Dementia, Alzhe Disease, etc.)


© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training

# #13 Cognitive Patterns (Continued)

COGNITIVE SKILLS FOR DAILY DECISION-MAKING

How well client made decisions about organizing the day (e.g. when to get up or have meals, which clothes to wear or activities to do)

○ Independent - Decisions consistent/reasonable/safe

○ Modified Independence - Some difficulty in new situations

○ Minimally Impaired - In specific situations, decisions become poor or unsafe and cues/supervision necessary at those times

○ Moderately Impaired - Decisions consistently poor or unsafe, cues/supervision required at all times

○ Severely Impaired - Never/rarely made decisions

**How well client made decisions about organizing the day - If you have chosen Memory Problem in Procedural Memory, then you should NOT choose independent.**

- If a member has Mild Alzheimer's/ Dementia, you code from Independent up to Minimally Impaired.

- If a member has advanced Alzheimer's/Dementia, you should code Moderately to Severely Impaired (likely NHC).

© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training
# #13 Cognitive Patterns (Continued)



Worsening of decision making as compared to status of 90 DAYS AGO (or since last assessment if less than 90 days)

◯ No    ◯ Yes

*This answer is based on your current assessment.

HINT: If you are changing a member's level based on a cognitive change, then the answer here will be Yes.

© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training

# #13 Cognitive Patterns (Continued)



INDICATORS OF DELIRIUM

Sudden or new onset/change in mental function over LAST 7 DAYS (including ability to pay attention, awareness of surroundings, being coherent, unpredictable variation over course of day)

○ No      ○ Yes

In the LAST 90 DAYS (or since last assessment if less than 90 days), client had become agitated or disoriented such that his or her safety is endangered or client requires protection by others

○ No      ○ Yes

*This answer is based on your current assessment and should be noted in the MAFA.

© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training
## #14 Communication/Hearing Patterns

---

**14. SECTION C: COMMUNICATION/HEARING PATTERNS**

**HEARING** (With hearing appliance if used)
Select one:

○ Hears Adequately - Normal talk, TV, doorbell

○ Minimal Difficulty - When not in quiet setting

○ Hears in Special Situations Only - Speaker has to adjust tonal quality and speak distinctly

○ Highly Impaired - Absence of useful hearing

---

How well can the member hear even <u>with</u> a hearing appliance?  Does the member have an impairment even with hearing aids or struggles to hear well?


**\*NOTE** – if concerns are identified here, they should be noted in the care plan



© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training
# #14 Communication/Hearing Patterns (Continu

**Making Self Understood (EXPRESSION)**

**Expressing information content - however able**

- Understood - Expresses ideas without difficulty
- Usually understood - Difficulty finding words or finishing thoughts BUT if given time, little or no prompting required
- Often understood - Difficulty finding words or finishing thoughts, prompting usually required
- Sometimes Understood - Ability is limited to making concrete requests
- Rarely/Never Understood

**Making Self Understood** – With or without impairment and with/without modifications, can th member be understood?  Special consideration: if member is assessed with Cognitive impair then member will also likely have deficits with Expression.

**Ability to Understand Others (COMPREHENSION)**

**Understands verbal information - however able**

- Understands - Clear comprehension
- Usually Understands - Misses some part/intent of message BUT comprehends most conversation with little or no prompting
- Often Understands - Misses some part/intent of message, with prompting can often comprehend conversation
- Sometimes Understands - Responds adequately to simple, direct communication
- Rarely/Never Understands

**Ability to Understand Others** – Can the member understand verbal information provided? (Ex: if a member is deaf and uses a TTY system, this would be coded as "understood" as the member can understand with the modification.) Special consideration: if member is assessed with Cognitive impairment, then member will also likely have deficits with Comprehension.



© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training
## #14 Communication/Hearing Patterns (Continu

---

**COMMUNICATION DECLINE**

Worsening in communication (making self-understood or understanding others) as compared to status of 90 DAYS AGO (or since last assessment if less than 90 days)

○ No      ○ Yes

---

**Communication Decline** – in the last 90 days and should not noted in the MAFA.


**\*NOTE** – if concerns are identified here, they should be noted in the care plan



© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training
## #15 Vision Patterns

15. SECTION D: VISION PATTERNS

VISION (Ability to see in adequate light and with glasses if used)

**Select One:**

○ Adequate - Sees fine detail, including regular print in newspapers/books

○ Impaired - Sees large print, but not regular print in newspapers/books

○ Moderately Impaired- Limited vision, not able to see newspaper headlines, but can identify objects

○ Highly Impaired- Object identification in question, but eyes appear to follow objects

○ Severely Impaired- No vision or sees only light, colors, or shapes, eyes do not appear to follow objects

VISUAL LIMITATION/DIFFICULTIES

Saw halos or rings around lights, curtains over eyes or flashes of light

○ No    ○ Yes

VISION DECLINE

Worsening of vision as compared to status of 90 DAYS AGO (or Since last assessment if less than 90 days)

○ No    ○ Yes

**Vision** – With glasses or mod[...]
the member see adequately?

**Visual Limitations/Difficultie[...]**
Rings around lights? Curtains [...]

**Vision Decline** – in the last 9[...]

**\*NOTE** – If concerns are iden[...]
they should be noted in the ca[...]

**\*REMINDER**: If member's visi[...]
their ability to complete ADLs/[...]
must be included in the MAFA[...]

© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training
# #16 Mood and Behavior Patterns

**16. SECTION E: MOOD AND BEHAVIOR PATTERNS**

INDICATORS OF DEPRESSION, ANXIETY, SAD MOOD: *(Code for observed indicators irrespective of the assumed cause)*

A feeling of sadness or being depressed, that life is not worth living, that nothing matters, that he/she is of no use to anyone or would rather be dead

○ Indicator not exhibited in last 3 days    ○ Exhibited 1-2 of last 3 days    ○ Exhibited on each of last 3 days

Persistent anger with self or others - e.g. easily annoyed, anger at care received

○ Indicator not exhibited in last 3 days    ○ Exhibited 1-2 of last 3 days    ○ Exhibited on each of last 3 days

Expression of what appear to be unrealistic fears - e.g. fear of being abandoned, left alone, being with others

○ Indicator not exhibited in last 3 days    ○ Exhibited 1-2 of last 3 days    ○ Exhibited on each of last 3 days

Repetitive Health Complaints - e.g. persistently seeks medical attention, obsessive concern with body functions

○ Indicator not exhibited in last 3 days    ○ Exhibited 1-2 of last 3 days    ○ Exhibited on each of last 3 days

Repetitive anxious complaints, concerns - e.g. persistently seeks attention/reassurance regarding schedules, meals, laundry, clothing, relationship issues

○ Indicator not exhibited in last 3 days    ○ Exhibited 1-2 of last 3 days    ○ Exhibited on each of last 3 days

Sad, pained, worried facial expressions - e.g. furrowed brows

○ Indicator not exhibited in last 3 days    ○ Exhibited 1-2 of last 3 days    ○ Exhibited on each of last 3 days

Recurrent crying, tearfulness

○ Indicator not exhibited in last 3 days    ○ Exhibited 1-2 of last 3 days    ○ Exhibited on each of last 3 days

Withdrawal from activities of interest - e.g. no interest in long standing activities or being with family/friends

○ Indicator not exhibited in last 3 days    ○ Exhibited 1-2 of last 3 days    ○ Exhibited on each of last 3 days

Reduced social interaction

○ Indicator not exhibited in last 3 days    ○ Exhibited 1-2 of last 3 days    ○ Exhibited on each of last 3 days

- This is based on your cu assessment of the memb

- This should match the PI and the MAFA (mood se

**\*NOTE** – if concerns are identified here, they shoul noted in the care plan and receive appropriate follow-

© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training

# #16 Mood and Behavior Patterns (Continued)

MOOD DECLINE

Mood indicators have become worse as compared to status of 90 DAYS AGO (or since last assessment if less than 90 days

○ No      ○ Yes

**Mood Decline-** This includes members who report and/or receive treatment for mood related since last assessment.

**\*NOTE** – If concerns are identified here, they should be noted in the care plan and followed up with a provider



© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training
# #16 Mood and Behavior Patterns

BEHAVIORAL SYMPTOMS (instances when client exhibited behavioral symptoms.) If EXHIBITED, ease of altering the symptom when it occurred.

Wandering - Moved with no rational purpose, seemingly oblivious to needs or safety

○ Did not occur in last 3 days      ○ Occurred, easily altered      ○ Occurred, not easily altered

Verbally abusive behavioral symptoms - Threatened, screamed at, **cursed at others**

○ Did not occur in last 3 days      ○ Occurred, easily altered      ○ Occurred, not easily altered

Physically abusive behavioral symptoms - **Hit, shoved, scratched, sexually abused others**

○ Did not occur in last 3 days      ○ Occurred, easily altered      ○ Occurred, not easily altered

Socially inappropriate/disruptive behavioral symptoms - Disruptive sounds, noisiness, screaming, self-abusive acts, sexual behavior or disrobing in public, smears/throws food/feces, rummaging, repetitive behavior, rises early and causes disruption

○ Did not occur in last 3 days      ○ Occurred, easily altered      ○ Occurred, not easily altered

Resists care - resists taking medications/injections, ADL assistance, eating, or changes in position

○ Did not occur in last 3 days      ○ Occurred, easily altered      ○ Occurred, not easily altered

• This is based on your curren assessment of the member.

• This should match the PHQ-

**\*NOTE** – If concerns are iden they should be noted in the ca followed up with member's pr

© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training
# #16 Mood and Behavior Patterns (Continued)

CHANGES IN BEHAVIOR/SYMPTOMS

Behavioral symptoms have become worse or less well tolerate by family as compared with 90 DAYS AGO (or since last assessment if less than 90 days)

○ No    · Yes

**Changes in Behavior Symptoms** - This includes members who report or received treatment behavioral symptoms changes since last assessment.

**\*NOTE** – If concerns are identified here, they should be noted in the care plan

 © 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training
# #17 Social Functioning



- **Interacting with Others** – based on current assessment

- **Openly expresses conflict or anger with family/friends** -

  - Choose "NO" unless the MAFA documents that member has problems with anger, combativeness, or open conflict

- **Changes in Social Activities** - based on current assessment

- **Isolation** -- Do not choose "All of the time" if the member has services like homemaking or personal care

- **Loneliness** – make sure to care plan to address this if the answer is "YES"



© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training
## #18 & 19 Informal Support



- This will auto pop
  from the MAFA; v
  selections to ens
  accuracy

 © 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training
# #19 Informal Support (Continued)

**CAREGIVER STATUS**

Check all that apply:

☐ A caregiver is unable to continue in caring activities - e.g. decline in the health of the caregiver makes it difficult to continue.

☐ Primary caregiver is not satisfied with support received from family and friends (e.g., other children of client)

☐ Primary caregiver expresses feelings of distress, anger or depression

☐ None of the above

**EXTENT OF INFORMAL HELP** (Hours of Care, Rounded)

For instrumental and personal activities of daily living received over the LAST 7 DAYS, indicate extent of help from family, friends, and neighbors

**Sum of time across five weekdays (hours of care rounded)**

**Sum of time across two weekend days (hours of care rounded)**

## MDS Assessment

| Questions: | Hours: |
|---|---|
| **#7 Request for Service (RFS)** | |
| **#19 - Caregiver** | 0 |
| **#28 - Homemaker** | 0 |
| **#28 - Home Health Aide** | 0 |
| | D. |
| **#28 - Meals** | |

**Caregiver Status** - This will auto populate from the MAFA.

**Extent of Informal Help** – This **DOES NOT** auto-populate from MAFA. entered in this section, can be found in the MDS assessment box in the (noted above). Enter time as hours and minutes: Ex. 4hour and 20minute not use decimals.



© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training
# #20 Physical Functioning IADLs

---

20. SECTION H: PHYSICAL FUNCTIONING

IADL SELF PERFORMANCE CODE (client's performance during last 7 days)

Meal Preparation - IADL SELF PERFORMANCE CODE: How meals are prepared? (e.g. planning meals, cooking, assembling ingredients, setting out food and utensils):

○ Independent - did on own                    ○ Some Help - help some of the time
○ Full Help - performed with help all of the time    ○ By Others - performed by others
○ Activity Did Not Occur

Meal Preparation - IADL DIFFICULTY CODE: How meals are prepared? (e.g. planning meals, cooking, assembling ingredients, setting out food and utensils.):

Select                                          ∨

---

**Self Performance Code** – Indicate the member's performance level. The code selected here is based on how the activity is performed, regardless of member ability:

• Independent – if member did on their own

• Some Help – if member with help some of the time or with some of the tasks

• Full Help – if performed with help <u>all of the time</u>

• By Others – performed completely by others

• Activity Did Not Occur

**Difficulty Code –** This will auto populate from the MAFA so review to ensure MDS coding reflects how the activity is being performed.


© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training
# #20 Physical Functioning IADLs (Continued)

## <u>Special Notes</u>

**Meal Prep-** if member has HDM but is independent with HDM prep, utensil set-up and clean-up, then this would be considered *Independent* with *No difficulty* on the MDS.

**Housework** – this area in the MDS reflects both housekeeping and laundry

**Medications** - Code *Some Difficulty* if member can self administer medications when medication planner is prefilled and/or if a reminder is provided

**Shopping** – creating a shopping list is not considered in the MDS coding for shopping

**Transportation –** MDS coding for this section only considers member's ability to enter/exit the vehicle and ambulation to/from appointment location.

 © 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training
## #20 Physical Functioning ADLs



**Self Performance Code** – This will auto populate from the MAFA. Review to ensure the MDS coding reflects member's ADL needs. The MDS Corner, in Teams,  has detailed guidance regarding MDS ADL coding.

© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training
## #20 Physical Functioning (Continued)

> **ADL DECLINE**
>
> ADL status has become worse (i.e. now more impaired in self performance as compared to status 90 days ago) (or since last assessment if less than 90 days )
>
> ○ No    ○ Yes

- No:
  - Member has remained at the same level of care over the last 90 days.
  - Member has had an improvement in ADL status.
  - Functional assessment shows a decrease in services either formal and/or informal.

- Yes:
  - Member has had a change in status over the last 90 days (Community Well or ADCMI to N
  - Member has had a decline in ADL status, needs more help or needs help more often.
  - Functional assessment shows an increase in services either formal and/or informal.

© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training
# #20 Physical Functioning (Continued)

---

**PRIMARY MODES OF LOCOMOTION**

**Indoors**

○ No assistive device    ○ Walker/Crutch    ○ Wheelchair
○ Cane    ○ Scooter (e.g. Amigo)    ○ Activity did not occur

**Outdoors**

○ No assistive device    ○ Walker/Crutch    ○ Wheelchair
○ Cane    ○ Scooter (e.g. Amigo)    ○ Activity did not occur

**STAIR CLIMBING**

**IN LAST 3 DAYS, how client went up and down stairs (e.g., single or multiple steps, using handrail as needed)**

○ Up and down stairs without help    ○ Up and down stairs with help    ○ Not go up and down stairs

---

This should match the Indoor and Outdoor Ambulation sections of the MAFA.



© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training
# #20 Physical Functioning (Continued)

---

**STAMINA**

**In a typical week, during the last 30 days (or since the last assessment if less than 30 days), code the number of days the client usually went out of the house or building in which the client lives (no matter for how short a time period)**

○ Every day     ○ 2-6 days a week     ○ 1 day a week     ○ No days

**Hours** of physical activities in last 3 days (e.g. walking, cleaning house, exercise)

○ Two or more hours     ○ Less than two hours

---

- On average, over the last 30 days, how many days does your member leave the home?

    - keep in mind ADH, medical/BH appointments, therapies

- Hours of Physical activities in last 3 days: based on current assessment

---

**FUNCTIONAL POTENTIAL**

**Check all that apply:**

☐ Client believes he/she capable of increased functional independence (ADL, IADL, mobility)

☐ Caregivers believe client is capable of increased functional independence (ADL, IADL, mobility)

☐ Good prospects of recovery from current disease or conditions, improved health status expected

☐ None of Above

---

**\*\*NOTE:** Based on member's self-report/interview. Anything other than "None of Above" should be in a care plan.



© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training
# #21 Incontinence

---

**21. SECTION I: INCONTINENCE IN LAST 7 DAYS**

**BLADDER CONTINENCE**
In LAST 7 DAYS control of urinary bladder function(with appliances such as catheters or incontinence program employed) [Note-if dribbles, volume insufficient to soak through underpants]:

| Select | ⌄ |

Worsening of bladder incontinence as compared to status 90 DAYS AGO (or since last assessment if less than 90 days):
◯ No      ◯ Yes

**BLADDER DEVICES**
Check all that apply in the last 7 days
☐ Use of pads or briefs to protect against wetness      ☐ Use of indwelling urinary catheter      ☐ None of Above

**BOWEL CONTINENCE**
In the last 7 days, control of bowel movement (with appliance or bowel continence program if employed)

| Select | ⌄ |

---

- The bladder and bowel continence will auto populate from the MAFA.

- If worsening incontinence, this should be in a care plan and follow up completed with the pro

- Check off any incontinence devices (should also be reflected in MAFA)

© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training
# #22 Disease Diagnoses

HEART/CIRCULATION

Cerebrovascular accident (stroke)

○ Not Present      ○ Present - not subject to focused treatment or monitoring      ○ Present - monitored or treated
                        by home care nurse                                                by home care nurse

**Not Present** – if member does not have the diagnosis or diagnosis is no longer active.

**Present Not Subject to focused treatment or monitoring**– if member has the diagnosis but it does **NOT** contribute to the rate category

**Present and Monitored** - if member has the diagnosis and it **does** contribute to the rating categ (this should also be reflected in the RFS MDS #8 and in the MAFA).

- ***NOTE:** AD/CMI should always have dementia/Alzheimer's or psychiatric diagnosis checked of present and monitored

- ***NOTE:** These diagnoses should match the Manual Diagnosis section in CCP, and be included a care plan

- ***NOTE:** Renal Failure reflects ESRD (CKD5 on dialysis or CKDIV pending dialysis) only

- If "**None of the Above**" – just click that check box at the end and you do not need to answer individually for every question in the section.

© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training
## #22 Disease Diagnoses (Continued)



This section **DOES NOT** auto populate from CCP and is required to be completed on all NHC ADCMI members.

Only add diagnoses that are listed in the RFS MDS #8 and MAFA and contributes to the rating

• Make sure that any diagnosis listed as Present/Monitored in top section of MDS #22 are incl

• Make sure diagnosis name is written exactly to match ICD code: EX: F32.0 is *Major depress disorder, single episode, mild;* not "Depression"

• These diagnoses should match the Manual Diagnosis section in CCP and be included in a c

© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training
## #23 Health Conditions and Preventative Health M

**23. SECTION K: HEALTH CONDITIONS AND PREVENTIVE HEALTH MEASURES**

**PREVENTIVE HEALTH**
**(PAST TWO YEARS - Check all that apply)**

Blood pressure measured    Test for blood in stool or screening endoscopy    NONE OF ABOVE

Received influenza vaccination    IF FEMALE: Received breast examination or mammography

**PROBLEM CONDITIONS PRESENT ON 2 OR MORE DAYS**
**(Check all that were present on at least 2 of the last 3 days)**

Diarrhea    Fever    Vomiting

Difficulty urinating or urinating 3 or more times at night    Loss of appetite    NONE OF ABOVE

**PROBLEM CONDITIONS**
**(Check all present at any point during last 3 days)**
**PHYSICAL HEALTH**

Chest pain/pressure at rest or on exertion    Dizziness or lightheadedness    Shortness of breath

No bowel movement in 3 days    Edema

**MENTAL HEALTH**

Delusions    Hallucinations    NONE OF ABOVE

**Preventive Health:** Ask member and check medical records/health indicators for this information. Flu vaccine
CCP.

**Problem conditions:** Ask member if he or she has experienced any of these symptoms. **Hint**: Any conditions
observed or reported on MAFA, should be selected here also.

**Mental Health:** Does member exhibit any delusions and/or hallucinations? This should be noted in the MAFA.

**\*NOTE**: If any concerns are identified, they should be included in a care plan.



© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training

## #23 Health Conditions and Preventative Health M

---

**PAIN**

**Frequency with which client complains or shows evidence of pain**

No pain     Less than daily     Daily - one period     Daily - multiple periods (e.g., morning and evening)

**Intensity of pain**

No pain     Mild     Moderate     Severe     Times when pain is horrible or excruciating

**From client's point of view, pain intensity disrupts usual activities**

No     Yes

**Character of pain**

No pain     Localized - single site     Multiple sites

**From client's point of view, medications adequately control pain**

Yes or no pain     Medications do not adequately control pain     Pain present, medications not taken

---

If pain is mentioned anywhere in the MAFA as a reason the member is unable to complete an ADL or IAI independently, then Do NOT check "NO PAIN." Document a frequency and intensity, and "YES" to disru activities.

• Character of pain: based on member assessment

• Client's point of view: based in member interview, assessment

*NOTE: If pain is identified, it should be included in a care plan.



© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training
## #23 Health Conditions and Preventative Health Me



FALLS FREQUENCY
**Number of times fell in LAST 90 DAYS (or since last assessment if less than 90 days) If none, code "0"; if more than 9, code "9"**

DANGER OF FALL
**Unsteady**
         No          Yes

**Client limits going outdoors due to fear of falling (e.g. stopped using bus, goes out only with others)**
         No          Yes

- This should match the narrative in the Ambulation section of the MAFA.

- For "Client Limits Going Outdoors," consider if the member has stopped using the bus or only others.

© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training

# #23 Health Conditions and Preventative Health Me

**LIFESTYLE (Drinking /Smoking)**

In the LAST 90 DAYS (or since last assessment if less than 90 days). client felt the need or was told by others to cut down on drinking, or others were concerned with client's drinking

　No　　　　Yes

In the LAST 90 DAYS (or since the last assessment if less than 90 days) client had to have a drink first thing in the morning to steady nerves (i.e., an "eye-opener") or has been in trouble because of drinking

　No　　　　Yes

**Smoked or chewed tobacco daily**

　No　　　　Yes

This is based in member interview, assessment and should be included in a care plan.

**HEALTH STATUS INDICATORS**
**Check all that apply:**

- Client feels (s)he has poor health (when asked)
- Has conditions or diseases that make cognition. ADL, mood or behavior patterns unstable (fluctuation, precarious, deteriorating)
- Experiencing a flare-up of a recurrent or chronic condition/problem
- Treatment has changed in last 30 days (or since last assessment if less than 30 days) because of a new acute episode or condition
- Prognosis of less than six months to live - e.g. physician has told client or client's family that client has end-stage disease
- NONE OF ABOVE

NHC and AD/CMI – these members typically have unstable conditions: consider this while making applicable selections.

 © 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training

## #23 Health Conditions and Preventative Health Me

OTHER STATUS INDICATORS

**Check all that apply:**

- ☐ Fearful of a family member or caregiver
- ☐ Unusually poor hygiene
- ☐ Unexplained injuries, broken bones, or burns
- ☐ Neglected, abused, or mistreated
- ☐ Physically restrained (e.g., limbs restrained, used bed rails, constrained to chair when sitting)
- ☐ NONE OF ABOVE

***This is based on member report AND observation during assessment. If anything, other than "I above" is selected, report to your manager/Liaison immediately as this may need indicate a need Protective Services report.



© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training
# #24 Nutrition/Hydration Status



**Weight Loss** - Check the member's last two BMI assessments

**Malnutrition** - Check the BMI and check with PCP for diagnosis before checking off "YES."

**Morbid Obesity** - Check the BMI

**Swallowing**-If a member has difficulty swallowing, include this in the Eating narrative in the M

• If member requires a modified diet, include this in the Meal Preparation narrative in the MAF

**NOTE** – If concerns are identified in any are within this section, they should be noted in the ca and followed up with provider, as appropriate


© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training

# #25 Dental Status

25. SECTION M: DENTAL STATUS

**Oral Status (check all that apply):**

Problem chewing or swallowing (e.g., poor mastication, immobile jaw, surgical resection, decreased sensation/motor control, pain while eating)

Mouth is "dry" when eating a meal

Problem brushing teeth or dentures

NONE OF ABOVE

- Does member have problems with chewing or swallowing? If documented that member has diet, for example, pureed, member likely has difficulty with chewing or swallowing.

- Does your member complain of dry mouth?

- Does your member have a problem with brushing teeth or dentures due to dental problems?

**\*NOTE**: If any concerns are identified, they should be included in a care plan and followed up as appropriate.

**\*\*Consider educating the member on dental benefits!**



© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training
# #26 Skin Condition

| 26. SECTION N: SKIN CONDITION |
|---|
| **SKIN PROBLEMS**<br>Any troubling skin conditions or changes in skin condition (e.g., burns, bruises, rashes, itchiness, body lice, scabies)<br>No          Yes |

Consider: burns, bruises, rashes, itchiness, body lice, scabies, ulcers, wounds

**\*NOTE**: If any concerns are identified, they should be included in a care plan and followed up as appropriate.

© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training
# #26 Skin Condition

ULCERS (Pressure/Stasis) Presence of an ulcer anywhere on the body.
**PRESSURE ULCER — any lesion caused by pressure, shear forces, resulting in damage of underlying tissues.**
- None
- Any area of persistent skin redness (Stage 1)
- Partial loss of skin layers (Stage 2)
- Deep craters in the skin (Stage 3)
- Breaks in skin exposing skin or bone (Stage 4)

**STASIS ULCER — open lesion caused by poor circulation in the lower extremities**
- None
- Any area of persistent skin redness (Stage 1)
- Partial loss of skin layers (Stage 2)
- Deep craters in the skin (Stage 3)
- Breaks in skin exposing skin or bone (Stage 4)

**OTHER SKIN PROBLEMS REQUIRING TREATMENT**
Check all that apply
- Burns (second or third degree)
- Skin tears or cuts
- Corns, calluses, structural problems, infections, fungi
- Open lesions other than ulcers, rashes, cuts (e.g. cancer)
- Surgical wound
- NONE OF ABOVE

**HISTORY OF RESOLVED PRESSURE ULCERS**
Client previously had (at any time) or has an ulcer anywhere on the body
- No
- Yes

**WOUND/ULCER CARE**
(Check for formal care in LAST 7 DAYS)
- Antibiotics, systemic or topical
- Dressings
- Surgical wound care
- Other wound/ulcer care (e.g. pressure relieving device, nutrition, turning, debridement)
- NONE OF ABOVE

Identify presence of ulcers, skin conditions- including treatment and history of pressure ulcers. Any current skin condition requiring treatment should be reflected in MAFA (medication section comments), care plan and followed up with provider.

 © 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training
# #27  Environment Assessment



Check off any conditions that make the home hazardous or uninhabitable.

Has the member's living situation changed since last assessment?  Did someone have to mov them or did they move in with someone else?

Does the member or caregiver feel that the member would be better off in a different living situ

**NOTE**: If any concerns are identified, they should be included in a care plan and followed up as appropriate.

.

 © 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training
## #28 Service Utilization (Continued)





**Home Health Aides –** this auto-populates from the MDS assessment box in MAFA and reflects ALL form service.

**Visiting Nurses – For NHC members,** always 7 days/7 hours
        **– For ADCMI/CW members,** time will be 0, 0, 0 unless member is receiving VNA servic

**Homemaking Services –** this auto-populates from MDS assessment box in MAFA (see above)

**Meals –**this auto-populates from MDS assessment box in MAFA

**Volunteer Service –** Always will be 0, 0, 0 unless volunteer services are indicated in the MAFA

**NOTE: For HHA, HM and Meals -** Number of Days should match the MAFA exactly

 © 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training
## #28 Service Utilization (Continued)



**Physical Therapy** – should be reflected and match as detailed in related section of MAFA

**Occupational Therapy** – should be reflected and match as detailed in related section of MAFA

**Speech Therapy** – should be reflected and match as detailed in related section of MAFA

**Day Care or Day Hospital**– Number of Days should indicate the number of days member is attending ADH; Hours is the number of days x 6 hours/day (for full day attendance); Minutes i "0"

**Social Worker in Home**– For members who have a social worker in the community, then you would put applicable days and hours and indicate this in the MAFA

© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training
# #28 Service Utilization (Continued)

**Oxygen-** If ordered, this should also be reflected in MAFA. MDS RFS and

**Respirator for assistive breathing-** reflect vents, CPAP/Bipap

**All Other Respiratory Treatments —** include if member is currently receiving

**Alcohol/drug treatment program-** as applicable

**Blood Transfusion-** as applicable

**Chemotherapy-** select for IV and PO chemo

**Dialysis**- select as applicable

**IV Infusion-** Central- select as applicable

**IV Infusion-** Peripheral- select as applicable

**Medication by injection-** select as applicable

**Ostomy Care-** select as applicable



© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training
# #28 Service Utilization (Continued)

**Radiation**-select as applicable

**Tracheotomy Care-** select as applicable

**Exercise Therapy/OT/PT-** select as applicable

**Day Center-** select for ADH

**Day Hospital-** this is not for ADH, select for programs like partial hospitalization

**Hospice Care-** select for Hospice or Palliative Care

**Physical or Clinic visit-** select as applicable

**Respite Care-** select for formal respite services in the last 7 days only

**Daily Nurse Monitoring-** select for all NHC members

**Nurse Monitoring Less than Day-** only select for ADCMI/CW members with less than daily skilled nursing services

 © 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training
# #28 Service Utilization (Continued)

- **Nurse Monitoring Less than Day** – if AD/CMI or Community Well with visiting nurse less than daily

- **Medical Alert Bracelet** – include if member has PERS

- **Skin Treatment** – include if wound care was identified in #26

- **Special Diet** – include if member on diet (special consistency, cardiac, diabetic, renal); this should be noted in the Meal Prep section of the MAFA

- If "**None of the Above**" – just click that check box at the end and you do not need to answer individually for every question in the section.

** NOTE: any skilled service reflected in MDS #28 should be reflected in MAFA, MDS #6, MDS #8- RFS and MDS #28. If the daily skill is contributing to the rate category being requested, then also reflect in MDS #22. Rehab services will be additionally reflected in MDS #11.

 © 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training
# #28 Service Utilization (Continued)



MANAGEMENT OF EQUIPMENT (In Last 3 Days)

**Oxygen**
- Not used
- Partially performed by others
- Managed on own if laid out or with verbal reminders
- Fully performed by others
- Managed on own

**IV**
- Not used
- Partially performed by others
- Managed on own if laid out or with verbal reminders
- Fully performed by others
- Managed on own

**Catheter**
- Not used
- Partially performed by others
- Managed on own if laid out or with verbal reminders
- Fully performed by others
- Managed on own

**Ostomy**
- Not used
- Partially performed by others
- Managed on own if laid out or with verbal reminders
- Fully performed by others
- Managed on own

Reflect members ability to self manage Oxygen, IVs, Catheter, Ostomy. **NOTE**: if any of these are required daily and is managed by another person, then this will be considered a daily skill:  the skill with its related diagnosis should be considered a primary contributor to NHC level of care and reflected as such within the MAFA and MDS.

© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training
# #28 Service Utilization (Continued)

**VISITS IN LAST 90 DAYS OR SINCE LAST ASSESSMENT** - Enter 0 if none, if more than 9, code "9"

Number of times ADMITTED TO HOSPITAL, with an overnight stay?

Number of times VISITED EMERGENCY ROOM without an overnight stay

EMERGENT CARE - including unscheduled nursing, physician, or therapeutic visits to office or home

***Obtain information  via member interview, claims/authorizations, ICUE and/or the "visit" tab in CCP.

© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training

## #28 Service Utilization (Continued)

| TREATMENT GOALS |
|---|
| Any treatment goals that have been met in the last 90 days (or since last assessment if less than 90 days) |
| No          Yes |
| |
| OVERALL CHANGE IN CARE NEEDS |
| Overall self-sufficiency has changed significantly as compared to status of 90 days ago (or since last assessment if less than 90 days) |
| No change          Improved - receives fewer supports          Deteriorated - receives more support |
| |
| TRADE OFFS |
| Because of limited funds, during the last month, enrollee made trade-offs among purchasing any of the following: prescribed medications, sufficient home heat, necessary physician care, adequate food, home care. |
| No          Yes |

**Treatment Goals** - If you are releveling a member down or changing any care plan to "goal m answer will likely be "YES."

## Overall Change in Care Needs

- **No Change:**  No changes have been made to members level of care or services.
- **Improved:**  Member releveled down or member has shown improvement on functional assessment and receives fewer supports with ADLs/IADLs.
- **Deteriorated:**  Member releveled up or member shows decline on functional assessment a receives more supports with ADLs/IADLs

**Trade Offs**-Has the member reported any trade offs with giving up essentials over the last month due to limited funds?

- If "YES," this should be included in a care plan.

**Consider making a referral to community programs.


© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training
# #29 Medications

NUMBER OF MEDICATIONS
Record the number of different medicines (prescriptions and over the counter), including eye drops, taken regularly or on an occasional basis in the LAST 7 DAYS (or since last assessment)(if none  code "0", if more than 9, code "9")

RECEIPT OF PSYCHOTROPIC MEDICATIONS - Psychotropic medications taken in the LAST 7 DAYS (or since last assessment)
[Note—Review client's medications with the list that applies to the following categories]
Antipsychotic/Neuroleptic
   No       Yes

Anxiolytic (anti-anxiety)
   No       Yes

Antidepressant
   No       Yes

Hypnotic
   No       Yes

MEDICAL OVERSIGHT
Physician review of medications in LAST 180 DAYS (or since last assessment)
   Discussed with at least one physician (or no medication taken)      No single physician reviewed all medications

COMPLIANCE/ADHERENCE WITH MEDICATIONS
Compliant all or most of the time with medications prescribed by physician (both during and between therapy visits) in LAST 7 DAYS
   Always compliant                            Compliant less than 80% of time, including failure to purchase prescribed medications
   Compliant 80% of the time or more           No medications prescribed

**Number of medications**: should match as reconciled in CCP and listed in MDS med list

**Receipt of Psychotropic medications**: select based on med classification **NOT** med use

**Medical Oversight:** select, as applicable. NOTE: reconciling with provider is required.

**Compliance/Adherence with medications:** select based observation during home visit. Reflect in MAFA and care plan.



© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training
# #29 Medications (Continued)



| ○ | Medication Name and Dose | Form | Number taken | Frequency |
|---|---|---|---|---|
| ⊖ | ELIQUIS 5  mg - Milligram | By mouth (PO) ⌄ | | BID  Two times daily (included every 12 hou ⌄ |
| ⊖ | LOSARTAN POTASSIUM 25  mg - Millig | By mouth (PO) ⌄ | | QD. Once daily ⌄ |
| ⊖ | HYDROCLOROTHIAZIDE TABLET 25 m | By mouth (PO) ⌄ | | QD. Once daily ⌄ |
| ⊖ | LEVOTHYROXINE SODIUM 88 mcg - M | By mouth (PO) ⌄ | | QD. Once daily ⌄ |
| ⊖ | VENTOLIN HFA 90  mcg - Microgram | Inhalation ⌄ | | PRN  As necessary ⌄ |

The medication section auto populates from CCP. However, if the medication profile in CCP is not filled out completely then the "number taken" on MDS will not auto populate and will need to be manually entered. **Reminder,** reconcile and update all medications in CCP **PRIOR** to opening the MDS. If any medications changes or CCP medication updates occur **AFTER** the MDS is opened, the MDS medication section will have to be manually updated. Always review the MDS for accuracy before closing/completing.

© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training
# #31 Assessment Information



**31. SECTION R. ASSESSMENT INFORMATION**

PERSONS COMPLETING THE ASSESSMENT
Name of RN Assessment Coordinator and Credentials:

BRENDA GONZALEZ  MDS RN

Other Name(s) and Credentials:

Sections:

Date:

09/28/2022

- Your name and credentials will auto populate. Please review to be sure your **full name**, as it appears on your Nursing License, is reflected and revise, as applicable.

- Please select the date the home visit was completed from the calendar icon.

© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training
## MDS Submission



Once the MA functional assessment and the MDS has been completed, create an "MDS Submission" activity in CCP and assign to the "MA SCO MDS RN Coordinator Queue". The M assessment will then be assigned to an MDS RN who will review and submit to the State. **NO** this activity is NOT created, the MDS team will not receive it, it will not be reviewed/submitted State and the home visit will likely expire. This is a critical step for ensuring submission compl

• Comments should include:

- Annual (AD/CMI or NHC)

- Change in Status (add/remove FEW or change in rating category)

- New Effective (with effective date)


© 2020 United HealthCare Services, Inc. All rights reserved.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# MDS Training
# MDS Reworks

- The MDS nurse may forward discrepancies to you in CCP in the form of an "MDS Rejection" activity along with an "Rework" email with detailed instructions, or you may receive a "correction" email.

- Check your email as well as your **Request Received** or Activity Log section in CCP throughout the day as rejections can occur anytime during business operation.

- Address the discrepancy immediately (within 24 hours) – be aware of end of the month turn around times!

- Only address the items identified in the email.

- Once the corrections are completed, complete the "MDS Rejection" activity in CCP, create a new "MDS Submission" activity for the MA SCO MDS RN Coordinator Work Queue, and reply ALL to the MDS nurse's email that it is "all set."


© 2020 United HealthCare Services, Inc. All rights reserved.



# Questions?

# EXHIBIT 7



# MDS-HC Assessment Training



Revised 1/28/15, 7/25/14, 2/3/14, 5/21/13, 8/19/2013, 12/2/13

**UnitedHealthcare**
COMMUNITY & STATE

1




# Welcome

Welcome to today's United Healthcare Community & State Training session.

- For confirmation purposes, the telephone access information is: 1-763-957-6400 and Meeting ID: **828 052 694**

- **Please DO NOT put us on hold.  If you need to leave, please hang up then call back.**

- **Please mute your phone line using \*6.  You will have the opportunity to ask questions throughout our session.**

**UnitedHealthcare**
COMMUNITY & STATE

# Confidentiality Statement

The enrollment of any independent contractor or temporary employee in classes or the use of training materials provided by United Healthcare Community & State or its affiliates ("United Healthcare Community & State") shall not be construed to create a partnership, joint venture or any other relationship between United Healthcare Community & State and such independent contractor or temporary employee.

This material, including the trademarks, logos and service marks are the property of United Healthcare Community & State and United Healthcare Community & State Organizational Learning & Development and may not be duplicated or used without the prior written consent of United Healthcare Community & State or United Healthcare Community & State Clinical Learning & Development.



3

# MDS-HC Assessment



- What is an MDS-HC Assessment?

- Who utilizes the assessment?

- Purpose of the MDS-HC Assessment?

- SCO's role with the MDS-HC Assessment?

**UnitedHealthcare**
COMMUNITY & STATE

## What is an MDS-HC Assessment?

The acronym MDS-HC represents "Minimal Data Set – Home Care". It is a clinical assessment adopted by Center of Medicaid/Medicare Services in response to the 1987 US Omnibus Budget Reconciliation act to address the quality of nursing care and the need to standardized assessments within nursing homes.

Regulated by the United States Department of Health and Human Services Center for Medicare and Medicaid Services.

## Who utilizes the assessment?

Utilized within long-term care nursing facilities and within the community for individuals who receive Medicaid and/or Medicare benefits.

## Purpose of the MDS-HC Assessment?

The items in the MDS-HC give a multidimensional view of the patient's functional capacities and health problems based on the clinical needs the RN identifies.

## The Role of the MDS-HC within SCO?

It assist with the determination of level of care, identifying needs and provides a rate of reimbursement from the state.

4

The MDS-HC assessment is readily available within Careone.  The assessment is a replica of the state MDS-HC 2.0 form.  The state form has 2 parts which consist of the clinical assessment which is located in Careone and the Request for Service Page which is the RFS template within the DST workbook which is located on the clinical sharepoint site.

The MDS-HC has a due date which must be submitted on time to allow the MDS team to review and provide feedback to ensure the submission is appropriate.  This date is not flexible for the field care manager.

5



The MDS-HC consist of 16 categories.  The clinician must reflect a member's clinical needs within all categories.  Lack of proper or insufficient documentation of clinical need will delay submission and generate inappropriate category.  Accuracy is important.



The MDS-HC consist of 16 categories.  The clinician must reflect a member's clinical needs within all categories.  Lack of proper or insufficient documentation of clinical need will delay submission and generate inappropriate category.  Accuracy is important.

7



The state of Massachusetts has developed 3 rate categories . The rate category is based on members clinical needs.

1.  Community Other – all members who have not had an MDS-HC completed by our plan or a previous SCO will automatically enroll with a rate category of "Community Other".

2.  AD/CMI (Alzheimer, Dementia and Chronic Mental Illness)– Requires an MDS-HC submission to change their rate from community other to AD/CMI. This can be achieved only if the member has a mental health diagnosis (specific ICD-9 codes per state criteria) and do not present a clinical need related to activities of daily living or skilled nursing; a rate  category of "AD/CMI".

3.  NHC (Nursing Home Certified) – Requires an MDS-HC submission to change their rate from community other and/or AD/CMI to NHC.  This can be achieved only if the member  has impairments related to activities of daily living and/or skilled need related to nursing; a rate category of "NHC" will be given.

8

## RN Care Manager Role

- Identify and report all clinical needs, regardless if clinical need is being "met" or remains "unmet".
    - ➤ LTC Functional and MDS-HC assessment must reflect the same information in reference to ADL/IADL needs.
- Reflect primary health conditions which impact your evaluation.
- Apply your nursing assessment skills (Critical Thinking)
- Gather subjective and objective data.
- Probe, investigate, ask and most importantly OBSERVE!
    - ➤ Have member participate and show you how they do it.
- Remember…. In the ideal world of nursing, what would recommend to keep this member healthy, safe and compliant based on your evaluation?



Read from slide

9



Does anyone know who painted this picture?

Painter: Vincent Van Gogh

What is unique about the halos around the star?  What are the side effects of dig toxicity?

Vincent Van Gogh was being treated by his PCP for Mania and Seizure disorder. The theory is when he painted this picture he was experiencing halos; hence the halos around the stars (aka dig toxicity, classical sign)

Van Gogh had the following conditions (see slide)





A member will be assigned AD/CMI rating category if any diagnoses for mental illness, Alzheimer, and other dementia appears in Section J and skilled nursing is required.

As an RN you must reflect the entire clinical picture of the disease process throughout your assessment.

Within the "Cognitive/Affective Status" section, make sure to reflect the members mood in the past few months.

Besides depression and anxiety and mood disorders, what other mental health conditions can impact cognitive/affective status?



Make sure you are also reflect the member's mood and behavior in the "Comp-Mood & Behavior" section within the MDSHC assessment.

Again, focus on how they have been, what was their worse day?  Yesterday, last week, last month?

Typical the will report an episode or you may know an occurrence due to admission, urgent visit or PCP findings.

13



There are 2 sections within this tab that are key to a successful AD/CMI rate category.

You must ensure you are selecting the "Any psychiatric diagnosis" and reflecting the specific diagnosis in the "More Detailed Diagnosis & ICD-9 Codes" section within the MDSHC assessment.

POP QUIZ: "Do you need the diagnosis and medication for the state to approve a category of AD/CMI?

This is important to ensure your selected ICD-9 code is accepted by the state.

14



## AD/CMI (Alzheimer & Chronic Mental Illness)

The state only permits specific ICD-9 codes.

| DIAGNOSIS | DESCRIPTION | ICD-9 CODES |
|---|---|---|
| Dementia | Presenile, Senile and Vascular | 290.xx |
| Dementia Other | With or without behavioral disturbance | 294.1x |
| Alzheimer | Alzheimer, Pick's, mild cognitive impairments, Reye's syndrome, hydrocephalus, Cerebral degeneration | 331.xx |
| Schizophrenia | Schizophrenia | 295.xx |
| | Depressive psychosis, excitative, reactive and psychogenic | 298.xx |
| Depression | Bipolar, Major Depressive Disorder | 296.xx |
| | Anxiety, Panic Disorder, Phobia, OCD | 300.xx |
| | Depressive Disorder | 311.xx |

**UnitedHealthcare**
COMMUNITY & STATE

15



Finally, make sure you are reflecting the member's Services in the "Services" section within the MDSHC assessment.

Is the member receiving or in need of any services related to their diagnosis?  What type of services can you think of that an AD/CMI client may need?

The behavioral health network has its challenges (doctor office not calling back, refuse to provide information, etc.), use your resources such as IPRO, RX Connection and the UBH Advocate.  You will receive more specific training related to these resources.

16



Last but not least, make sure you are reflecting the category for the AD/CMI medication and the medications within the "Medication Info" section in the MDSHC assessment.

Remember…..Your "Request For Service" nursing note must describe the mental status and treatment.

With AD/CMI you will be given this category based on diagnosis NOT medication. If a medication is not listed for treatment you must clarify in the RFS summary note why the member is not taking a prescribed medication.

If the ICD-9 Code you acquired is not on the list of approved ICD-9 codes, the state will deny your request for AD/CMI.

EXAMPLE: If member is prescribed Aricept but diagnosis is memory loss the state will not consider AD/CMI since the diagnosis for memory loss is not part of the ICD-9 specific codes.

Look at the sample notes….

18



**AD/CMI** (Alzheimer & Chronic Mental Illness)

> ***Original RFS Note:*** Member diagnosed with depression, no medication.

> ***Revised RFS Note:*** Member diagnosed with depression, prescribed by MD to socialize, attend **support groups and** exercise. PCP will continue to monitor.



Remember…..Your "Request For Service" summary note must describe the mental status and treatment.

With AD/CMI you will be given this category based on diagnosis NOT medication. The reason for this is treatment is not always a drug. If a medication is not listed for treatment you must clarify in the RFS summary note why the member is not taking a prescribed medication.

If the ICD-9 Code you acquired is not on the list of approved ICD-9 codes, the state will deny your request for AD/CMI.

EXAMPLE: If member is prescribed Aricept but diagnosis is memory loss the state will not consider AD/CMI since the diagnosis for memory loss is not part of the ICD-9 specific codes.

Lets Look at a sample note….

19



Does anyone know who painted the angels?  Is this female a painting or statue?

Painter: Michelangelo

Michelangelo continues to be the father of painters.  No one till today can paint with such details as he did.  This is how you must present the complexity of care for these members  who have signification clinical needs.  These members have comorbidities, risk for complications, ADL impairments and/or need for skilled nursing.



To acquire NHC status, a clinician must assess a member's needs. This is done by focusing on 2 components, Disease and Impairment. You must understand the definition of impairment. The definition you see is cited from Miller-Keane Nursing Dictionary. (Read to the group). As it states: "loss of the function of a body part, organ or system" defines the disease/injury. The examples given demonstrate the impairment.

Does the member have a disease that is causing an impairment? If so, you have identified a skill need.

What that skill need is based on the impairment.

Let's review which ones are considered Nursing Home Certifiable....

22



The first one which the state would consider for NHC status is cognitive impairment. This is achieved by documenting the type of cognitive impairment and how it is affecting the member's ability to perform their activities of daily living independently. Focus on the existence of the impairment and need of the enrollee, and not whether or not that need is being met. The need must be daily.

ALZHEIMER/DEMENTIA – How advance is the disease?  This will determine if the skill need is present.  Does the member need medication administration and/or assistances with ADLs.  Use your critical thinking skills.

Substance Abuse/EOTH – are they compliant with their medication regimen? Would the member benefit from daily nursing for medication administration either at home or an ADH program?  Medical appointments? Self-neglect? Resisting care? Do they need detox (despite refusing)? Use your critical thinking skills.

Other Neurological conditions – again how advance is the disease/injury?  Is it causing impairments resulting in a skill need.

What other conditions can you think of that may cause an impairment with ADLs?

ANSWERS: traumatic brain injury, cerebral palsy, mental retardation, syndromes, many more exist.

23



We must reflect the disease and impairment throughout the MDS-HC assessment (remember, the 23 triggers, we don't know what they are), but we can focus on key areas that will help you have more successful submissions and ensure you are reflecting all key points of your assessment:

As you navigate, the first tab that grabs attention is the cognitive/affective tab.

- For the state to consider NHC status, you must select Moderate to Severe within the Cognitive/Affective tab.

As you continue to reflect your assessment within "communication, mood & behavior, social function" you will then focus on "physical function".  The reason for this is that members with moderate or severe cognitive challenges struggle with managing some or all ADLs independently.



Within the "Physical Function" tab, you must reflect the impairment and the level of impairment present.  This means you must focus on IADLs but you must be very meticulous of the ADL section.

The ADLs demonstrate how the disease has impacted them physically.

Here is the list of ADLs the state reviews.  Did you notice #4 is not listed? Does anyone know why?

25



Within the diagnosis tab, there are 2 sections that are key to a successful NHC rate category.

You must ensure you are selecting the condition that impacts the member and selecting the specific diagnosis in the "More Detailed Diagnosis & ICD-9 Codes" section within the MDSHC assessment.

This is important to ensure your selected ICD-9 code is accepted by the state.

26







Remember…..Your "Request For Service" nursing note must describe the skill need.

Lets look at this sample note….

If you notice the skill need is daily; cognitive impairment is always present, hence the reason for skill nursing daily.

29

## Request For Services (RFS)

**Original RFS Note:** Member has hypertension and diabetes. Has had 2 hospital admissions and 2 falls in the past year.

**Revised RFS Note:** Daily skilled required for MD order of daily weights, blood pressure monitoring, PT/INR checks due to multiple admissions related to uncontrolled CHF and Atrial Fibrillation and volatile PT/INR levels.


UnitedHealthcare
COMMUNITY & STATE

Click link and select "MA SCO Workbook" and open excel sheet. Select RFS within the worksheets.

The MDS-HC consist of 2 parts; the RFS page (aka Request for Service Page) represents the members demographics, PCP, primary diagnosis, recommended services  (current rendered or clinical need) and the clinicians summary note.    The form has been reformatted to an excel spreadsheet within the DST workbook.  This form is completed by the clinician and added to the member's EMR within Careone. This is required with every submission of your MDS-HC (initial, change in status and annually).

The clinicians summary note is critical.  The state RN reviewer will rely on your note to determine if a skill is present and assist them in navigating through your assessment to determine the category rate that will be assigned.  An MDS can be denied if the clinician does not present her case within the note and reflect it appropriately throughout the assessment.

Keep your note short and precisely to the point in reference to the skill.

Lets look at the following 2 examples, which of the 2 is an appropriate note?

30



Another nursing skill that would be considered for NHC status is Special Treatments.

What is considered "Special Treatments"? Any treatment that requires an MD order and skill nursing by a licensed clinician (skill nursing) to initiate and order is rendered as prescribed.

Can you give me examples? (Go to slides and review pictures)

ANSWERS: Radiation, Chemotherapy, Blood Transfusions, Respiratory Treatment such as nebulizer and oxygen, Dialysis, IV Infusion, Medication by Injection, Ostomy care, Tracheostomy care, exercise, physical and occupational therapy, nursing, Hospice, Day Hospital requiring skill care such as wound debridement, infusions, etc.

Our SCO Community members have acquired the nursing skill from the RN to be able to live independently at home either by having an RN in the home, self-management or a caregiver executing the RN skill.

31



Special Treatments can be an indicator for NHC status.  You must document the type of Special Treatment a member needs and how it is connected to their chronic condition.  The skill need MUST be a minimum of 3 days up to 7 days per week, with or without (formal/informal) support, independently managed or they simply refuse the help (clinical need is present).



REMEMBER – you must state the # of days the skill is needed.  The minimum is 3 days.

POP QUIZ – do you need a nurse to oversee Occupational/Physical or Speech Therapy services?



Last but not least, make sure you are reflecting the category for the AD/CMI medication and the medications within the "Medication Info" section in the MDSHC assessment.



Remember…..Your "Request For Service" nursing note must describe the skill need.

Lets look at this sample note….

If you notice the skill need is daily; cognitive impairment is always present, hence the reason for skill nursing daily.



Remember…..Your "Request For Service" nursing note must describe the skill need.

Lets look at this sample note….

Special treatment are based on an MD order.  REMEMBER! The minimum is 3 days per week by an RN or informal support trained by the RN.



Another nursing skill that would be considered for NHC status is certain types of medication based on the route and frequency of the medication.

What "Medications and Routes" would be considered NHC?  Look at slide, engage staff

ANSWERS: Subcutaneous, Intravenous or Intramuscular

Medication is always prescribed by a physician but remember, it is the route (with exception of oral meds) which requires a licensed professional to administer or the skill is taught to the member or caregiver.

Is orally prescribed medication considered a skill?  Only if the member requires medication to be administered by another person (RN, family, etc.) due to a significant impairment that does not allow the member to self-administer the medication independently.

Our SCO Community members have acquired the nursing skill from the RN to be able to live independently at home either by having an RN in the home, self-management or a caregiver executing the RN skill.

37

Medication can be an indicator for NHC status. You must document the type of Medication a member is receiving and how it is connected to their chronic condition. Remember, the focus is on the ROUTE and FREQUENCY:

**EXAMPLE: you must list any medication given by IV, IM, SQ at a frequency of:**

- PRN
- Every hr, 2hr, 3hr, 4hr, 6hr, 8hr
- Every day, 2x/day, 3x/day, 4x/day, 5x/day
- Every other day, 1x/wk, 2x/wk, 3x/wk, 4x/wk, 5x/wk, 6x/wk
- Continuous

Must also reflect this in other sections in the MDS such as (see pictures)

38



Remember when you are pursing NHC status based on the ROUTE and FREQUENCY of the medication the need must be present at a minimum of PRN to be considered a skill.

Lets think outside of the box…(Presenter – go to next slide)



Can you think of any medication that are administered less than daily or at PRN?

PRESENTER – Allow the trainees to call out some medications on the list below, then review.



ADL impairments can be an indicator for NHC status. You must document the a minimum of 2 ADLs at supervision or greater within the "Physical Function" tab and must also reflect the chronic condition that is causing the impairment in the "Diagnosis Section". The ADL need is daily, meaning the skill need is daily within the service section of the MDSHC assessment. The need is present with or without (formal/informal) support (clinical need is present).

41



ADL impairments can be an indicator for NHC status. You must document the a minimum of 2 ADLs at supervision or greater within the "Physical Function" tab and must also reflect the chronic condition that is causing the impairment in the "Diagnosis Section". The ADL need is daily, meaning the skill need is daily within the service section of the MDSHC assessment. The need is present with or without (formal/informal) support (clinical need is present).



Lets take a closer look at the impairments the state accepts.  The state will accept:
- Mobility
- Transfer
- Locomotion in the Home

BUT……..
- Locomotion outside of the Home WILL NOT  be considered for NHC status.  You must report the impairment but you must remember this will not be considered for NHC status
- Dressing Upper and/or Lower Body BOTH COUNT as 1 ADL, again you must reflect the impairment but you can only use 1 towards your request for NHC status.  Meaning you must select another impairment to meet at least 2 ADL impairments at supervision or greater.
- Eating
- Toileting
- Personal Hygiene
- Bathing will be considered towards NHC status.

43



Remember when you are pursing NHC status based on ADL impairments, you must have a minimum of 2 ADLs at supervision or greater and the skill nursing management of the care plan must be reflected in the service section.

The need is daily with or without support for the clinical need.

44

# ADL Impairments



ORIGINAL RFS NOTE: Needs assistance with bathing and dressing, has PCA program.

REVISED RFS NOTE: Daily skill need for personal care needs to assist with bathing/dressing/toileting due to unsteady gait, dizziness, incontinence and chronic pain secondary to osteoporosis, history of pelvic fracture.

UnitedHealthcare
COMMUNITY & STATE

45

# Frail Elder Waiver

The Frail Elder Waiver allows people whose income exceeds their cost in health care to be considered at risk of needing at-home care to **waiver their income based on Medicaid guidelines to qualify for at-home care.**

**MassHealth Standard**
Enables Nursing Home **eligible elders to qualify for MassHealth Standard** allowing them a **monthly income up to $2,130/mo with assets up to $2,000**

**If member exceeds the following (FEW applicable)**
- Single Person **on MH** standard **$993/mo;**
- Spouses MH Standard **$1292/mo;**



**UnitedHealthcare**
COMMUNITY & STATE

Lets continue to explore the Frail Elder Waiver.  As UHC RNCM you will have members who have been approved by their local ASAP agencies for the Frail Elder Waiver aka "FEW".  What is important to remember is the criteria.  As clinician you will be the one to determine the annual redetermination.

Review slide UP TO ONLY Income.

Remember, income is verified quarterly, if you identify one of your member's as being over income and they are not on a "FEW", you are required to request a clinical review for a "FEW" by the local ASAP agency RN.  Your CSM and/or Clinical Liaison will assist you with the process on how to make the referral.

REMEMBER!!!  You must include the FEW language within the RFS page section of your nursing note.  This is the only way the state can report back to the Masshealth Enrollment Center that the member is on a FEW under SCO.  If you fail to incorporate the language member is at risk of losing their coverage with the state which will terminate their coverage with UHC SCO.

46



Lets continue to explore the Frail Elder Waiver. As UHC RNCM you will have members who have been approved by their local ASAP agencies for the Frail Elder Waiver aka "FEW". What is important to remember is the criteria. As clinician you will be the one to determine the annual redetermination.

Review slide UP TO ONLY Income.

Remember, income is verified quarterly, if you identify one of your member's as being over income and they are not on a "FEW", you are required to request a clinical review for a "FEW" by the local ASAP agency RN. Your CSM and/or Clinical Liaison will assist you with the process on how to make the referral.

REMEMBER!!! You must include the FEW language within the RFS page section of your nursing note. This is the only way the state can report back to the Masshealth Enrollment Center that the member is on a FEW under SCO. If you fail to incorporate the language member is at risk of losing their coverage with the state which will terminate their coverage with UHC SCO.

## Frail Elder Waiver Process

- UHC RNCM is responsible for redetermination.
    - You must ensure member meets NHC status
    - To qualify for the FEW the member must be over income but MUST have an ADL impairment

- If you identify a current member has being over income and needs a FEW, you must notify the ASAP for a eligibility screening d by ASAP RN. You cannot determine initial eligibility.

- FEW language must be included in RFS summary at ever submission and state the ADL impairments which make the eligibility for the FEW.

- If you need assistance reach out to your CSM or Clinical Liaison.



UnitedHealthcare
COMMUNITY & STATE

The process is done internal and newly identified FEW eligible members are done by the ASAP agency.

Review slide….

48



In 2006; Dr. Torpy and Glass published an article in the JAMA defining frailty based on a long term study done on young seniors becoming elders over a period of time. What did they noticed….READ slide…

This diagram was created by the Dalhousie University which they developed after a 10 year study following health seniors in the community and assessing their progression related to ADL function.

Read first few samples of diagram and focus on the shadows of each description.

Ask the trainees: "At what point would a clinician begin to report a category change in ADL impairments to the state?"

ANSWER: 1-2 on the scale; this depends on comordities, skill need and if 2 ADLs are already present.

DEMENTIA box to left bottom:

This section is great to use as a thought when assessing.  Review with trainees.



Your role is to ensure each MDS-HC assessment is submitted by the due date. Complete the RFS template and enter this into activity tracker.

Go to link to show RFS template, then open Careone Training and demonstrate by pasting into a member's record within activity tracker.

51



Once you have entered your RFS template within Careone Activity Tracker. You will then go to the task tab within Careone and open the "Reminder-MDSHC" task.

Information within the task note must not be removed.

What is required of you is to add the type of request: Annual submission, change from community well to AD/CMI or NHC status and/or back from AD/CMI or NHC to Community Well.



This is a quick view of how your task list will look.  The MDS-HC  has only 2 tasks.



Upon opening the "Reminder-MDSHC" task, within the task note you must state in capital letters if this is a request for "ANNUAL or CHANGE in STATUS".

A change in status is when you are asking for another rate category.

Lets review each bubble....you must check the receipt box, assign the task to the MDS RN team by a selecting the task group in the bubble, change the date to today's date. Set the priority as a high priority. Then hit save and close.

# The Gatekeepers (MDS Team)

MDS Coordinators are our gatekeepers. They not only submit your assessment, they double check the assessment and they collaborate with you on any discrepancies prior to submitting to the state.



UHC SCO MDS RN

UHC SCO RNCM



**UnitedHealthcare**
COMMUNITY & STATE

55



IF the MDS team identifies a discrepancy within your MDSHC assessment which will prevent us from receiving the category you are requesting.  The MDS RN will send you a follow-up task called "Reminder MDS-HC Follow-up".  Within the task note they will state what they are requesting from you.  They will also follow-up with an email.

56



REMEMBER: You are responsible to check your task list daily for these tasks and must address them immediately.  Once you address the issue by completing the request, you will respond within the task note with a DATE and note of your resolution.  You will then reassign back to the MDS team so they can continue to complete your submission without delay.

Review sample above.

# Don't Forget!

- Your home visit is valid for 60 days on MDS-HC assessment

- Do not adjust the dates on the MDS-HC tasks

- Do not create additional tasks for MDS-HC reminder task.

- You are responsible to monitor your task list for "MDS-HC Follow-up" tasks and submit back to the MDS team immediately

- Include the Frail Elder Waiver language in RFS template (when applicable)

- MDS-HC are face to face visits CANNOT BE TELEPHONIC


UnitedHealthcare
COMMUNITY & STATE

58





# EXHIBIT 8

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number 11/25/24, 12:21 PM

(15) MDS Nurse Coordinator - Telecommute, MA | UnitedHealth Group | LinkedIn

 

 Home     My Network     Jobs     Messaging     Notifications    Me ▼

 UnitedHealth Group                              ↪    •••

# MDS Nurse Coordinator - Telecommute, MA

8 years ago

Full-time

⊖ No longer accepting applications

## About the job
 This job is sourced from a job board. **Learn More**

Challenge brings out the best in us. It also attracts the best. That's why you'll find some of the most amazingly talented people in health care here. Bring your skills and talents to a role where you'll have the opportunity to make an impact on a huge scale. This is the place to do your life's best work.(sm)

The RN MDS Coordinator assists the RN Care Manager with ensuring that documentation entered by the field RN team meets State guidelines. The RN MDS Coordinator coordinates the submission process assuring the timeliness, and completeness of the MDS-HC and pertinent documentation within the CER and state system.

The MDS Coordinator must be able to function independently and have prior knowledge of MDS submission with accuracy of 95% or greater.

What makes your clinical career greater with UnitedHealth Group? You'll work within an incredible team culture; a clinical and business collaboration that is learning and evolving every day. And, when you contribute, you'll open doors for yourself that simply do not exist in any other organization, anywhere.

(15) MDS Nurse Coordinator - Telecommute, MA | UnitedHealth Group | LinkedIn

Primary Responsibilities

Facilitates accurate determination of the MDS-HC that accurately reflects the patient's care needs and captures all resources utilized to ensure accurate representation of the member??s clinical and functional needs
Assures the completion of the MDS-HC assessment through documentation review of the member??s information contained within the health plan??s centralized medical record
Follows up with management and / or care manager when necessary to assure compliance to standards of documentation
Ensures decisions / amendments for either completing or not completing additional MDS-HC information based on clinical criteria as identified as per SCO supplement instructions
Acts as resources person for questions that relate to the MDS-HC process
Ensures timely submission and resubmission of the MDS-HC to the State with proper follow-up on validation errors, rejections or discrepancies
Assist with maintaining report logs for clinical ops for accuracy and monitoring of MDS-HC submission

See less ⌃

## Set alert for similar jobs

MDS Coordinator, Boston, MA, US

 Set alert

## About the company

 **UnitedHealth Group**
1,478,576 followers

 + Follow

Hospitals and Health Care • 10,001+ employees • 176,542 on LinkedIn

UnitedHealth Group is a health care and well-being company with a mission to help people live healthier lives and help make the health system work better for everyone.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number 11/25/24, 12:21 PM

(15) MDS Nurse Coordinator - Telecommute, MA | UnitedHealth Group | LinkedIn

We are 340,000 colleagues in two distinct and complementary businesses working to help build a modern, high-performing health system through improved access, affordability, outcomes and experiences.

Optum delivers care aided by technology and data, empowering people, partners and providers with the guidance and tools they need to achieve better health. UnitedHealthcare offers a full range of health benefits, enabling affordable coverage, simplifying the health care experience and delivering access to high-quality care.

We work with governments, employers, partners and providers to care for 147 million people and share a vision of a value-based system of care that provides compassionate and equitable care.

At UnitedHealth Group, our mission calls us, our values guide us and our diverse culture connects us as we seek to improve care for the consumers we are privileged to serve and their communities.

Click below to search careers or join our social communities:

• Search & apply for careers at careers.unitedhealthgroup.com/

• Follow us on Twitter at twitter.com/UnitedHealthGrp

• Follow and like us on Facebook at facebook.com/unitedhealthgroup

• Follow us on Instagram at instagram.com/unitedhealthgroup

More about UnitedHealth Group can be found at unitedhealthgroup.com/

## Interested in working with us in the future?

Privately share your profile with our recruiters – you'll be noted as expressing interest for up to a year and be notified about jobs and updates. Learn more

( I'm interested )

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number 11/25/24, 12:21 PM

(15) MDS Nurse Coordinator - Telecommute, MA | UnitedHealth Group | LinkedIn

## Company photos   ( › )

  

Show more

## Job search smarter with **Premium**

Premium members are up to 2.6x more likely to get **hired. Plus! Get** ahead **with** exclusive access to influential business leaders.

 Millions of members use Premium

### Retry 1 month for $0

1-month free trial. We'll send you a reminder 7 days before your trial ends.

Looking for talent?    ( Post a job )

| About | Accessibility | Talent Solutions |  Questions? | Select Lang |
| Professional Community Policies | Careers | Marketing Solutions | Visit our Help Center. | English |
| Privacy & Terms ▼ | Ad Choices | Advertising |  Manage your account and privacy | |
| Sales Solutions | Mobile | Small Business | Go to your Settings. | |
| Safety Center | | | Recommendation transparency | |
| | | | Learn more about Recommended Content. | |

LinkedIn Corporation © 2024

https://www.linkedin.com/jobs/view/mds-nurse-coordinator-telecommute-ma-at-unitedhealth-group-161449433/

# EXHIBIT 9

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

## MDS Team State Submission



EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

# EXHIBIT 10

**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 9 | Date Range: 11/30/2020 |

**Outline of Conversations**

💬    **Chat - Wolfgang Sandra-0000000996 - 036 - 11-30-2020** • 9 messages on 11/30/2020   Gonzalez Brenda    Wolfgang, Sandra

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION                    UHICMA000255781

Superior Court - Suffolk
Docket Number

Case 1:26-cv-12853-PGL    Document 1-6    Filed 06/23/26    Page 361 of 639
Messages in chronological order (times are shown in GMT -06:00)

---

💬    **Chat - Wolfgang Sandra-0000000996 - 036 - 11-30-2020**

SW    **Wolfgang, Sandra J**                                                11/30/2020, 1:17 PM
Brenda can you please take a look at a case for me. I submitted for Karen, patietn will not accept PC care now due to covid and the numbers are small for informal support. We got CW after a review Ref# 524964

SW    **Wolfgang, Sandra J**                                                11/30/2020, 1:17 PM
please

BG    **Gonzalez, Brenda**                                                  11/30/2020, 1:19 PM
sure will do now

SW    **Wolfgang, Sandra J**                                                11/30/2020, 1:19 PM
ty

BG    **Gonzalez, Brenda**                                                  11/30/2020, 1:25 PM

this part needs to be selected as "scheduled, full adherence" and it will auto approve for NHC.

*Attachment: 0-eus-d20-401966eac87555140e49cefb2024cea3 (18 KB)*

SW    **Wolfgang, Sandra J**                                                11/30/2020, 1:26 PM
It was reviewed by State and approved CW already I do not think I can just go in and change?

SW    **Wolfgang, Sandra J**                                                11/30/2020, 1:27 PM
Thanks for the next pair of eyes

BG    **Gonzalez, Brenda**                                                  11/30/2020, 1:30 PM
yes it should be fine... i would just add note in beginning of RFS to say it was resubmitted d/t prev error then add name on last page and what section you added info

SW    **Wolfgang, Sandra J**                                                11/30/2020, 1:31 PM
thanks for the how to Brenda

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION                    UHICMA000255782

# EXHIBIT 11

**From:** Bucchianeri, Steven [/O=UHG-EXCHANGEMAIL/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=SBUCCHI]
**Sent:** 2/13/2015 10:18:22 AM
**To:** Bucchianeri, Steven [steven.bucchianeri@uhc.com]; Di Re, Bernadette [bernadette.di.re@uhc.com]; Carris, Donna M [d_carris@uhc.com]

**Subject:** Admission Nurse Proposal
**Attachments:** Admission Nurse Proposal 1-7-15 v0.1.docx
**Location:** Webex

**Start:** 2/16/2015 10:30:00 AM
**End:** 2/16/2015 11:00:00 AM
**Show Time As:** Tentative

**Required Attendees:** Di Re, Bernadette; Carris, Donna M

Good afternoon,
I would greatly appreciate feedback on how best to present the proposal to Heather for additional nurses to support the creation of a RN Admission Nurse Team.

Of particular note I would like your input/comments on:
1. Is the attached proposal too much information? Would a shorter proposal be more effective?
2. What information is missing?
3. What is unclear, confusing?

Steve



Admission Nurse
Proposal 1-7-15 ...

Steven Bucchianeri invites you to an online meeting using WebEx.

Meeting Number: 828 223 418
Meeting Password: 1245

---------------------------------------------------------
To join this meeting (Now from mobile devices!)
---------------------------------------------------------
1. Go to https://uhc.webex.com/uhc/j.php?MTID=me50798bc1a372ef0333085149f37b18e
2. If requested, enter your name and email address.
3. If a password is required, enter the meeting password: 1245
4. Click "Join".
5. Follow the instructions that appear on your screen.

---------------------------------------------------------

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Audio conference information
---------------------------------------------------------
1. Provide your number when you join the meeting to receive a call back. Alternatively, you can call one of the following numbers:
  US\Canada: 1-763-957-6400
  United Kingdom: 44-1628-407523
  Ireland: 353-74-91-11903
  India, Gurgaon: 91-12-4398-4703
  India, Hyderabad: 91-40-3083-7961
  Philippines: 63-2-58-84751
  France: 33-1-70-92-91-44
  Australia: 61-3-9658-0081
  India, Bangalore: 91-80-4920-3691
2. Follow the instructions that you hear on the phone.
  Your Cisco Unified MeetingPlace meeting ID: 828 223 418

  http://www.webex.com



IMPORTANT NOTICE: This WebEx service includes a feature that allows audio and any documents and other materials exchanged or viewed during the session to be recorded. By joining this session, you automatically consent to such recordings. If you do not consent to the recording, discuss your concerns with the meeting host prior to the start of the recording or do not join the session. Please note that any such recordings may be subject to discovery in the event of litigation.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION                    UHICMA000152218

Admission Nurse Proposal

## Business Justification

In order to more quickly address the clinical needs and expedite the rate leveling assessment (MDS-HC) for new and existing SCO members the Health Services Team is proposing the creation of a new team of admission nurses. This new team will have the following impacts to the business:

1. Improved member satisfaction-both new and existing members will be more quickly assessed for changes in their conditions that require additional services.
2. Increased revenue-quicker assessments translate into more timely submission of MDS-HCs to the state resulting in enhanced revenue.

## Background

Based on the 2014 8+4 budget, the average number of *new* SCO members projected for each month is 470. Using historical care level data from 2014, the expected care level distribution for those members will be:

| New Adds per Month | 470 | |
|---|---|---|
| Care Level | Percentages | Number of Members |
| L1 | 23% | 109 |
| L2 | 18% | 85** |
| L3/L4 | 40% | 188 |
| NHR | 13% | 60 |
| New unleveled | 7% | 32 |

**Based on historical data approximately 26% of L2 members will meet the requirements to be re-leveled to the enhanced rating category of Alzheimer's Disease/Chronic Mental Illness (AD/CMI).*

In addition, each month approximately 1.2% of **existing** SCO members experience a change in condition that would qualify them for a change to a higher rating category. Obviously as the total membership continues to grow the number of conversions would also increase but for illustrative purposes using the membership as of 1/1/15 (14,110) a baseline number would be approximately 169 conversions each month.

| Total New Enrollee MDS-HC Monthly Includes AD/CMI and L3/4 | 210 |
|---|---|
| MDS-HC Conversion each month | 169 |
| Total new MDS-HC each month | 379 |

Per the MA SCO contract, **only a registered nurse** can assess a member using the MDS-HC to determine the need for a change in from the Community Other rating category to either AD/CMI or Nursing Home Certifiable (NHC).

1

V1.0

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION                UHICMA000152219

Admission Nurse Proposal

**Current State:**

Each month, existing RN care manager staff with average caseloads of 80-85 members attempt to onboard new members within 30 days while balancing their existing caseloads.  Onboarding and leveling a new member takes approximately 8 hours and includes completion of all contractually obligated assessments and the creation of a plan of care. Additionally the RN care manager needs to set up all services identified as necessary in the plan of care, obtain a signature for the plan of care, communicate with the PCP and Primary Care Team, and verify that all new services have been implemented as defined in the plan of care.

Existing member caseloads require completion of mandated ongoing assessments, post-hospital discharge assessments within 2 calendar days of discharge, maintenance of member plan of care, annual MDS-HC reassessment (required to maintain existing member rate cells), and reassessment of members who experience a change in condition that qualify them for a higher rating category. A renewed emphasis has been placed on compliance for all of these measures as a result of the recent state-requested attestations.

### Customer Service Impact

1. Nurses are delayed in conducting on-site assessments for new members due to the competing needs of their existing members or vice-versa.
2. Delays in assessments can cause delay in service initiation leading to members/caregiver dissatisfaction with the plan and either subsequent disenrollment, and/or member complaints/grievances, potentially impacting CAHPS scores.

### Impacts to Revenue

1. Current staffing ratios have necessitated the use of external vendors for care leveling assessments to the sum of approximately **$240K** in CY2014.
2. A delay in conducting care-leveling assessments for both new and existing members has a significant negative impact on plan revenue. Using the earlier membership projections and anticipated conversation the chart below shows the PMPM variance between the lowest rating category, Community Other and the AD/CMI and NHC rating categories

| Rating category | # Members | PMPM Rate variance from Comm Other |
|---|---|---|
| AD/CMI per month | 22 | $ 492.28* |
| NHC per month | 188 | $ 2,739.91 |
| Conversions per month | 169 | $ 492.28 |
| *Assume conversion to AD/CMI | 379 | |

V1.0

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION                    UHICMA000152220

Admission Nurse Proposal

A delay in conducting the 379 MDS-HC assessments required to request a higher rating category results in the following monthly revenue loss:

| Rating category | Revenue Loss per Month -None releveled |
|---|---|
| AD/CMI | $10,828.19 |
| NHC | $515,103.08 |
| Conversions | $83,352.85 |
| Total Monthly Revenue Loss | $609,284.12 |

Since some members will be assessed by existing staff a more realistic representation of monthly revenue loss is listed below:

| | 5% unleveled | 10% unleveled | 20% unleveled | 30% unleveled |
|---|---|---|---|---|
| AD/CMI | $541.41 | $ 1,082.82 | $ 2,165.64 | $ 2,165.64 |
| NHC | $25,755.15 | $ 51,510.31 | $ 103,020.62 | $ 103,020.62 |
| Conversions | $4,167.64 | $ 8,335.28 | $ 16,670.57 | $ 16,670.57 |
| Monthly | $30,464.21 | $ 60,928.41 | $ 121,856.82 | $ 121,856.82 |
| Annualized | $365,570.47 | $731,140.94 | $1,462,281.89 | $1,462,281.89 |

**Proposal**

Create a team of dedicated RN Admission Nurses whose sole responsibility will be to onboard **new** SCO members. Existing member conversions will continue to be the responsibility of the assigned RN care manager.

The RN Admission Nurse position would carry a **new** member caseload of 30/month. The position would not carry an ongoing member panel for management, allowing for a dedicated focus to see to the needs of new members more quickly and allow the plan to maximize timely submission of the MDS-HC to improve revenue. The position would be classified as "Clinical Medical" and help offset the MLR. Based on SCO membership as of 1/1/15 (14,110) the plan is requesting 7.0 new RN Admission Nurses

| Position | Caseload | FTE |
|---|---|---|
| RN Admission Nurse (MDS-HC) | 30 | 7.0 |

3

V1.0

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION          UHICMA000152221

**Direct Staffing Costs**

|  | Base salary | Benefits | Total |
|---|---|---|---|
| 1 FTE | $    83,000.00 | $      21,580.00 | $    104,580.00 |
|  |  | Total | $732,046.06 |

4

V1.0

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION                    UHICMA000152222

# EXHIBIT 12

---

**From:** Miller, Mark (ELD) [Mark.Miller2@MassMail.State.MA.US]
**Sent:** 9/24/2015 1:19:09 PM
**To:** Di Re, Bernadette [bernadette.di.re@uhc.com]
**CC:** Simonds, Deanna N [deanna.simonds@uhc.com]; Ciccariello, Susan (ELD) [susan.ciccariello@state.ma.us]; Prentiss, Ryan (ELD) [ryan.prentiss@state.ma.us]
**Subject:** RE: Notice of Non-Compliance - Medical Loss Ratio (MLR)

**Flag:** Follow up

Bernadette,

Thank you for your response. We will review it and get back to you. Give us as much as a couple of weeks as I need to process this internally through many individuals.

Thanks,
Mark

---

**From:** Di Re, Bernadette [mailto:bernadette.di.re@uhc.com]
**Sent:** Thursday, September 24, 2015 1:22 PM
**To:** Miller, Mark (ELD)
**Cc:** Simonds, Deanna N; Ciccariello, Susan (ELD); Prentiss, Ryan (ELD)
**Subject:** RE: Notice of Non-Compliance - Medical Loss Ratio (MLR)

Mark,

I am writing in response to your email regarding the Notice of Non-Compliance for UnitedHealthcare Community Plan's Medical Loss Ratio (MLR) for SCO.

When we received the Notice, we re-examined our financial and claims data and identified a couple of anomalies in our reports and actual results. We were able to identify claims that had not been captured in our submissions to the State in Q1 and Q2. These will be reflected in our Q3 financial submissions but I also am providing an explanation of what we found as part of our response to the Notice.

**Actual Medical Expenses vs. reported MLR**

UHC completed our claims analysis and discovered that outpatient medical cost was under-reported in Q1 and Q2 primarily due to a backlog in the manual processing of ASAP claims; these payments were "caught up" in July and August which will result in higher than normal medical cost in Q3. Additionally, in July 2015, UHC deployed an automated claim payment robotics tool, or "Droid" to process ASAP claim payments. This process inadvertently created overpayments to ASAPs, which will be corrected in September. Adjustments for both the backlog of payments and the correction of the overpayment result in a YTD MLR as of August 2015 that is estimated at ~81% (80.8%).

Notwithstanding the above revised MLR, and since we have not yet submitted those reports to the State, we are going to proceed with certain modest corrective actions to ensure that the gap is closed and also to support our efforts to close the CAP related to Individual Plan of Care signatures as well as ongoing Assessments requirements. These steps are as follows:

**Corrective Action**

| Contract Requirement | Remediation | Comments |
|---|---|---|

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

UHICMA000071825

| Section 2.12(C) which reads as follows:<br><br>Beginning after the fourth full year of operation as a SCO, the Contractor shall conform on an annual basis to any minimum medical loss ratio as established by EOHHS.  Beginning after the fourth full year of operation as a SCO, if the Contractor's audited medical loss ratio is below a minimum level as established by EOHHS, the Contractor shall provide additional benefits or services to its Enrollees in the following Contract Year in an amount that would raise its medical loss ratio to the minimum level established by EOHHS, and shall submit a plan to EOHHS detailing how such benefits or services shall be provided to its Enrollees. | Hire temp nursing staff through qualified external vendor to close any gaps identified for Ongoing Assessments | In process of engaging vendor; anticipated start date 10/1/15; target completion 12/31/15 |
|---|---|---|
| | Contract with ASAPs to use GSSCs or hire additional temporary staff to obtain signatures for missing ICPs | Negotiate rate and deliverables with ASAPs and/or recruit and hire temporary staff; target completion is 12/31/15 |
| | Hire additional permanent nursing staff to improve and maintain compliance rates for assessments and care planning | Recruiting started July 2015 and ongoing |

Please let me know if you have any questions regarding my explanation of our updated financial results or the CAP initiatives. We anticipate reporting financial results in Q3 and Q4 that include MLR at or above the contractual requirement which also result in a compliant MLR for Calendar Year 2015.  If that is the case, we ask that you notify us in writing at that time that we are no longer on a CAP.

Thank you very much for the opportunity to address this issue; as always, I look forward to working collaboratively with the State to ensure the needs of our members are met.

Bernadette

Bernadette Di Re | CEO
UnitedHealthcare Community Plan, Massachusetts/Rhode Island
950 Winter Street, Suite 3800 | Waltham, MA 02451
p: 781-419-8566 | f: 781-472-8798
bernadette.di.re@uhc.com

---

**From:** Miller, Mark (EHS) [mailto:mark.miller2@state.ma.us]
**Sent:** Tuesday, August 25, 2015 3:32 PM
**To:** Di Re, Bernadette
**Cc:** Simonds, Deanna N; Ciccariello, Susan (EHS); Prentiss, Ryan (EHS)
**Subject:** Notice of Non-Compliance - Medical Loss Ratio (MLR)
**Importance:** High

Hello Bernadette,

Kindly treat this email as a notice of non-compliance of a material provision of the Senior Care Options (SCO) contract between the Executive Office of Health and Human Services (EOHHS) and the UnitedHealthcare Community Plan of Massachusetts (UnitedHealthcare).   I am issuing this notice to you in my capacity as the Director of Coordinated Care for the MassHealth Office of Long-Term Services and Supports at the Executive Office of Elder Affairs.

The aforementioned material provision of the contract can be found at Section 2.12(C) which reads as follows:

> Beginning after the fourth full year of operation as a SCO, the Contractor shall conform on an annual basis to any minimum medical loss ratio as established by EOHHS.  Beginning after the fourth full year of operation as a SCO, if the Contractor's audited medical loss ratio is below a

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

minimum level as established by EOHHS, the Contractor shall provide additional benefits or services to its Enrollees in the following Contract Year in an amount that would raise its medical loss ratio to the minimum level established by EOHHS, and shall submit a plan to EOHHS detailing how such benefits or services shall be provided to its Enrollees.

As you know, from the instructions contained in our financial reporting template, EOHHS has established a minimum annual medical loss ratio (MLR) of 80% under our current contract. Moreover, the contract between EOHHS and UnitedHealthcare that will commence on January 1, 2016 explicitly establishes a minimum annual MLR of 80%. For calendar year 2014, UnitedHealthCare's MLR is 78.6%. Additionally, for state fiscal year 2015, UnitedHealthcare's MLR is 77.8%. As such, "on an annual basis" review – whether it be calendar year or state fiscal year – UnitedHealthcare is non-compliant with the 80% annual minimum MLR as established by EOHHS.

Please submit to Susan Ciccariello, Ryan Prentiss, and me within 30 days a corrective action plan detailing how UnitedHealthcare will provide additional benefits or services to its enrollees in an amount that would raise its medical loss ratio to the annual minimum level of 80% as established by EOHHS.

As always, I wish to thank UnitedHealthcare for being both a responsive and positive partner with us in the administration of the SCO Program.

If you have any questions, then please do not hesitate to contact me.

Thanks,
Mark

Mark S. Miller
Director of Coordinated Care
MassHealth Office of Long-Term Services and Supports at
the Executive Office of Elder Affairs
1 Ashburton Place, 5th Floor
Boston, MA 02108
(617) 222-7466

This e-mail, including attachments, may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION                    UHICMA000071827

# EXHIBIT 13

## UnitedHealthcare Community and State

## Investment Request Form

 **UnitedHealthcare**
COMMUNITY & STATE

### Summary Description of Investment

| Requestor | Workforce or Financial Investment | Specify Health Plan, Function, or Intersegment |
|---|---|---|
| Kathleen Walsh | workforce | MA Community Plan, C&S, NE Region |

### Description of Investment

REQUISITION NUMBER 650199
To support ongoing case management activities for complex care (highest acuity) members and meet both CMS Model of Care and contractutal obligations of timely HRA assessments, including initial member assessments within 30 days from member effective date and also ongoing assessments every 90 days. This requisition contain a request for budgeted new nurse case manager position . Clinical caseload ratios for the SCO clinical model are 1:80.

### Alternative/Risks to Investment

Alternatives include:
-Use of OT to fill acute gaps in field assessments
-Use of contracted staff to fill temporary need for acute assessments
Risks include:
-Immediate and prolonged risk of noncompliance with both CMS model of care requirements as well as contractually obligated member assessments, both initial and ongoing
-Inconsistent management of member's clinical needs due to hand-offs between temp staff
-Staff burnout and turnover
-Impact to member/provider/regulator's perception of health plan's commitment to fulfilling the requirements of the program.
-Drop in quality scores such as HEDIS, CAHPS, and HOS leading to lower STARS scores, impacting future Medicare reimbursement.

### Timing of Investment

Immediate posting. Hire date would be 4/16/16.

### Description of Benefits

Hiring this position will allow for the plan to be able to continue to meet both the CMS model of care obligations as well as the requirements of the state contract with regards to timely assessment and management of the health plan's membership. This will allow for continued compliance with contractual metrics and a reduction in the need to utilize Resource Partners and OT for an already heavily burdened nursing staff.

### Cost Benefit Analysis

| $ in 000's | Cost | | | Benefit | | | Net IOI |
|---|---|---|---|---|---|---|---|
| | 2016 | 2017 | Run Rate | 2016 | 2017 | Run Rate | |
| Membership | | | | - | - | - | |
| FTEs | - | - | - | - | - | - | |
| Revenue | | | | $ - | $ - | $ - | $ - |
| Medical Expense | $ - | $ - | $ - | - | - | - | - |
| Operating Expense - Direct | - | - | - | - | - | - | - |
| Operating Expense - Indirect | - | - | - | - | - | - | - |
| IOI | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

### Approvals

| Business Owner | Flo Calore |
|---|---|
| Finance Representative | Donna Carris |
| Health Plan CEO or Functional Leader | Bernadette Di Re |
| Executive Owner | Heather Cianfrocco |

### Details

| Has a req been created? If so, what #? (not required) | yes 650199 |
|---|---|

Is this in the budget? (select "X" one)

[x] Budgeted NEW   [ ] Unbudgeted NEW   [ ] Unbudgeted Replacement
[ ] Budgeted Replacement

**Job Code** (ties to title and grade)   NUR026

**Has** Executive Owner approved? Yes (email attached)

### Governance Documentation

| Date of Approval | |
|---|---|
| Committed Date of Progress Review | |

# EXHIBIT 14

| | |
|---|---|
| **From:** | Di Re, Bernadette [/O=UHG-EXCHANGEMAIL/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=BDIRE] |
| **Sent:** | 8/18/2017 10:03:59 AM |
| **To:** | Spilker, Timothy M [tim_spilker@uhc.com] |
| **CC:** | Wagner, Joseph F [joseph_wagner@uhc.com]; Gossner, Michael S [michael.gossner@uhc.com]; Ramthun, Aaron W [aaron_w_ramthun@uhc.com]; Bucchianeri, Steven [steven.bucchianeri@uhc.com]; Roaldi, Michael B [michael_roaldi@uhc.com] |
| **Subject:** | RE: Clinical staffing proposal update |
| **Attachments:** | Clinical Staffing Proposal 20170818_Final.docx; FINAL MASCO_CBA_Clinical Staffing_8_18_2017 REV.xlsx |

**Importance:**    High

Let's try that again with the add'l language around the model and process improvements you suggested and that I added as the third para in the description of the ask.  For your convenience, those statements are:

*Ultimately, we believe that there are process and model of care improvements that could yield more efficient staffing structures, however, those changes will take more time than we have to ensure compliance and revenue accuracy.  The Plan needs support and consultation from clinical services, clinical adherence and other areas to identify the opportunity, design new models and implement those changes.  This ask is independent of that work but recognizes the need to find efficiencies and innovative solutions. Our hope is that the investment committee will voice support for that work to be done, as well.*

If you think this needs editing, please let me know.

Thanks, again.
Bernadette

**From:** Di Re, Bernadette
**Sent:** Friday, August 18, 2017 10:43 AM
**To:** Spilker, Timothy M
**Cc:** Wagner, Joseph F; Gossner, Michael S; Ramthun, Aaron W; Bucchianeri, Steven; Roaldi, Michael B
**Subject:** FW: Clinical staffing proposal update
**Importance:** High

Attached is the CBA and detailed proposal for the clinical staffing request.  It will require your approval before submission to Governance, I believe.

Please review and let us know if you approve (I'm around all day if you have questions or need add'l info).

Thanks to Steve and his team for the very detailed explanation for the request and Mike and Aaron for support on the financial aspects.

Joe – do you need the approval from Tim at this time or just the CBA request? (I know you said you need the CBA today.)

Bernadette

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION                    UHICMA000089760

# Community Plan Massachusetts

# Community Health Services Staffing Proposal

# August 17, 2017

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION                    UHICMA000089761

# Table of Contents

EXECUTIVE SUMMARY ...................................................................................................................................... 3

    Problem statement: ................................................................................................................................... 3

    Impact of problem: .................................................................................................................................... 3

    Recommended solution: ............................................................................................................................ 3

Background Data .............................................................................................................................................. 4

    Current State .............................................................................................................................................. 4

    Gaps ........................................................................................................................................................... 4

Detailed Staffing Proposal to Close above Gaps ............................................................................................ 5

    RN Care Managers and Supervisors of Care Managers ........................................................................... 5

    Clinical Program Consultants (CPC) ........................................................................................................... 5

    Clinical Administrative Coordinators (CAC)/Manager of Clinical Administrative Coordinators .............. 6

    Healthcare Services Coordinators (HSC) ................................................................................................... 6

Summary & Cost of Position Requests ............................................................................................................ 7

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION                    UHICMA000089762

## EXECUTIVE SUMMARY

### Problem statement:

**The Massachusetts Plan** continues to struggle with compliance and accurate alignment of care level and revenue for its members.  Primary contributing factor is our ability to maintain adequate staffing levels to complete assessments in a timely fashion.  Although we have modified our staffing ratios in response to this ongoing challenge, our staffing ratios have never considered a) the amount of time it takes for new care managers to be trained and become fully productive and b) staff vacancies (resignations, turnover and unanticipated staff medical and other leaves of absence). As a result, we never reach "full staff" levels that support completion of the assessments in the timeframe required by the contract and accurate achievement of the revenue tied to appropriate care level assignment.

### Impact of problem:

**We currently estimate th**at approximately 400 members have either missing or expired MDS-HC assessments. As a result, our reimbursement from the State is less than what it should be (approx. $2,700 pmpm difference on average) based on the member's true care level. This means that we are missing $6.48 M in accurate revenue payments.

In addition to the loss of revenue from missing and/or expired MDS-HC, the health plan has also not been able to achieve 90% or greater compliance with Initial and Ongoing assessment completion, as required by the state contract. Unfortunately, this means we continue to be subject to the Corrective Action Plan that the State assigned to us in March.

### Recommended solution:

**The proposal below includes new** staffing levels for various roles in the model of care that will allow for us to train and bring new staff up to speed as well as cover temporary leaves and employee turnover. The net new FTE request includes 38 positions (at various grades and roles) but can be offset against 10 existing FTE positions that are already in the budget.  We believe the impact of these changes will include:

| | # of Positions | Comments |
|---|---|---|
| **New FTE ask:** | 38 | Detailed explanation for how we got to this number of RNs, CACs, CPCs, etc.,  below |
| LESS: Existing budgeted positions | -10 | |
| **Net new clinical positions** | **28** | |
| | | |
| Cost of New FTE ask: | $3.905M | Back up is included in text below |
| LESS: Cost of budgeted FTEs | -$1,034M | |
| **Net New Staffing Cost** | **$2.871M** | |
| | | |
| Delay assessments/month | 400 | Med econ estimates up to 700 |
| Est. # of Months' delay | 6 | |
| Ave. diff. in rate cell | $2700 | |
| Lost Revenue | $6.480M | (400 x 6 x 2700) |
| **Net impact of new staffing and revenue gain** | **$3.610M** | **($6.480-$2.871)** |

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION          UHICMA000089763

## Background Data

### Current State

- **RNCMs –( Level 3s and ADCMI members)**
  - 118 RNCMS ( 107 with caseload; 11 dedicated Admission team)
  - 8  Clinical Services Managers aka Managers of Care Managers (CSM/MCM)
    - These manage 11-19 RN Care managers each
    - 2 Supervisors of Care Managers ( report to CSM/MCM)-and are only on the largest RN teams
    - These Supervise 5-6 RN Care managers each
  - YTD 2017  staffing impacted by :
    - 14 terminations/resignations of RNCMs
    - 8 weeks from positon posting to staff start date
    - 2 months for an RN to be up and running/completed orientation
    - 9 RNs have been on FMLA for at least 8 weeks each over the year
- **Clinical Program Consultants (CPCs) – Geriatric Support Services Coordinator (GSSC) oversight**
  - 4 CPCs oversee 136 GSSCs-/each with average of 34 GSSCs
  - On-boarding/training of 26 GSSCs YTD

### Gaps

- **Compliance Impact**
  - Time from member request of a service to time member receives the determination can be as long as 2 months
    - Contract requires 14 day or less time frame
  - <85% compliance with on –going assessments
  - <90% compliance with Initial Assessment, majority of this is related to poor GSSC/ASAP compliance
  - Limited oversight and auditing (Model of Care)  due to # of direct reports of each CSM /CPC

Page | 4

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION          UHICMA000089764

## Detailed Staffing Proposal to Close above Gaps

### RN Care Managers and Supervisors of Care Managers

- **Add 21 RNs**
  - Caseloads for all RN Care managers to be reduced to target of 1:75 from 80+
    - Based on current membership ( NHC & ADCMI Levels)
  - Need add **10 RNCM FTEs** now  (for total  of 128  assigned to 7 regional and 1 Admissions Team)
  - Add additional **11 RN FTEs**- - for "conservative" staffing to reach full staffing including coverage for terms/vacancies/FMLA
- **Add 5 Supervisors of Care Managers**
  - CSM:RN ratio to be adjusted to 1:12-(National Rec)
  - 5 supervisors added to 5 teams with >12 RNs
  - Filled by internal promotions

| CSM | # RNs Now | Current Avg. Caseload | 75:1 RN need | Proposed # positons to add | |
|---|---|---|---|---|---|
| | | | | # RNs Needed to reach Full Staffing | Sup. of RNs |
| Barbosa | 18 | 83 | 20 | 4 | 1 |
| Barrows | 12 + 1 supervisor | 80 | 13 | 2 | |
| Czaporowski | 6 | | 6 | 1 | |
| Monroe | 12 | 73 | 12 | 2 | |
| Rush | 17 | 73 | 17 | 3 | 1 |
| Walsh | 13 + 1 supervisor | 78 | 15 | 2 | |
| Burgos | 5 | | 6 | 2 | |
| Adach | 13 | 78 | 15 | 3 | 1 |
| Wolfgang | 11 | 79 | 13 | 1 | |
| Wilmot/Admissions | 11 | 25/month | 12 | 1 | 1 |
| **Totals** | **118 Includes 11 open/Recr.** | | **129** | **21** | **5** |

### Clinical Program Consultants (CPC)

**Add 2 Clinical Program Consultants + 1 Associate Director**

- Add-1  Assoc. Director- supervision and oversight of this CPC team
- CPCs  would report to AD (who would report to HSD)
- Decrease ratio of CPC to GSSC of 1:20, from 1:34
  - Based on current membership & # of GSSCs Need 7 CPCs +I Assoc. Dir.=8
    - Current state: 4 CPCs , with one new positon  currently recruiting

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION                    UHICMA000089765

| CPC | Current #ASAPs/CPC | Current #GSSCs Managed/CPC | Proposed #ASAPs/CPC | Proposed # GSSC/CPC |
|---|---|---|---|---|
| Khoury | 6 | 26 | 4 | 20 |
| Cooney | 5 | 38 | 4 | 20 |
| Shannon | 9 | 46 | 3 | 20 |
| Harrington | 3 | 26 | 3 | 19 |
| CPC #5- recruiting now | -- | -- | 3 | 19 |
| CPC # 6 | -- | -- | 3 | 19 |
| CPC #7 | -- | -- | 3 | 19 |
| **Totals** | **23** | **136** | **23** | **136** |

## Clinical Administrative Coordinators (CAC)/Manager of Clinical Administrative Coordinators

Support field-based nurse case managers to allow them to focus on practicing at the top of their licensure. Staffing ratios for CAC within United Healthcare (national) range from 1:7 to 1:12. See chart below:

| | |
|---|---|
| Nursing Facility Level of Care | 1:7 |
| ABD/Consumer Directed | 1:10 |
| NFLOC NH Resident/other | 1:12 |

The health plan is currently operating at a much higher ratio of 1:16 and many administrative tasks, specifically related to the authorization of HCBS services is falling back to nursing staff, impacting overall efficiency. The health plan is adjusting the ratio to 1:12 and will require an additional 5 CAC positions and a manager to oversee of 14 CACs, including the additional 5 being requested.

## Healthcare Services Coordinators (HSC)

In an effort to achieve 90% or greater compliance with the completion of initial health risk assessments (Initial HRA), the health plan proposes to hire 5 HSC to conduct Initial HRA on all new members who are not assigned to a RN. We estimate a monthly volume between 200-250 each, based on historic and future membership projections. Currently, over 100 contracted GSSCs are responsible for completing the initial assessments and centralizing this to the local health plan will afford more consistent performance.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION          UHICMA000089766

## Summary & Cost of Position Requests

| Title | FTE requested | Total Annual Cost |
|---|---|---|
| RN care Manager | 21 | $ 2,320,500.00 |
| Healthcare Services Coordinator | 3 | $ 187,200.00 |
| Clinical Program Consultant | 2 | $ 247,000.00 |
| Assc Dir ASAP | 1 | $ 149,500.00 |
| Clin Adm Coordinator Sr. | 5 | $ 286,000.00 |
| Spvr Case Management | 5 | $ 617,500.00 |
| Manager Clinical Admin Coordinator | 1 | $ 97,500.00 |
| | 38 | $ 3,905,200.00 |

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION                UHICMA000089767

## UnitedHealthcare Community and State

### Investment Request Form


UnitedHealthcare
COMMUNITY & STATE

| Summary Description of Investment | 38-clinical positions (28 net new unbudgeted) as follows: 21-RN CMs; 3-Health Svcs Coord; 2-CPCs; 1-Assoc Dir (ASAP oversight); 5-Clin Adm Coord Sr; 5-Supv Case Mgmt; 1-Mgr Clin Adm (DETAIL ATTACHED) |
|---|---|

| Requestor | Workforce or Financial Investment | Specify Health Plan, Function, or Intersegment |
|---|---|---|
| Steven Bucchianeri | Workforce | Massachusetts Senior Care Option |

### Description of Investment

The Massachusetts Plan continues to struggle with compliance and accurate alignment of care level and revenue for its members. Primary contributing factor is our ability to maintain adequate staffing levels to complete assessments in a timely fashion. Although we have modified our staffing ratios in response to this ongoing challenge, our staffing ratios have not adequately reflected a) the amount of time it takes for new care managers to be trained and become fully productive and b) staff vacancies (resignations, turnover and unanticipated staff medical and other leaves of absence). As a result, we never reach "full staff" levels that support completion of the assessments in the timeframe required by the contract and accurate achievement of the revenue tied to appropriate care level assignment.

The following CBA supports a request for new staffing levels for various roles in the model of care that will allow for us to train and bring new staff up to speed as well as cover temporary leaves and employee turnover. The net new FTE request includes 38 positions (at various grades and roles) but can be offset against 10 existing FTE positions that are already in the budget. These new staffing levels will enable the SCO program to achieve "full staff" levels that support completion of assessments in the timeframe required by the contract (and corresponding closure of the existing Corrective Action Plan from the State) and accurate achievement of the revenue tied to appropriate care level assignment.

Ultimately, we believe that there are process and model of care improvements that could yield more efficient staffing structures, however, those changes will take more time than we have to ensure compliance and revenue accuracy. The Plan needs support and consultation from clinical services, clinical adherence and other areas to identify the opportunity, design new models and implement those changes. This ask is independent of that work but recognizes the need to find efficiencies and innovative solutions. Our hope is that the investment committee will voice support for that work to be done, as well.

### Alternative/Risks to Investment

Approximately 400 members have either missing or expired MDS-HC assessments. As a result, our reimbursement from the State is less than what it should be (approx. $2,700 pmpm difference on average) based on the member's true care level. This means that we are missing $6.48 M in accurate revenue payments.
In addition to the loss of revenue from missing and/or expired MDS-HC, the health plan has not been able to achieve 90% or greater compliance with Initial and Ongoing assessment completion, as required by the state contract. This means we continue to be subject to the Corrective Action Plan that the State assigned to us in March.

### Timing of Investment

Immediate posting; we estimate that approx. 25-30% of positions filled by end of Q3 and remainder filled by YE (we will hire as aggressively as possible to achieve the benefits of the investment).

### Description of Benefits

New staffing levels will enable the SCO program to achieve approximately $6.47M in incremental revenue on a full year basis. The program will also achieve 90% compliance with initial and ongoing assessment completion, as required by the contract.

### Cost Benefit Analysis

| $ in 000's | Cost | | | | Benefit from Higher Vol | | | Net IOI |
|---|---|---|---|---|---|---|---|---|
| | 2017 | 2018 | Run Rate | | 2017 | 2018 | Run Rate | |
| Membership | | | | | - | - | - | |
| FTEs | 28 | 28 | 28 | | - | - | - | |
| Revenue | | | | | $ - | $ 6,480 | $ 6,480 | $ 6,480 |
| Medical Expense | - | - | - | | - | - | - | - |
| Operating Expense - Direct | (478) | (2,871) | (2,871) | | - | - | - | (2,871) |
| Operating Expense - Indirect | - | - | - | | - | - | - | - |
| IOI | $ (478) | $ (2,871) | $ (2,871) | | $ - | $ 6,480 | $ 6,480 | $ 3,609 |

### Approvals

| Business Owner | Steven Bucchianeri |
|---|---|
| Finance Representative | Michael Gossner, Massachusetts CFO |
| Health Plan CEO or Functional Leader | Bernadette Di Re, Health Plan CEO |
| Executive Owner | Tim Spilker, Regional President |

### Details

| Has a req been created? If so, what #? (not required) | |
|---|---|
| Is this in the budget? (select "X" one) | In 2+10 ('17 Budget) — ☐ Budgeted NEW    ☒ Unbudgeted NEW    ☐ Unbudgeted Replacement |
| | ☐ Budgeted Replacement |
| Job Code (ties to title and grade) | Varies |
| Has Executive Owner approved? Yes (email attached | |

### Governance Documentation

| Date of Approval | |
|---|---|
| Committed Date of Progress Review | |

# EXHIBIT 15

**Short Message Report**

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 45 | Date Range: 9/3/2020 |

**Outline of Conversations**

💬     **Chat - Gour Michelle-0000002283 - 008 - 09-03-2020** • 45 messages on 9/3/2020 • Gour Michelle / Wolfgang, Sandra J

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION                    UHICMA000216292

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬   **Chat - Gour Michelle-0000002283 - 008 - 09-03-2020**

MG   **Gour, Michelle A**                                          9/3/2020, 8:05 AM
did you tell the CACs to refer team 4 to me?  I forgot to ask.  They referred to Thu yesterday.

**Wolfgang, Sandra J**                                          9/3/2020, 8:12 AM
I have been telling them and it will not happen today either as they have a doucment they have locked down and I can't open it to fix it....

MG   **Gour, Michelle A**                                          9/3/2020, 8:13 AM
No problem.  Just checking.
😑

**Wolfgang, Sandra J**                                          9/3/2020, 10:02 AM
are you working in your sheet now?

**Wolfgang, Sandra J**                                          9/3/2020, 10:02 AM
spread sheet

MG   **Gour, Michelle A**                                          9/3/2020, 10:03 AM
I can save and back out.

**Wolfgang, Sandra J**                                          9/3/2020, 10:03 AM
for 10 minutes

MG   **Gour, Michelle A**                                          9/3/2020, 10:06 AM
out

**Wolfgang, Sandra J**                                          9/3/2020, 10:09 AM
TY I'll gte back to you in 10 or less promise

MG   **Gour, Michelle A**                                          9/3/2020, 10:09 AM
NOT WORRIED.  LOL

MG   **Gour, Michelle A**                                          9/3/2020, 10:33 AM
This spreadsheet just automatically saves, right?  I don't have to do anything?  So I won't lose anything?!?!?!?

**Wolfgang, Sandra J**                                          9/3/2020, 10:33 AM
yes

MG   **Gour, Michelle A**                                          9/3/2020, 10:33 AM
HALLELUJAH.   LOL

**Wolfgang, Sandra J**                                          9/3/2020, 10:38 AM

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION                    UHICMA000216293

can you move yours to the Sept folder later or let me kno w when step away and I will move it to that folder

MG  **Gour, Michelle A**                                                          9/3/2020, 10:38 AM

You can do it right now. I'm not using it for a little while

MG  **Gour, Michelle A**                                                          9/3/2020, 10:39 AM

do you just drap and drop?

**Wolfgang, Sandra J**                                                           9/3/2020, 10:39 AM

k doing it now

MG  **Gour, Michelle A**                                                          9/3/2020, 10:39 AM

drag

**Wolfgang, Sandra J**                                                           9/3/2020, 10:39 AM

no not that easy but there is a move

**Wolfgang, Sandra J**                                                           9/3/2020, 10:39 AM

done

**Wolfgang, Sandra J**                                                           9/3/2020, 10:40 AM

the three dots have a MOVE
 then

MG  **Gour, Michelle A**                                                          9/3/2020, 10:40 AM

got it!

MG  **Gour, Michelle A**                                                          9/3/2020, 12:19 PM

crap.  meant to sent this to you... sent it to itamar!!!  UUUUGGGHHH

MG  **Gour, Michelle ^**                                                          9/3/2020, 12:20 PM

Is this something I can send to the nurse.Most notes are a near carbon copy of other notes form other members with the diagnoses changed.
Each IADL and ADL note is to be unique for each member.  They must include the symptoms that prevent them from performing each task/subtask.
Example:
This note does not give any indication of what the member can do as part of these activities and what the caregiver must do for them and why.  In order to determine if the correct level of self-performance is chosen in the drop down, this information must be included.  Please refrain from copy and pasting standardized notes for ADLs and IADLs.

*Attachment: 0-eus-d20-2f7893601472daf0bf2e586a73e1b8d3 (9 KB)*

MG  **Gour, Michelle A**                                                          9/3/2020, 12:20 PM

kicking myself.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION                    UHICMA000216294

**MG**  **Gour, Michelle A**                                                                9/3/2020, 12:27 PM

I mean regarding transfers and lower body washing.  Not all of it.  sigh.

**Wolfgang, Sandra J**                                                                9/3/2020, 1:36 PM

YOu are not the only w=one who has mentioned that Itamar has a nurse or Nurses who cut and pate a templte into the AM FA and I ahve talske to him before about a speecific Russian nurse I think

**MG**  **Gour, Michelle A**                                                                9/3/2020, 1:36 PM

This is not him.

**Wolfgang, Sandra J**                                                                9/3/2020, 1:37 PM

who is it?

**MG**  **Gour, Michelle A**                                                                9/3/2020, 1:37 PM

Deli.. Xuelan are two of them.  I swear.. every single note is exactly the same.  How do I know what is really true?? the same daguther  and wife do the same things.

**Wolfgang, Sandra J**                                                                9/3/2020, 1:37 PM

what team?

**MG**  **Gour, Michelle A**                                                                9/3/2020, 1:37 PM

I can go through and get ID numbers etc. and send them to you at some point in the near future.  HIS team.

**MG**  **Gour, Michelle A**                                                                9/3/2020, 1:37 PM

and Rose marie's.

**MG**  **Gour, Michelle A**                                                                9/3/2020, 1:37 PM

so same team

**Wolfgang, Sandra J**                                                                9/3/2020, 1:38 PM

Then this is a bigger issue therefore  it is HOM her is the ultimate Manager for the team

**MG**  **Gour, Michelle A**                                                                9/3/2020, 1:38 PM

HOM Her?  sorry.. can't compute

**Wolfgang, Sandra J**                                                                9/3/2020, 1:38 PM

him here

**MG**  **Gour, Michelle A**                                                                9/3/2020, 1:40 PM

I'm goingto get through my day.. try to get as much as possible done since I'm off tomorrow but make myself a note to delve into this and provide RN names and IDs for examples.

**Wolfgang, Sandra J**                                                                9/3/2020, 1:56 PM

ty

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION                UHICMA000216295

**Wolfgang, Sandra J**                                               9/3/2020, 1:57 PM

how is the spreadsheet goging? ANy difference?

**MG**  **Gour, Michelle A**                                        9/3/2020, 1:58 PM

i LIKE IT. the only only issue is that if you go over to chat section, you have to keep going back through teams, files, etc. BUT.. I just learned how to "pop out" the messages I'm in so I can go back and forth in chats without losing my spreadhseet. did that make sense? (I can see chat and SS at the same time)

**MG**  **Gour, Michelle A**                                        9/3/2020, 1:59 PM

I don't know if there is a way to pop out the SS. instead?

**Wolfgang, Sandra J**                                               9/3/2020, 2:00 PM

good to know

**MG**  **Gour, Michelle A**                                        9/3/2020, 2:00 PM

it's the little things that could get on someone's nerves. lol I have a pop out of our chat right now so it's great.

*Attachment: 0-eus-d10-ed6871004a889fbfd0eb757987c7c7f1 (73 KB)*

**Wolfgang, Sandra J**                                               9/3/2020, 2:03 PM

good to know

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

# EXHIBIT 16

**Short Message Report**

|  |  |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 17 | Date Range: 1/27/2021 |

**Outline of Conversations**

💬 **Chat - Gour Michelle-0000000477 - 079 - 01-27-2021** • 17 messages on 1/27/2021 • onzález, Brenda
• Gour, Michelle •

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION                    UHICMA000217486

**Messages in chronological order** (times are shown in GMT -06:00)

---

💬 **Chat - Gour Michelle-0000000477 - 079 - 01-27-2021**

MG **Gour, Michelle A**                                                    1/27/2021, 9:31 AM

uestion from my team-For admission assessment on member that has FEW. As per assessment member is not FEW eligible. We will continue to honor current service hours until new assessment in 90 days. How do we enter it in the admit MDS/IHRA? FEW or not FEW?

MG **Gour, Michelle A**                                                    1/27/2021, 9:31 AM

[10:29 AM]
Wolfgang, Sandra J
I have a meeting with Jess later this morning, I will check to see what the status in FEW is. I know they have dis-enrolled many people for 1/31/ so need to make sure we are still holding people as Few . Will get back to you when I have the answer. If she is not sure I will ask Chris Massson and relay that response to you.

MG **Gour, Michelle A**                                                    1/27/2021, 2:25 PM

Does that sound good?  (following our convo today re: PhQ9...
Please contact PCP office to obtain documentation verifying diagnoses indicated as driving the rating category.  There is no clinical documentation in CCp to support the diagnosis of depression.  Claims indicates the last visit with the PCP for behavioral health assessement was in 3/2019.
Please verify and upload documentation to CCP and/or include note of verbal verification of diagnoses with name of staff member spoken with at PCP office
.
An annual PHQ9 is not a treatment plan.  There needs to be a clear assessment and treatment plan to remain ADCMI.

BG **Gonzalez, Brenda**                                                    1/27/2021, 2:30 PM

i would not include teh claims info or the PHQ (until Sandi confirms next meeting)... what did they identify as the treatment plan (just curious)

MG **Gour, Michelle A**                                                    1/27/2021, 2:30 PM

nothing.

MG **Gour, Michelle A**                                                    1/27/2021, 2:31 PM

just that the MD assesses with PHQ9 yearly at physical

BG **Gonzalez, Brenda**                                                    1/27/2021, 2:31 PM

oh so yes then i would include that part... yearly assessment is not a treatment plan... thought you added as extra info

MG **Gour, Michelle A**                                                    1/27/2021, 2:32 PM

*Attachment: 0-cus-d17-4c0ca8f0663eb27c2a99eb1d44173fea (28 KB)*

MG **Gour, Michelle A**                                                    1/27/2021, 2:32 PM

*Attachment: 0-cus-d1-420e9035baac509a5fcc413896876a07 (27 KB)*

BG **Gonzalez, Brenda**                                                    1/27/2021, 2:33 PM

yes your right...

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

**MG**  **Gour, Michelle A**                                                        1/27/2021, 2:33 PM

So sick of my team.  lol   So the nurse that left after being confronted about copy and pasting.. her member's are all being reassessed and some no longer NHC... or much fewer service needs....

**BG**  **Gonzalez, Brenda**                                                        1/27/2021, 2:34 PM

wow

**MG**  **Gour, Michelle A**                                                        1/27/2021, 2:34 PM

yep

**MG**  **Gour, Michelle A**                                                        1/27/2021, 3:22 PM

enough info or no?

*Attachment: 0-cus-d15-a4b30497c5cfeef8fd2715fef5522706 (11 KB)*

**MG**  **Gour, Michelle A**                                                        1/27/2021, 3:33 PM

never mind. lol

**BG**  **Gonzalez, Brenda**                                                        1/27/2021, 3:52 PM

ugh sorry

**MG**  **Gour, Michelle A**                                                        1/27/2021, 4:08 PM

don'tbe sorry.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION                   UHICMA000217488

# EXHIBIT 17

## Short Message Report

|  |  |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 12 | Date Range: 8/4/2021 |

## Outline of Conversations

💬 **Chat - Or Leakhena-0000003045 - 024 - 08-04-2021** ∘ 12 messages on 8/4/2021    Menezes, Emil Ana, Leakhena

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION                    UHICMA000238769

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬 **Chat - Or Leakhena-0000003045 - 024 - 08-04-2021**

---

EM  **Menezes, Eni L**                                                    8/4/2021, 7:21 AM

Good morning Lea, this member reported depression and not taking medications or seeing BHS, we have to verify the diagnosis with PCP right? before sending the MDS?

EM  **Menezes, Eni L**                                                    8/4/2021, 7:22 AM

I have been waiting for PCP and this office they are just not helpful
⚫

LO  **Or, Leakhena**                                                      8/4/2021, 8:46 AM

all dx put in the MDS should verify with PCP every time at MDS assessment

LO  **Or, Leakhena**                                                      8/4/2021, 8:46 AM

that is the rule as I recall and understand

EM  **Menezes, Eni L**                                                    8/4/2021, 11:43 AM

Thank you Lea!

LO  **Or, Leakhena**                                                      8/4/2021, 12:25 PM

I mean especially the primary dx that listed in the RFS for driving the rate cell request

LO  **Or, Leakhena**                                                      8/4/2021, 12:25 PM

that need to be confirmed by the PCP

EM  **Menezes, Eni L**                                                    8/4/2021, 12:31 PM

I am asking because while back remembering we had a huge backlog of MDS to be submitted to the state waiting for Phsych Dx from Providers office and I think later we were informed that we did not need the verification from PCP? I am thinking in the back of my mind...but I always verify with PCP, I leave the MDS pending until I hear from PCP like for this member I have been waiting/calling for the past 20 days, the office is just not helpful with their guidelines for release of information. thank you!

LO  **Or, Leakhena**                                                      8/4/2021, 12:32 PM

you might discuss with Itamar or Maria about that.

EM  **Menezes, Eni L**                                                    8/4/2021, 12:33 PM

I will, thank you!

LO  **Or, Leakhena**                                                      8/4/2021, 12:33 PM

yw

EM  **Menezes, Eni L**                                                    8/4/2021, 12:33 PM

:like:

---

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION                    UHICMA000238770

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

# EXHIBIT 18

**To:**  Daisy DaSilva

    HSS Manager

**From:**  Erin McGee

    Health and Social Services RN Coordinator

    Employee# 001476589

**Subject:**  Resignation

**Date:**  3/12/2021


Dear Daisy,

I am writing this letter to let you know that due to the targeted harassment of myself and others on my team throughout the course of my employment, I am hereby resigning from my job at United Health Group. I have been subject to verbal abuse, threatening messages and other harassment by my supervisor, Anita DePatie, and was denied my request for a supervisor change or a transfer to remove me from my hostile environment. I was frequently asked to change documentation from my supervisor on assessments that was inaccurate to reduce company costs. I was subjected a hostile working environment when coworkers of other teams were copied on emails stating, "Erin is negative and not willing to learn" and was verbally informed that coworkers were told "hiring Erin was the worst mistake she ever made". I was denied overtime pay when overtime was given to colleagues for the same amount of work. I was subject to isolation upon hire when I was told not to speak with the senior members of the RNCM team because they "were negative and needed to move on". I was denied the request to change to another supervisor after a meeting with Daisy DaSilva on January 14, 2021 where she stated that too many other employees asked to transfer for the same reasons so my request could not be granted. I had several meetings with Tricia Strachan, HR, and was told I did not have enough documentation to support my complaints and feel that she did not address any of my issues. I do have several emails to support my complaints and I am willing to share them with the Human Resources team.

It is my hope that bringing these incidents to your attention, further harassment to future employees will be spared. I encourage you to speak to the several former workers from team 3 over the past two years as they experienced similar behaviors by management. I do appreciate the valuable experience I have learned while working at United Health Group and it was my hope that I would have been able to continue working under a new supervisor or transfer to a different team. I am resigning and my last day of employment will be on 3/26/2021.

Sincerely,


Erin McGee, RN

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION  UHICMA000023851

# EXHIBIT 19

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# UHC SCO Audit Findings - Attachment 1



| # | Non-Complaint Record | Contract Citation | Section | Regulation | |
|---|---|---|---|---|---|
| 1 | | Section 2.4.A.6a | Care Management and Integration | Integration and Coordination of Services: a  An Individualized Plan of Care (ICP) for each Enrollee, signed by the Enrollee or the Enrollee's representative. developed by the PCP or, if applicable. the PCT, and the periodic review and modification of this treatment plan by the PCP or PCT; | ICP |
| 2 | | Section 2.4.A.6a | Care Management and Integration | Integration and Coordination of Services: a  An Individualized Plan of Care (ICP) for each Enrollee, signed by the Enrollee or the Enrollee's representative, developed by the PCP or, if applicable, the PCT, and the periodic review and modification of this treatment plan by the PCP or PCT; | ICP do supp |

EXEMPT FROM FOIA, CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# UHC SCO Audit Findings - Attachment 1

| # | Non-Complaint Record | Contract Citation | Section | Regulation | |
|---|---|---|---|---|---|
| 3 | | Section 2.4.A.6a | Care Management and Integration | Integration and Coordination of Services: a. An Individualized Plan of Care (ICP) for each Enrollee, signed by the Enrollee or the Enrollee's representative, developed by the PCP or, if applicable, the PCT, and the periodic review and modification of this treatment plan by the PCP or PCT; | ICP n |

EXEMPT FROM FOIA, CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# UHC SCO Audit Findings - Attachment 1

| # | Non-Complaint Record | Contract Citation | Section | Regulation | |
|---|---|---|---|---|---|
| 4 | | Section 2.4.A.8: i | Care Management and Integration | Centralized Enrollee Record (CER) must contain Physician orders | |
| 5 | | Section 2.4.A.8:g | Care Management and Integration | Centralized Enrollee Record (CER) must contain documentation of contacts with family members and persons giving informal support, if any. | No Do wi |
| 6 | | Section 2.4.A.9a:4.d | Care Management and Integration | Centralized Enrollee Record (CER) must contain documentation of treatment plans. | Tre |

EXEMPT FROM FOIA, CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

## UHC SCO Audit Findings - Attachment 1

| # | Non-Complaint Record | Contract Citation | Section | Regulation | |
|---|---|---|---|---|---|
| 7 | ■ | Section 2.4.A.11-b | Care Management and Integration | Frequency of Assessments: At least quarterly for Enrollees who require Complex Care and it is to be performed by a member of the Enrollee's PCT | No |
| | | | | **TOTAL ELEMENTS NOT MET** | |

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

# EXHIBIT 20

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

| CARE_LEVEL | ASAP_NAME | COORDINATING_CARE_MANAGER | COORDINATING_CARE_BU | Pre-Audit Notes | PROGRAM_STATUS | ORIGINAL_EFFECTIVE_DATE | CARE_LEVEL_EFFECTIVE_DATE | ICP Not supportive of Goals and Objectives | ICP Did Not match MDS HC documentation | ICP not signed by Enrollee |
|---|---|---|---|---|---|---|---|---|---|---|
| Level 3 | Greater Lynn Senior Services | RUSH , KAREN | IDEHEN , PENINAH N | gap between IHRA; nurse replaced; nurse counseled; ask karen. No care plan really. | MA (NHC) Nursing Home Certifiable | 9/1/2014 0:00 | 11/11/2015 0:00 | x | x | x |
| Level 3 | Boston Senior Home Care | MONROE, SHADIA LAURENT | REYES , ANABELLA | appears copy and paste. Rncm using script as note type when should ideally use, putting doc in wrong part of record, needs to be part of outcome and not in assessment. | MA Community Well | | 4/1/2016 0:00 | | x | x |
| Level 3 | Boston Senior Home Care | PARENTE, ROBIN | NWANESIDU , VIVIAN C | The IHRA does not list Depression; however, this is addressed in the Care Plan.  The Care Plan lists Hypertension as an issue to be addressed; however, this diagnosis is not listed as a Condition on the Care Plan.  Hypertension is also not listed in the Diagnoses section in Community Care.  Hypothyroidism is also not listed in the IHRA. | MA (FEW) Frail Elder Waiver | 2/1/2010 0:00 | 2/1/2010 0:00 | | x | x |
| Level 3 | Elder Services of the Merrimack Valley | Walsh, Kathleen K | CABRERA, SUHAYRI | The Conditions section of the Care Plan does not list all the conditions listed in the IHRA and that are addressed below in the goals section.  Pain is identified in the notes and on the IHRA, but is not addressed in the Care Plan. | MA (NHC) Nursing Home Certifiable | 11/1/2014 0:00 | 11/14/2016 0:00 | x | x | x |
| Level 3 | Central Boston Elder Services | PARENTE, ROBIN | ILIN , ANNA | No Conditions are listed on the Care Plan.Please check grammar: "said she is not interpreted in BH referral at this time." . see conditions on care plan | MA (NHC) Nursing Home Certifiable | 3/1/2015 0:00 | 3/4/2016 0:00 | x | x | x |
| Level 3 | Elder Services of the Merrimack Valley | Walsh, Kathleen K | GRULLON , JEWNIFER Y | | MA (NHC) Nursing Home Certifiable | 12/1/2014 0:00 | 2/16/2016 0:00 | | x | x |
| Level 3 | Boston Senior Home Care | MONROE, SHADIA LAURENT | ALVES, BRADFORD | | MA (NHC) Nursing Home Certifiable | 1/1/2008 0:00 | 11/1/2013 0:00 | | x | x |
| Level 3 | Boston Senior Home Care | MONROE, SHADIA LAURENT | BENTLEY , NOLA S | The Care Plan states the member is receiving PCA services; however, there is no auth in ICUE. | MA (NHC) Nursing Home Certifiable | 9/1/2012 0:00 | 3/8/2016 0:00 | | x | x |
| Level 3 | ETHOS | MONROE, SHADIA LAURENT | ALVES, BRADFORD | IHRA:  10/11/17; 7/13/17**The most recent IHRA is past due.  No outreach attempts in February, 2018. No documentation that a recent ICP has been sent to PCP.  The last documentation was 3/3/17  talk point - IHM c   seen on IHRA     en      oo o      tan      ation a a   mersed in January, . . | MA (NHC) Nursing Home Certifiable | 1/1/2015 0:00 | 7/8/2015 0:00 | x | x | x |
| Level 3 | Boston Senior Home Care | MONROE, SHADIA LAURENT | ALVES, BRADFORD | | MA (NHC) Nursing Home Certifiable | 11/1/2013 0:00 | 1/1/2014 0:00 | x | x | x |
| Level 3 | Elder Services of Worcester | UKNOWN, UKNOWN | RICE, LYNDSEY A | 02/02/18 - UTR11/07/17 - successful10/30/17 - UTR06/09/17 - successful. urinary incontinence, hyperlipidemia, OA not listed on CP. Goals addressed diagnoses listed on HRA; however, urinary incontinence, hyperlipidemia, OA not listed under diagnosis section of CP | MA (NHC) Nursing Home Certifiable | 7/1/2006 0:00 | 3/14/2014 0:00 | x | x | x |
| Level 3 | Old Colony Elder Services | RUSH , KAREN | CUNHA , ELISANGELA | 600 lb. lost doctor; lost his license; stays home; trying to find docs who do home visits and calling them one by one. Case conference. Clean | MA (FEW) Frail Elder Waiver | | 9/20/2016 0:00 | | | |
| Level 1 | Elder Services of Worcester | ALVAREZ MONTANO, JESSICA | BLOT, NALBY JUNIOR | now level 3 was level 1 at time; erin assigned as CM; 6/1/2017 made level 3; 3/7/17 hra completed and made level 3; one month later seen for pca end of april and may had services; itcfa via form may be in careone; looked good | MA Community Well | 11/1/2014 0:00 | 10/27/2015 0:00 | x | x | x |
| Level 3 | Elder Services of Worcester | UKNOWN, UKNOWN | NASON , LINDA E | 01/25/18 - successful01/10/18 - successful10/24/17 - successful. PHA, HRA, Med Rec completed 01/25/18. Breathing problems caused by Emphysema or Asthma - Select:CurrentDiabetes or other blood sugar problems -Select:CurrentHeart Problems (heart beat irregularities, angina, coronary heart disease, heart surgery) -Select:CurrentMental Health Conditions - | MA (NHC) Nursing Home Certifiable | 3/1/2012 0:00 | 1/18/2016 0:00 | x | x | x |
| Level 3 | Elder Services of the Merrimack Valley | Walsh, Kathleen K | CABRERA, SUHAYRI | Breathing problems caused by Emphysema or Asthma -Select:CurrentDiabetes or other blood sugar problems -Select:CurrentHeart Problems (heart beat irregularities, angina, coronary heart disease, heart surgery) - Select:CurrentMental Health Conditions - September 2017 visit did not doc member reviewed and agreedDepression:CurrentCancer - Select:CurrentOther conditions - Select:CurrentNotes :OA; No diagnoses documented on ICP; however, documented goals for each diagnoses listed on HRA.  September 2017 visit did not doc member reviewed and agreed. no comm to PCP. No authorizations for services located in ICUE | MA (NHC) Nursing Home Certifiable | 6/1/2010 0:00 | 1/20/2015 0:00 | x | x | x |
| Level 3 | Baypath Elder Services | BARBOSA , ITAMAR | BROWN, JOSELENE R | | MA (NHC) Nursing Home Certifiable | 3/1/2010 0:00 | 2/19/2016 0:00 | | x | x |
| Level 3 | Elder Services of Worcester | UKNOWN, UKNOWN | LYNDE , LINDA A | 02/09/18 - successful11/16/17 - successful | MA (NHC) Nursing Home Certifiable | 7/1/2006 0:00 | 3/16/2016 0:00 | | | x |

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

| Level | Agency | Staff | Member | Notes | Category | Date 1 | Date 2 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Level 3 | Boston Senior Home Care | PARENTE, ROBIN | DASILVA , DAISY | Breathing problems caused by Emphysema or Asthma -Select:CurrentHeart Problems (heart beat irregularitiees, angina, coronary heart disease, heart surgery) -Select:CurrentMental Health Conditions -Depression:CurrentOther conditions -Select:CurrentNotes :DementiaDiagnoses listed on ICP: AnemiaAsthmaCardiovascularDepressionHyperlipidemiaHypertensionOther orthopedicsStrokeStrokeDiagnoses do not match HRA and ICPNo goals listed for depression on ICP | MA (NHC) Nursing Home Certifiable | 4/1/2005 0:00 | 3/10/2014 0:00 | | | x | x |
| Level 3 | Elder Services of the Merrimack Valley | Walsh, Kathleen K | OR , LEAKHENA | | MA (NHC) Nursing Home Certifiable | 6/1/2007 0:00 | 3/14/2016 0:00 | x | x | x | x |
| Level 3 | North Shore Elder Services | RUSH , KAREN | ASCENCIO , BETZABET | 12/05/17 - unsuccessful09/12/17 - successful. Heart Problems (heart beat irregularitiees, angina, coronary heart disease, heart surgery) -Select:CurrentMental Health Conditions -Depression:CurrentOther conditions -Select:CurrentNotes :arthritis/gastritis/ | MA (NHC) Nursing Home Certifiable | | 8/1/2016 0:00 | x | x | | x |
| Level 3 | Elder Services of Worcester | UKNOWN, UKNOWN | PIVERGER, MARIE F | transitioned from comm to insti 5/2017; would need to look at careone to see notes from 5/2017-9/31/2017; program enrollment show community transitions per Jess Alvarez, not active NHC status? Went back to insti status 5/2017. need careone notes. I don't see care plan info in 2016 only may 2017.  need to go into careplan and select each goal to see notes. this is how staff was trained at time based on functionality | MA (NHC) Nursing Home Certifiable | 5/1/2012 0:00 | 4/17/2013 0:00 | | | x | x |
| Level 3 | South Shore Elder Services | RUSH , KAREN | CHELOT , FRICELINE | care plan not sent to provider due to FOS back upped; heart dz on hra but not on care plan.she's a nun; milton at nun place, has since moved. Remained NHC but MDS was not done timely so entered a change in status. Two LTCFA cause the mds and ltcfa did not match so mds nurse wanted it reconciled b4 sending to state | MA (NHC) Nursing Home Certifiable | 5/1/2014 0:00 | 8/22/2014 0:00 | | | x | x |
| Level 3 | Somerville/Cambridge Elder Services | RUSH , KAREN | VALENTIN, YASMARIE | HRA indicates member is receiving PERS, is not on ISP.PERS is not listed in ICUE | MA (NHC) Nursing Home Certifiable | 8/1/2013 0:00 | 4/24/2015 0:00 | | | x | x |
| Level 3 | Elder Services of the Merrimack Valley | Walsh, Kathleen K | TEJADA, ISABEL | Member has 11 different diagnoses and is on medication for many of them. HRA lists three conditions as applicable, diabetes, Heart condition and Chronic back pain. ICP only has diabetes listed under conditions. There is no congruency between HRA and ICP. Unable to find any service auths in ICUE | MA (NHC) Nursing Home Certifiable | 8/1/2008 0:00 | 1/2/2015 0:00 | | | x | x |
| Level 3 | Elder Services of Worcester | UKNOWN, UKNOWN | LYNDE , LINDA A | CP not updated with every HRA: Feb 2018. 1. Does not have Diagnoses listed on ICP2. Not all services listed on ICP.POC not mailed to provider in Feb 2018, CM did not initiate task | MA (NHC) Nursing Home Certifiable | 2/1/2013 0:00 | 1/22/2016 0:00 | | | x | x |
| Level 3 | Elder Services of the Merrimack Valley | Walsh, Kathleen K | CABRERA, SUHAYRI | | MA Community Well | 6/1/2013 0:00 | 7/27/2016 0:00 | | | | x |
| Level 3 | South Shore Elder Services | RUSH , KAREN | CHELOT , FRICELINE | 1. Not all diagnoses listed on HRA were listed under conditions on ICP. Need to have congruency between HRA and ICP. 2. Not all services member receives were listed on ICP: missing COMP, HMKR, PCA, PERS, SN. ICP in October was not sent to PCP, CM did not initiate task. Not congruent with diagnoses between ICP and HRA | MA (NHC) Nursing Home Certifiable | 6/1/2015 0:00 | 7/15/2016 0:00 | x | x | x | x |
| Level 3 | Elder Services of the Merrimack Valley | Walsh, Kathleen K | MAZZOLA , SARAH | 1. Diagnosis list is missing Depression and Chronic Pain. These diagnoses are identified on the HRA and below in interventions but missing from the diagnosis list, needs to be congruent. 2. Missing services on the ICP, unable to find Companion, homemaker, PERS or Social Worker in the care plan. These are listed on the HRA and services the member receives and should be addressed on the ICP. | MA (NHC) Nursing Home Certifiable | | 5/25/2016 0:00 | x | x | x | x |
| Level 2 | Elder Services of Worcester | SHANNON, LISA | WILLIAMS, MARIA M | | MA Community Well | 8/1/2014 0:00 | 2/19/2016 0:00 | x | x | x | x |
| Level 3 | Old Colony Elder Services | RUSH , KAREN | CUNHA , ELISANGELA | documented LTC in June but said she did it in april. Said she was horrible. But note in april said she is fine. Then did mds and none of them match. Had pca but did not get paid. Talk point. Staff member counseled and no longer works for UHC. Upped her hours. | MA (NHC) Nursing Home Certifiable | | 4/3/2016 0:00 | x | x | x | x |

# EXHIBIT 21

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

United Healthcare Community Plan
Senior Care Options

EOEA CA

| Element # | State response | CAP r |
|---|---|---|
| 1. ICP not supportive of goals and objectives | In each case, the submitted care plans did not contain documentation were not supportive of the goals and objectives.<br>No change in findings | UHC SCO understands t<br>for these 13 records did<br>expectations. Without mo<br>would like to explain how<br>any ICP supports the goa<br>membership.<br><br>To comply with the intent<br>(MOC) Part C Domain 2<br>requirements, every oppo<br>member assessment mus<br>the development of the ir<br>(ICP). The UHC SCO car<br>uses clinical algorithms to<br>goal (G) and intervention<br>diagnoses, ADL impairme<br>triggered by the system a<br>manager must be SMAR<br>Achievable, Relevant and<br>feed into the developmer<br>plan (ICP).<br><br>It is important to note tha<br>our State-approved *Mass<br>Health Risk Assessment*,<br>documented and can be<br>management system.<br><br>To ensure that individual<br>and objectives of each m<br>conducts monthly chart a<br>requirements, including w<br>health risk assessments<br>aligned. Failure to addres |

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

United Healthcare Community Plan
Senior Care Options                                                                                       EOEA CA

| Element # | State response | CAP r |
|---|---|---|
| | | triggered by a member's<br>assessment results in a f<br><br>Results of the monthly au<br>dedicated Clinical Compl<br>all clinical managers. Ma<br>individual remediation eff<br>create broader internal a<br>trends are identified.<br><br>UHC SCO will continue t<br>moving forward in an eff<br>of EOEA until additional<br>submitted documentation<br><br>If there is additional docu<br>State, please advise us o<br>is and where it needs to<br>record. |
| 2. ICP did not match MDS-HC, documentation does not support NHC LOC | In each case, the documentation in the care plan did not corroborate with the documentation in the MDS-HC and does not support NHC level of care<br><br>No change in findings | These 16 records were r<br>following results: one me<br>Community Other; one m<br>enrolled and is currently i<br>Other – we are in the pro<br>assessment.<br><br>UHC RNs will conduct ne<br>on the remaining 14 mem<br>resubmitting over the nex<br><br>Once submitted through<br>send the ICP for each me<br>with the MDS-HC referen |

2

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

United Healthcare Community Plan
Senior Care Options

EOEA C/

| Element # | State response | CAP r |
|---|---|---|
| 3. ICP not signed by the Enrollee | Finding removed | N/A |
| 4. No MD Orders | Medication reconciliation dates noted were outside of the audit date. No signatures or documentation noted when or who did the medication reconciliation. | Since the requirement to CER was removed, will E this finding? If not, please explain how corresponds to requireme |
| 5. No documentation of contacts with informal caregivers | Finding updated- 2 records remain noncompliant.  CAP to be developed. | UHC SCO recognizes the informal caregivers have Care managers are instru documentation of contact in the CER. We will send care managers reminding capturing this information CER. |
| 6. Treatment plans were not present | No change in findings. Treatment plans not present. Provided a screen shot with correction stating human error.  No RN signature. | In the absence of a defini considers a Treatment Pl understanding is that a tr opportunities identified du and the interventions nec member goals, which is t individualized care plan. action plan for item 1, UH every member. All ICPs a the Community Care app different definition of the advise. |

3

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

United Healthcare Community Plan
Senior Care Options

EOEA CA

| Element # | State response | CAP r |
|---|---|---|
| | | If an ICP could not be fou<br>remediate that including<br>who were found to have<br>records. |
| 7. No evidence of quarterly assessments | No evidence of Quarterly assessments only a statement indicating: "care manager no longer works for us."<br><br>No change in finding | UHC SCO initiated new<br>improve monitoring contr<br>assessments including th<br>MDS-HC in Q317. The O<br>monitors quarterly asses<br>new report provides case<br>supervisor/manager a de<br>assessments coming due<br>reports on a weekly basis<br>concern and work either<br>broader teams to support<br>ensure members are see<br><br>Additionally, UHC SCO is<br>a more user-friendly care<br>to provide a more visual<br>overdue assessment dea<br><br>We are committed to me<br>rate outlined in the annua |

4

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

# EXHIBIT 22

KARYN E. POLITO
Lieutenant Governor

MARYLOU SUDDERS
Secretary

www.mass.gov/eohhs

March 8, 2019

Ms. Bernadette Di Re
Chief Executive Officer
UnitedHealthcare Community Plan of Massachusetts
950 Winter Street, Suite 3800
Waltham, MA 02451

Dear Ms. Di Re:

Re: UnitedHealthcare (UHC)'s Results of the Desk Reviews

On February 8, 2019, MassHeatlh requested documentation for three members identified below (Members) in order to validate, among other things, the information submitted to MassHealth on those Members' completed forms Minimum Data Set-Home Care (MDS-HC) and the placement of those Members in Nursing Home Certifiable (NHC) rate cells. MassHealth clinical staff reviewed all submitted documentation.

Based on information provided in the MDS-HC forms, each of the Members was eligible for placement in an NHC rate cell only because he or she required a skilled service (here, physical therapy) three days per week and daily assistance with Activities of Daily Living (ADLs) in accordance with 130 CMR 456.409 and Appendix N of the Second Amended and Restated SCO Contract. In other words, if the Member did not need or receive physical therapy three days per week and daily assistance with Activities of Daily Living (ADL), he or she was ineligible for placement in an NHC rate cell in accordance with 130 CMR 456.409 and Appendix N of the Second Amended and Restated SCO Contract. Yet, for each Member, the documentation submitted by United demonstrated that a physician did not order, and the Member did not receive, physical therapy three times per week, notwithstanding the contrary representation in Section P of the MDS-HC form. Likewise, for each Member, the documentation submitted by United contained no evidence that the Member required assistance with Activities of Daily Living (ADL), notwithstanding the contrary representation in Section H2 of the form MDS-HC.

Because each Member's need for thrice-weekly physical therapy and daily assistance with ADLs formed the basis of each Member's placement in an NHC rate cell in accordance with 130 CMR 456.409 and Appendix N of the Second Amended and Restated SCO Contract, MassHealth has determined that United inappropriately placed each of those Members in NHC rate cells. If United disagrees with this action, it must produce documentation to support the member's placement in a NHC rate cell within 30 days. If United fails to produce the requested documentation, MassHealth will reclassify each Member from an NHC rate cell to a Community Well (CW) rate cells in accordance with the chart that follows:



Christopher Brumby
Assistant Director Coordinated Care Programs


cc: Susan Ciccariello, Director Coordinated Care
  Christine Smith, Contract Manager

2

# EXHIBIT 23

| From: | Simonds, Deanna (UHC) |
|---|---|
| To: | zzzBrumby, Christopher (EHS) |
| Cc: | Ciccariello, Susan (EHS); Smith, Christine L. (EHS); Di Re, Bernadette; Bucchianeri, Steven |
| Subject: | Secure: March 8th letter |
| Date: | Friday, April 5, 2019 12:40:20 PM |
| Attachments: | Full_Care_Plan_███.htm<br>Full_Care_Plan_███.htm<br>Full_Care_Plan_███.htm<br>mfpscan.pdf |

Good afternoon,

I am sharing on behalf of Bernadette who is having technical issues.

Thank you

**************************************************

Chris,

Thank you for your letter dated March 8, 2019 (scanned and attached above) and for the opportunity to respond. I apologize for the delay.

We have reviewed the members that were included in this correspondence and are sharing their updated statuses as well as treatment plans (attached).

In addition to leveraging your feedback to improve our assessment processes we have taken the following additional steps to evaluate and improve our current MDS-HC processes and training:

- Hired an independent consultant experienced with MDS-HC assessments to conduct ride-along visits with several of our RN staff, evaluate our existing training, and make recommendations for improvement
- Hired additional local training staff to focus solely on the MDS-HC
- Revised our existing MDS-HC training materials and launched the new training for our clinical management team as well as for RNs who submit the MDS-HC through the state portal

Please let us know if you have any questions or wish to discuss either the individual cases or the overall process. We value and appreciate the State's guidance.

Best regards,

Bernadette

**Bernadette Di Re** | CEO

UnitedHealthcare Community Plan of Massachusetts

950 Winter Street, Suite 3800 | Waltham, MA 02451

p: 781-419-8566 | f: 781-472-8798

bernadette.di.re@uhc.com

**OUR UNITED CULTURE** The way forward

Integrity | Compassion | Relationships | Innovation | Performance

| Name | Medicaid ID | Category | Effective Date | New MDS Ref# | Summary |
|---|---|---|---|---|---|
| ███ | | Community Well | 3/1/2019 | 376593 | Requesting Community Well. Member has no skilled nursing need. |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Member requires assistance with bathing only. Member with diagnosis of COPD, A-fib, CAD, severe osteoarthritis with history of falls with injury and hematoma in right leg. |
| ▓▓▓▓▓▓▓ | | | Community Well | 3/1/2019 | 375015 | Community Well. Member remains independent with ADLs. Member currently receives home making services to assist with cleaning and laundry needs. Member has family in the community to assist as needed. |
| ▓▓▓▓▓▓▓ | | | Alzheimer Dementia Chronic Mental Illness (AD/CMI) | 3/1/2019 | 375393 | Requesting ADCMI. Member with diagnosis of depression and being managed with psychotropic medication: Sertraline. Member denied depressive symptoms, however did report sadness and grieving the passing of her sister about 9 months. She reports she has her family/friends for support and tries to stay active as possible. Member is able to drive in the community and likes to go and visit friends. Member is |

| | | | | | followed by her medical provider for management of her symptoms. |
|---|---|---|---|---|---|
| | | | | | |

*--SecureDelivery--*

This e-mail, including attachments, may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.

# EXHIBIT 24

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Clinical Adherence and Performance Improvement

September 2018

Massachusetts Member-Focused Chart Reviews

Focus: All members

Kimberly R. Nelson, BSN, RN

Jetta D. Richmond, BSN, RN, CCM, CPHM

 UnitedHe

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Community Snapshot – September





| Question ID | Question Detail | Yes Responses | Points |
|---|---|---|---|
| UCS CAPI Q01 | Was the member assigned to an initial/annual care or risk level? | | 20 |
| UCS CAPI Q02 | Was the initial/annual assessment completed or reviewed by a qualified health professional? | | 20 |
| UCS CAPI Q03 | Did the initial/annual assessment include an evaluation of the medical, behavioral, and social needs? | | 20 |
| UCS CAPI Q04 | Upon identification of a significant change, was the member contacted per requirement? | | 4 |
| UCS CAPI Q05 | Was the assessment and care plan reviewed/updated when a change in status/condition was identified? | | 4 |
| UCS CAPI Q06 | Was a patient-centered ICP developed based on the recent assessment and per contractual requirement? | | 20 |
| UCS CAPI Q07 | Did the ICP include measurable goals, interventions and outcomes identified in the assessment? | | 20 |
| UCS CAPI Q08 | Did the care coordinator facilitate member and/or representative participation when developing the ICP? | | 20 |
| UCS CAPI Q09 | Was the ICP shared with the ICT? | | 20 |
| UCS CAPI Q10 | Does the assessment, ICP and service plan accurately reflect the member's current condition and are they congruent? | | 16 |
| Grand Total | | | 164 |

Proprietary information of UnitedHealth Group. Do not distribute or reproduce without express permission of UnitedHealth Group.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Overview - September

UnitedH



| | Was the member assigned to an initial/annual care or risk level? | Was the initial/annual assessment completed or reviewed by a qualified health professional? | Did the initial/annual assessment include an evaluation of the medical, behavioral, and social needs? | Upon identification of a significant change, was the member contacted per requirement? | Was the assessment and care plan reviewed/updated when a change in status/condition was identified? | Was a patient-centered ICP developed based on the recent assessment and per contractual requirement? | Did the ICP include measurable goals, interventions and outcomes identified in the assessment? | Did the care coordinator facilitate member and/or representative participation when developing the ICP? | Was the ICP shared with the ICT? | Does the ICP and accurately member condition they co |
|---|---|---|---|---|---|---|---|---|---|---|
| | 20  20 | 20  20 | 20  20 | 4  4 | 4  4 | 20  20 | 20  20 | 20  20 | 20  20 | 16 |
| | 00.0% | 00.0% | 00.0% | 00.0% | 00.0% | 00.0% | 00.0% | 00.2% | 00.0% | |
| | UCS CAP! Q01 | UCS CAP! Q02 | UCS CAP! Q03 | UCS CAP! Q04 | UCS CAP! Q05 | UCS CAP! Q06 | UCS CAP! Q07 | UCS CAP! Q08 | UCS CAP! Q09 | UCS C |

# Look At Specific Details

Filed 5/29/2026 7:47 AM
erior Court - Suffolk
ket Number

# Specific Area Review - Initial / Annual Assessment



United

- **UCS CAPI Q01**    Was the member  assigned to an initial/annual care or risk level?
- **UCS CAPI Q02**    Was the initial/annual assessment completed or reviewed by a qualified health professional?
- **UCS CAPI Q03**    Did the initial/annual assessment include an evaluation of the medical, behavioral, and social needs?

Items reviewe
Risk level not
Credentials li
Was HRA Co
Was UTR prc
followed?
Copy and Pa



Proprietary information of UnitedHealth Group. Do not distribute or reproduce without express permission of UnitedHealth Group.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Overall Findings for Review Q1-3



* No findings for Questions 1-3

Proprietary Information of UnitedHealth Group. Do not distribute or reproduce without express permission of UnitedHealth Group.

Filed 5/29/2026 7:47 AM
erior Court - Suffolk
ket Number

# Specific Area Review -
# Change in Status / Condition



⊟ **UCS CAPI Q04**   Upon identification of a significant change, was the member contacted per requirement?

⊟ **UCS CAPI Q05**   Was the assessment and care plan reviewed/updated when a change in status/condition was identified?



Items rev
Review notes
of significant ch
needed, wa
assessment c
was the ICP

Proprietary information of UnitedHealth Group. Do not distribute or reproduce without express permission of UnitedHealth Group.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Overall Findings for Review Q4-5



* No findings for this area.

Proprietary information of UnitedHealth Group. Do not disclose or reproduce without express permission of UnitedHealth Group.

Filed 5/29/2026 7:47 AM
erior Court - Suffolk
ket Number

# Specific Area Review - Individualized Care Plan



⊕ **UCS CAPI Q06**    Was a patient-centered ICP developed based on the recent assessment and per contractual requirement?

⊕ **UCS CAPI Q07**    Did the ICP include measurable goals, interventions and outcomes identified in the assessment?

⊕ **UCS CAPI Q08**    Did the care coordinator facilitate member and/or representative participation when developing the ICP?

⊕ **UCS CAPI Q09**    Was the ICP shared with the ICT?

Items revie

- Does t
  all the
  require
  compo
- Does t
  SMAR
- Is there
  service
- All serv
- Progres
  goals?
- Was th
  the PC
- Progres
- Goals a
  medica
- ICP rev
- Membe
  goals a
  reviewe
  membe

...not distri... or reproduce without express permission of UnitedHealth Group.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Overall Findings for Review Q6-9

 Unitedl

- No Findings for this area

Proprietary information of UnitedHealth Group. Do not distribute or reproduce without express permission of UnitedHealth Group.

Filed 5/29/2026 7:47 AM
erior Court - Suffolk
ket Number

# Specific Area Review -
# Plan of Care Review

 UnitedH

⊟ **UCS CAPI Q10**   Does the assessment, ICP and service plan accurately reflect the member's current condition and are they congruent?
⊟ **UCS CAPI Q11**   Was the waiver service plan updated or reviewed per contractual requirement?
⊟ **UCS CAPI Q12**   Were services authorized in accordance with the service plan?

Items reviewed
- Is the inform
  between the
  assessment
  HRA / MDS
- Did the CM
  concerns no
- Did the CM
  identified co
  needed follo
- Did the CM
  course of ac
  respond to a
  need?
- **Question 11**
  **Applicable**



UCS CAPI Q10

Proprietary information of UnitedHealth Group. Do not distribute or reproduce without express permission of UnitedHealth Group.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Overall Findings for Review Q10

 UnitedI

- Congruency findings related to:

  ICP and HRA do not match regarding diagnoses. ICP has Osteoarthri
  problem that member is taking medication for. (Written in notes). Oste
  was not listed on the HRA as a diagnosis.

  Diagnoses from CC was not carried over to the ICP.

  Dizziness listed on HRA but not addressed in ICP. And  HRA indicates
  receiving PERs but PERs not listed in ICP.

  CM indicated that member has breathing problems related to CHF on
  dated 9/5. This was not described in the note section of the ICP. FYI:
  also documented on the ICP that the member has a self reported beh
  health dx that did not get carried over to the HRA.

Proprietary information of UnitedHealth Group. Do not distribute or reproduce without express permission of UnitedHealth Group.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Recommendations



Would focus training with CM on how congruency should be cross w
between what is on HRA and what is documented on Care Plan.

Proprietary information of UnitedHealth Group. Do not distribute or reproduce without express permission of UnitedHealth Group.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Questions







Member information

**Microsoft Excel
Worksheet**

"Reminder:  This information is
use for UHC only.  Do not sh
external parties."

# EXHIBIT 25

**Short Message Report**

| Conversations: 1 | Participants: 6 |
|---|---|
| Total Messages: 34 | Date Range: 4/26/2023 |

**Outline of Conversations**

 **Chat - MDS Team -Burgio Karen-0000000415 - 002 - 04-26-2023**  34 messages on 4/26/2023 •
Burgio, Karen • Castile, Sheila • DeLuca, Melissa • brenda.gonzalez@uhc.co •
leakhena.or@uhc.com • michelle.gour@optum.com

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Superior Court - Suffolk
Docket Number

Case 1:26-cv-12853-PGL    Document 1-6    Filed 06/23/26    Page 438 of 639
**Messages in chronological order** (times are shown in GMT -05:00)

---

💬    **Chat - MDS Team -Burgio Karen-0000000415 - 002 - 04-26-2023**

BG    **brenda.gonzalez@uhc.com**                                    4/26/2023, 11:13 AM
great job everyone!

:+heart: 1 • r                               n

MG    **michelle.gour@optum.com**                                    4/26/2023, 11:13 AM
Yes. thank you all!

MG    **michelle.gour@optum.com**                                    4/26/2023, 11:13 AM
I didn't mean to monopolize for a while there but i made a list of talking points this morning.

LO    **leakhena.or@uhc.com**                                        4/26/2023, 11:14 AM
special thanks to Brenda, Michelle and Thu !! you talked a lot on us behalf

:+heart: 1 • m                               n

BG    **brenda.gonzalez@uhc.com**                                    4/26/2023, 11:14 AM
Gour, Michelle A
I didn't mean to monopolize for a while there but i made a list of talking points this morning.
no awesome entry into convo

:+heart: 1 • r                               n

BG    **brenda.gonzalez@uhc.com**                                    4/26/2023, 11:15 AM
Gonna stick together on this one!

MG    **michelle.gour@optum.com**                                    4/26/2023, 11:16 AM
I was like... I"m just letting it all hang out.  THey need to hear our concerns.. the survey I did... was not bad towards
sandi.. it was bad towards them. their lack of communication and the changes being made.  I will make sure I fill out the
survey more accurately this year.

:+like: 1 • bre ιc                          ....m

MG    **michelle.gour@optum.com**                                    4/26/2023, 11:16 AM
I still feel like they were sugar coating everything.  lol

MG    **michelle.gour@optum.com**                                    4/26/2023, 11:17 AM
There are still RNs that are not on CAPs cuz they are soooo nice and always willing to work.  but their work is subpar!

BG    **brenda.gonzalez@uhc.com**                                    4/26/2023, 11:17 AM
oh yea for sure...thats why i wanted to mention the specific situation...so what is it if i submit an MDS we arent qualified
to received reimbursement for?

MG    **michelle.gour@optum.com**                                    4/26/2023, 11:17 AM
so I'm afraid those "RN assessments" arent going to change anything.  but we shall see.

:+like: 1 • bre ιc                          .....m

MG    **michelle.gour@optum.com**                                    4/26/2023, 11:17 AM

---

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Or get paid less cuz them didn't investigate.

:+like: 1 • brenc                              n

**BG    brenda.gonzalez@uhc.com**                              4/26/2023, 11:19 AM

i think we ask more questions on next meeting about staff assessments

**KB    Burgio, Karen**                              4/26/2023, 11:19 AM

Gour, Michelle A
I still feel like they were sugar coating everything. lol
the reason I didnt say anything. I have watched a state reviewer specifically question an MDS nurse to ask why didnt
they question the error why they allowed it to be submittted..dont get me wrong the state reviewer also questioned the
nurse who did the assessment but the MDS nurse was also held to answering the issue

:+like: 2 • bre                                          in

**BG    brenda.gonzalez@uhc.com**                              4/26/2023, 11:19 AM

agreed!

**CC    Casillo, Cintia F**                              4/26/2023, 11:21 AM

Burgio, Karen
the reason I didnt say anything. I have watched a state reviewer specifically question an MDS nurse to ask why didnt
they question the error why they allowed it to be submittted..dont get me wrong the state reviewer also questioned the
nurse who did the assessment but the MDS nurse was also held …
Just curious: recently? Was the MDS Rn also signing the MDS form?

**MG    michelle.gour@optum.com**                              4/26/2023, 11:21 AM

Burgio, Karen
the reason I didnt say anything. I have watched a state reviewer specifically question an MDS nurse to ask why didnt
they question the error why they allowed it to be submittted..dont get me wrong the state reviewer also questioned the
nurse who did the assessment but the MDS nurse was also held …
Hence my voiced concern about this.

**CC    Casillo, Cintia F**                              4/26/2023, 11:22 AM

(I know our IDs are tied w/ every submission, even thought we no longer "sign" the form)

**BG    brenda.gonzalez@uhc.com**                              4/26/2023, 11:22 AM

yes they are... i saw it with State IT

:+like: 3 • B                    a F                              n

**MG    michelle.gour@optum.com**                              4/26/2023, 11:24 AM

okay.. off to the grocery store and BJs. will check back in later.
🖤
:+heart: 1 • B            n

**MG    michelle.gour@optum.com**                              4/26/2023, 11:24 AM

Thank you all.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION                              UHICMA000206136

**CC** | **Casillo, Cintia F** | 4/26/2023, 11:25 AM

Gonzalez, Brenda
yes they are... i saw it with State IT
yes - but I am curious to how the State sees MDS RNs "submitting" only - not signing the forms (like we do now) versus MDS RNs co-signing/signing the forms (like we did before). Curious to see if the State would question us in the same fashion.

( | **Casillo, Cintia F** | 4/26/2023, 11:26 AM

(I was thinking Karen was referring to her experience outside UHC)

**KB** | **Burgio, Karen** | 4/26/2023, 11:26 AM

Casillo, Cintia F
yes - but I am curious to how the State sees MDS RNs "submitting" only - not signing the forms (like we do now) versus MDS RNs co-signing/signing the forms (like we did before). Curious to see if the State would question us in the same fashion.
if we had it in our job description then maybe

:+like: 1 • Ca       Cintia F

**BG** | **brenda.gonzalez@uhc.com** | 4/26/2023, 11:26 AM

i just think we cant be MDS nurses and say we just submit

:+like: 1 • B        n

**MD** | **DeLuca, Melissa** | 4/26/2023, 11:26 AM

Just an idea: Write minutes for the meeting stating you brought up the concern regarding submissions with no medical records and they are aware.  Perhaps request meeting minutes for next month's meeting to be sent to the team after. You need documentation to prove they are aware of the situation. Right now there is no acknowledgement from them they heard what you were saying. Minutes make them accountable.

:+like: 1 • B        )

**MD** | **DeLuca, Melissa** | 4/26/2023, 11:28 AM

Every meeting should have minutes with "take away" items and who is responsible for following up.

( | **Casillo, Cintia F** | 4/26/2023, 11:30 AM

Gonzalez, Brenda
i just think we cant be MDS nurses and say we just submit
i no longer recall all the J's told us when we starting "submitting" only.... (i recall they mentioning something was run w/ legal. I think Sandi may have something documented concerning our dos/don'ts but honestly... i've no clue of its legal validity )but they we attempting hard to "soften"/ put us at easy, so we would be flex and go along w/ the new practice (which after that original call, i - naively - thought was going to be a pilot). Should I buy a pair of diapers?

**Casillo, Cintia F** | 4/26/2023, 11:32 AM

and, yes, I agree B - to be submitting only, only if we were internally assisting/guiding and the RNCMs submitting w/ the State

**MD** | **DeLuca, Melissa** | 4/26/2023, 11:33 AM

It appears they want us to be data entry workers.

:+like: 1 • B        )

**BG** | **brenda.gonzalez@uhc.com** | 4/26/2023, 11:33 AM

DeLuca, Melissa
Just an idea: Write minutes for the meeting stating you brought up the concern regarding submissions with no medical records and they are aware. Perhaps request meeting minutes for next month's meeting to be sent to the team after. You need documentation to prove they are aware of the situation. R…
oh they are aware... i have had recent emails to Jack about similar scenarios and voiced member does not meet rate

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION                    UHICMA000206137

category

**KB**  **Burgio, Karen**                                                4/26/2023, 11:33 AM

DeLuca, Melissa
It appears they want us to be data entry workers.
I said that recently

:+like: 1 · brenc                              m

**MD**  **DeLuca, Melissa**                                           4/26/2023, 11:37 AM

There are avenues to raise concerns above the J's in regards to this issue. As employees we are all held to the standard
if we suspect something is not right in regards to billing.

:+like: 2 · Bl              · brenc                      m

(   **Casillo, Cintia F**                                              4/26/2023, 11:45 AM

Clearly, the only solution is pre entering the data, and having the J's hitting submit w/ the State
:1f601_beamingfacewithsmilingeyes:  (.... are all user ID's be tied w/ a record? Cac when they recycle, the person pre
entering and the one hitting submit?.... my mind wanders when overwhelmed w/ possibilities....)

:+laugh: ? · B              ı · ore ıc                      n

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION                    UHICMA000206138

# EXHIBIT 26

| | |
|---|---|
| **From:** | Cooney, Kathleen P [/O=UHG-EXCHANGEMAIL/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=KCOONEY] |
| **Sent:** | 4/24/2019 1:01:08 PM |
| **To:** | Cooney, Kathleen P [kathleen.cooney@uhc.com] |
| **Subject:** | Reminder - Time line report for Steve |
| **Start:** | 7/30/2019 4:00:00 PM |
| **End:** | 7/30/2019 4:15:00 PM |
| **Show Time As:** | Busy |
| **Recurrence:** | Weekly |
| | every Tuesday from 5:00 PM to 5:15 PM |

Send report to Angela Jessie, CC Bernadette and Cindy
Example of what it should look like:

- **Need To Know**: [*Name or label the item; this is the brief headline*]
- **Why It Matters**: [*Describe in 1-2 sentences max, why I and leadership need to know—I consider this the impact statement*]
- **Overview**: [*Describe in 1-3 sentences enough for folks to understand the issue*]

- "**Need To Know**: MDS-HC training
- "**Why It Matters**: Accurate MDS-HC assessments drive state Medicaid capitation rates.
- "**Overview**: 2 dedicated MDS-HC trainers started on 4/15/19. Currently shadowing Director of Clinical Operations, the health plan's resident expert as she conducts training for all RN staff over the month of April. Three trainings completed, two more upcoming. All RNs, including managers and supervisors will have been retrained by 4/30/19. Remediation training will start in May.

- "**Need To Know**: MDS-HC Auditing and Backlog
- "**Why It Matters**: New MDS-HC Audit process has increased rejection rate from SCO MDS-HC RNS to field RNs
- "**Overview**: Over the past several months, the state MDS-HC reviewer has continued to reject MDS-HC from our plan and required us to send clinical documentation to justify why we are requesting certain ratings, i.e. AD/CMI and NHC. In order to improve our documentation and decrease state rejections, the MDS-HC team implemented a new audit tool to screen for potential gaps prior to sending to the state MDS-HC reviewer. Although this has improved the accuracy of the clinical documentation being submitted to the state, it has decreased the amount of MDS-HCs that the SCO MDS-HC RNs can process each day from 8-9 to 5-6, causing a backlog of submissions. This coupled with a recent resignation has resulted in a backlog of 1,167 submissions that the team is working to complete in addition to new requests coming in daily. We have asked a former member of the MDS-HC team who is now a field supervisor as well as asked the two new trainers to as to assist with the backlog.

- "**Need To Know**: MDS-HC Staffing Request
- "**Why It Matters**: New processes to improve quality of MDS-HC submitted to the state is impacting staff productivity

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION    UHICMA000093406

- **"Overview**: Staffing ratios for the MDS-HC RN have been steady for the past 3 years, but with the new auditing processes put in place to improve the quality of our submissions, productivity per MDS-HC RN needs to be reevaluated.

- **"Need To Know**: HCBS Affordability
- **"Why It Matters**: YOY HCBS costs are driving outpatient spend
- **"Overview**: The team was able to review the care   and service plans for approximately 300 individual members and have begun remediation efforts where appropriate. Member level remediation data is still being collected but a high-level summary indicates that although the hours and services appear appropriate for many members there are areas of opportunity:
  - Companion services hours- more clear guidelines on when these should be used and more oversight of ASAPs who can implement these services
  - Nighttime PCA hours
  - Discrepancies between what our nurse is reporting for hours in his/her care plan for agency directed versus what the ASAP is providing (PC, companion and home making)
  - Opportunity to decrease PC and HM hours thru ASAP
  - Additional training on the   LTC-FA assessment which drives service our is critical. CMs are not following recommended guidelines for allotting minutes and often times allotting minutes on the upper end and in some cases going over without clear rationale
  - Improving communication with ASAPs to terminate services once additional services are put in place, for example stopping an agency PC worker once a member moves to a self-directed PCA worker
  - Opportunities to reassess members more frequently after an acute event to eliminate increased hours no longer required

- **"Need To Know**: MOC Remediation efforts
- **"Why It Matters**: Remediating care plans in preparation for pending CMS audit
- **"Overview**: Plan has started work to remediate 20K member care plans. The first wave of remediation is targeting the 8K NH level of care members. Some RNs have agreed to OT to help with remediation. Other RNs have declined so that the entire clinical management team is stepping in to review. Once the 8K members are remediated, we will begin remediation of the L1 and L2 members.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION                    UHICMA000093407

# EXHIBIT 27

_____

**From:**     Sanchez, Wendy L [/O=UHG-EXCHANGEMAIL/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=WSANCH2]
**Sent:**     8/9/2019 9:26:38 AM
**To:**       Gonzalez, Brenda [/O=UHG-EXCHANGEMAIL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Bgonza37a53]; Casillo, Cintia F [/O=UHG-EXCHANGEMAIL/OU=First Administrative Group/cn=Recipients/cn=ccasil1]; Phay, Rosa [/O=UHG-EXCHANGEMAIL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Rphay1c67]; Jerez, Sandra R [/O=UHG-EXCHANGEMAIL/OU=First Administrative Group/cn=Recipients/cn=sjerez]; Peguero, Glendalys [/O=UHG-EXCHANGEMAIL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Gpeguero3b8]; Grullon, Jewnifer Y [/O=UHG-EXCHANGEMAIL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Jgrullo1abd]; Zawadzka, Anna [/O=UHG-EXCHANGEMAIL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Azawadzk37d]; Boumjahed, Gabriela R [/O=UHG-EXCHANGEMAIL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Gboumjahdea]; Diaz, Michelle J [/O=UHG-EXCHANGEMAIL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Mdiaz39370]
**CC:**       Alvarez Montano, Jessica [/O=UHG-EXCHANGEMAIL/OU=First Administrative Group/cn=Recipients/cn=ea4f0948-77ad4b6c-8525708e-a6c42]; Cooney, Kathleen P [/O=UHG-EXCHANGEMAIL/OU=First Administrative Group/cn=Recipients/cn=kcooney]; Sullivan, Joanne M [/O=UHG-EXCHANGEMAIL/OU=First Administrative Group/cn=Recipients/cn=a738ed9a-cfbd80b6-85256a31-4ecbe9]
**Subject:**  MDS Team Huddle Recap

**Importance:**  High

Good morning Ladies,

Thank you all for joining the call this morning. To recap our conversation:

- Meeting took place yesterday Thursday 08/08/2019 with Senior Leadership to discuss next step with MDS backlog
  o Immediate Action Plan – Submit MDS assessments from the backlog without auditing to get caught up
    ▪ Submit without audit for the month of August
  o Future Action Plan - Create an action plan for future state to avoid high number of rejections and potentially prevent another backlog
    ▪ To be implemented in the month of September
    ▪ Meetings to take place to create action plan that will support both MDS RNs and RNCMs
- MDS Team will process MDS assessments completed on 06/13/2019 onward in an attempt to save the home visit from expiring
  o Some cases may still need a rejection if there is something that needs to be fixed or will be questioned by state nurse
  o Email will be sent for proper follow up
  o Will submitted rejections that have already been sent out as long as there is no error that will impact our submission/cause a red flag with state
- CAC Team is aware of initiative and will assign MDS activities to MDS RN accordingly
  o MDS RN will get assigned 17 members per day to start with
  o CAC Team will assign 06/13/2019 home visits this morning Friday 08/09/2019 for processing today
    ▪ To be processed no later than Monday 08/12/2019 or visit will expire
  o CAC Team will assign members for next week today Friday 08/09/2019 as well later in the day
  o Assignments based on nearest home visit date
- Outstanding MDS Activities
  o Will be assigned to the TCMA Queue as a place holder
- New Hires will continue to train the proper way and conduct audits as they process MDS activities
  o Trainers are aware and will continue with their new hire training schedule

If I missed anything or something is not clear above please let me know.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION                    UHICMA000169345

Thank you all for your participating this morning. Your insight is of most value in this initiative. We got this!

Please let us know if there are any questions and/or concerns.

Best,
Wendy

---

**From:** Sullivan, Joanne M
**Sent:** Friday, August 09, 2019 8:50 AM
**To:** Sanchez, Wendy L; Monroe, Shadia L; Barbosa, Itamar; Wolfgang, Sandra J; Adach, Alicja; Rush, Karen; Walsh, Kathleen K; Czaporowski, Darleen M; Wilmot, Christine L; Dasilva, Daisy
**Cc:** Cooney, Kathleen P; Alvarez Montano, Jessica; Holzer, Cynthia; Depatie, Anita
**Subject:** RE: Expired MDS Report for Managers by ASAP.xlsx ACTION REQUIRED NEW UPDATE
**Importance:** High

Hi folks
I just spoke with Wendy.
I'm sorry for multiple communications but after reviewing volume again and capabilities we need to adjust the date to June 13th from June 10th.

We will use the cut-off date of June 13 2019. Any Home Visit expired (MDS-HC) **on or after June 13 on this report will be processed** by the MDS Team et. al ☺
Any Home Visit expired (MDS-HC) **prior to June 13** will need to be re-done by field staff and resubmitted to the MDS Team for processing.

**Joanne M. Sullivan, MSN, GNP-BC**
Sr. Health Services Director, Community Setting
UnitedHealthcare Community Plan
Massachusetts
774 314 0304 (cell)
781 472 8515 (office)
855 413 9758 (fax)
joanne_m_sullivan@uhc.com

 Winner of the NPS Award for a Small Health Plan.

*This message and any attachments are intended solely for the addressee. The information contained herein is confidential, may be legally privileged or exempt from disclosure pursuant to applicable law. If the reader of this communication is not the intended recipient, you are hereby notified that you have received this communication in error and that any use, review, dissemination, distribution, forwarding or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail, and delete this e-mail and any copy thereof.*

---

**From:** Sullivan, Joanne M
**Sent:** Thursday, August 08, 2019 7:19 PM
**To:** Sanchez, Wendy L; Monroe, Shadia L; Barbosa, Itamar; Wolfgang, Sandra J; Adach, Alicja; Rush, Karen; Walsh, Kathleen K; Czaporowski, Darleen M; Wilmot, Christine L; Dasilva, Daisy
**Cc:** Cooney, Kathleen P; Alvarez Montano, Jessica; Holzer, Cynthia; Depatie, Anita
**Subject:** RE: Expired MDS Report for Managers by ASAP.xlsx ACTION REQUIRED NEW UPDATE
**Importance:** High

Good Evening Everyone

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

I hope you are doing well.

I have some additional news to share with you. Please take note and action and share with your teams in the morning.

I was able to work with Wendy and the MDS Team to help reduce the number of MDS-HCs that need to be re-done. We will use the cut-off date of June 10 2019. Any Home Visit expired (MDS-HC) **on or after June 10 on this report will be processed** by the MDS Team et. al ☺

Any Home Visit expired (MDS-HC) **prior to June 10** will need to be re-done by field staff and resubmitted to the MDS Team for processing.

Use the first column, MDS Home Visit Date (HV Date) to filter. Unclick dates in June; June 10th – June 30th;  what is left is what needs to be done.

This will take us from 928 to 563.

Please reach out if you have questions.

The message to your teams is what I communicated above.

We were able to collaborate together (clinical and clinical operations) to reduce the number of MDS-HCs that need to be redone based on Home Visit Expiring.

There are still MDS-HCs that do need to be re-done. Thank you for doing them.  We appreciate your patience and understanding. We are working to implement process improvements.

*Joanne M. Sullivan, MSN, GNP-BC*

Sr. Health Services Director, Community Setting

UnitedHealthcare Community Plan

Massachusetts

774 314 0304 (cell)

781 472 8515 (office)

855 413 9758 (fax)

joanne_m_sullivan@uhc.com


Winner of the NPS Award
for a Small Health Plan

*This message and any attachments are intended solely for the addressee. The information contained herein is confidential, may be legally privileged or exempt from disclosure pursuant to applicable law. If the reader of this communication is not the intended recipient, you are hereby notified that you have received this communication in error and that any use, review, dissemination, distribution, forwarding or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail, and delete this e-mail and any copy thereof.*

**From:** Sanchez, Wendy L
**Sent:** Tuesday, August 06, 2019 5:23 PM
**To:** Monroe, Shadia L; Barbosa, Itamar; Wolfgang, Sandra J; Adach, Alicja; Rush, Karen; Walsh, Kathleen K; Czaporowski, Darleen M
**Cc:** Sullivan, Joanne M; Cooney, Kathleen P; Alvarez Montano, Jessica; Holzer, Cynthia; Depatie, Anita
**Subject:** Expired MDS Report for Managers by ASAP.xlsx

Hello Team,

Great conversations at today's meeting. Thank you all for the input and support. We really appreciate it!

As discussed, attached you will find a report of members with home visit dates that have expired or that are about to expire. The data provided includes member details along with care level and next HRA information.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

UHICMA000169347

**Next Steps:**
- CSMs will meet with their teams to make them aware of members who require home visit for completion of a new MDS assessment
- RNCM is to complete home visit along with documentation required to submit MDS to the state
  - There will be **MDS Submission activities** listed in member's record under Outstanding activities - **DO NOT touch** these activities
    - These activities will be transferred to the TCMA work queue as a place holder until MDS has been submitted to the state
  - Once MDS assessment is completed, RNCM is to create a new MDS Submission activity to the MDS RN Coordinator work queue for state submission
    - *FOR ADCMI Members* – RNCM must update the HRA date assigned to the GSSC based on HRA completed along with MDS
- Joanne will meet with Chris Wilmot to discuss MDS completed by the admission team requiring reassessment

Best,
Wendy ☺

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

# EXHIBIT 28

**From:** Sanchez, Wendy L [/O=UHG-EXCHANGEMAIL/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=WSANCH2]
**Sent:** 1/13/2020 5:46:11 PM
**To:** Sanchez, Wendy L [wendy.sanchez@uhc.com]; Smith, Edward J. (UHC Govt. Programs BasiS Team) [edward_smith@uhc.com]; Alvarez Montano, Jessica [jessica_alvarez@uhc.com]
**CC:** Cotugno, Ashley [ashley.cotugno@uhc.com]

**Subject:** MA - MDS Ammenments & Rejections ISSUE=100111 PROJ=18 (KRB Reply 01092020)
**Attachments:** ATT55275
**Location:** WebEx

**Start:** 1/15/2020 3:00:00 PM
**End:** 1/15/2020 3:30:00 PM
**Show Time As:** Busy

**Required Attendees:** Smith, Edward J. (UHC Govt. Programs BasiS Team); Alvarez Montano, Jessica
**Optional Attendees:** Cotugno, Ashley

Hi Edward,

Thank you for reaching out. We are happy to meet. Please let us know if this time does not work.

Best,
Wendy

---

**From:** Smith, Edward J. (UHC Govt. Programs BasiS Team)
**Sent:** Thursday, January 09, 2020 9:35 PM
**To:** Alvarez Montano, Jessica; Sanchez, Wendy L
**Cc:** Cotugno, Ashley
**Subject:** RE: MA - MDS Ammenments & Rejections ISSUE=100111 PROJ=18 (KRB Reply 01092020)

Jessica & Wendy – I am looking in to what on Kevin's plate is competing with this report and will expedite. He has a lot of questions regarding the report – if you'd like to meet quickly we can facilitate.
-Ed

**Edward J. Smith**
UnitedHealthcare Government Programs
NY965-1000
(763) 292 - 6655

Edward J. SmitH F60.81

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

**From:** Bowling, Kevin R
**Sent:** Thursday, January 09, 2020 5:56 PM
**To:** Alvarez Montano, Jessica
**Cc:** Sanchez, Wendy L; Cotugno, Ashley; Smith, Edward J. (UHC Govt. Programs BasiS Team)
**Subject:** RE: MA - MDS Ammenments & Rejections ISSUE=100111 PROJ=18 (KRB Reply 01092020)

Hello Jessica,

I appreciate the explanation below and am sympathetic to the situation your team and you are in.   I also appreciate that you understand that my current workload has other items that I am needing to complete first due to contractual obligations that I am working on as a shared resource for 5 states, including yours.   I also understand that some of the information that I am providing may be very confusing or difficult to understand, so that is okay as we are all learning to more effectively communicate with one another to understand how to improve in this area on both sides.   With that said, I am needing you to help me to help you because I need to have firm requirements to assure that I provide you with the information you are needing to fulfill/resolve the business case mentioned below to enable you and your team to use the report once it is promoted to production to be a value add for your organization.

As I mentioned to Wendy in the reply below, there are questions below that have been asked that are required to be answered by you and/or her to assure that we provide an accurate work product that will help your team and you resolve the business case below.   With that said, let's do this one step at a time to discuss the issue that we need to have answered to assure we can move forward when I am able to work on this so that there would be no further delays.

1. The format of the report that was provided last year will not work since it is a combination of grabbing the most recent records and getting a count (which is a summary of counting the entire detail information, not just the most recent information) as well.   The current existing report within production is at the detailed level only, so we have added a considerable amount of information to that report, but it would be advantageous for us to leave the level of the report to be at a detailed level compared to including both most recent and summary values (where we added the count information for rejections, submissions, and amendments).   Only having this information at the detailed level would also be the fastest option for us to complete this request as well.   I have placed an example report for only one member out in
\\nasv0048\uhccs_bi_reporting\AC_Reporting\NM_100111\NM_100111_REQUIREMENTS_REPORTING_FORMA TTING_TABS.xls containing three tabs (DETAIL, MOST RECENT, and SUMMARY).   I am needing you to review to assure that we have all of the information that you are needing for whatever options you are needing.   I am needing you to tell me which tabs you are wanting with the understanding that the more tabs you request the longer it will take to complete this request.   Here is the breakout for you along with the section for you to choose if you want the information in the report shown in this way:   Jessica, please answer Y or N for each tab listed below.   Based on the urgency you conveyed in your reply, it sounds like you are wanting the fastest option that provides the detail information to you so this can be completed sooner and moved to production sooner for your team to use.   Do you agree?   **(JESSICA ANSWER Y/N)?**

   a. DETAIL – the information can contain dates and more detailed information to show every instance in detail that you are needing.   **(JESSICA ANSWER Y/N)?**

   b. MOST RECENT – the information provided shows the most recent record only from the detailed information.   **(JESSICA ANSWER Y/N)?**

   c. SUMMARY TAB – the information provided shows a summarization of items to group a set of information (preferably without any dates in the grouping to count against), especially since you are wanting to count rejections, submissions, and amendments. **(JESSICA ANSWER Y/N)?**

   Just to reiterate, for the fastest return and completion of this (which seems like what you are requesting for) would be for the choice above to only be for DETAIL tab, but understand that if you want more than one of the tabs, we will do it even though it will take longer to complete.   Look forward to your decision on this one, and based on the answer, we will further discuss other questions/answers as they may apply.   Thanks for your help and follow up.   Have a good day.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION                    UHICMA000039618

krb

Kevin R. Bowling

**UnitedHealthcare**

Business Analytics Sciences Insights & Strategies (BASIS)

Healthcare Economics Consultant

8 Cadillac Drive, Creekside Crossing II

Brentwood, TN 37027

Phone: (763) 361 2300

**From:** BI Reporting [mailto:bireporting@uhc.com]
**Sent:** Thursday, January 09, 2020 6:41 AM
**To:** Bowling, Kevin R
**Subject:** MA - MDS Ammenments & Rejections ISSUE=100111 PROJ=18

When replying, type your text above this line.

**History\Notes:**
*Entered on 01/09/2020 at 06:41:35 CST (GMT-0600) by jessica_alvarez@uhc.com:*
Good Morning

I appreciate your response and it came a pivot time as we are entering 2020 with initiatives that need to be addressed related to affordability. I want to ensure that we have a clear understanding on the importance of this report. The request for this report was submitted over 2 months ago. The report ties to our financial capitation from the state for our members based on the clinical assessments completed by an RN and submitted to the state. The rate of our rejections related to clinical documentation discrepancies has increased by 50% since May 2019. This increase has significantly impacted our ability to submit timely which has a direct impact on revenue payment. This report was developed to allow us to focus on the rate of rejection by team and more importantly by RN to allow us to develop a metric to provide remediation to management and/or clinical field staff. Without this report we have no line of sight into the rate of rejection and more importantly to staff that requires remediation. This methodology that we need to implement will allow us to retrain staff which will decrease the rate of rejection and increase our rate of submission timely.

It is imperative that we develop this report sooner than later and hoping your team can support the initiative.

Thank you

Jessica

From: BI Reporting [mailto:bireporting@uhc.com]
Sent: Wednesday, January 8, 2020 5:41 PM
To: Alvarez Montano, Jessica
Subject: MA - MDS Ammenments & Rejections ISSUE=100111 PROJ=18

[Duplicate message snipped]
*Entered on 01/08/2020 at 16:41:00 CST (GMT-0600) by Kevin Bowling:*

Hello Wendy,

      I am still working on the contractual items for another state and will be through the end of this month (January 2020).   I am hoping to review this information by early February 2020 pending there are no other items that are

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

deemed as a "higher priority" by the management team on my end and based on what items are answered below will determine when the report option chosen by you and your leadership will determine when this information is completed.

The biggest issue in the changes that have been requested to take place take the report from a detailed format (which is the format currently in Orbit production) to a combination of detailed (most recent submission, rejection, or amendment information) along with now counting results, which changes the granularity to a summary report.   When the granularity of the report changes from detail to summary, then the recommended method would be to completely break out the information into a detailed tab and summary tab (for the counts), which is what the changes requested have turned the report into for this to be successful.   With that said, I am needing you to choose which option for the report output that you are needing (as I will estimate how long each option will likely take to complete for you as well) as noted below.   If you go to \\nasv0048\uhccs_bi_reporting\AC_Reporting\NM_100111\ ,you will find the NM_100111_REQUIREMENTS_REPORTING_FORMATTING_TABS.xls, which contains a member example data breakout based on the DETAIL, MOST RECENT, and SUMMARY tabs.   We must make sure that each tab that you select presents a business case considering the amount of continual changes that have been requested along with making sure that the results for the report are accurate and easy to read for multiple audiences.   If you are needing a recommendation, I would recommend that you start with the DETAIL tab only so that this can be completed sooner than later, along with the fact that the DETAIL tab contains all of the information that you need since the current version in Orbit production is also at the DETAIL level.

- DETAIL TAB – the information can contain dates and more detailed information to show every instance in detail that you are needing.

- SUMMARY TAB – the information provided shows a summarization of items to group a set of information (preferably without any dates in the grouping to count against), especially since you are wanting to count rejections, submissions, and amendments.

As mentioned above, you can review the NM_100111_REQUIREMENTS_REPORTING_FORMATTING_TABS.xls   in the \\nasv0048\uhccs_bi_reporting\AC_Reporting\NM_100111\ to review the example report provided so you can select the information you want for the report which contains a member example data breakout based on the DETAIL, MOST RECENT, and SUMMARY tabs.   The separate tab output as shown will have to be the way that I display the information for you, but you can determine whether you want only one, two, or all three tabs (the more tabs you want the longer the request will take to complete).   Please let me know what you choose.

I want to make sure that we have accurate information so that we can provide you with a solution to the actual business need/business case for this request.   I have provided my answers below in the email from Monday, December 16, 2019 10:25 AM from you in the email chain below in bold blue print as KRB 1/7/2020 Reply, and if there is information needed from you then it will show Pending answer from Wendy.   To assure that I can move forward with my part of making changes to this report accurately with no rework, I will need these to be answered in writing and the report format requirements to be approved before I can start working on this request.

If you have questions regarding how to perform a screen shot in an excel spreadsheet, then I would recommend joining the https://hubconnect.uhg.com/groups/microsoft-excel-tips-and-tricks group internal to UHG so you can ask the question, if needed. If you are having additional trouble understanding the granularity explanation above, then I

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION                    UHICMA000039620

would recommend that you ask your leadership team to provide you with a business analyst resource from the healthplan to help in the understanding of this matter, if needed.

I want to make sure that I have everything that I need in order to fulfill this request and help you in doing so.   To make sure that I can start on this at the estimated time from above in the first paragraph, please make sure that all questions are answered and that the specific tabs from above that you are needing are selected as well.   I appreciate your help, follow up, and cooperation.   Thanks for your help and follow up.   Have a good day.

krb

Kevin R. Bowling

## UnitedHealthcare

Business Analytics Sciences Insights & Strategies (BASIS)

Healthcare Economics Consultant

8 Cadillac Drive, Creekside Crossing II

Brentwood, TN 37027

Phone: (763) 361 2300

**From:** Sanchez, Wendy L
**Sent:** Monday, January 06, 2020 11:13 AM
**To:** Cotugno, Ashley; Bowling, Kevin R
**Subject:** RE: MA - MDS Ammenments & Rejections ISSUE=100111 PROJ=18 (KRB Reply Results Provided 10/30/2019) KRB Reply 12232019
**Importance:** High

Good morning Kevin,

Could we please get a status update on this ticket? The health plan has had this ticket opened for a long time. Senior leadership is inquiring.

Thank you,

Wendy

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION                    UHICMA000039621

**From:** Bowling, Kevin R
**Sent:** Monday, December 23, 2019 9:18 AM
**To:** Cotugno, Ashley; Sanchez, Wendy L
**Subject:** RE: MA - MDS Ammenments & Rejections ISSUE=100111 PROJ=18 (KRB Reply Results Provided 10/30/2019) KRB Reply 12232019

Hello Ashley,

      I am working on contractual items for other states and other reports prioritized by my manager, so this is prioritized to be reviewed at a later time.    I will get a chance to look at this in 2020.   Thanks for your help and follow up.   Have a good day.

krb

Kevin R. Bowling

# UnitedHealthcare

Business Analytics Sciences Insights & Strategies (BASIS)

Healthcare Economics Consultant

8 Cadillac Drive, Creekside Crossing II

Brentwood, TN 37027

Phone: (763) 361 2300

**From:** Cotugno, Ashley
**Sent:** Monday, December 23, 2019 8:12 AM
**To:** Sanchez, Wendy L; Bowling, Kevin R
**Subject:** RE: MA - MDS Ammenments & Rejections ISSUE=100111 PROJ=18 (KRB Reply Results Provided 10/30/2019)

Hi Kevin,

Just wanted to follow up to see if you were able to take a look at this?

Thanks so much!

Ashley

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

UHICMA000039622

**Ashley Cotugno (DePietro)**

Program Strategist, MA, MI, PA – BASIS

Business Analytics Sciences Insights & Strategies

950 Winter Street Ste. 3800
Waltham, MA 02451

ashley.depietro@uhc.com

p. (781) 419-8591   ·   f.   (855) 783-8199

**From:** Sanchez, Wendy L
**Sent:** Monday, December 16, 2019 10:25 AM
**To:** Bowling, Kevin R
**Cc:** Cotugno, Ashley
**Subject:** RE: MA - MDS Ammenments & Rejections ISSUE=100111 PROJ=18 (KRB Reply Results Provided 10/30/2019)

Good morning Kevin,

Ashley and I spent some time reviewing the report below and found the following discrepancies/questions/concerns:

Column G: DAYS_TO_COMPLETE

- Just to confirm are these days are the days from home visit date to when it was state approved?   KRB 1/7/2020 Reply – I am needing you to go to Community Care and get a screen shot for a member within one of the existing reports from the link above to enable us to see the data to compare to in the report to see if the information already exists.   If not, we will have something to reference to find the information you are looking for.   Please provide the information requested via screen shot/in writing.   Pending answer from Wendy.

- 
    - Should we add a column next to the ASSESSMENT_HOME_DT for the state approved date?   KRB 1/7/2020 Reply – I cannot answer this, but if you add date fields like this one you are not able to properly build a SUMMARY version of the report, only DETAIL.   You will have to answer this as part of the requirements that you and/or your leadership must provide to Ashley and me.   Pending answer from Wendy.

Column K: ACTIVITY

- We need to include activity outcome for these activity

    - Should most recent activity outcome for a submission, rejection, or amendment   KRB 1/7/2020 Reply – If you are wanting to appropriately count the detail data to be used for a summary, then you are only needing to have DETAIL tab.   Having this information separate would require a separate tab from the DETAIL and SUMMARY tab to assure accurate information is returned.   If you want this

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

UHICMA000039623

extra tab added, then this would add considerable amount of time to complete the request.   Confirm if you want this "MOST_RECENT" tab or not.   This should not be combined into either the DETAIL and/or SUMMARY tab.   Pending answer from Wendy.

Summary tabs at the end of the report

- There should be 1 row per member to display the count for a submission, rejection, or amendment KRB 1/7/2020 Reply –   If you are wanting to appropriately count the detail data to be used for a summary, then you are only needing to have DETAIL tab.   Having this information separate would require a separate tab from the DETAIL and SUMMARY tab to assure accurate information is returned.   If you want this extra tab added, then this would add considerable amount of time to complete the request.   Confirm if you want this "MOST_RECENT" tab or not.   This should not be combined into either the DETAIL and/or SUMMARY tab.   Pending answer from Wendy.

Examples to review:

00013520050

- Member appears with 5 rows   KRB 1/7/2020 Reply –   If you are wanting to appropriately count the detail data to be used for a summary, then you are only needing to have DETAIL tab.   Having this information separate would require a separate tab from the DETAIL and SUMMARY tab to assure accurate information is returned.   If you want this extra tab added, then this would add considerable amount of time to complete the request.   Confirm if you want this "MOST_RECENT" tab or not.   This should not be combined into either the DETAIL and/or SUMMARY tab.   Pending answer from Wendy.

    o   2 rejections rows

    o   3 submissions rows

00016065549

- Member is missing submissions activities   I am needing you to go to Community Care and get a screen shot for a member within one of the existing reports from the link above to enable us to see the data to compare to in the report to see if the information already exists.   If not, we will have something to reference to find the information you are looking for.   Please provide the information requested via screen shot/in writing.   Pending answer from Wendy.

00010023024

- Member had a total of 4 submissions - yet report only displays 2   KRB 1/7/2020 Reply- I am needing you to go to Community Care and get a screen shot for a member within one of the existing reports from the link above to enable us to see the data to compare to in the report to see if the information already exists.   If not, we will have something to reference to find the information you are looking for.   Please provide the information requested via screen shot/in writing.   Pending answer from Wendy.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Status

- What is the logic for this column?   KRB 1/7/2020 Reply- On 8/26/2019, as noted in the history for the Numara ticket, you requested to have the report only show "Successful: Completed" results, which in turn also impacted the results to only show "Closed" statuses as well.   Do you want to keep this or not?   Pending answer from Wendy.

    o Currently all records appears as "Closed"

        - We tend to have multiple records pending submission on a daily basis

        - Unsure why

Column J

- Should be the name of the person who performed the activity   KRB 1/7/2020 Reply- I am needing you to go to Community Care and get a screen shot for a member within one of the existing reports from the link above to enable us to see the data to compare to in the report to see if the information already exists.   If not, we will have something to reference to find the information you are looking for.   Please provide the information requested via screen shot/in writing.   Pending answer from Wendy.


- Currently report is pulling the name of the person who scheduled the activity   KRB 1/7/2020 Reply- I am needing you to go to Community Care and get a screen shot for a member within one of the existing reports from the link above to enable us to see the data to compare to in the report to see if the information already exists.   If not, we will have something to reference to find the information you are looking for.   Please provide the information requested via screen shot/in writing.   Pending answer from Wendy.


Medicaid ID

- Can we add this member identified to the report?   KRB 1/7/2020 Reply-   I should be able to add this field for you and will work on this during time mentioned above.


Thanks,

Wendy


*Entered on 12/23/2019 at 08:26:31 CST (GMT-0600) by Edward Smith:*
I will be out of the office the afternoon of Friday December 20th through Wednesday January 1st, 2020.
I will return to the office Thursday January 2nd, 2020.
If you need immediate help please email the monitored BasiS support email box at: BASIS Program Support
For other issues please contact: Ashley Cotugno (ashley.cotugno@uhc.com)
For emergencies please contact Mary Wilson at Wilson, Mary B (UHC Community and State).
Thanks!

*Entered on 12/23/2019 at 08:24:26 CST (GMT-0600) by Kevin Bowling:*

Hello Ashley,

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION    UHICMA000039625

I am working on contractual items for other states and other reports prioritized by my manager, so this is prioritized to be reviewed at a later time.    I will get a chance to look at this in 2020.    Thanks for your help and follow up.    Have a good day.

krb

Kevin R. Bowling

## UnitedHealthcare

Business Analytics Sciences Insights & Strategies (BASIS)

Healthcare Economics Consultant

8 Cadillac Drive, Creekside Crossing II

Brentwood, TN 37027

Phone: (763) 361 2300

**From:** Cotugno, Ashley
**Sent:** Monday, December 23, 2019 8:12 AM
**To:** Sanchez, Wendy L; Bowling, Kevin R
**Subject:** RE: MA - MDS Ammenments & Rejections ISSUE=100111 PROJ=18 (KRB Reply Results Provided 10/30/2019)

Hi Kevin,

Just wanted to follow up to see if you were able to take a look at this?

Thanks so much!

Ashley

Ashley Cotugno (DePietro)

Program Strategist, MA, MI, PA – BASIS

Business Analytics Sciences Insights & Strategies

950 Winter Street Ste. 3800
Waltham, MA 02451

ashley.depietro@uhc.com

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

p. (781) 419-8591  ·  f.  (855) 783-8199

**From:** Sanchez, Wendy L
**Sent:** Monday, December 16, 2019 10:25 AM
**To:** Bowling, Kevin R
**Cc:** Cotugno, Ashley
**Subject:** RE: MA - MDS Ammenments & Rejections ISSUE=100111 PROJ=18 (KRB Reply Results Provided 10/30/2019)

Good morning Kevin,

Ashley and I spent some time reviewing the report below and found the following discrepancies/questions/concerns:

Column G: DAYS_TO_COMPLETE

- Just to confirm are these days are the days from home visit date to when it was state approved?

- 
    - Should we add a column next to the ASSESSMENT_HOME_DT for the state approved date?

Column K: ACTIVITY

- We need to include activity outcome for these activity

    o Should most recent activity outcome for a submission, rejection, or amendment

Summary tabs at the end of the report

- There should be 1 row per member to display the count for a submission, rejection, or amendment

Examples to review:

00013520050

- Member appears with 5 rows

    o 2 rejections rows

    o 3 submissions rows

00016065549

- Member is missing submissions activities

00010023024

- Member had a total of 4 submissions - yet report only displays 2

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION                    UHICMA000039627

Status

- What is the logic for this column?

  o Currently all records appears as "Closed"

    - We tend to have multiple records pending submission on a daily basis

    - Unsure why

Column J

- Should be the name of the person who performed the activity

- 

  - Currently report is pulling the name of the person who scheduled the activity

Medicaid ID

- Can we add this member identified to the report?

Thanks,

Wendy

*Entered on 11/22/2019 at 16:36:09 CST (GMT-0600) by Edward Smith:*
I will be out of the office Monday November 25th - Wednesday November 27th.
I will return Monday December 2nd after the Thanksgiving holiday.
If you need immediate help please email the monitored BasiS support email box at: BASIS Program Support
For other issues please contact: Ashley Cotugno (DePietro)ashley.cotugno@uhc.com
For emergencies please contact Mary Wilson at Wilson, Mary B (UHC Community and State).
Thanks!

*Entered on 11/01/2019 at 16:39:19 CDT (GMT-0500) by Kevin Bowling:*

Hello Wendy,

I have made the changes below and the results are located within
\\nasv0048\uhccs_bi_reporting\AC_Reporting\NM_100111\ in the file ending with 10302019.     Thanks for your help
and follow up.   Have a good day.

krb

Kevin R. Bowling

**UnitedHealthcare**

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION                    UHICMA000039628

Healthcare Economics Consultant

8 Cadillac Drive, Creekside Crossing II

Brentwood, TN 37027

Phone: (763) 361 2300

*Entered on 10/30/2019 at 11:46:12 CDT (GMT-0500) by **Ashley** DePietro:*
Hi Kevin!
Just FYI I got an email from Jessica Alvarez Montano and she would like to change the frequency of this report to biweekly and run  Monday and Friday.

I have scheduled the current version in Orbit to run biweekly and output to the folder below.
\\nasv0048\uhccs_bi_reporting\AC_Reporting\MA_SCO_MDS_Amendments_and_Rejections

Thanks,
Ashley

*Entered on 10/30/2019 at 10:42:48 CDT (GMT-0500) by **Kevin** Bowling:*

Hi Kevin,

Welcome back!   I took a look at this with Wendy and I think the issue might just be that we need to add the activity dates.

The process is essentially an RN goes out to see the member and submits the MDS-HC assessment.

Once that is done an activity is created and reviewed by another team and after that the MDS will be either submitted to the state, rejected, or amended.   We are capturing all of the assessment detail but we also need to add in the activity dates (it should display the activity name, created date, created by, performed date, performed by, outcome, outcome notes, as well as the summary column for the total number of activities done and we should have separate sets of columns for the MDS submission, rejection, and amendment, submission w/ State approved outcome)

Let me know if that doesn't make sense!

Thanks,

Ashley

Ashley DePietro

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Program Strategist - BASIS

Business Analytics Sciences Insights & Strategies

950 Winter Street Ste. 3800
Waltham, MA 02451

ashley.depietro@uhc.com

p. (781) 419-8591   ·   f.   (855) 783-8199

Upcoming PTO: October 15th- October 29th

*Entered on 09/26/2019 at 17:11:47 CDT (GMT-0500) by Kevin Bowling:*

Hello Wendy and Ashley,

I found an example when attempting to make changes to the report which shows a case where there are two instances for a patient where the activity is showing the "submission" status and having two MDS RN or CACs with the same performed date, causing there to be more than one record to show up for this case.   In order for me to only show one of these records for the highlighted members shown below, do you want me to remove the columns I and J in order to get the members to collapse into one row and not show duplicate records?   This is the only way to accurately portray this information.   I have also placed the latest version of the report within \\nasv0048\uhccs_bi_reporting\AC_Reporting\NM_100111\ in the file ending with 09042019.    Thanks for your help and follow up.   Have a good day.

krb

Kevin R. Bowling

## UnitedHealthcare

Healthcare Economics Consultant

8 Cadillac Drive, Creekside Crossing II

Brentwood, TN 37027

Phone: (763) 361 2300

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION          UHICMA000039630

*Entered on 09/04/2019 at 17:05:18 CDT (GMT-0500) by **Kevin Bowling:***

Hello Wendy and Ashley,

I found an example when attempting to make changes to the report which shows a case where there are two instances for a patient where the activity is showing the "submission" status and having two MDS RN or CACs with the same performed date, causing there to be more than one record to show up for this case. In order for me to only show one of these records for the highlighted members shown below, do you want me to remove the columns I and J in order to get the members to collapse into one row and not show duplicate records? This is the only way to accurately portray this information. I have also placed the latest version of the report within \\nasv0048\uhccs_bi_reporting\AC_Reporting\NM_100111\ in the file ending with 09042019. Thanks for your help and follow up. Have a good day.

krb

Kevin R. Bowling

## UnitedHealthcare

Healthcare Economics Consultant

8 Cadillac Drive, Creekside Crossing II

Brentwood, TN 37027
Phone: (763) 361 2300

*Entered on 08/27/2019 at 17:01:34 CDT (GMT-0500) by **Kevin Bowling:***

Hello Ashley and Wendy,

Okay, sounds good. I have completed the results for the changes requested below and placed the information in the \\nasv0048\uhccs_bi_reporting\AC_Reporting\NM_100111\ folder for you to review in the data file named NM_100111_YTD_DATA_08272019.xls. Upon review, which basically means perform a business validation on 3 or 4 of the records to make sure the information is correct and you approve the changes to be moved up to Orbit production to the existing report. Thanks for your help and follow up. Have a good day.

krb

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

UHICMA000039631

Kevin R. Bowling

# UnitedHealthcare

Healthcare Economics Consultant

8 Cadillac Drive, Creekside Crossing II

Brentwood, TN 37027

Phone: (763) 361 2300

**From:** DePietro, Ashley
**Sent:** Monday, August 26, 2019 8:24 PM
**To:** Bowling, Kevin R; Sanchez, Wendy L
**Cc:** Alvarez Montano, Jessica
**Subject:** RE: MA - MDS Ammenments & Rejections ISSUE=100111 PROJ=18 (KRB Results Provided 4)

Hi Kevin,

We don't want to remove rejections we just want to exclude assessments that were not actually completed. In this example the assessment from 2/19 would not be valid.   We would want to show the show the most recent rejection, amendment, or submission (3 columns) as well as the count of number of activities for each (another 3 columns)   I think we would want to see any assessment completed YTD, these can drag on a little bit so I think limiting the date on just one piece of it makes the most sense.

One tab is fine for this, we don't need to see the summary and detail just the summaries.

Ashley DePietro

Program Strategist - BASIS

Business Analytics Sciences Insights & Strategies

950 Winter Street Ste. 3800
Waltham, MA 02451

ashley.depietro@uhc.com

p. (781) 419-8591   ·   f.   (855) 783-8199

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

*Entered on 08/26/2019 at 18:22:16 CDT (GMT-0500) by **Kevin Bowling:***

Hello Ashley,

Okay, sounds good.   I have completed most of the changes requested below from the detail aspect of what they are asking for and have removed the rejections mentioned as well.   I do have some questions regarding some clarification on what is being asked for in the template and what is being asked   for below in the requirement context.

1.   I see below where they are wanting to remove the rejections from the detail data, but in the attached spreadsheet template, there is a section to count the rejections and count amendments as well, so I wanted to clarify whether they want the output for the detail to show the most recent set of information for a member (for example, show the most recent activity whether it is a rejection, amendment, or submission) or to show all of the activity.   Is this what they want or do they want to see a detail breakout of each of those statuses?   Do they also want to see only the most recent activity or any activity meeting the criteria from YTD?   I saw where they wanted to remove duplicate data, so seeing the most recent event for the subscriber/member would allow deduplication of the data at the detail level as long as we don't filter out the amendments and rejections.   Just want to make sure we have clear information to assure that I can provide an accurate work product.

2.   It sounds like they are requesting to have a summary report based on the count of amendments, rejections, and submissions, so are they needing this report to be a multi-tab report with a detail and summary tab (or will there be multiple detail tabs and one summary tab)?   If so, this will take longer to develop in either Crystal or Talend.   If they want the summary to produce the counts, then what specific fields would they want me to group by?

Thanks for your help and follow up.   Have a good day.

krb

Kevin R. Bowling

## UnitedHealthcare

Healthcare Economics Consultant

8 Cadillac Drive, Creekside Crossing II

Brentwood, TN 37027

Phone: (763) 361 2300

*Entered on 08/26/2019 at 16:42:58 CDT (GMT-0500) by **Kevin Bowling:***

Hi Kevin,

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION           UHICMA000039633

Wendy took a look at the updates you provided and her feedback is below.   If anything doesn't make sense please let me know!

Member ID 00011324147, the performed date is pulling as 2/19 but it should actually be 2/18.   The one from 2/19 was cancelled.   We would only want to include assessments that are completed and successful.

Would it also be possible to move the MDS Home visit date into column D, MDS Performed Date column E and remove the column called Performed date, it looks like that one is for the previous assessments, they would only want to see the most recent.

We were also wondering if you would be able to add the summaries that would condense some of the duplicates and   show the # of activities by type and the most recent details.   The attached document has the layout for that.

Ashley DePietro

Program Strategist - BASIS

Business Analytics Sciences Insights & Strategies

950 Winter Street Ste. 3800
Waltham, MA 02451

ashley.depietro@uhc.com

p. (781) 419-8591   ·   f.   (855) 783-8199

*Entered on 08/20/2019 at 17:25:02 CDT (GMT-0500) by **Kevin** Bowling:*

Hello Wendy,

         I have reviewed the additional requirements and added those to the report NM_100111_YTD_DATA_08202019.xls out in the   \\nasv0048\uhccs_bi_reporting\AC_Reporting\NM_100111\ folder for you to review.   Upon review, which basically means perform a business validation on 3 or 4 of the records to make sure the information is correct and you approve the changes to be moved up to Orbit production to the existing report.   Thanks for your help and follow up.   Have a good day.

krb

Kevin R. Bowling

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

UHICMA000039634

**UnitedHealthcare**

Healthcare Economics Consultant

8 Cadillac Drive, Creekside Crossing II

Brentwood, TN 37027

Phone: (763) 361 2300

*Entered on 08/12/2019 at 09:09:18 CDT (GMT-0500) by Kevin Bowling:*

This is everything we discussed yesterday Ashley. It looks great. Thank you for putting it all together. I will wait until we get a sample report to continue reviewing. So far so good ☺

Best,

Wendy

**From:** DePietro, Ashley
**Sent:** Thursday, August 08, 2019 9:53 PM
**To:** Sanchez, Wendy L
**Cc:** Bowling, Kevin R; Alvarez Montano, Jessica
**Subject:** RE: MA - MDS Ammenments & Rejections ISSUE=100111 PROJ=18 (KRB Results Provided 3)

Hi Wendy,

From our meeting earlier today I did a write up of the changes needed as well as a mockup in the attached Excel of what the new report would look like.   I wasn't sure which information you wanted to keep on the consolidated activity columns. I also tried to chronologically order the columns from left to right so that it follows the MDS process from beginning to end.   There's definitely a lot of columns but I added them all so if there's anything you want to move or add just let us know!

Thanks,

Ashley

MDS Amendments and Rejections:

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION    UHICMA000039635

New columns to add:

- Add home visit date (date inside assessment)

  - Month of home visit date    2018-08

  - Quarter of home visit date    2018-Q3

- Section A #14 - type of assessment annual, initial, change in status

- Days aging (logic below)

- Days to complete (logic below)

| ASSESSMENT_NAME | QUESTION_NO | QUESTION_ID | QUESTION | ANSWER | QUESTION_SUBOPTION_TEXT | SUB_OPTION |
|---|---|---|---|---|---|---|
| MA MDS-HC | 14 | 6105 | SECTION A: ASSESSMENT INFORMATION | REASONS FOR ASSESSMENT | Routine assessment at fixed intervals | Routine assessment at fixed intervals |
| MA MDS-HC | 14 | 6105 | SECTION A: ASSESSMENT INFORMATION | ASSESSMENT REFERENCE DATE | Date of Assessment | 10/18/2018 |

- Performed by name:    DWTEAM.PATIENT_FOLLOWUP.PERFORMED BY will give you the ID of the person completing the activity/assessment then join to DWTEAM.CARE_STAFF_DETAILS to get the full name

Attempt to remove duplicates by summarizing the members on one line.

1. The start of this process is the home visit date (from above) of the MDS assessment.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

a. There may be multiple MDS assessments before a successful state approved activity is seen, this is due to us having to update the assessment (resulting in an amendment or rejection) in order for the state to approve it.

2. We may or may not have to do an amendment or receive a rejection by the state (which results in an activity) when we submit

3. One the state has approved there is another activity of MDS submission with successful state approved outcome.

Summarize activities by including the total # of amendments, # of rejections, # of state approvals and

the most recent crated date/performed of amendments, rejections, state approvals (approval received y/n)

2 date columns:

- If we have a successful state approved activity:

  o Business days between home visit and performed date on the successful state approved activity

  o (blank if not successful state approved yet)

- If we do not have a successful state approved activity:

  o # of business days between home visit date report run date

  o (blank if we already have a successful state approved)

Report date options:

YTD, on demand

Ashley DePietro

Program Strategist - BASIS

Business Analytics Sciences Insights & Strategies

950 Winter Street Ste. 3800
Waltham, MA 02451

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

ashley.depietro@uhc.com

p. (781) 419-8591   ·   f.   (855) 783-8199

*Entered on 08/05/2019 at 16:05:00 CDT (GMT-0500)* **by** *Kevin Bowling:*

Hello Wendy,

Ashley informed me that you were needing March 2019 through today data, so I have placed that information out in \\nasv0048\uhccs_bi_reporting\AC_Reporting\NM_100111\ folder for you to review.   Upon review, which basically means perform a business validation on 3 or 4 of the records to make sure the information is correct and you approve the changes to be moved up to Orbit production to the existing report.   Thanks for your help and follow up.   Have a good day.

krb

Kevin R. Bowling

## UnitedHealthcare

Healthcare Economics Consultant

8 Cadillac Drive, Creekside Crossing II

Brentwood, TN 37027

Phone: (763) 361 2300

*Entered on 07/31/2019 at 16:53:21 CDT (GMT-0500)* **by** *Kevin Bowling:*

Hello Wendy,

I have completed the requested changes that you wanted for the MA SCO MDS Amendments and Rejections Report and placed both the June and July 2019 results within \\nasv0048\uhccs_bi_reporting\AC_Reporting\NM_100111\ folder for you to review.   Upon review, which basically means perform a business validation on 3 or 4 of the records to make sure the information is correct and you approve the changes to be moved up to Orbit production to the existing report.   Thanks again for walking me through some items last week in CommunityCare.   Thanks for your help and follow up.   Have a good day.

krb

Kevin R. Bowling

## UnitedHealthcare

Healthcare Economics Consultant

8 Cadillac Drive, Creekside Crossing II

Brentwood, TN 37027

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Phone: (763) 361 2300

*Entered on 07/25/2019 at 08:53:26 CDT (GMT-0500) by Kevin Bowling:*

Hello Wendy,

Thank you and look forward to speaking to you on Friday.  ☺  Have a good day.

krb

Kevin R. Bowling

## UnitedHealthcare

Healthcare Economics Consultant

8 Cadillac Drive, Creekside Crossing II

Brentwood, TN 37027

Phone: (763) 361 2300

---

**From:** Sanchez, Wendy L
**Sent:** Wednesday, July 24, 2019 3:16 PM
**To:** Bowling, Kevin R
**Cc:** DePietro, Ashley
**Subject:** RE: MA - MDS Ammenments & Rejections ISSUE=100111 PROJ=18 (KRB Results Provided 1)

Hi Kevin,

Thank you for the email. Ashley pointed it out for me. Meeting rescheduled as requested.

Best,

Wendy

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION          UHICMA000039639

-----Original Appointment-----
**From:** Bowling, Kevin R
**Sent:** Wednesday, July 24, 2019 12:37 PM
**To:** Sanchez, Wendy L
**Subject:** New Time Proposed: MA - MDS Ammenments & Rejections ISSUE=100111 PROJ=18 (KRB Results Provided 1)
**When:** Wednesday, July 24, 2019 4:00 PM-4:30 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** WebEx

Hello Wendy,

Can I ask for a favor?   I have a contractual deadline due at the end of the day today for another state report, so I wanted to propose moving the meeting out in order for me to fully focus on what you are needing and having to discuss regarding the report request.   Can we reschedule this meeting for Friday to assure I can attend and be focused on your request and concerns?   I appreciate your help, follow up, and flexibility.   Have a good day.

krb

*Entered on 07/15/2019 at 16:51:00 CDT (GMT-0500) by Kevin Bowling:*

Hello Jessica,

My name is Kevin Bowling, and I am the resource working on the report request below.   I have completed the data version of your request and placed the information within \\nasv0048\uhccs_bi_reporting\AC_Reporting\NM_100111\ for you to review and business validate the results.   When I say "business validate the results",   I am just asking for you (or one of your resources) to spot check 3 or 4 of the member information in the results to make sure this information is correct and meets expectations based on the requested changes to the existing report.   If you have any issues or problems getting to the results in the secured link, please review the attached word document to request access to the information, if needed.

I will be out of the office from Wednesday, July 17, 2019 and returning on Monday, July 22, 2019.   Thanks for your help and follow up.   Have a good day.

krb

Kevin R. Bowling

**UnitedHealthcare**

Healthcare Economics Consultant

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

UHICMA000039640

8 Cadillac Drive, Creekside Crossing II

Brentwood, TN 37027

Phone: (763) 361 2300

*Entered on 07/08/2019 at 11:54:09 CDT (GMT-0500) by Edward Smith:*
Assigned to Kevin.

*Entered on 07/05/2019 at 16:39:01 CDT (GMT-0500) by Ashley DePietro:*
Updates to MDS Amendments Rejection report -
UHC Community & State SMART Data Warehouse / On Demand / Utilization Management
MA SCO MDS Amendments and Rejections

report should run monthly on the 4th for the previous month.
Remove criteria for MDS assessment performed dates needing to be between activity created date-45 and mds activity created date.
MDS_ACTIVITIES.CREATED_DATE should be between report start and end dates.

-
<u>**Changes:**</u>
Appended a History/Notes., Incoming mail: From: <u>jessica_alvarez@uhc.com</u>; To: <u>bireporting@uhc.com</u>; Cc: <u>ashley.cotugno@uhc.com</u>.

**Project Name:** Business Intelligence Reporting/Projects
**Subject:** MA - MDS Ammenments & Rejections
**Incident Number:** 100111

**Link to Details:**
<u>Click here to view Incident in Browser</u>

**Last Edit Date:** 01/09/2020
**Last Edit Time:** 06:41:35
**Severity:** Low
**Status:** Waiting for Customer
**Creation Date:** 07/05/2019
**Creation Time:** 16:39:02
**Creator:** Ashley DePietro

**Show Subtask or Global** Incident Relationship:

**Assignees:**  Edward Smith, Kevin Bowling
**CC's:** (permanent) Ashley DePietro
**Incident Information:**

| Types: | Clinical Reporting | Gatekeeper/Existing Reporting__: | No |
|---|---|---|---|
| Market: | Massachusetts | LOB: | All LOBs |
| Regulatory or Contractual Required: | No | PHI Visible: | Yes |
| Used for external submission or mailing: | No | Needed By: | 01/31/2020 |

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

UHICMA000039641

| | | | |
|---|---|---|---|
| **Frequency:** | Weekly | **BI Internal O&M:** | Off |
| **Estimated Hours:** | 20 | **Funded Business Segment:** | Off |

**Business Justification:**

Updates to MDS Amendments Rejection report -

UHC Community & State SMART Data Warehouse / On Demand / Utilization Management
MA SCO MDS Amendments and Rejections


report should run monthly on the 4th for the previous month.

Remove criteria for MDS assessment performed dates needing to be between activity created date-45 and mds activity created date.

MDS_ACTIVITIES.CREATED_DATE should be between report start and end dates.

**Confirmed Project:**         Off


**Address Book Fields:**

| | | | |
|---|---|---|---|
| **Last Name:** | Alvarez Montano | **First Name:** | Jessica |
| **Email Address:** | jessica_alvarez@uhc.com | **User ID:** | jalvar9 |
| **Phone:** | +1(781) 472-8755 | **Address:** | 02451 |
| **Business Unit:** | C&S Market Portfolio 2 | | |


**Attached Files:**

RE MA - MDS Ammenments & Rejections ISSUE 100111 PROJ 18 (KRB Results Provided 1).msg RE MA - MDS Ammenments & Rejections ISSUE 100111 PROJ 18 (KRB Results Provided 2).msg RE MA - MDS Ammenments & Rejections ISSUE 100111 PROJ 18 (KRB Results Provided 3).msg RE MA - MDS Ammenments & Rejections ISSUE 100111 PROJ 18 (KRB Results Provided 3) .msg RE Updated Formatting for MDS Amendments & Rejections - 100111 (KRB Reply 1 Question about Grouping Granularity Attempt 2).msg RE MDS rejection report.msg

--- ........................................................ --

**When
it's
time,
join
your
Webex
meeting
here.**


Meeting
number
(access
code): 824
858 840
Meeting

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

password:
GvSACU*3

**Join by phone**
Tap to call in from a mobile device (attendees only)
1-763-957-6400 US/Canada (Preferred)
Global call-in numbers

If you are a

host, go

here to

view host

information.

Need help? Go to
http://help.webex.com

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

UHICMA000039643

# EXHIBIT 29

**Short Message Report**

| Conversations: 1 | Participants: 10 |
|---|---|
| Total Messages: 38 | Date Range: 1/29/2021 |

**Outline of Conversations**

💬 **Chat - Burgio Karen-0000000628 - 078 - 01-29-2021**   38 messages on 1/29/2021   Burgio, Karen
Casillo, C...      ...., .....  • Jerez, San... a R • Pette...g...,   ...u Nguyet • Wolfgang, Sandra J •
brenda.gonzalez@uhc.com • leakhena.or@uhc.com • michelle.gour@optum.com • rosa.phay@uhc.com

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

**Messages in chronological order** (times are shown in GMT -06:00)

---

💬 **Chat - Burgio Karen-0000000628 - 078 - 01-29-2021**

CC **Casillo, Cintia F**                                          1/29/2021, 11:37 AM
when an RN is on PTO, do you include the covering Rn in the rejection note?

CC **Casillo, Cintia F**                                          1/29/2021, 11:37 AM
Rejection email, i mean

KB **Burgio, Karen**                                              1/29/2021, 11:37 AM
not if they are only going to be gone for a short period of time

CC **Casillo, Cintia F**                                          1/29/2021, 11:38 AM
it's the last of the month
:sad:

   **rosa.phay@uhc.com**                                         1/29/2021, 11:46 AM
hi if member joined with ADH 5 days and reflect in MAFA that ADH is  out of network - should they still report ADH in MDS #6, #9, #34, #35, etc?

RP **rosa.phay@uhc.com**                                          1/29/2021, 11:47 AM
RNCM didn't report the ADH on MDS

SW **Wolfgang, Sandra J**                                         1/29/2021, 11:52 AM
  Health Service & Clinical Ops
Infoblast

SUMMARY
The MDS-HC RN Coordinators currently review for
clinical rate category accuracy
prior to submitting to the state utilizing the following:
MDS-HC assessment
MA Functional assessment
Verification of diagnosis
Verification HCBS service eligibility
Verification of Medication
EFFECTIVE
2/1/2021
NEW WORKFLOW
UNTIL FURTHER NOTICE…..The MDS-HC RN Coordinators will continue to review for
clinical rate category accuracy
prior to submitting to the state utilizing the following:
MDS-HC assessment
MA Functional Assessment
EXCLUDED from the review:
Verification of diagnosis
Verification of medication
Verification of HCBS service eligibility
RESOLUTION/NEXT STEPS
Leadership has begun actively working to define roles and responsibilites on the MDS-HC assessment submission process.


Attachment: 0-cus-d3-5126f0652fdce91493122ff57c846e13 (4 KB)

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

*Attachment: 0-cus-d12-78b0ea526c7d7422826fc6ea94f2e06b (4 KB)*

**rosa.phay@uhc.com**                                        1/29/2021, 11:52 AM
RNCM is not reporting i believe b/c its "out of network:

**rosa.phay@uhc.com**                                        1/29/2021, 11:52 AM
"

RP    **rosa.phay@uhc.com**                                  1/29/2021, 11:52 AM
does that make a difference of reporting in MDS?

SW    **Wolfgang, Sandra J**                                 1/29/2021, 11:52 AM
In or Out means little it is a service that we ahve a contract for continuity

**michelle.gour@optum.com**                                  1/29/2021, 2:03 PM
the state website is acting weird.

**michelle.gour@optum.com**                                  1/29/2021, 2:03 PM
beware. I lost the entire last page of info.. and it booted me out when making a change to a previouss page.

**Jerez, Sandra R**                                          1/29/2021, 2:04 PM
No issues today but, yesterday it booted me out few times. then it prompted me to change my password.

**rosa.phay@uhc.com**                                        1/29/2021, 2:04 PM
it happened to me a little while ago but ok now

**michelle.gour@optum.com**                                  1/29/2021, 2:05 PM
just save often.

CC    **Casillo, Cintia F**                                  1/29/2021, 2:30 PM
Has happened to me this week, but not today

LO    **leakhena.or@uhc.com**                                1/29/2021, 3:04 PM
CCP is getting slow

SJ    **Jerez, Sandra R**                                    1/29/2021, 3:05 PM
Yes. I noticed that too.

CC    **Casillo, Cintia F**                                  1/29/2021, 3:05 PM
yes…. but it's not frozen

CC    **Casillo, Cintia F**                                  1/29/2021, 3:05 PM
not yet

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION          UHICMA000205459

**CC**  Casillo, Cintia F                                          1/29/2021, 3:05 PM

*Attachment: 0-cus-d8-f8d8076c03f9324c672de7b4831a67d8 (33 KB)*

**SW**  **Wolfgang, Sandra J**                                     1/29/2021, 3:10 PM

Thank you everyone for the above and beyond work you all continue to produce to get the plan to our GOAL each month. Your teamwork is what motivates me. I appreciate the work you all to get things right, to protect the plan members and the plan. I know things have been crazy and today's email is a safeguard not a new  way of doing business. The plan has committed to getting his right with ALL Sr Management , lawyers and Medical Directors engaging in the  next few weeks to ensure we provide the best Case Management Model across all teams we can , to enhance efficiencies and  create a vision for the  bigger team. I believe we will get there sooner rather than later. Enjoy your weekend everyone!

**CC**  **Casillo, Cintia F**                                      1/29/2021, 3:12 PM

Thank you! You too (it will be Brrrrrrrrrrrrrrrrrrrrrrrrrrrrrrr)

**michelle.gour@optum.com**                                       1/29/2021, 3:13 PM

YAY!  YOU TOO.  Plumber is on his way. I WILL HAVE HEAT!  YAYAYAY

**CC**  **Casillo, Cintia F**                                      1/29/2021, 3:13 PM

Oh Michelle!!!!!!!!!!!!!!!!

**RP**  **rosa.phay@uhc.com**                                      1/29/2021, 3:13 PM

thank you hope you have a great weekend as well

**CC**  **Casillo, Cintia F**                                      1/29/2021, 3:15 PM

I've a spare room. Do you baby sit? lol

**CC**  **Casillo, Cintia F**                                      1/29/2021, 3:15 PM

Gour, Michelle A

**michelle.gour@optum.com**                                       1/29/2021, 3:15 PM

HA HA HA HA HA HA

**CC**  **Casillo, Cintia F**                                      1/29/2021, 3:16 PM

Gour, Michelle A
.... i'm not joking...

**CC**  **Casillo, Cintia F**                                      1/29/2021, 3:17 PM

free room and boar if entertain - I'm a ping away. Lol

**CC**  **Casillo, Cintia F**                                      1/29/2021, 3:17 PM

let me go back to this MDS

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION                    UHICMA000205460

**michelle.gour@optum.com**                                             1/29/2021, 3:17 PM

LOL  The space heaters have kept me warm.  thankfully.

CC    **Casillo, Cintia F**                                           1/29/2021, 3:17 PM

Bord if YOU entertain

CC    **Casillo, Cintia F**                                           1/29/2021, 3:18 PM

I see... lol (smart choice... lol) Have a great weekend, all

**michelle.gour@optum.com**                                            1/29/2021, 3:18 PM

i'm on the second floor so have heat from up and downstiars too so that helps.

SJ    **Jerez, Sandra R**                                             1/29/2021, 3:28 PM

Thank you. Have a great weekend everyone.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION                    UHICMA000205461

# EXHIBIT 30

# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 299 | Date Range: 1/28/2021 - 1/29/2021 |

## Outline of Conversations

💬 **Chat - Burgio Karen-0000001885 - 105 - 01-29-2021** ⸱ 299 messages between 1/28/2021 - 1/29/2021 ⸱
Burgio, Karen   michelle.your@optum.com

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

**Messages in chronological order** (times are shown in GMT -06:00)

---

💬 **Chat - Burgio Karen-0000001885 - 105 - 01-29-2021**

MG    michelle.gour@optum.com        1/28/2021, 6:13 PM
BEWARE.  CHECK THE LAST PAGE WHEN YOU SAVE IT.

MG    michelle.gour@optum.com        1/28/2021, 6:13 PM
MINE DIDN'T SAVE.

KB    **Burgio, Karen**        1/28/2021, 6:13 PM
ugh

MG    michelle.gour@optum.com        1/28/2021, 6:16 PM
AT LEAST THERE WERE ONLY 6 MEDS  LOL

KB    **Burgio, Karen**        1/28/2021, 6:16 PM
that is positive

KB    **Burgio, Karen**        1/28/2021, 6:39 PM
two in a row that the nurse independently states not eleigible for ADH

KB    **Burgio, Karen**        1/28/2021, 6:39 PM
progress Michells

MG    michelle.gour@optum.com        1/28/2021, 6:40 PM
oH YES... My team has been received 20 lashes MULTIPLE times.  lol

KB    **Burgio, Karen**        1/28/2021, 6:40 PM
lol

MG    michelle.gour@optum.com        1/28/2021, 6:41 PM
had a nurse have a meeting with sandi about me today.

MG    michelle.gour@optum.com        1/28/2021, 6:41 PM
With Roseli and Itamar.

KB    **Burgio, Karen**        1/28/2021, 6:41 PM
who and about what

MG    michelle.gour@optum.com        1/28/2021, 6:42 PM
Sandi handed her butt to her.. and a nice way of course.  LOL

MG    michelle.gour@optum.com        1/28/2021, 6:42 PM
Luciana something or other.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION      UHICMA000207600

MG  **michelle.gour@optum.com**                                                        1/28/2021, 6:42 PM
    she used work her and came back.


KB  **Burgio, Karen**                                                                  1/28/2021, 6:42 PM
    whats the issue


MG  **michelle.gour@optum.com**                                                        1/28/2021, 6:42 PM
    I sent you her response to my requests.


MG  **michelle.gour@optum.com**                                                        1/28/2021, 6:43 PM
    The "We nurses are praised and encouraged to use our critiacal thinking..... blah blah blah".  made me chucke.


MG  **michelle.gour@optum.com**                                                        1/28/2021, 6:43 PM
    She is using "at risk for"... that is not an actual need.  REMOVE THAT.  had to ask twice.


MG  **michelle.gour@optum.com**                                                        1/28/2021, 6:44 PM
    ALSO she submitted an MDS and an MAFA that did not match.. and knew it.


MG  **michelle.gour@optum.com**                                                        1/28/2021, 6:44 PM
    I wasted a LOT of time going over it twice.


MG  **michelle.gour@optum.com**                                                        1/28/2021, 6:44 PM
    saindi said: the state doesn't accept "at risk for".  remove it.  lol


MG  **michelle.gour@optum.com**                                                        1/28/2021, 6:45 PM
    and wtf were you thinking submitting that crap? lololol


KB  **Burgio, Karen**                                                                  1/28/2021, 6:45 PM
    i am reading


KB  **Burgio, Karen**                                                                  1/28/2021, 6:47 PM
    lol


KB  **Burgio, Karen**                                                                  1/28/2021, 6:47 PM
    that is great...what did roseli and itamar have to say


MG  **michelle.gour@optum.com**                                                        1/28/2021, 6:47 PM
    nothing.  I think they were silent.


MG  **michelle.gour@optum.com**                                                        1/28/2021, 6:48 PM
    LMAO


MG  **michelle.gour@optum.com**                                                        1/28/2021, 6:48 PM

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION                                UHICMA000207601

she started off on the wrong foot with me.  that's for sure.

| MG | michelle.gour@optum.com | 1/28/2021, 6:48 PM |

fine tooth comb baby.. fine tooth comb.... expect it. lol

| KB | Burgio, Karen | 1/28/2021, 6:49 PM |

the worst part though is that roseli reviewed it first

| KB | Burgio, Karen | 1/28/2021, 6:49 PM |

so I feel the nurse pain

| MG | michelle.gour@optum.com | 1/28/2021, 6:49 PM |

yes.  that is another problem.

| MG | michelle.gour@optum.com | 1/28/2021, 6:49 PM |

I don't think she is reviewing htem at all.

| KB | Burgio, Karen | 1/28/2021, 6:49 PM |

she couldnt be or not the way they should be

| MG | michelle.gour@optum.com | 1/28/2021, 6:49 PM |

and has no clue what she is doing anyway.

| MG | michelle.gour@optum.com | 1/28/2021, 6:49 PM |

you will see....

| MG | michelle.gour@optum.com | 1/28/2021, 6:50 PM |

I honeslty think Roseli needs 1:1 with you.

| MG | michelle.gour@optum.com | 1/28/2021, 6:50 PM |

and then some.

| KB | Burgio, Karen | 1/28/2021, 6:50 PM |

team 5 barely has anyting wrong with their peer reviews and normally you can tell one or two checked wrong

| KB | Burgio, Karen | 1/28/2021, 6:50 PM |

hahaha

| KB | Burgio, Karen | 1/28/2021, 6:50 PM |

1:1 with me i dont have that kind of time

| MG | michelle.gour@optum.com | 1/28/2021, 6:50 PM |

you know what i mean.. you special time.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

MG    **michelle.gour@optum.com**    1/28/2021, 6:50 PM
lololol

MG    **michelle.gour@optum.com**    1/28/2021, 6:51 PM
be back in a minute.

KB    **Burgio, Karen**    1/28/2021, 6:51 PM
k

MG    **michelle.gour@optum.com**    1/28/2021, 6:57 PM
miss me? lol

KB    **Burgio, Karen**    1/28/2021, 6:57 PM
lots

KB    **Burgio, Karen**    1/28/2021, 6:58 PM
fmf

MG    **michelle.gour@optum.com**    1/28/2021, 6:59 PM
uh oh

KB    **Burgio, Karen**    1/28/2021, 6:59 PM
famial mediterrean fever

KB    **Burgio, Karen**    1/28/2021, 6:59 PM
dx that causes pain and fever

MG    **michelle.gour@optum.com**    1/28/2021, 6:59 PM
I thought it was a typo.. for FML.  lol

KB    **Burgio, Karen**    1/28/2021, 6:59 PM
your member has it

KB    **Burgio, Karen**    1/28/2021, 6:59 PM
hahhaha

MG    **michelle.gour@optum.com**    1/28/2021, 6:59 PM
oh.  not my member!  lol

KB    **Burgio, Karen**    1/28/2021, 6:59 PM
your nurses member

MG    **michelle.gour@optum.com**    1/28/2021, 7:01 PM
:hungover: :holidayspirit:

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION    UHICMA000207603

**KB**   **Burgio, Karen**        1/28/2021, 7:02 PM
tired

**MG**   michelle.gour@optum.com        1/28/2021, 7:02 PM
THAT IS THE FMF MEMBER

**MG**   michelle.gour@optum.com        1/28/2021, 7:02 PM
LOL

**KB**   **Burgio, Karen**        1/28/2021, 7:02 PM
ohhhh  poor lady  gives her ptsd

**MG**   michelle.gour@optum.com        1/28/2021, 7:02 PM
:sad:

**MG**   michelle.gour@optum.com        1/28/2021, 7:40 PM
I'm done.

**MG**   michelle.gour@optum.com        1/28/2021, 7:40 PM
gott do my numbers.. then out.

**KB**   **Burgio, Karen**        1/28/2021, 7:42 PM
i am finishing up then me too

**MG**   michelle.gour@optum.com        1/29/2021, 7:15 AM
hi.   let me know if there are any CIS to CW.  I don't think there would be, but let me know so I can get them in early.
Any that you sent ot sandi that might not have been entered?

**KB**   **Burgio, Karen**        1/29/2021, 7:16 AM
i only have two new cases for you that i will enter shortly...let me look at the other lists  i dont think i have any cis but i
will check

**MG**   michelle.gour@optum.com        1/29/2021, 7:16 AM
great.

**MG**   michelle.gour@optum.com        1/29/2021, 7:17 AM
going outside.. hope not to freeze to death..

**KB**   **Burgio, Karen**        1/29/2021, 7:17 AM
i froze

**KB**   **Burgio, Karen**        1/29/2021, 7:20 AM
12/31  00008933530  12/24

**KB**   **Burgio, Karen**        1/29/2021, 7:21 AM

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION        UHICMA000207604

adcmi to cw  ( sent at begining of week not done yet
⬤ )

| MG | **michelle.gour@optum.com** | 1/29/2021, 7:21 AM |

ill do it right now.

| KB | **Burgio, Karen** | 1/29/2021, 7:24 AM |

ok that looks like that is it..
:fingerscrossed:

| MG | **michelle.gour@optum.com** | 1/29/2021, 8:17 AM |

I'm having one of thoe mornings where I feel like I cna't do anything right and am working backwards. lol

| MG | **michelle.gour@optum.com** | 1/29/2021, 8:17 AM |

I hope my heat starts to work....  It's 61 in here right now...

| KB | **Burgio, Karen** | 1/29/2021, 8:19 AM |

oh no   no heat

| KB | **Burgio, Karen** | 1/29/2021, 8:20 AM |

Well I have been dying in the bathroom

| MG | **michelle.gour@optum.com** | 1/29/2021, 8:20 AM |

the furnace was cold.  I just chagned the batteries in my thermostat.  I'm hoping that was the problem.

| MG | **michelle.gour@optum.com** | 1/29/2021, 8:20 AM |

OH NO. you okay?  still the antibiotics?

| KB | **Burgio, Karen** | 1/29/2021, 8:20 AM |

do you gas or oil?

| MG | **michelle.gour@optum.com** | 1/29/2021, 8:20 AM |

gas

| MG | **michelle.gour@optum.com** | 1/29/2021, 8:23 AM |

I hear pipes clanging.   thinking it's working it's way..

| MG | **michelle.gour@optum.com** | 1/29/2021, 8:23 AM |

radiators haven't started up  yet

| KB | **Burgio, Karen** | 1/29/2021, 8:30 AM |

no not antibiotics  my uterus decided to have a flair up causing awful cramps

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

UHICMA000207605

**MG**  michelle.gour@optum.com 1/29/2021, 8:31 AM
AWWW.
🖤

**MG**  michelle.gour@optum.com 1/29/2021, 8:31 AM
:hug:

**KB**  Burgio, Karen 1/29/2021, 8:33 AM
I am just moving along

**MG**  michelle.gour@optum.com 1/29/2021, 8:33 AM
I THINK MY BRAIN IS FROZEN. LOL

**KB**  Burgio, Karen 1/29/2021, 8:34 AM
i can imagine   i froze this morning bringing my oldest to work

**MG**  michelle.gour@optum.com 1/29/2021, 8:35 AM
it was much warmer in here than in the basement  though.

**KB**  Burgio, Karen 1/29/2021, 8:35 AM
my basement gets cold but not cold cold

**MG**  michelle.gour@optum.com 1/29/2021, 8:35 AM
only one furnace was firing.

**KB**  Burgio, Karen 1/29/2021, 8:36 AM
i dont know anything about gas..we have oil  i know way too much about that

**MG**  michelle.gour@optum.com 1/29/2021, 8:36 AM
lol  I grew up in a house of people that smelled like oil from working on oil burners.

**MG**  michelle.gour@optum.com 1/29/2021, 8:37 AM
every time I hear an oil truck i can "smell" it. lol

**KB**  Burgio, Karen 1/29/2021, 8:38 AM
same  my husband delivered oil and fix furanaces for almost 10 years

**MG**  michelle.gour@optum.com 1/29/2021, 8:39 AM
my father started out cleaning them as a youngin.  Ended up VP of multiple companies by retirement.  That was back when a degree was not a necessity.

**KB**  Burgio, Karen 1/29/2021, 8:41 AM
nice..yep my husband still keeps his oil burner license active.  he had to go through that course and his cdl-b course before he could staer

**KB**  Burgio, Karen 1/29/2021, 8:41 AM
start*

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

MG  **michelle.gour@optum.com**                                1/29/2021, 8:42 AM
always a need in the winter.  especially driving an oil truck!

KB  **Burgio, Karen**                                          1/29/2021, 9:04 AM
last 3 to review  then transcribe city

KB  **Burgio, Karen**                                          1/29/2021, 9:20 AM
Rose Marie seems to do well with peer review

MG  **michelle.gour@optum.com**                                1/29/2021, 9:20 AM
GOOD.  I really  haven't had any trouble with her.  She and Thu fought horribly.  But I think Thu can be ornery. lol

KB  **Burgio, Karen**                                          1/29/2021, 9:21 AM
lol  I have had two back to back of hers and one minor issue with diagnosis and this one just diagnosis

MG  **michelle.gour@optum.com**                                1/29/2021, 9:21 AM
who was the nurse that worked on them?

MG  **michelle.gour@optum.com**                                1/29/2021, 9:22 AM
or did she do them herself?

KB  **Burgio, Karen**                                          1/29/2021, 9:22 AM
chunmeai

MG  **michelle.gour@optum.com**                                1/29/2021, 9:22 AM
ah.

MG  **michelle.gour@optum.com**                                1/29/2021, 9:28 AM
my heat still has not kicked on.

MG  **michelle.gour@optum.com**                                1/29/2021, 9:28 AM
GRRR

KB  **Burgio, Karen**                                          1/29/2021, 9:28 AM
who would you call

MG  **michelle.gour@optum.com**                                1/29/2021, 9:29 AM
my landlord and/or brothers first (plumbers).  she can pay them if needed.

MG  **michelle.gour@optum.com**                                1/29/2021, 9:29 AM
i dont have time for this. lol

KB  **Burgio, Karen**                                          1/29/2021, 9:29 AM

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

well you need heat

| | | |
|---|---|---|
| MG | **michelle.gour@optum.com** | 1/29/2021, 9:29 AM |
| | yep.  lol | |

| | | |
|---|---|---|
| MG | **michelle.gour@optum.com** | 1/29/2021, 9:32 AM |
| | i just emembered I have a small space heater. | |

| | | |
|---|---|---|
| KB | **Burgio, Karen** | 1/29/2021, 9:32 AM |
| | get it going | |

| | | |
|---|---|---|
| MG | **michelle.gour@optum.com** | 1/29/2021, 9:32 AM |
| | the dog has his "I 🖤 my mom" sweatshirt on. | |

| | | |
|---|---|---|
| MG | **michelle.gour@optum.com** | 1/29/2021, 9:32 AM |
| | Just plugged it in. | |

| | | |
|---|---|---|
| KB | **Burgio, Karen** | 1/29/2021, 10:01 AM |
| | doctor writes prolonged gried as diagnosis | |

| | | |
|---|---|---|
| KB | **Burgio, Karen** | 1/29/2021, 10:02 AM |
| | what kind of md is this | |

| | | |
|---|---|---|
| MG | **michelle.gour@optum.com** | 1/29/2021, 10:02 AM |
| | what? | |

| | | |
|---|---|---|
| MG | **michelle.gour@optum.com** | 1/29/2021, 10:02 AM |
| | prolonged gried? | |

| | | |
|---|---|---|
| KB | **Burgio, Karen** | 1/29/2021, 10:02 AM |
| | grief | |

| | | |
|---|---|---|
| MG | **michelle.gour@optum.com** | 1/29/2021, 10:02 AM |
| | ooohhhh | |

| | | |
|---|---|---|
| MG | **michelle.gour@optum.com** | 1/29/2021, 10:02 AM |
| | sorry. | |

| | | |
|---|---|---|
| MG | **michelle.gour@optum.com** | 1/29/2021, 10:02 AM |
| | lol | |

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

UHICMA000207608

**KB**  **Burgio, Karen**                                                    1/29/2021, 10:02 AM
what am suppose to do with that

**MG**  **michelle.gour@optum.com**                                          1/29/2021, 10:02 AM
is there a diagnosis code? lol

**MG**  **michelle.gour@optum.com**                                          1/29/2021, 10:03 AM
um... that is not a diagnosis.

**MG**  **michelle.gour@optum.com**                                          1/29/2021, 10:03 AM
This member is a CIS from CW to ADCMI. Has lorazepam prescribed (in clinical profile). No visits in clincal profile for
BH. but Claims says Visit in October with BH dx included. There is NO CAREPLAN in CCP. Send it back for additional
info and verificaiton or let it go as it is the last day of the month. Nothing in ICU either.

**MG**  **michelle.gour@optum.com**                                          1/29/2021, 10:03 AM
I quit

**KB**  **Burgio, Karen**                                                    1/29/2021, 10:03 AM
nurse used re-occuring moderate depression as it is ongoing 4 years now

**MG**  **michelle.gour@optum.com**                                          1/29/2021, 10:03 AM
ah.  are there meds?

**KB**  **Burgio, Karen**                                                    1/29/2021, 10:04 AM
your question  ask for medical notes or write out confirming diagnosis

**MG**  **michelle.gour@optum.com**                                          1/29/2021, 10:04 AM
thanks.

**KB**  **Burgio, Karen**                                                    1/29/2021, 10:04 AM
that cant fly just claims

**MG**  **michelle.gour@optum.com**                                          1/29/2021, 10:04 AM
I just can't today.  'm so cold.

**KB**  **Burgio, Karen**                                                    1/29/2021, 10:04 AM
my question  answer yes xanax

**KB**  **Burgio, Karen**                                                    1/29/2021, 10:05 AM
grief over loss of wife and placement of austic son in group home

**MG**  **michelle.gour@optum.com**                                          1/29/2021, 10:05 AM
let it roll.

**KB**  **Burgio, Karen**                                                    1/29/2021, 10:05 AM

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION                    UHICMA000207609

okie dokie

| KB | **Burgio, Karen** | 1/29/2021, 10:17 AM |

*Attachment: 0-cus-d14-5711f15e21e565026dbf29390e9d48c2 (19 KB)*

| KB | **Burgio, Karen** | 1/29/2021, 10:17 AM |

what to do with this one

| KB | **Burgio, Karen** | 1/29/2021, 10:17 AM |

no diagnosis but obvious deformity

| MG | **michelle.gour@optum.com** | 1/29/2021, 10:18 AM |

if they are aware of it.. there should be some kind of dx?  something?

| MG | **michelle.gour@optum.com** | 1/29/2021, 10:18 AM |

like... disfigurement?

| KB | **Burgio, Karen** | 1/29/2021, 10:18 AM |

i read the medical record  nothing

| MG | **michelle.gour@optum.com** | 1/29/2021, 10:19 AM |

No note in CCP?

| MG | **michelle.gour@optum.com** | 1/29/2021, 10:19 AM |

Then send it back.

| KB | **Burgio, Karen** | 1/29/2021, 10:19 AM |

the PCP does not address any muscle-skeletal part

| MG | **michelle.gour@optum.com** | 1/29/2021, 10:19 AM |

yeah.. sorry.

| MG | **michelle.gour@optum.com** | 1/29/2021, 10:19 AM |

which RN?

| KB | **Burgio, Karen** | 1/29/2021, 10:19 AM |

natasha

| MG | **michelle.gour@optum.com** | 1/29/2021, 10:19 AM |

Oh.  that splains it.

| MG | **michelle.gour@optum.com** | 1/29/2021, 10:19 AM |

lol

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION                    UHICMA000207610

**KB**  **Burgio, Karen**                                                     1/29/2021, 10:20 AM
i am gonna back burner this one bc it will be a manager review

**MG**  **michelle.gour@optum.com**                                           1/29/2021, 10:20 AM
ah.  fun times.

**KB**  **Burgio, Karen**                                                     1/29/2021, 10:20 AM
whole thing is based on that

**MG**  **michelle.gour@optum.com**                                           1/29/2021, 10:21 AM
needs to be a note: who they spoke to, etc.

**MG**  **michelle.gour@optum.com**                                           1/29/2021, 10:21 AM
sorry. not sorry.

**KB**  **Burgio, Karen**                                                     1/29/2021, 10:21 AM
and she could of based it on so many others

**KB**  **Burgio, Karen**                                                     1/29/2021, 10:21 AM
no no   she observed the deformity and there is no diagnosis which she did confirm

**KB**  **Burgio, Karen**                                                     1/29/2021, 10:21 AM
but still used as a reason

**MG**  **michelle.gour@optum.com**                                           1/29/2021, 10:22 AM
lol

**MG**  **michelle.gour@optum.com**                                           1/29/2021, 10:29 AM
STEPPING AWAY TO TRY TO FIGURE OUT HEAT ISSUE.

**KB**  **Burgio, Karen**                                                     1/29/2021, 10:29 AM
OK..I AM GONNA HAVE LUNCH AND GET CRACKING

**MG**  **michelle.gour@optum.com**                                           1/29/2021, 10:31 AM
AREYOU IN THE MEETING?

**KB**  **Burgio, Karen**                                                     1/29/2021, 10:31 AM
YEP

**MG**  **michelle.gour@optum.com**                                           1/29/2021, 10:45 AM
SO IF THEY DON'T MEET ELIGIBLITY FOR PCA.. WE PUT IT THROUGH ANYWAY?

**KB**  **Burgio, Karen**                                                     1/29/2021, 11:35 AM
so I dont have to look at the actual diagnosis in ccp or the med so as long as the mds matches the functional

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION                    UHICMA000207611

MG    **michelle.gour@optum.com**                                     1/29/2021, 11:35 AM
yep

MG    **michelle.gour@optum.com**                                     1/29/2021, 11:36 AM
this makes my eye twitch. lol

KB    **Burgio, Karen**                                                1/29/2021, 11:36 AM
lol..ok so our work was cut in 3/4 basically

KB    **Burgio, Karen**                                                1/29/2021, 11:36 AM
no looking at dates, daignosis , medications. no icue, no nadda

KB    **Burgio, Karen**                                                1/29/2021, 11:36 AM
got i

MG    **michelle.gour@optum.com**                                     1/29/2021, 11:55 AM
i'm back.  heat not working after much trouble shooting.  Landlord has called plumber...

MG    **michelle.gour@optum.com**                                     1/29/2021, 11:55 AM
I have 2 space heaters for now.

KB    **Burgio, Karen**                                                1/29/2021, 11:55 AM
OH MAN...I HAVE 3 OF THOSE AMISH SPACE HEATERS THAT HEATED MY WHOLE HOUSE IN DECEMBER
WHEN MY FURNANCE BLEW

MG    **michelle.gour@optum.com**                                     1/29/2021, 11:56 AM
amish?

KB    **Burgio, Karen**                                                1/29/2021, 11:56 AM
THE DESIGN IS MADE BY THE AMISH

MG    **michelle.gour@optum.com**                                     1/29/2021, 11:57 AM
oil or electric?

KB    **Burgio, Karen**                                                1/29/2021, 11:57 AM
ELECTRIC

MG    **michelle.gour@optum.com**                                     1/29/2021, 11:57 AM
nice.

KB    **Burgio, Karen**                                                1/29/2021, 11:57 AM
IT IS TO DO WITH THE DESIGN AND AIRFLOW..ETC

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION                UHICMA000207612

**MG**  **michelle.gour@optum.com**                                          1/29/2021, 11:57 AM

I have one from downstairs that is elect4ric AND has oil.  I am not leaving that one alone without unplugging.

**MG**  **michelle.gour@optum.com**                                          1/29/2021, 11:58 AM

I no likey.  lol

**KB**  **Burgio, Karen**                                                    1/29/2021, 11:58 AM

NO I WOULDNT EITHER

**MG**  **michelle.gour@optum.com**                                          1/29/2021, 12:28 PM

Are we having them write more or let it go since it doesn't affect anyting?

*Attachment: 0-cus-d7-8d7002efb4d7a91f4e7eae4ce4ffcb0d (38 KB)*

**MG**  **michelle.gour@optum.com**                                          1/29/2021, 12:29 PM

nevermind.. ltc.. not going to make a difference.

**MG**  **michelle.gour@optum.com**                                          1/29/2021, 12:29 PM

ignoring

**KB**  **Burgio, Karen**                                                    1/29/2021, 12:29 PM

OHH I WOULD THINK HOW THEY HELP GETTING IN OUT OF VEHICLE AND AMBULATING STILL NEEDS TO GO
THERE

**MG**  **michelle.gour@optum.com**                                          1/29/2021, 12:29 PM

THANK YOU

**KB**  **Burgio, Karen**                                                    1/29/2021, 12:29 PM

THEY LIKE STOPPED THE NOTE SHORT AFTER ARRANGING

**MG**  **michelle.gour@optum.com**                                          1/29/2021, 12:29 PM

it's roseli.

**MG**  **michelle.gour@optum.com**                                          1/29/2021, 12:29 PM

I hate my life

**MG**  **michelle.gour@optum.com**                                          1/29/2021, 12:29 PM

she needs a coach

**KB**  **Burgio, Karen**                                                    1/29/2021, 12:30 PM

SHE DID THIS ONE?

**MG**  **michelle.gour@optum.com**                                          1/29/2021, 12:30 PM

yes.  an admission.  none of the notes say anything. lol

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION                    UHICMA000207613

KB     **Burgio, Karen**                                                          1/29/2021, 12:30 PM
FUN

MG     **michelle.gour@optum.com**                                               1/29/2021, 12:30 PM
for IADLs.. haven't looked at ADIs yet

KB     **Burgio, Karen**                                                          1/29/2021, 12:30 PM
REST HOME AND LTC ARE HARD

MG     **michelle.gour@optum.com**                                               1/29/2021, 12:32 PM
she just has no clue Karen.

MG     **michelle.gour@optum.com**                                               1/29/2021, 12:32 PM
Simply state: member unable to (insert subtask) due to (insert sypmtoms) and move along...

KB     **Burgio, Karen**                                                          1/29/2021, 12:33 PM
I GET IT

MG     **michelle.gour@optum.com**                                               1/29/2021, 12:34 PM
i just had to go throw a blanket on the dog.  he's in the cold bedroom.  #spoiled

KB     **Burgio, Karen**                                                          1/29/2021, 12:35 PM
POOR DOGGIE

MG     **michelle.gour@optum.com**                                               1/29/2021, 12:35 PM
and this is acceptable?

*Attachment: 0-cus-d9-d37af7c75ef78850923203f03a1e86756 (30 KB)*

MG     **michelle.gour@optum.com**                                               1/29/2021, 12:35 PM
the living room is warm (ish). lol

KB     **Burgio, Karen**                                                          1/29/2021, 12:36 PM
YES THAT IS EXCEPTABLE

MG     **michelle.gour@optum.com**                                               1/29/2021, 12:36 PM
seriously?

MG     **michelle.gour@optum.com**                                               1/29/2021, 12:36 PM
nothing about can't reach?

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION                    UHICMA000207614

**KB**  **Burgio, Karen**                                                                 1/29/2021, 12:36 PM
lower back pain and low endurance


**MG**  **michelle.gour@optum.com**                                                       1/29/2021, 12:37 PM
fine.  i'll let it go but at least for batrhing it says they can't reach.


**MG**  **michelle.gour@optum.com**                                                       1/29/2021, 12:37 PM
I have low back pain but can still dress myself.


**KB**  **Burgio, Karen**                                                                 1/29/2021, 12:38 PM
the poor endurance for chf is the extra


**MG**  **michelle.gour@optum.com**                                                       1/29/2021, 12:38 PM
I'll never see an MDS on this person again so.. whatevs. lol


**KB**  **Burgio, Karen**                                                                 1/29/2021, 12:38 PM
lol


**KB**  **Burgio, Karen**                                                                 1/29/2021, 12:39 PM
NEXT YEAR?


**MG**  **michelle.gour@optum.com**                                                       1/29/2021, 12:39 PM
LTC


**KB**  **Burgio, Karen**                                                                 1/29/2021, 12:39 PM
OOHHH THATS RIGHT


**MG**  **michelle.gour@optum.com**                                                       1/29/2021, 12:39 PM
so if they check renal faiure.. I don't have to check CCP to see if they actually have ESRD.. just ignore it in the MDS?


**KB**  **Burgio, Karen**                                                                 1/29/2021, 12:40 PM
YEP


**KB**  **Burgio, Karen**                                                                 1/29/2021, 12:40 PM
WEIRD


**KB**  **Burgio, Karen**                                                                 1/29/2021, 12:40 PM
MY PREP WORK ALL GONE


**MG**  **michelle.gour@optum.com**                                                       1/29/2021, 12:40 PM
both eyes are twitching


EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION                    UHICMA000207615

**MG**  michelle.gour@optum.com                                             1/29/2021, 12:40 PM
lol

**KB**  Burgio, Karen                                                        1/29/2021, 12:40 PM
I GUESS NOT OUR LICENSE

**KB**  Burgio, Karen                                                        1/29/2021, 12:40 PM
WE ARE ONLY COORDINATING THE ASSESSMENT

**MG**  michelle.gour@optum.com                                             1/29/2021, 12:41 PM
I was tellling my therapist the other night about how I tell you.."my right eye is twitching" when I have to do somethign I
don't want to (submitting).  lol

**KB**  Burgio, Karen                                                        1/29/2021, 12:41 PM


*Attachment: 0-cus-d8-3f9e3028ced399dd5b4bf034924e49a2 (4 KB)*

**KB**  Burgio, Karen                                                        1/29/2021, 12:41 PM
I GUESS THIS CLEARS YOU OF ANY INACCURACIES

**MG**  michelle.gour@optum.com                                             1/29/2021, 12:42 PM
yep.

**MG**  michelle.gour@optum.com                                             1/29/2021, 12:43 PM
And I just realized this was all blank...


*Attachment: 0-cus-d13-a5251f1df365e6a1cc913bf21744ec68 (57 KB)*

**KB**  Burgio, Karen                                                        1/29/2021, 12:44 PM
:holidayspirit:

**MG**  michelle.gour@optum.com                                             1/29/2021, 12:44 PM
I'm going to have to call her....

**KB**  Burgio, Karen                                                        1/29/2021, 12:49 PM
I AM KINDA TICKED

**MG**  michelle.gour@optum.com                                             1/29/2021, 12:49 PM


*Attachment: 0-cus-d4-fa49d5c0b862b6a87c94e6c88a20dd77 (81 KB)*

**MG**  michelle.gour@optum.com                                             1/29/2021, 12:49 PM
FFS

**MG**  michelle.gour@optum.com                                             1/29/2021, 12:50 PM

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

not one part is correct

KB  **Burgio, Karen**                                                    1/29/2021, 12:50 PM
I WASTED PROBABLY A WHOLE DAY IN THE LAST 3 DAYS GATHERING THE NEED FOR DIAGS AND PUTS ME
BEHIND AND NOW BAM NOT NEEDED

MG  **michelle.gour@optum.com**                                          1/29/2021, 12:50 PM
oh  i hear ya.

KB  **Burgio, Karen**                                                    1/29/2021, 12:50 PM
18 TO TRANSCRIBE NOW BC I DONT HAVE TO WAIT FOR DIAGS

KB  **Burgio, Karen**                                                    1/29/2021, 12:51 PM
INSTEAD OF THE 10 I THOUGHT I HAD

MG  **michelle.gour@optum.com**                                          1/29/2021, 12:57 PM
11 meds in ccp and 10 on mds..let it go????

KB  **Burgio, Karen**                                                    1/29/2021, 12:57 PM
WE ARENT LOOKING IN CCP ANYMORE

MG  **michelle.gour@optum.com**                                          1/29/2021, 12:57 PM
i am having  ahard time grasping.  lol

KB  **Burgio, Karen**                                                    1/29/2021, 12:57 PM
LOL

KB  **Burgio, Karen**                                                    1/29/2021, 12:57 PM
BLINDERS

MG  **michelle.gour@optum.com**                                          1/29/2021, 12:58 PM
but it they say there is a antibiotic skin tx... there should be on on the MDS med list!

MG  **michelle.gour@optum.com**                                          1/29/2021, 12:58 PM
the meal prep part though... seriousl.....

MG  **michelle.gour@optum.com**                                          1/29/2021, 12:58 PM
eligible for HDMs while in an ltc?

KB  **Burgio, Karen**                                                    1/29/2021, 12:58 PM
LOL

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION                    UHICMA000207617

**MG**  michelle.gour@optum.com                                   1/29/2021, 1:34 PM
elaborate on that or no?

**KB**  **Burgio, Karen**                                        1/29/2021, 1:34 PM
ON????

**MG**  michelle.gour@optum.com                                  1/29/2021, 1:35 PM


*Attachment: 0-cus-d15-6671ff667b5e2fdf5f109edf19b2cd2b (15 KB)*

**MG**  **michelle.gour@optum.com**                              1/29/2021, 1:35 PM
sorry.  lol

**KB**  **Burgio, Karen**                                        1/29/2021, 1:35 PM
THAT IS OK AS LONG AS 15 AND 16 COLLABORATE

**MG**  michelle.gour@optum.com                                  1/29/2021, 1:36 PM
I just do not have it in me today.  llol

**MG**  michelle.gour@optum.com                                  1/29/2021, 1:36 PM
nope.  done.

**KB**  **Burgio, Karen**                                        1/29/2021, 1:36 PM
SORRY

**MG**  michelle.gour@optum.com                                  1/29/2021, 1:37 PM
I'm just done with the bs.  lol  and I'm just exhuated.  (here is my teeny tiny violin..... whine whine wihne)

**KB**  **Burgio, Karen**                                        1/29/2021, 1:37 PM
I GET IT..I JUST DECIDED I WILL TRANSCRIBE TO YOU AND WORRY NEXT WEEK..I AM TOO TIRED TO DEAL

**MG**  michelle.gour@optum.com                                  1/29/2021, 1:37 PM
has 32 hours of service.  this was one of the ones submitted on wednesday i haven't touched yet.

**MG**  michelle.gour@optum.com                                  1/29/2021, 1:38 PM
LOL

**KB**  **Burgio, Karen**                                        1/29/2021, 1:38 PM
DONT TOUCH\

**KB**  **Burgio, Karen**                                        1/29/2021, 1:38 PM
I WOULD ONLY DO CORRECTIONS, SUBMISISONS OR NEW CASES

**MG**  michelle.gour@optum.com                                  1/29/2021, 1:38 PM

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION            UHICMA000207618

I have 4 to trascribe.  waiting on everythign else.

| KB | **Burgio, Karen** | 1/29/2021, 1:38 PM |
| | 6 FROM ME | |

| MG | **michelle.gour@optum.com** | 1/29/2021, 1:38 PM |
| | They are done.. just need transcription. | |

| KB | **Burgio, Karen** | 1/29/2021, 1:39 PM |
| | TODAY | |

| MG | **michelle.gour@optum.com** | 1/29/2021, 1:39 PM |
| | oh yes.. and sandi said she sent me 30 but... I got ONE  in m queue.  LOL | |

| KB | **Burgio, Karen** | 1/29/2021, 1:39 PM |
| | OH CRAP | |

| MG | **michelle.gour@optum.com** | 1/29/2021, 1:39 PM |
| | do you have a list you could copy and paste into an email to me.... | |

| KB | **Burgio, Karen** | 1/29/2021, 1:39 PM |
| | I WILL PUT ONE TOGETHER | |

| MG | **michelle.gour@optum.com** | 1/29/2021, 1:39 PM |
| | thanks.. cuz she hasn't answered me yet. | |

| KB | **Burgio, Karen** | 1/29/2021, 1:40 PM |
| | NO WORRIES.  LET ME FINISH THIS ONE AND I WILL WORK ON IT | |

| KB | **Burgio, Karen** | 1/29/2021, 2:04 PM |
| | i think i sent all since friday | |

| MG | **michelle.gour@optum.com** | 1/29/2021, 2:04 PM |
| | thanks. | |

| KB | **Burgio, Karen** | 1/29/2021, 2:04 PM |
| | 29 i think | |

| MG | **michelle.gour@optum.com** | 1/29/2021, 2:05 PM |
| | at least I have something to look at and work off of. | |

| MG | **michelle.gour@optum.com** | 1/29/2021, 2:15 PM |
| | SHE SENT THEM. | |

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

MG    michelle.gour@optum.com                                        1/29/2021, 2:15 PM
      ALL GOOD.

KB    Burgio, Karen                                                  1/29/2021, 2:15 PM
      try refreshing your activty log  i see a whole bunch to you from sandi

KB    Burgio, Karen                                                  1/29/2021, 2:15 PM
      hahahha

MG    michelle.gour@optum.com                                        1/29/2021, 2:15 PM
      SHE JUST SENT THEM.

MG    michelle.gour@optum.com                                        1/29/2021, 2:15 PM
      LOL

KB    Burgio, Karen                                                  1/29/2021, 2:16 PM
      nice..i was trying to see if i missed any

KB    Burgio, Karen                                                  1/29/2021, 3:15 PM
      OK. I CAN WORK FOR THE NEXT HOUR  I HAVE TO GO DRIVE HUBBY TO GO GE TOUR OTHER CAR FROM
      SHOP THAT WILL LEAVE ME WITH ABOUT 12-14 LEFT TO DO.  DO YOU WANT ME TO WORK ON THEM LATER
      OR TOMORROW MORNING OR DO YOU ALREADY HAVE ENOUGH TO DO

MG    michelle.gour@optum.com                                        1/29/2021, 3:16 PM
      I have until sunday night to get them in.  just holler when you submit the last one.

KB    Burgio, Karen                                                  1/29/2021, 3:16 PM
      OK..:)  I WILL GET THEM ALL DONE

MG    michelle.gour@optum.com                                        1/29/2021, 3:28 PM
      THIS ONE... WE KNOW IT'S LATE AND OKAY TO SUBMIT?

      ███████████████████████████

      FROM SANDI/KAREN
      HV 10/30 LS 12/31 /19 523055

MG    michelle.gour@optum.com                                        1/29/2021, 3:30 PM
      I expect it's fine but just double checking.

KB    Burgio, Karen                                                  1/29/2021, 3:30 PM
      THIS WAS ONE I WAS WAITING ON SANDI'S OK TO EREVIEW AN DWE WENT OVER IT LAST FRIDAY

KB    Burgio, Karen                                                  1/29/2021, 3:31 PM
      IT IS UNDER THE 90 DAY THRESHHOLD

MG    michelle.gour@optum.com                                        1/29/2021, 3:31 PM
      um.. it's 60 days isn't it?  lol  but that's find.. we had some old ones liek that that were delayed for one reason or another

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION                    UHICMA000207620

on our end.

KB     **Burgio, Karen**                                                                 1/29/2021, 3:32 PM

AND THE NURSE IS NANCY OMARI I BELIEVE AND SANDI EMAILED HER SAYING IT WOULD BE SUBMITTED BY 1/31

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION                                 UHICMA000207621

# EXHIBIT 31

Superior Court - Suffolk
Docket Number

Case 1:26-cv-12853-PGL    Document 1-6    Filed 06/23/26    Page 509 of 639
MDS RN Coordinator role modification: Moving from an audit to review process.

## MDS Communicated Guidance
### Role modification: Moving from Audit to Reviews eff 6/1/22

**Topic:**
Role modification: MDS team staff will move from an auditing process for the MDS MA SCO MDS HC assessment to a review process allowing for a portion the MA SCO MDS HC assessments to be processed as a transcription only.

**PREWORK**: Pilot for 1 month was completed to provide experience to establishing metrics, caseload management and guidance for the transcription only process 5/1-31.

**Immediate Action to be taken:**
- Each MDS RN will review each RNCM staff member assigned to the OPD they are currently managing, MDS assessment rework over the last 3 months to determine which category each field RNCM will fall into.
- All MDS individual tracking workbooks will be adjusted to allow for accurate caseload management tracking.

**Guidance:**

1. **Clarification on *how to map individual* RNCM staff for review vs. transcription only.**
   **Staff needing review**
   - Newly employed RNCM's who remain in orientation and or up to 6 months of hire.
   - RNCM's who are on a Corrective Action Plan (CAP) related to the MA FA or MA SCO MDS HC assessment quality.
   - RNCM's who do not consistently present for processing a MA SCO MDS HC assessment with a rate category "ask" supported by documentation in the MAFA.
   - RNCM's who consistently present for processing MA SCO MDS HC assessment with
     - Inconsistent correlation of rate category criteria (Cognitive impairment)
     - Documentation in RFS that is consistently missing needed elements required for cases that will go to state manual review.

   **All other staff will be mapped to those who need MA SCO MDS HC transcription only.**

2. **Role definition - Review process.**
   - For those staff listed as needing review the MDS Coordinators will review only MA FA and MA SCO MDS HC to ensure rate category is evident in documentation and correlates in functional ability and cognitive status, rate category requested meets state definitions per "MASSHEALTH MDS-HC SUBMISSION SUPPLEMENTAL INSTRUCTIONS FOR SCO PROVIDERS", *UPDATED August 2016*. If MDS coding meets rate category being requested, MDS coordinator will not ask RNCM to make corrections to submit the MDS in the state portal.
   - MDS Coordinators will work with non-tenured staff coaching regarding coding for ADL and iADL's, reinforce MDS HC teaching to basics and provide guidance for completing the MA SCO MDS HC assessment.
   - New MA SCO MDS assessment (2022) maps member medications from reconciled medications found in CCP manually entered diagnosis section into the MA SCO MDS HC assessment through automation providing for a complete list of all medications. MDS Coordinators will no longer need to review MA SCO MDS HC medication section against the

 WOLFGANG, SANDRA J

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION    UHICMA000076659

Superior Court - Suffolk
Do ,ket Number

Case 1:26-cv-12853-PGL     Document 1-6     Filed 06/23/26     Page 510 of 639
MDS RN Coordinator role modification: Moving from an audit to review process.

manual list of medications in CCP. If there are fields not filled in the MDS Coordinator will need to send an email to the RNCM to have them rerun and enter missing data into the MA SCO MDS HC assessment in CCP.

3. **Role definition – Transcription ONLY.**
   - For those staff listed as being eligible for transcription only staff will
     i. Verify Member eligibility in MMIS at time of referral of submission activity and again at time of entry into state gateway for submission.
     ii. Verify COD date through source of truth (refer to MDS Coordinators Job Aid)
     iii. Verify last submission date and 60-day marker compliance for Home Visit per state email update (Dated XX/XX/XXXX).
     iv. Transcribe CPP MA SCO MDS HC assessment _as is_ through recycled Ref# in MMIS or create new MDS in State gateway for an Initial or Change in Status (CIS). You will not be verifying information in MA FA, Medical Records, Care Plan or any information in CCP for transcription only.
        1. When creation of new MDS is needed as Initial or Change in Status is selected in the MDS, but in incorrectly identified by RNCM you should make the adjustment as needed for submission without need for the RNCM to make any changes to MA SCO MDS HC Assessment in CCP.
        2. When Case Open Date (COD)is incorrectly documented in the CCP MA SCO MDS HC assessment you should enter the correct COD which you identified in a previous review of the eligibility.
        3. If the RN CM has made a selection in the **Type of clinical eligibility determination**: Other Services, the MDS Coordinator will not transcribe any information in this area to the State portal MDS when transcribing as this area is used by other programs to define the reason for MDS submission only.
     v. If when entering the information during transcription from MA SCO MDSHC to the MMIS Gateway, you identify a case that will require a manual review by State MDS reviewer you will review the Information provided in the MA SCO MDS HC to ensure all elements need for the manual review are present and provide a clear story of your "ask" for rate category. If additional information is needed you will either email the RNCM for minor adjustments or move the case to a full review and proceed following the MDS Coordinators Job Aid.

        **Email coaching** or 1:1 discussion for clarification to address needed information to correct the RFS statement when the rate category appears correct from documentation in the MA SCO MDS HC will be done directly with the RNCM.

        **Rework Rejection**: When there are discrepancies in the MA SCO MDS HC assessment or not enough information in the RFS note and inconsistencies in MDS selections the MDS Coordinator will send a rework rejection and revert to full review of the MDS to ensure correct rate category is being requested.

| **Effective Date**: 6/1/22 | |
|---|---|
| **Supporting Documents**: | |
| Author: Sandra Wood Wolfgang MDS CSM | Date 6/20/22 |
| Manager Sign off: | Date |

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION          UHICMA000076660

# EXHIBIT 32

# Releveling Members

## Overview
To assist the Care Manager (CM) when referring members for releveling.

| | |
|---|---|
| **Navigation:** | Click the blue text to be taken to the information. |
| **System Requirements:** | CommunityCare Guiding Care Offline Edition (AppStore) |
| | CommunityCare Production (CCP) Environment |

## Referral for Level 1 Community OTHER (CO) Assignment

Refer a member for level 1 -rating category if member is not receiving any Home and Community-Based Services (HCBS).

1. Assign activity to TCMA Work Queue
   a. **Select:** *Action* icon > *Add Activity*
   b. **Type:** *Schedule*
   c. ***Select box*** *Work Queue Activity and* **find:** *MA SCO TCMA Queue*
   d. **Activity Type:** *Care Coordination*
   e. **Contact Type:** *Care Coordination Level Review*
   f. **Enter Comments / Reasons:** *Enter reason for level change*
   g. **Select:** *Add and Close*
2. Assign member's record to the MA Workgroup TCMA
   a. **Select:** *Manage* icon > *Assign Care Manager*
   b. **Enter:** *Altruista ID* number
      **NOTE:** Ensure there are no spaces before or after Altruista ID.
   c. **Select:** *Search* > *Checkbox next to member's Altruista ID*
   d. **Care Staff Name:** *WORKGROUP: MA TCMA: Consultant*
   e. Select **checkbox next** to *Re-assign current primary care manager activities to new primary care manager*
   f. **Select:** *Assign*

## Referral for Level 2 Community OTHER (CO) Assignment

Refer a member for level 2 rating category if member is receiving the following HCBS:

| HCBS | Eligibility Criteria |
|---|---|
| **Chore Services** | Assistance needed with IADL tasks such as minor home repairs, general maintenance, and heavy household chores. (651 CMR 3.00) |
| Companion | A non-medical service that assists with IADLs such as meal preparation, laundry, shopping, escort to appointments and light housekeeping |

 © 2021 United HealthCare Services, Inc. All Rights Reserved

1

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION    UHICMA000184416

| Consumer Direct Care (CDC) | Assistance needed with a combo of 6 ADL/IADL with only one ADL. (REF: PI- 09-08 IV) |
|---|---|
| Home Delivered Meals (HDM) | 1. Homebound for reason of illness, incapacitating disability, or isolation. And; 2. Unable to prepare to prepare nutritional meals or attend a congregate meal site. |
| Homemaker/Housekeeping | Members who need assistance with IADL to complete homemaking tasks, such as meal preparation, housework, laundry, phone use, and shopping. |
| Laundry Services | Assistance needed with IADLs related to laundry, such as pick up, washing, drying, folding, wrapping, and/or returning of laundry. (651 CMR 4.00) |
| Personal Care (PC) | Hands-on assistance, prompting/cueing, and supervision with one ADL. |

1. Confirm ASAP provider name assigned to member:
   a. **Select:** *Member Info* tab > *Member Details* tab > *Aid Supplemental Data*
2. Schedule referral activity to CPC
   a. **Select:** *Action* icon > *Add Activity*
   b. **Type:** *Scheduled*
   c. **Activity Type:** *Assign UHC Care Coordinator*
   d. **Contact Type:** *Complete*
   e. **Priority:** *High*
   f. **Care Staff:** *CPC name based on member's assigned ASAP*

   NOTE: Refer to the *Queues, ASAPs, Managers Cheat Sheet* to determine the appropriate CPC.

   g. **Enter Comments/Reasons:** *If the member reports having service(s) include detailed information regarding service(s).*
   h. **Select:** *Add and Close*

# Referral for Level 2 COMMUNITY BEHAVIORAL HEALTH (CBH)

Refer a member for a level 2 CBH rating category if member:
- Has a State-Approved CBH ICD-10 Code list listed within CCP *Diagnosis Summary* section.

NOTE: If no medication or behavioral treatment plan in place, the CM must first confirm member's self-reported diagnosis with physician. Care Manager must contact physician to confirm self-reported diagnosis.

1. Schedule the Referral – Change in Condition activity
   a. **Select:** *Action icon > Add Activity*
   b. **Type:** *Scheduled*
   c. **Select box** *Work Queue Activity, refer to Queues, ASAPs, Managers Cheat Sheet,* and **find** *RN Team Work queue based on member's ASAP*



© 2020 United HealthCare Services, Inc. All Rights Reserved

2

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION          UHICMA000184417

d. **Activity Type:** Referral – Change in Condition
e. **Priority:** *High*
f. **Contact Type:** *Change in Condition*
g. **Scheduled Date:** *<Today's Date>*
h. **Enter Comments/Reasons:** CBH *Referral: Member has <insert state-approved diagnosis here> and taking <insert medication if applicable>.*
i. **Select:** *Add and Close*

# Referral for Level 3 Nursing Home Certified (NHC) Assignment

Refer a member for Level 3 NHC rating category if member:
Receives assistance with personal care (at least 2 activities of daily living) and/or skilled services

|  |  |
|---|---|
| **Bathing** | Hands-on assistance and/or cueing/prompting through the entire task with washing body (exclude hair). |
| **Dressing** | Hands-on assistance and/or cueing/prompting through the entire task with upper or lower extremity (exclude socks and shoes). |
| **Walking** | Hands-on assistance and/or cueing/prompting through the entire task with walking in the home. |
| **Transfer** | Hands-on assistance and/or cueing/prompting through the entire task with transfers from bed/chair/toilet. |
| **Eating** | Hands-on assistance and/or cueing/prompting through the entire task with feeding. |
| **Toileting** | Hands-on assistance and/or cueing/prompting through the entire task with personal hygiene (bowel/bladder) including changing diapers. |
|  | Skilled services performed by others because member physically is unable to do this for themselves. If no one is present to do this, it will not be done.<br><br>EXAMPLES:<br>• Injection or Intravenous Feeding managed by others.<br>• Tube feeding managed by others.<br>• Aspiration and tracheostomy care - if member is receiving suctioning per MD order, managed by others.<br>• Ulcers, other widespread skin disorders, or care of wounds with MD order for treatment and/or application of dressings for irrigation, the application of medication, or sterile dressings needed to provide safe and effective services.<br>• Administration of oxygen by others.<br>• Insertion, sterile irrigation, and replacement of catheters by others.<br>• Medication administration (excludes pillbox setup) – given to member by others. |

1. Schedule an activity
   a. **Select:** *Action icon > Add Activity*
   b. **Type:** *Scheduled*
   c. **Select box** *Work Queue Activity, refer to Queues, ASAPs, Managers Cheat Sheet*, and **find** *RN Team Work queue based on member's ASAP*
   d. **Activity Type:** *–Referral – Change in Condition*



© 2020 United HealthCare Services, Inc. All Rights Reserved

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION    UHICMA000184418

e. **Contact Type:** *Change in Condition*
f. **Scheduled Date:** *Today's date* > **Enter Comments/Reasons:** *Enter a note explaining the reason the member needs a level change evaluation.*
g. **Select:** *Add and Close*

## Revision Table
## Approval table



© 2020 United HealthCare Services, Inc. All Rights Reserved

4

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION                UHICMA000184419

# EXHIBIT 33

# MDS Corner



## MDS #8- Request for Services (RFS) Statement
## Rate Category
### Alzheimer's, Dementia/ Chronic Mental Illness ADCMI

---

## MDS #8- Request for Services (RFS) Statement

**Purpose:** The Request for Services (RFS) statement summarizes the member specific assessment, detailed throughout the MDS-HC (Minimum Data Set Home Care), supporting the rate category being requested and reflects the member's current level of care and supports needed to maintain the member safely in the community.

---

## The Basics: What is needed?

## ◼ ADCMI:

> RATE CATEGORY
> Alzheimer's, Dementia /Chronic Mental Illness ADCMI

➢ **Always begin with type** of assessment conducted
- Face to Face
- Telephonic
- Via video conference.

➢ **Identify the Rate category you are requesting for the member.**
"Requesting ADCMI" - provides clarity for the state reviewer, identifies the rate category being requested

➢ **List all verified/confirmed ADCMI diagnosis**
This is required by state to meet ADCMI criteria

➢ **Treatment plan (conventional/unconventional)**
- An active treatment plan, with a managing provider is required by the State to meet ADCMI criteria
  - o **Conventional –**
    - ✓ Detail medication (names of medications only)
    - ✓ BH (Behavioral Health) therapy services,
    - ✓ PCP/Psych MD or Managing Provider
    - ✓ Frequency of follow-up.
  - o **Unconventional**
    - ✓ Detail PCP or Managing provider
    - ✓ Frequency of follow-up
    - ✓ Active treatment plan such as member coping strategies i.e., meditation, informal group support etc.

  **NOTE: Do not add names of providers**

➢ Include independence with ADLs or list which one ADL member requires assistance with.

➢ Include if assistance is needed for IADLs in general.

➢ **Services**
Clear documentation to demonstrate how the services are supporting members in the community

➢ **Include both formal/informal support**

➢ **List all services the member:**
- o **Currently has in place:** **
  **Exception** would be the services a member came to the plan with on enrollment typically called Continuity of Care Services that the member **is not eligible for based on your assessment** with the plan to remove the services at the 3-month visit. A continuity of care comment should be entered in MDS RFS.
  - o Those services which have been approved and /or being initiated **as part** of the care plan.

**DO NOT INCLUDE:**
➢ Names of people or places
➢ Dosages or frequencies of medications
➢ Symptoms or impairments not listed in MAFA (MA Functional Assessment) as contributing to the rate category request
➢ Diagnosis not driving the rate category
➢ List of individual IADL impairments (indicate "IADLs" instead of listing each IADL).
➢ Program levels (AFC 1, AFC2, ADH- complex, basic).
➢ Abbreviations in general not medically accepted.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION    UHICMA000184888

# EXHIBIT 34

# MDS-HC ASSESSMENT

- What is an MDS-HC Assessment?

- Who utilizes the assessment?

- Purpose of the MDS-HC Assessment?

- The Role of the MDS-HC within SCO?

What is an MDS-HC Assessment?

The acronym MDS-HC represents "Minimal Data Set – Home Care". It is a clinical assessment adopted by Center of Medicaid/Medicare Services in response to the 1987 US Omnibus Budget Reconciliation act to address the quality of nursing care and the need to standardized assessments within nursing homes and the Communities.

Regulated by the United States Department of Health and Human Services Center for Medicare and Medicaid Services.

Who utilizes the assessment?

Utilized within long-term care nursing facilities and within the community for individuals who receive Medicaid and/or Medicare benefits.

Purpose of the MDS-HC Assessment?

The items in the MDS-HC give a multidimensional view of the patient's functional capacities and health problems based on the clinical needs the RN identifies.

The Role of the MDS-HC within SCO?

1

It assist with the determination of level of care,  identifying needs and provides a rate of reimbursement from the state.

## RN CARE MANAGER ROLE

Identify and report all clinical needs, regardless if clinical need is being "met" or remains "unmet".

➤ LTC Functional and MDS-HC assessment must reflect the same information in reference to ADL/IADL needs

Reflect primary health conditions which impact your evaluation.

Apply your nursing assessment skills (Critical Thinking)

Gather subjective and objective data.

Probe, investigate, ask and most importantly OBSERVE!

➤ Have member participate and show you how they do it.

Remember.... In the ideal world of nursing, what would recommend to keep this member healthy, safe and compliant based on your evaluation?

I do not agree with this. PleaseElaborate on statement we cannot identify on LTC Functional a need for HM services, and on MDS report member is independent Does not match. If a member has adl-bathing impairment of severe---mds showed have member at limited assist.

Primary health conditions----related to DX. Where we identify primary dx ( top 4 0r 5)impacting members health, and function. We should not use a DX of pneumonia unless its happening now, not a dx from 2 years ago.

2



The clinician must reflect a member's clinical needs within all categories. Lack of proper or insufficient documentation of clinical need will delay submission and generate inappropriate category. Accuracy is important.

Open up Care one to blank assessment and go through each section. ***Focus on beginning open/ reopened date(time member enrolled in plan) Show them how to find it under the assignment tab.

Enter date of original admission to the SCO program in the block requesting Date case opened/re-opened. Find it under assignment tab in Careone.

Assessment reference date----Date of assessment (Home visit)

Reason for Assessment/ Type: 1.        Use "Initial Assessment" ONLY for new members who just joined the plan and you have completed the visit and submitted the MDS-HC task to the MDS team prior to the last day of the current month member enrolled (Example: effective 6/1/15, RN must submit MDS to MDS team by 6/30/15):

2.        Use "Change in Status" ONLY for:
        Members who need a category change (i.e. CW to AD/CMI or NHC to CW, etc.) We need to use this status if members are seen after effective date(30 days)

3.        Use "Routine assessment at fixed intervals" ONLY:
        When submitting for an annual reassessment (i.e. AD/CMI staying as AD/CMI)

*****Open up Care one to blank assessment and go through each section.

3



Notice the beginning of MDS starts with Request For Service (RFS).  So, it is important after the functional you should already know what level you will be requesting. Its all based on LTC Functional.

The clinician must reflect a member's clinical needs within all categories.  Lack of proper or insufficient documentation of clinical need will delay submission and generate inappropriate category.  Accuracy is important.

The actual mds assessment really begins at section AA  question 11

4



- Make sure to complete all sections if member has an informal support service. Questions 20 through 23.
- Question 24 should be completed entirely including the section where you should enter the extent of informal help in hours according to your LTC Functional. Enter 0 for both weekdays and weekend hours if member does not receive any informal help.
- When requesting for NHC, a member should have at least 4 ICD-10 diagnoses which should be entered in question 28. Please enter ICD-10 code along with description.

5



Please complete all sections in question 35. In questions 35 please pay attention to special procedure in the home when requesting NHC or AD/CMI. Daily nurse monitoring should be chosen when requesting NHC. Nurse monitoring less than daily should be chosen when requesting for AD/CMI.



In CCP we now have 4 programs that member's are enrolled in.

**Community Other** – all members who have not had an MDS-HC completed by our plan or a previous SCO will automatically enroll with a rate category of "Community Other". We do have to do MDS and submit to State if we are downgrading member from a NHC to CW. CW members are overseen by TCMA

**AD/CMI (Alzheimer, Dementia and Chronic Mental Illness)**– Requires an MDS-HC submission to change their rate from community other to AD/CMI. This can be achieved only if the member has a mental health diagnosis (specific ICD-10 codes per state criteria) and do not present a clinical need related to activities of daily living or skilled nursing; a rate category of "AD/CMI". Managed primarily by GSCC and RNCM sees annually.

**NHC (Nursing Home Certified)** – Requires an MDS-HC submission to change their rate from community other and/or AD/CMI to NHC. This can be achieved only if the member has impairments related to activities of daily living and/or skilled need related to nursing; a rate category of "NHC" will be given. These are the members we take care of and responsible for quarterly.

**FEW Waiver:** we will be discussing it in this PowerPoint presentation.

7



Go to Member Info under Programs and you will find Community Well, AD/CMI, NHC, and/or FEW listed for the member.

# LEVEL OF CARE OF OUR MEMBERS

- Community Well: these members <u>do not qualify or deny the implementation</u> of skilled nursing services in the home such as assistance/supervision with activities of daily living, medication administration, or physical therapy. These members <u>might still receive services in the home to assist them with instrumental activities of daily living</u> such as homemaking, home delivered meals, or laundry services. These members can be identified as <u>level 1 or level 2</u>.

# LEVEL OF CARE OF OUR MEMBERS

- Alzheimer's Disease and Chronic Mental Illness (AD/CMI): a category of members who live in the community but have one or more applicable mental health diagnoses. These members do not qualify or deny the implementation of skilled nursing services in the home such as assistance with activities of daily living, medication administration, or physical therapy. These members can be identified as level 2 yellow.

10



## LEVEL OF CARE OF OUR MEMBERS

- Nursing Home Certifiable (NHC): members who live in the community and who <u>require supervision or assistance</u> with <u>at least 2 ADLs for 3 or more days</u> per week. These members might also need skilled nursing services in the home to <u>administer</u> medications or they may also receive physical therapy. These members may receive <u>informal or formal assistance</u> with their activities of daily living. These members can be identified as <u>level 3</u>.

Informal assistance relates to assistance provided by family members without any charge to the insurance. Formal assistance relates to assistance provided by nursing personnel or caregivers such as home health aides or personal care workers which are paid by this insurance.

11



You can find the member's level under the member's info tab along with member's details. <u>When requesting for a change in status</u> for the member. <u>You should not change the member's level</u>. The MDS team is responsible for changing the member's level once the new status has been approved.

12



A member will be assigned AD/CMI rating category if any diagnoses for mental illness that is a state accepted ICD10 CODE which is in dropdown section in RFS section.
Remember this is only appropriate if your member has 1 ADL need ONLY.  If you report 2 or more you should consider requesting NHC status.

13



# THE STATE ONLY PERMITS SPECIFIC ICD-10 CODES

| DIAGNOSIS | DESCRIPTION | ICD-10 CODES |
|---|---|---|
| Dementia | Presenile, Senile, and Vascular | F03.90, F01.51 |
| Dementia Other | With or without behavioral disturbance | F02.xx |
| Alzheimer | Alzheimer, Pick's, mild cognitive impairments, Reye's syndrome, hydrocephalus, Cerebral degeneration | G30.x, G31.xx, G93.7, G91.x, G94 |
| Schizophrenia | Schizophrenia | F20.89 |
| | Depressive psychosis, excitative, reactive and psychogenic | F32.9, F33.3, F28, F23, F29, F44.89 |
| Depression | Bipolar, Major Depressive Disorder | F30.xx, F30.xx, F31.xx, F32.xx, F32.xx, F33.xx |
| | Anxiety, Panic Disorder, Phobia, OCD | F41.x, F40.x, F42 |
| | Depressive Disorder | F32.9 |

14



As an RN you must reflect the entire clinical picture of the disease process throughout your assessment.
Within the "Cognitive/Affective Status" section, make sure to reflect the members mood in the past few months.
Besides depression and anxiety and mood disorders, what other mental health conditions can impact cognitive/affective status?

Ensure you are reflecting the member's mood and behavior in the "Comp-Mood & Behavior" section with the MDSHC assessment. You must also select the psychiatric diagnosis within the "Comp-Diagnosis" section and add the actually medication as prescribed (if applicable).

15



There are 2 sections within this tab that are key to a successful AD/CMI rate category.  First one we already spoke of which was Comp-Mood.

2nd section is the Diagnosis tab.---You must also select the psychiatric diagnosis within the "Comp-Diagnosis" section J-1 and add the actually medication as prescribed (if applicable). POP QUIZ: "Do you need the diagnosis and medication for the state to approve a category of AD/CMI?   NO, just a confirmed dx. The behavioral health network has its challenges (doctor office not calling back, refuse to provide information, etc.), use your resources such as IPRO, RX Connection and the UBH Advocate.  You will receive more specific training related to these resources

This is important to ensure your selected ICD-10 code is accepted by the state.

If there is no medication present; elaborate in the RFS summary note as to the reason why the member is not taking a prescribe medication (example: Noncompliant, counseling treatment is preferred, etc.)

16



POP QUIZ: "Do you need the diagnosis and medication for the state to approve a category of AD/CMI?   NO, just a confirmed dx.
This is important to ensure your selected ICD-10 code is accepted by the state.

Medication—We have to add the  medication as prescribed (if applicable). If there is no medication present; elaborate in the RFS summary note as to the reason why the member is not taking a prescribe medication (example: Noncompliant, counseling treatment is preferred, etc.)
Member on Trazadone for insomnia  does not qualify for ADCMI alone. Insomnia is not accepted as part of mental illness.
Never assume antidepressants that member is or has depression.   You need to confirm DX with PCP/ IPRO, etc. for accepted ICD-10 code
Remember…..Your "Request For Service" nursing note must describe the mental status and treatment.
It is recommended. Even if member declines and not receiving services. You as the clinician identified a need and is recommending the services. Member has right to refuse services and recommendations.

With AD/CMI you will be given this category based on diagnosis NOT medication.  If a medication is not listed for treatment you must clarify in the RFS summary note why the member is not taking a prescribed medication.
Hint----when listing medications know how many you are going to be inputting and hit the green to add lines first( medications should be in order of the dx.   In CPP if you choose

17

depression first, and put medication in first then click to add line  it goes above. So
medications will not be in order.

17



Question 5.
Use this for mental health illness---this is a must especially when requesting ADCMI/ or NHC where mental health impacts ADL's.  If there is no DX  leave box unchecked.
Mental Retardation----You need to answer yes or no . Cannot be left blank/ unanswered
If leaving box one check with no dx, assessment will not let you save or end.



This is where we recommend services based on level.
NHC-skilled nursing services should always be checked.
ADCMI—no need for skill nursing unless member is getting once a month injection. Then you can do 1 , usually recommend mental health or social worker, HCBS for IADL.
Meals ---if member is receiving HDM ( rule of thumb—10 mins. For 1 meal)----meals prepared by HM, NATURAL SUPPORT WILL BE INCLUDED IN HM not meals.
If you are looking to submit an MDS based on therapy services, minimum is 3 days per week with 3 days of nursing with 2 ADL needs.  Even if member receives 2 you can submit with 3 since therapy services are always orders at 3 days per week.  Some agencies are under staff and that is why the therapist only comes in 2 days but they truly should be doing 3 days.

This MDS is good for 6 months; the state requires you resubmit an MDS every 6 months on this type of category.

19



Remember…..Your "Request For Service" nursing note must describe the mental status and treatment.

It is recommended. Even if member declines and not receiving services. You as the clinician identified a need and is recommending the services. Member has right to refuse services and recommendations.

With AD/CMI you will be given this category based on diagnosis NOT medication.  If a medication is not listed for treatment you must clarify in the RFS summary note why the member is not taking a prescribed medication.

If the ICD-10 Code you acquired is not on the list of approved ICD-10 codes, the state will deny your request for AD/CMI.

EXAMPLE: If member is prescribed Aricept but diagnosis is memory loss the state will not consider AD/CMI since the diagnosis for memory loss is not part of the ICD-10 specific codes.

Look at the sample notes….

20



# NHC STATUS



- NHC= Cognitive Impairment + 2 ADL supervision or greater with cueing/reminders.
- NHC= Cognitive + 2 ADL impairment of assistance or greater with physical assistance.
- NHC= Chronic condition + 2 ADL impairment of assistance or greater with physical assistance.
- NHC= Daily skill.
- NHC= 3 days of Skill + 2 ADLs assistance. RN 3 days to support  3 days of other skill (PT /OT/SLP, etc).

22

# NHC FACTS

- Any part of the skill that is being performed by someone else (informal or formal assistance) should be described on Question 9.
- Locomotion outside of home does not count as 1 ADL.
- Dressing counts as 1 ADL when: assistance is needed with one extremity or assistance is needed with both extremities.

NHC----

23



NHC status based on a cognitive impairment can be acquired based on various nursing skill needs. This is achieved by documenting the type of cognitive impairment and how it is affecting the member's ability to perform their activities of daily living independently.  The need must be daily, with or without (formal/informal) support or they simply refuse the help (demonstrating clinical need is present).

In Psychiatric disorder/Alzheimer and dementia does the member need medication administration to maintain compliance?  Or is it advanced Alzheimer/dementia requiring assistance with ADLs which warrants an RN to oversee the care plan for the member's ADL needs and/or both?  Use your critical thinking skills.

Substance Abuse/EOTH – are they compliant with their medication regimen?  Medical appointments? Self-neglect? Resisting care?  Do they need detox (despite refusing)? Use your critical thinking skills.

24



The first criteria that we will review is the Cognitive Impairment:
- For the state to consider NHC status, you must select Moderate to Severe within the Cognitive/Affective tab.
You must also identify the numbers of days of skill need in the "Service" section under "Visiting Nurse" within the MDS-HC assessment.
SECTION TO REFLECT THE NEED WITHIN MDS  WILL BE section b question 15
As you navigate, the first tab that grabs attention is the cognitive/affective tab.
- For the state to consider NHC status, you must select Moderate to Severe within the Cognitive/Affective tab.
As you continue to reflect your assessment within "communication, mood & behavior, social function" you will then focus on "physical function".  The reason for this is that members with moderate or severe cognitive challenges struggle with managing some or all ADLs independently.

Members with moderate or severe cognitive challenges struggle with managing some ADLs independently.

25



ADL impairments can be an indicator for NHC status. You must document the a minimum of 2 ADLs at supervision or greater within the "Physical Function" tab and must also reflect the chronic condition that is causing the impairment in the "Diagnosis Section". The ADL need is daily, meaning the skill need is daily within the service section of the MDSHC assessment. <u>The assistance/supervision is present with (formal/informal) support.</u>

26





UTILIZATION SERVICE TAB   IS QUESTION 34 IN CPP
For NHC  VN is 7 days--  7 or 3 Days as long as there is /2 ADL impairments.  7 days will be if member needs insulin administration by someone. I usually use 7.  7 days for ADL( HHA).

Section 35  needs to have daily nursing always for NHC,   FOR ADCMI—DAILY NURSING N/A---NURSE MONITORING LESS THAN DAILY SHOULD BE CHECKED.
ALL NHC-----NEEDS 2 ADLS AT LEAST SUPERVISION LEVEL. So focus is really on physical function.
DX TAB IS IMPORTANT--- NHC COGNITION---IST DX SHOULD BE THAT DX.
IF ITS ADL NEED---DX SHOULD BE ONE THAT REFLECTS WHY THE MEMBER HAS ADL IMPAIRMENT SUCH AS CHRONIC PAIN FROM OA.
Medications listed should be in order of DX
Basically if NHC based on cognition---focus should be comp/ behavior

28



This is where your LTCF comes in handy and why we say LTCF mirror the MDS. ONLY FOR PERSONAL CARE (ADL) or HM-IADL's.  It should be almost exactly same as grand total of LTCF

29



**Remember to include who** is providing **assistance and** why (diagnoses/reason)?

30



Must always include at least **7 days/3 hours** or **7 days/7 hours** of **Visiting Nurse** per week

Must include the total amount of assistance/supervision with activities of daily living in the home health aide section **7 days/total amount of hours per week according to LTC Functional.**

Include any other services that may apply within the formal care section except physical therapy if member is being approved for NHC based on assistance/supervision with 2 ADLs or more.

31

## NHC BASED ON THERAPY SERVICES

When the <u>functional impairment is not permanent</u> and <u>skill services prescribed are limited to a certain period.</u>
Member requires assistance with 2 or more ADLs and has a medical order requiring services (PT, OT, SLP, VNA,) from a third party, at least, 3x/week.
This could be r/t a recent emergent event that effects the members physical and/or cognitive abilities IE:  CVA, MVA, Fall etc...
MDS will resubmitted in 6 months rather than 1 year to re-assess the members condition.

Example

Per MD order member requires PT 3 days per week in home to improve ROM in the bilateral LE's r/t lower back injury caused by recent fall. Member is currently receiving ADL assistance by HHA for bathing, grooming and dressing 3 days per week.  The goal is for member  to return to baseline and have ADL independence.

Special treatment are based on an MD order.  The note below is an example of blurb for question 9.

32

# FRAIL ELDER HCBS WAIVER

- The Home and Community-Based Services Waiver (HCBS) is a program for low-income Massachusetts residents who qualify for nursing facility or other institutional care but want to live at home.
- Are age 65 or older;
- Are certified as medically eligible for nursing home care (NHC);
- Are able to live safely at home with one or more support services; and
- You meet the HCBS Waiver

33



## FRAIL ELDER WAIVER FORM

- New Frail Elder Waivers are screened by ASAP RN and NOT UHC case managers.
- FEW waiver members <u>must</u> be Nursing Home Certifiable.
- <u>Must</u> Accept a waiver service at least 1 day per month

- The FEW is a program for low-income Massachusetts residents who qualify for nursing facility or other institutional care but want to live at home. The Waiver allows the Commonwealth of Massachusetts to use Medicaid funds (which otherwise would have been used for an individual's nursing home care) for that individual's care at home.
- If the member is clinically and financially eligible for the FEW Waiver, member will get MassHealth Standard medical coverage and access to increased home and community-based services.

Frail Elder HCBS Waiver applies to members who:

» Are age 60 or older;

» Are certified by the state as medically eligible for nursing home care;

» Are able to live safely at home with one or more support services; and

» You meet the HCBS Waiver <u>income and asset limits.</u>

34



You should identify a FEW member in the universal template and in the MDS Assessment on Question 10.



Along with receiving informal/formal assistance with ADLs. A FEW member should accept any one of the services above.

36





Task submission to MA SCO MDS RN Coordinator Queue.
Please enter change in status for changes in level from lower level to high level so they ca
be addressed right away and choose high priority.

38



39

# REMINDER

- Your home visit is valid for 60 days on MDS-HC assessment
- Do not adjust the dates on the MDS-HC activities sent by the MDS team.
- You are responsible to submit an MDSHC Submission activity to the MA SCO MDS RN Coordinator Queue
- Include the Frail Elder Waiver language in your note and question 10.
- MDS-HC are face to face visits CANNOT BE TELEPHONIC

40



# EXHIBIT 35

Appointment

| | |
|---|---|
| **From:** | Di Re, Bernadette [/O=UHG-EXCHANGEMAIL/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=BDIRE] |
| **Sent:** | 8/28/2019 2:57:44 PM |
| **To:** | Di Re, Bernadette [bernadette.di.re@uhc.com]; Hultgren, Bror O [bror_o_hultgren@uhc.com]; Spilker, Timothy M [tim_spilker@uhc.com]; Anderson, Catherine K [catherine_anderson@uhc.com]; MA030 ConfRm 329 Kendall Square (12) [resourcemakendallsquareroom329@ingenix.com]; Iskra, Koren O [koren.iskra@uhc.com]; Holzer, Cynthia [cholzer@uhc.com]; Gossner, Michael S [michael.gossner@uhc.com]; Carr, Darcy F [darcy.carr@uhc.com]; Wagner, Joseph F [joseph_wagner@uhc.com]; Soczynski, Paul F [paul_soczynski@uhc.com]; Tarpinian, Ariana M [ariana.tarpinian@uhc.com]; Ismert, Jenny L [jenny.ismert@uhc.com]; Cresta, Brian M [brian.cresta@uhc.com]; Maxedon, Christopher [christopher_maxedon@uhc.com]; Matheason, Kari A [kari_matheason@uhc.com]; Cervantes, Vidiana [vidiana_cervantes@uhc.com]; Sullivan, Joanne M [joanne_m_sullivan@uhc.com]; Ellis, Cheryl A [cheryl_a_ellis@uhc.com]; McCarthy, Laura A [lmccarthy@uhc.com]; Waller, Amanda E [amanda.waller@uhc.com] |
| **CC:** | Heavens, Christine M [chris_heavens@uhc.com]; Davidson, Daniel R [dan_davidson@uhc.com]; Weber, Alissa A [alissa_weber@uhc.com] |
| | |
| **Subject:** | MA PLAN MARKET REVIEW Meeting |
| **Attachments:** | Mass Plan Review 20100829 FINAL.ppt |
| **Location:** | Kendall Sq room, 950 Winter St., #3800, South Door, Waltham, MA and webex |
| | |
| **Start:** | 8/29/2019 8:00:00 AM |
| **End:** | 8/29/2019 12:00:00 PM |
| **Show Time As:** | Busy |

| | |
|---|---|
| **Required Attendees:** | Hultgren, Bror O; Spilker, Timothy M; Anderson, Catherine K; MA030 ConfRm 329 Kendall Square (12); Iskra, Koren O; Holzer, Cynthia; Gossner, Michael S; Carr, Darcy F; Wagner, Joseph F; Soczynski, Paul F; Tarpinian, Ariana M; Ismert, Jenny L; Cresta, Brian M; Maxedon, Christopher; Matheason, Kari A; Cervantes, Vidiana; Sullivan, Joanne M; Ellis, Cheryl A; McCarthy, Laura A; Waller, Amanda E |
| **Optional Attendees:** | Heavens, Christine M; Davidson, Daniel R; Weber, Alissa A |



Mass Plan Review
20100829 FINAL...

Adding the deck that we will be using at tomorrow's Mass. Market Review.    We also will be sharing it via webex.

Thanks,
Bernadette

~ Do not delete or change any of the following text ~

## When it's time, join your Webex meeting here.

Meeting number (access code): 820 455 414

Meeting password: sRSmfZ?3

Join

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION    UHICMA000114706

Join by phone
Tap to call in from a mobile device (attendees only)
1 763 957-6400 US/Canada (Preferred)
Global call-in numbers

Need help? Go to http://help.webex.com

Join by phone
Tap to call in from a mobile device (attendees only)

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION                    UHICMA000114707

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# UNITED HEALTHCARE COMMUNITY PLAN OF MASSACHUSETTS



# Business/Affordability Review

## August 29, 2019



Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Massachusetts Business Review

 United

- Welcome & Introductions
- Executive Summary
- Affordability
  - Blue Chip Tracker
  - Roadmap Summary
  - Affordability Research
  - Financial Outlook 2019-2020
- Deep Dive
  - Clinical Redesign
  - Network Initiatives
- Growth Opportunities
  - Current market share
  - Senior Care Options re-procurement
  - OneCare Procurement status
- Closing Comments/Next Steps

# Affordability



Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Executive Summary

 United

- Root cause analysis – primary contributor to affordability issues is H trend
- Affordability efforts include revenue, medical expense, and SG&A improvements in addition to focus on HCBS trend
- Key strategy – key to long term sustainability is remediation of the underlying causes of HCBS trend
  - Other efforts add value to 2019 – 2020 turnaround
    - Could be one time or short term (1-2 year) improvements
    - HCBS trend correction dependent on adjusting core infrastructu
      - Clinical Model
      - Process improvements
      - Systems Improvements
      - Strategic/appropriate staffing

Proprietary information of UnitedHealth Group. Do not distribute or reproduce without express permission of UnitedHealth Group.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Blue Chip Tracker



| Initiative | 2019 | 2020 | Update |
|---|---|---|---|
| Dental Crowns | $0.60M | $1.9M | • Letter has been sent (08/09)<br>• Live 9/12 |
| Dental PA Changes | $0.50M | $2.8M | • Live 10/12 |
| Absorbent Products | $0.02M | $0.05 | • We have instituted quantity limits on our absorbent products that order through First Line<br>• This was one of our HCBS goals presented to Heather<br>• Went live 8/1/19 |
| Housecalls Revenue Lift | | $6.2M | • Continuously being monitored for cost savings<br>• Initiative will go live 1/1/20 |
| HCBS Affordability - RN Tools and Training (task/assessment tool, CET, secondary review) | $1.80M | $5.5M | • This will map to Paul Soczynski : LTSS affordability item<br>• Partnering with Bror's team to start up UCS UM process<br>• Live 10/15 |
| ASAP Filing Limits | $0.70M | | • In legal review<br>• Live 11/1/19 |
| HCBS Fee Schedule | $0.37M | $1.5M | • We have internally proposed rates. Bernadette is waiting on a sta for approval |
| CMS Frailty | | $15M | • For 2021 |
| Correct ASAP Billing Practice | $0.15M | $0.60M | • Reviewing the codes that we have regulated rates for & identify implement moving to pay against those rates vs. 100% of billed today |
| Optum CCM RAF | | $2.5M | • For 2020 |

|  | | | |
|---|---|---|---|
| **2019 Total = $4.14M** | **$1.12M** | **$2.87M** | **$0.15M** |
| **2020 Total = $21.05M** | **$10.95M** | **$7M** | **$3.1M** |

Proprietary information of UnitedHealth Group. Do not distribute or reproduce without express permission. United Health Group.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Roadmap Summary

United

| Initiative | Notes | `19 | `20 | `21 | Resources/Support Needed | |
|---|---|---|---|---|---|---|
| **Savings previously identified (5+7 Pipeline)** | | | | | | |
| Pipeline initiatives | CTP Savings, Readmission Policy, ICC Program, Surgical Flaps, Missing Revenue | $0.5M | $0.5M | | | |
| **Savings start by 6/1/19** | | | | | | |
| MDS-HC Audit and Submission Process | To prevent future IOI and revenue loss | $1.6M | $0.93M | | • 6 staff (Resource Partners) and backfill open requisitions<br>• All staff has been hired and trained | • None |
| **Savings start by 9/1/19** | | | | | | |
| RN Tools and Training (task/assessment tool, CET, secondary review) | 5% savings on $108M of personal care | $1.8M | $5.5M | | • Collaborating with Bror's team to setup UCS UM process | • Loss of<br>• Increas<br>• Reduct |
| Dental Crowns | Mirror MassHealth | $0.60M | $1.9M | | • Went live 8/12/19 | • Loss of |
| **Savings start by 10/1/19** | | | | | | |
| HCBS Fee Schedule | Based on weighted average of current rates with lesser of logic | $0.37 M | $1.5M | | • Rates have been set<br>• Bernadette is waiting on the scheduling of a meeting with the state for approval of rates. | • ASAP a.<br>• State re implica |
| Clinical Model Redesign Part I | Revenue impact; All new members get MDS-HC | $0.03 M | $0.1M | | • 6 temp staff | • None |

Proprietary information of UnitedHealth Group. Do not distribute or reproduce without express permission of UnitedHealth Group.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Roadmap Summary



| Initiative | Notes | '19 | '20 | '21 | Resources/Support Needed | |
|---|---|---|---|---|---|---|
| Clinical Model Redesign Part II/ HCBS Network Optimization | 50% ASAP PMPM Reduction (bring CM function and vendors oversight in house)  Aligns with OneCare and SCO proposed clinical model | $1.4M | $5.4M | | • Collaboration with Bror's team on payment model and reporting<br>• RN staff resources (7)<br>• Plan network staff resources (6)<br>• Contracting team to move faster (500 vendors)<br>• External affairs and communications/PR support | • Significa given SC<br>• Required negotiat<br>• Lack of S<br>• May nee services<br>• Possible - may ca close/me |
| Correct ASAP billing practices | Transportation/Home Health codes and Overlapping Services | $0.15 M | $0.6M | | • Escalate configuration | • ASAP no patterns |
| Eliminate hard copy Mailing of the EOC with the ANOC | Move to electronic EOB, Streamline ANOC, Care Plan in portal | $0.6M | | | • Assistance with CCP solution | • None |
| **Savings start on 11/1/2019** | | | | | | |
| Dental Prior Authorizations | Mirror MassHealth | $0.5M | $2.8M | | • Will go live 10/12 | • Loss of r |
| ASAP Filing Limits | One time savings | $0.7M | | | • Escalate configuration is on track | • ASAP Fil |
| **Savings for 1/1/20 and Beyond** | | | | | | |
| Optum CCM RAF | Revenue: Start 7/1/20 | | $2.5M | $5M | • Need support from Optum CCM<br>• Waiting on Optum for new administration of services proposal | • Need to offset/cl Optum |

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Roadmap Summary

 United

| Initiative | Notes | `19 | `20 | `21 | Resources/Support Needed | |
|---|---|---|---|---|---|---|
| CMS frailty adjustment | Revenue: Start 1/1/21 | | | $15M | • PBP has been filed<br>• We are working on an administrative process.<br>• We have figured a way to avoid IT cost (deferred capital investment of $500K)<br>• Some operational resources to finalize process flows (low/no current risk | • Risk to fr SCO retu<br>• Dental be different risk to ac program<br>• Configura Massach different within C& national outs |
| Housecalls | Revenue: Start 1/1/21 | | $6.2M | | • Continuously monitor with Housecalls team to make sure they are reaching their target | |
| Total Estimated Affordability | | $8.25 M | $27.93 M | $20M | | |

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Affordability Research





**ER/Obs**

- Deep dive to understand ER/Obs trends (i.e. reason for increase in unit cost, possibility of limiting obs hours, readmissions trend)

Teams involved: MedEcon, UHN, UCS, Affordability

**Wound Care**

- Identifying trends in wound care & determining whether there is an affordability opportunity

Teams involved: PI, MedEcon, Affordability

**Pharma**

-High cost RX

Teams involved: RX (Kim Wong), MedEcon, Affordability

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Financial Outlook:  2019 - 2020



| | July 2019 YTD RPTD | 2019 5+7 YTG | 2019 Outlook | 2020 Outlook |
|---|---|---|---|---|
| PIT Membership | 20,732 | 20,599 | 20,599 | 21,244 |
| MMOS | 142,311 | 103,414 | 245,725 | 253,237 |
| | | | | |
| Revenue | $  438.5 | $  308.9 | $  747.4 | $  783.0 |
| Medical | 408.5 | 280.5 | 689 | 687.9 |
| Gross Margin | 30.0 | 28.4 | 58 | 95.0 |
| | | | | |
| SGA | 27.0 | 21.2 | 48.1 | 61.5 |
| **IOI** | $  3.0 | $  7.3 | $  10.3 | $  33.6 |

### Risks

| | | 2019 Outlook | | 2020 Outlook |
|---|---|---|---|---|
| PSON | | $ (1.7) | $ | (7.8) |
| ASAP Filing Limits & Billing Practices | | $ (0.5) | $ | - |
| Unidentified Remediation | | $ (0.7) | $ | - |
| Medical Trend | | $ (5.0) | $ | (12.0) |
| | | $ **(7.8)** | $ | **(19.8)** |

### Opportunities

| | | | | |
|---|---|---|---|---|
| House Calls Revenue | | $ - | $ | 6.2 |
| Misc. 8+4 Affordability | | $ 0.1 | $ | 0.7 |
| ASAP PMPMs on Level 1 Members | | $ 0.0 | $ | 0.3 |
| Clinical Redesign | | $ - | $ | - |
| | | $ **0.1** | $ | **7.2** |
| ***Net R/O Fav/(Unfav)*** | | $ **(7.7)** | $ | **(12.6)** |
| **NET IOI OUTLOOK** | | $ **2.6** | $ | **21.0** |

**Key Dri**

- 2H 2019 and
  continue to ex
  medical trend
  from HCBS
- IOI improveme
  2019 to 2020
  STAR bonus p
  4.0 rating (up
  payment in 20
  ~$12M
- Additional YO
  improvement
  identified affo
  delivering in
  savings of $

Proprietary Information of UnitedHealth Group. Do not distribute or reproduce without express permission of United Health Group.

# Clinical Redesign and Network Initiatives



Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Where We Are Today



- Compliance with Initial and Ongoing assessments has met or exceeded the 90% target since January 2018
    - Dip on 12/18 due to Institutional membership moving to Pathway
- MOC compliance has also improved and continues to be an ongoing process

## July 2018 to June 2019



Jul-18    Aug-18    Sep-18    Oct-18    Nov-18    Dec-18    Jan-19    Feb-19    Mar-19    Apr-19    May-19    Ju

—— Initial    ——Ongoing

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Where We Are Today

 United

- No open CAPs
- Model of Care -All SNP plans are on an ICAP due to CMS audit but doing well
- Continuing effort to utilize RN staff at the top of their licensure, shiftir admin work to non-clinical staff
  - HSCs are calling MD for  med, labs, etc and entering into CER
  - HSCs are calling members within 24 hours after hospitalization to v services are in place prior to RN visit
- Multiple clinical platforms continues to be a challenge to manage not from an efficiency perspective but a data integrity issue
- The non-parity between online and offline Community Care Platform to inefficiencies
- HCBS authorization and service delivery issues driving significant member, provider, and employee dissatisfaction
- Working on the clinical model redesign 3.0

Proprietary information of UnitedHealth Group. Do not disclose or reproduce without express permission of UnitedHealth Group.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Clinical Model Redesign 3.0

 United

- Based on 2018 audits and competitor intelligence, the State regulato the MDS-HC as a Comprehensive Assessment.
  - Other SCOs are already using the MDS-HC as the Comprehensive Assessment while we are still using the MA-Integrated HRA.
- Using three assessments (MA IHRA, LTC FA and MDS-HC) to evalu members is creating inefficiency, staff burnout and job dissatisfactior
- An MDS-HC must be completed by a licensed RN. Thus, this would staffing such that every member would have an RN as their care ma
- Benefits of having an RN be the CM for every member regardless of
  - Improve closure of gaps in care leading to increased quality scores
  - Improve or exceed contract requirements
  - Accurately level members
  - Improve the unable to reach (UTR) rate
  - Improve MOC compliance

Proprietary Information of UnitedHealth Group. Do not distribute or reproduce without express permission of UnitedHealth Group.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Clinical Model Redesign Components

 United

- Implement HCBS UM process
  - Working with Bror's Complex Care Team to manage project
  - Working with UCS on implementation and letter generation, FTE n
- Finalize ASAP Strategy
  - Reconfigure the role of the GSSC
  - Renegotiate monies paid to ASAPs for their services (sensitivities i SCO RFP timing)
- Finalize care management structure (FTEs)
  - 1:15 Manager structure vs inclusion of supervisors
- Final approval from senior leadership for new clinical model

Proprietary information of UnitedHealth Group. Do not disclose or reproduce without express permission of UnitedHealth Group.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# We Need To Be Even More Successful     United

- Getting back to basics and building out a more robust operational infrastructure to support the clinical model and delivery of HCBS ser our members
- Focused BI and CAPI support to build out clinical operational reports **supplement** compliance 2.0 and MOC reporting, e.g. HCBS TAT re
- Focused BI support to create or decide on one source of truth for the RNCMs. Currently they have too many sources:
  - Tableau, clinical profile, CCP, ICUE
- Workforce management expertise to develop a suite of workforce management tools to drive efficiency and accountability as well as to on our commitment to our members, providers and regulators. This have applicability across multiple markets.
  - Proactive staffing tools, e.g. hiring according to membership proj to allow for adequate time to recruit and train
  - Tableau or Tableau-like reports for managers that include real-tir visibility into workforce productivity, work-load balancing, etc.

Proprietary information of UnitedHealth Group. Do not distribute or reproduce without express permission of UnitedHealth Group.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Proactively Anticipate Staffing Needs



## Current State

Lack of an effective workforce management tool /model to manage staff of 200+ and anticipate future needs.



- Currently managed through a cumbersome and manual spreadsheet and HR/Finance reconciliation process.

- Lacks timeliness and requires considerable maintenance from HP leadership

- Previously supported by financial analyst on a quarterly basis.

## Future State

Implement a workforce management tool (and resour that would use projected sale and other key determinants . Such a model will:

- Provide ongoing insight into open/filled/pending budgete positions

- Enable clinical operations leadership to keep pace wit growth of membership and managing appropriate hiring timelines

- Provide connection betwee real-time assessment dema and existing staff capacity

Proprietary Information of UnitedHealth Group. Do not disclose or reproduce without express permission of UnitedHealth Group.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Plan Network Management

 United

## SCO

- ASAP strategy to redefine partnership in process (including affordab initiatives and repapering)

    SCO RFP Strategy needs to determine if we will expand to new co la One Care network

## ISNP

- ISNP program closing as of January 1, 2020 (60 members impacted

    - Need to ensure ongoing access to Optum institutional tools and re

## OneCare

- 397 LOIs signed with HCBS providers (though organizations may pr multiple HCBS services)

- 64% of HCBS network completed as of July 2019 (including LOIs an contracts) for 12 service areas; ongoing efforts to identify additional providers

## SNF Network Management and Contracting

- SNF Network Management and Contracting transitioned to Optum A 2019 (3 team members)

- Currently, sizing opportunity for affordability and other improvements

Proprietary information of UnitedHealth Group. Do not distribute or reproduce without express permission of UnitedHealth Group.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Affordability: ASAP

 United

## ASAP – Phase I

- November 2019:
  - Implement billing and filing limits on new day and corrected claims *(enforce current contract terms)*
  - Discontinue payment for overlapping services (excludes FIs)

*Dependencies*

- SCO re-procurement
- Meeting with state to discuss selected proposed changes
- Meeting with MA Home Care to discuss selected proposed changes

## ASAP- Phase II

- PMPM changes, UM/PA changes, and pegged rates are dependent repapering

After weighing costs/benefits, decision was made to continue contract HCBS network vendors through ASAPs

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Affordability: SNF

 United

## **SNF** *(timing and savings estimates TBD)*

- Right size network
- Right size short and long-term rates
- Determine and implement best practices in VBC (MMQ, DSS, PDP)

*Dependencies*

- Coordination with Optum, including M&R

Proprietary information of UnitedHealth Group. Do not distribute or reproduce without express permission of UnitedHealth Group.

# Growth



Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# Massachusetts Strategy
# FOCUS ON COMPLEX POPULATIONS

 United

- Largest SCO with market share ~34% for 4 years coupled with national MME experie
- >14 years managing complex populations and integrated plans; highly successful/rec institutional NP model and program
- Strong relationships with community agencies and HCBS providers
- Ability and opportunity to transfer expertise to diversify into new business models

| GROWTH EXISTING BUSINESS | GROWTH NEW PRODUCTS | DIVERSIFY MARKET OUR EXPERTISE | DIVER INNOV DISR |
|---|---|---|---|
| • Continue SCO membership growth (+4,533 new members)<br>• Retain membership (total DROLL <2%)<br>• Expand/maintain network in existing service area<br>• Expand to new service areas | • Win One Care bid<br>• Develop network for One Care<br>• Develop provider relationships (ADDP, CILs, etc.) | • Define and package clinical model as its own offering – private label<br>• Market clinical model to ACOs | • Define div strategy/b models to new reven aggregate vendors, e ADH netw<br>• Execute M with provic partner, or entity |

Proprietary information of UnitedHealth Group. Do not distribute or reproduce without express permission of UnitedHealth Group.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# 2019 SCO Market Share





| Q3 | 2 |
|---|---|
| *MBRS* | *A* |
| *UHC* | *20* |
| SWH | 15 |
| CCA | 11 |
| FAL | 7 |
| Tufts | 6 |
| BMC | 1 |
| **TOTAL** | **62** |

- Market Share h
  minimal change
  smaller SCOs s
  increasing their

- March and Jun
  the highest volu
  SCO program e

*\*State Reported Data.  Excludes Mbrs going thru Recert*

Proprietary information of UnitedHealth Group. Do not distribute or reproduce without express permission of UnitedHealth Group.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# SCO Reprocurement

 United

- Anticipated in Fall 2019

- Award 1/1/2021

- Implications given Duals Demo 2.0 (*State awaiting CMS approval*)

- Needed to win:

  - Sustainable clinical model

  - VBC

  - SDOH

  - ACO Strategy

- Request early/continued support during solutioning (investment?)

Proprietary information of UnitedHealth Group. Do not distribute or reproduce without express permission of UnitedHealth Group.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# One Care Population at a Glance

 United

- ✓ Summary of Population: Today MassHealth One Care program sup 20,297 individuals.
  - Eligibility includes:  ages 21 – 64 years of age,
  - Dual – must have MassHealth and Medicare (no Medicaid only exception), and
  - Live within the counties where One Care MCOs are present

- The population cohorts are diverse and unique and include:
  - Individuals with physical disabilities
  - Individuals with Behavioral Health challenges
  - Individuals with Intellectual and other developmental disabilities
  - Individuals who are homeless
  - Individuals with Brain Injuries
  - Individuals entering elder years

Proprietary information of UnitedHealth Group. Do not distribute or reproduce without express permission of UnitedHealth Group.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# One Care Incumbents:
# Strengths and Weaknesses

 United

| | Commonwealth Care Alliance (CCA) | Tufts Uni |
|---|---|---|
| Enrolled Members | 17,877 | 2,720 |
| Counties | 9 | 1.5 |
| Strengths | Market Leader, Reputation, Care Management Model, Extensive Community Health experience – especially with adults with disabilities, State Perception | Gradual expansio acceptance of me Strong Brand in N |
| Weaknesses | Inability to maintain Care Planning compliance and minimal F2F, Not engaging full care team and Network that support members, Prior Auth process, not innovative (stakeholder perception) | Inability to connec members and pro Care Planning cor and minimal F2P, Auth Process, not innovative |

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# One Care RFR Status

 United

- UHC Submitted RFR on June 6, 2019

- Five other MCOs have submitted RFRs
  - Boston Medical Center HealthNet Plan
  - Commonwealth Care Alliance
  - NaviCare
  - Senior Whole Health
  - Tufts Health Plan Senior Care Options

- UHC Oral Presentation on August 7, 2019

- Expected Award Date: Fall 2019

Proprietary information of UnitedHealth Group. Do not distribute or reproduce without express permission of UnitedHealth Group.

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

# OneCare: UHN Network

 United

- 20,000+ providers including physicians, hospitals, community-based organizat (CBOs), LTSS, essential community, dental, vision and ancillary providers  in r
- PCP network covers 99% of the eligible population across the 12 service area
- Behavioral health, therapy and pharmacy - 30- to 60-day notification process.
- Proposed pharmacy network covers 100% of eligible population
- Received signed LOIs from 10 providers that offer interpreter services in all se areas, including Easter Seals, Catholic Charities and Language Link Interprete Services.
- Several systems have stated they will wait until UnitedHealthcare is awarded t including:
  - Partners Health System
  - **Be**th Israel Deaconess – Lahey Health System
  - Wellforce Health System
  - Tenet Health System
  - Trinity Health System (Mercy Medical Center)
- We are establishing a value-based partnership with the Community Care Coo (C3) Accountable Care Organization (ACO) that marries our long-standing exp with Massachusetts' complex populations to C3's current network infrastructur expertise as a MassHealth ACO

# Thank you and Questions



# EXHIBIT 36

---

**From:**      Bucchianeri, Steven [steven.bucchianeri@uhc.com]
**Sent:**       7/9/2019 11:54:46 AM
**To:**         Pereira, Joe [joe_pereira@uhc.com]; Sullivan, Joanne M [joanne_m_sullivan@uhc.com]; Cooney, Kathleen P
                [kathleen.cooney@uhc.com]; Wolfgang, Sandra J [sandra_wolfgang@uhc.com]; Di Re, Bernadette
                [bernadette.di.re@uhc.com]; Holzer, Cynthia [cholzer@uhc.com]; Aquino, Jose A [jose.aquino@uhc.com]; Ellis,
                Cheryl A [cheryl_a_ellis@uhc.com]; Iskra, Koren O [koren.iskra@uhc.com]; Carr, Darcy F [darcy.carr@uhc.com]
**CC:**         Alvarez Montano, Jessica [jessica_alvarez@uhc.com]; Grullon, Jewnifer Y [jewnifer.grullon@uhc.com]; Boumjahed,
                Gabriela R [gabriela.boumjahed@optum.com]; Adach, Alicja [alicja.adach@uhc.com]; Barbosa, Itamar
                [itamar_barbosa@uhc.com]; Barrows, Erin E [erin.barrows@uhc.com]; Burgos, Tonie [tonie.burgos@uhc.com];
                Casasanto, Bryan [bryan.casasanto@uhc.com]; Czaporowski, Darleen M [darleen.czaporowski@uhc.com]; Derby,
                Katelyn R [katelyn.derby@uhc.com]; Ferri, Roseli P [roseli.ferri@uhc.com]; Harrington, Meghan K
                [meghan.harrington@uhc.com]; Khoury, Michael [michael.b.khoury@uhc.com]; Mai, Qi N [qi.mai@uhc.com];
                McCarthy, Laura A [lmccarthy@uhc.com]; Mckivergan, Lauren K [lauren.mckivergan@uhc.com]; Monroe, Shadia L
                [shadia.monroe@uhc.com]; Neov, Susana [susana.neov@uhc.com]; Nicholas, Keitha [keitha.nicholas@uhc.com];
                Ortiz, Carmen L [carmen.ortiz@uhc.com]; Pettengill, Thu Nguyet [thunguyet.pettengill@uhc.com]; Rush, Karen
                [karen.rush@uhc.com]; Sanchez, Wendy L [wendy.sanchez@uhc.com]; Shannon, Lisa [lshannon@uhc.com]; Stewart,
                Sonia [sonia_stewart@uhc.com]; Van Hoesen, Maureen C [maureen_c_vanhoesen@uhc.com]; Walsh, Kathleen K
                [kathleen_k_walsh@uhc.com]; Weinrebe, Gina M [gweinrebe@uhc.com]; Wilmot, Christine L
                [christine.wilmot@uhc.com]
**Subject:**    NEW HCBS process and Talking Points Final
**Attachments:** Talking Points FINAL.pdf

Good afternoon,

Attached are the final talking points supporting the new HCBS process changes slated for go-live on 7/15/19. These are for internal use only and should not be distributed outside of the organization.

Thank you
Steve

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION                                           UHICMA000100845

INTERNAL DISTRIBUTION ONLY:
Talking Points for HCBS Process Changes

**New Process- No changes to HCBS for the first 90 days**
**Effective 7/15/19 for Existing members**
**Effective 8/1/19 for New members**

*Note: The current approach for all HCBS changes, including PCA, is that changes to services/minutes/hours are made when a RN care manager conducts the MDS-HC and Long Term Care Functional Assessment (LTC-FA) during the home visit within the first 30 days of enrollment. This approach applies to both in-network and out of network providers.*

Outlined below is the new process until further notice.

| New Member Enrolling With Services to UHC SCO |
|---|

**Preliminary Service Plan Review**

*Initial home visit for members already identified as Level 3 (NHC) upon enrollment to UHC SCO*

- The Admission RN will conduct the initial home visit within the first 30 days of enrollment or sooner if the member is loaded into Community Care, completing the MDS-HC, MA-IHRA, and the Long Term Care Functional Assessment (LTC-FA) in Community Care through 7/12/19 and then the Excel Functional Tool from 7/15/19 forward.
- If the results of the MDS-HC and LTC-FA warrant changes to services/minutes/hours and the member is not requesting the changes to services/minutes/hours, the Admission team will tell the member:
  - "Based on the standard assessments we use and what I'm seeing today, you appear to be able to safely do (insert ADL/IADL activities, e.g. bathing). Even though you appear to be quite independent, we realize you are new to our plan so we aren't going to make any changes to your services/minutes/hours today. Each time a nurse from our health plan visits you they will conduct the same assessments and evaluate your services/minutes/hours to make sure you have what you need to stay safe and healthy in your home. You will be assigned a permanent RN who will visit you in 90 days. If the next assessments show that you can still safely do (insert ADL/IADL activities, e.g. bathing), then adjustments may be made to your services."
- The Admission RN will not make any reductions or terminations to services/minutes/hours during this visit, unless member-requested. If member requested implement per normal process.
  - If a member requires increases implement per normal process.
  - If a Decrease or Termination to services/minutes/hours (not requested by the member) is warranted, make a note in the LTCFA activity note section that the "LTCFA re-evaluation in process". Schedule LTCFA follow-up due date (90 days). Assign "New member assignment" task to RN Team Work queue.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

INTERNAL DISTRIBUTION ONLY:
Talking Points for HCBS Process Changes

- The Admission RN will submit the MDS-HC and LTC-FA to MDS-HC RN team if member meets NHC, AD/CMI or joined with a rate cell discrepancy (join at a higher rate cell from another SCO). If member does not meet NHC or AD/CMI do not submit to MDS RN team. RN should schedule activities (MDS, LTCFA and MA IHRA) to be due in 90 days to the RN Team work queue.

At the next quarterly visit (90 days)

- The assigned RN care manager will review the Initial clinical documentation and assessments as well as conduct new assessments to determine if member needs any changes to their services/minutes/hours.
- If changes are warranted, see Talking Points

## Existing member where changes to the services/minutes/hours being proposed

- The RN care manager will conduct a home visit completing the MDS-HC, MA-IHRA, and the Long Term Care Functional Assessment (LTC-FA) in Community Care through 7/12/19 and then the Excel Functional Tool from 7/15/19 forward.
- If the results of the MDS-HC and LTC-FA warrant changes to services/minutes/hours and the member is not requesting the changes to services/minutes/hours, the RN care manager will tell the member:
  - "Based on the standard assessments we use and what I'm seeing today, you appear to be able to safely do (insert ADL/IADL activities, e.g. bathing) I am not going to make any changes to your services/minutes/hours today.  Each time I visit, I will conduct the same assessments and evaluate your services/minutes/hours to make sure you have what you need to stay safe and healthy in your home. I will see you again in 90 days. If the next assessments show that you can still safely do (insert ADL/IADL activities, e.g. bathing), then adjustments may be made to your services.
- The RN care manager will not make any reductions or terminations to services/minutes/hours during this visit, unless member-requested. If member requested implement per normal process.
  - If a member requires increases please implement per normal process.
  - If a Decrease or Termination to services/minutes/hours (not requested by the member) is warranted, reschedule LTCFA with a follow up due date of 90 days.
  - If authorization renewal is due, complete DST template and make a specific note in the HCBS Outpatient Services activity that the "LTCFA re-evaluation in process".  Schedule new LTCFA with follow-up due date (90 days).
- RN care manager will submit the MDS-HC and LTC-FA to MDS RN team if, 1.) Due to state or, 2.) Change in rate category.

At the next quarterly visit (90 days)

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION                    UHICMA000100847

INTERNAL DISTRIBUTION ONLY:
Talking Points for HCBS Process Changes

- The assigned RN care manager will review the prior clinical documentation and assessments as well as conduct new assessments to determine if member needs any changes to their services or minutes/hours.
- If changes are warranted, see Talking Points below
- RN care manager will send request to decrease or eliminate services per current processes.

- Existing Members that are re-leveled down from NHC, the following activities need to take place:
1. Submit MDS
Services will stay in tact
We want the RNCM to keep member on panel and repeat evaluation in 90 days for consistency instead of assigning to either HSC or GSSC

2. Inside MDS activity note please use the following language to alert the CAC who will alert the MDS nurse to not send activities to HSC or GSSC, 'LTCFA evaluation in process'

3. The RNCM also needs to build activity

Add activity:
- Type: Scheduled
- Activity Type: LTC Functional Assessment
- Priority: High
- Contact Type: Face to Face – Home
- Scheduled Date: 90 days from initial home visit date
- Assign to yourself
- Enter Comments/Reasons: LTC FA does not align with initial authorization on file from enrollment. Follow up required. Name, Credentials.

Add and Close

## Talking Points

**Why are my services or minutes/hours changing?**

Each time a RN care manager visits you, they perform standard assessments that take into account state regulations and guidelines/criteria for providing services. These assessments allow the RN care manager to understand your needs and make suggestions to change what services or minutes/hours you're getting to provide what you need to stay safe and healthy in your home.

*I don't feel any different and my condition(s) has not changed so why are my services or minutes/hours being changed?*

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION                     UHICMA000100848

INTERNAL DISTRIBUTION ONLY:
Talking Points for HCBS Process Changes

Based upon the standard assessments and what I'm observing today you appear to be able to safely do [insert appropriate ADL/IADL activities, e.g. bathing, dressing, etc.], and because you're doing so well, you 1.) Don't seem to need assistance (member no longer qualifies for service) or, 2.) Don't seem to need as much assistance (reduction of services/minutes/hours). I will be back to evaluate you in another 90 days and we can discuss at that time if anything has changed.

**Why don't I qualify anymore for [insert service]?**

Based upon the standard assessments, I saw today that you're able to do (insert ADL/IADL) really well/safely on your own. Since you're doing so well, you no longer qualify for (insert services) any longer. I will be back to evaluate you in another 90 days and we can discuss at that time if there are any changes to your (insert ADL/IADLs).

**What if I don't agree with the changes?**

Note: Try to understand why the member doesn't agree or why they believe they require more services/minutes/hours. The more you understand their rationale, the better prepared you can be for future discussions, i.e. if the member calls back a week later asking for a reassessment for the same reasons/rationale.

You have the right to file an appeal for any change you don't agree with. You will receive notice of the changes to you services. This notice will advise you how to appeal if you wish.

**What if something does happen and I'm not able to complete (ADL/IADL) as well as I did today?**

If something happens or if your condition changes, for example you are admitted to a hospital and need more help when you get out, I will work with your PCP and re-evaluate you and make suggestions to your services/minutes/hours to provide what you need to stay safe and healthy in your home.

**What if I don't want any changes, how do I cancel my enrollment with the plan?**

You have the right to cancel and disenroll from the plan, but you may be limited to when you can do that. You should contact customer service or Medicare to find out when you can disenroll from the plan.

The customer service number is 1-888-867-5511. The number for Medicare is 1-800-MEDICARE (1-800-633-4227)

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION                    UHICMA000100849

# EXHIBIT 37



# MDS Corner

## MDS #8- Request for Services (RFS) Statement
## Type of Assessment: Change in Status (CIS)

### MDS #8- Request for Services (RFS) Statement

**Purpose:** The Request for Services (RFS) statement summarizes the member specific assessment, detailed throughout the MDS-HC (Minimum Data Set Home Care), supporting the change in rate category being requested and reflect the member's current level of care /supports needed to remain safely in the community.

## The Basics: What is needed?

■ **CIS**

Type of assessment

Change in Status..........................................CIS

➢ **Always begin with type of assessment conducted**
- Face to Face
- Telephonic
- Via video conference.

➢ Identify that **you are requesting a change in the rate category.**
"Requesting level change from "XXXX to XXXX" - provides clarity for the state reviewer, identifies the rate category being requested

➢ **Detail reason for level change from previous level of care (Review previous MDS and MA FA)**
A Change of Status MDS is manually reviewed by the State RN Reviewer who will look to see specific details about member's improvement in health status.
**For example:**
A member who has been at NHC level for seven years, and we are now asking for a Community Well level, will require a clear detailed reason for a member's significant improvement.
- ✓ Improved pharmacological management, weight loss,
- ✓ PT/OT etc.
NOTE: If the RFS statement does not clearly explain, the MDS will be rejected by the State RN Reviewer with a request for more information or a copy of the PCP Care Plan
**For example:**
A member who is CW (COMMUNITY WELL) and we are now requesting NHC- detail the reason for change in health status, any precipitating event etc. and any documentation to help support the request.

➢ **Any DME (Durable Medical Equipment),** Modifications or Skill Service that help to promote independence
**For example:**
A member who in the previous year had a hip fracture, worked with Physical therapy, and now uses rollator independently for transfers and ambulation

➢ Services
Clear documentation to demonstrate how the services are supporting members in the community
- Include both formal/informal support
- List all services the member:
  - o **Currently has in place: \*\***
  **\*\*Exception** would be the services a member came to the plan with on enrollment typically called Continuity of Care Services that the member **is not eligible for based on your assessment** with the plan to remove the services at the 3-month visit. A continuity of care comment should be entered in MDS RFS.
  - o Those services which have been approved _and /or being initiated as part of the care plan._

**DO NOT INCLUDE:**
- ✓ Names of people or places
- ✓ Dosages or frequencies of medications
- ✓ Symptoms or impairments not listed in MAFA (MA Functional Assessment) as contributing to the rate category request
- ✓ Diagnosis not driving the rate category
- ✓ List of individual IADL impairments (indicate "IADLs" instead of listing each IADL).
- ✓ Program levels (AFC 1, AFC 2, ADH- complex, basic).
- ✓ Abbreviations in general not medically accepted.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

UHICMA000184875

# EXHIBIT 38

Message

---

**From:**    Mcgee, Erin [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
             (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=535345E9999D416AB003D45864E1EED0-EMCGEE6]
**Sent:**    3/18/2021 3:16:12 PM
**To:**      Sawyer, Bryan [bryan.sawyer@uhc.com]
**Subject:** FW: MA FA Assessment

**From:** Dasilva, Daisy <daisy.dasilva@uhc.com>
**Sent:** Thursday, March 18, 2021 10:13 AM
**To:** Barrows, Erin E <erin.barrows@uhc.com>; Cherenfant, Yanite <yanite.cherenfant@uhc.com>; Vieira, Dawn M <dawn.vieira@uhc.com>; Racicot, Aimee <aimee.racicot@uhc.com>; Jemiolo, Anna <anna.jemiolo@uhc.com>; Stankiewicz, Edward G <edward.stankiewicz@uhc.com>; Assad, Jisselle <jisselle.assad@uhc.com>; Catellier, Carol S <carol.catellier@uhc.com>; Santos Smith, Maria S <maria.santossmith@uhc.com>; Brown, Debray E <debray.brown@uhc.com>; Andreu, Meyre <meyre.andreu@uhc.com>; Buzzell, Amy G <amy.buzzell@uhc.com>; Rice, Lyndsey A <lyndsey.rice@uhc.com>; Mcgee, Erin <erin_mcgee@uhc.com>; Viens, Elizabeth J <elizabeth.viens@uhc.com>; Czaporowski, Darleen M <darleen.czaporowski@uhc.com>; Depatie, Anita <anita.depatie@uhc.com>; Coakley, Alyssa <alyssa_coakley@uhc.com>; Sargent, Christine L <christine.sargent@uhc.com>; Cortes, Madeline <madeline.cortes@uhc.com>; Lancaster, Cheryl L <cheryl_lancaster@uhc.com>; Sior, Kathleen M <kathleen_sior@uhc.com>; Puccetti, Lori <lori.puccetti@uhc.com>
**Subject:** FW: MA FA Assessment

Hi All,

FYI- Please see the email response below directly from Dr. Ellis. I hope this helps explain what information she is looking for.

Please reach out with any questions.
Thank you,
Daisy

**From:** Ellis, Cheryl A <cheryl_a_ellis@uhc.com>
**Sent:** Thursday, March 18, 2021 10:09 AM
**To:** Dasilva, Daisy <daisy.dasilva@uhc.com>
**Cc:** Sullivan, Joanne M <joanne_m_sullivan@uhc.com>
**Subject:** RE: MA FA Assessment

Thank you for your email Daisy.

I have asked a few of the RN's to add documentation, if it is available, re: the members level of improvement or a change in the living situation.

I understand the majority of the time there is not a functional improvement or change in the home setting however, when there is, it is good to add the information. I have received revised MA FA's where there actually is improvement noted.

I would ask the nurses to keep this in mind when requesting a reduction in services. Otherwise the statement you have below,  "Based on this RNCM's current evaluation of the member, this is the member's current level of functioning" should be added to the Service Outcome section.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION    UHICMA000023828

*Thank you*

*Cheryl A. Ellis, M.D., LTC Medical Director*
*UnitedHealthcare Community Plan of Massachusetts*
*(952) 202-5733*
*cheryl_a_ellis@uhc.com*

**From:** Dasilva, Daisy <daisy.dasilva@uhc.com>
**Sent:** Thursday, March 18, 2021 9:58 AM
**To:** Ellis, Cheryl A <cheryl_a_ellis@uhc.com>
**Subject:** MA FA Assessment

Hi Dr. Ellis,

I hope you've been well 😊

I was hoping to confirm a few things with you if you don't mind. The RN's wanted to confirm when a member does not necessarily have "improvements" and the hours decrease based on the current MA FA tool, what are you looking for in the documentation if they are not necessarily able to support an improvement? Is this verbiage below still acceptable or are you looking for other information?

"Based on this RNCM's current evaluation of the member, this is the member's current level of functioning."

We were hoping for some guidance to avoid any potential rejections.

Thank you so much! 😊

*Daisy*
Clinical Services Manager
"But the fruit of the Spirit is **love, joy, peace, patience, kindness, goodness,** faithfulness, gentleness, self-control; against such **there is** no law." **Galatians 5:22**-23



Senior Care **Options**
950 Winter Street Suite 3800
Waltham MA 02451
Tel# 781-296-0409
Fax# 877-374-9233
Email: daisy.dasilva@uhc.com

This message and any attachments are intended solely for the addressee. The information contained herein is confidential, may be legally privileged or exempt from disclosure pursuant to applicable law. If the reader of this communication is not the intended recipient, you are hereby notified that you have received this communication in error and that any use, review, dissemination, distribution, forwarding or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail, and delete this e-mail and any copy thereof.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION                    UHICMA000023829

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION     UHICMA000023830

# EXHIBIT 39

| | |
|---|---|
| **From:** | Ellis, Cheryl A [cheryl_a_ellis@uhc.com] |
| **Sent:** | 11/7/2019 8:05:39 AM |
| **To:** | Di Re, Bernadette [bernadette.di.re@uhc.com] |
| **CC:** | Holzer, Cynthia [cholzer@uhc.com] |
| **Subject:** | RE: Mass. PA Queue work |

Good morning,
Another record number of cases yesterday for MA SCO at 55 ( mostly reductions in service).

Any word yet re: a part time medical director to assist??

Thanks
Cheryl

---

**From:** Di Re, Bernadette
**Sent:** Thursday, October 31, 2019 1:42 PM
**To:** Ellis, Cheryl A
**Cc:** Holzer, Cynthia
**Subject:** RE: Mass. PA Queue work

Sit tight. I just saw the response from Jack that says he may have capacity. Now I need to sync up between Jack and Cha.

Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** Ellis, Cheryl A <cheryl_a_ellis@uhc.com>
**Date:** Thursday, Oct 31, 2019, 1:32 PM
**To:** Di Re, Bernadette <bernadette.di.re@uhc.com>
**Cc:** Holzer, Cynthia <cholzer@uhc.com>
**Subject:** RE: Mass. PA Queue work

Thank you for the update. I did not realize Jack is 100% with NJ for now.

Cheryl

---

**From:** Di Re, Bernadette
**Sent:** Thursday, October 31, 2019 1:20 PM
**To:** Ellis, Cheryl A
**Cc:** Holzer, Cynthia
**Subject:** RE: Mass. PA Queue work

In working as hard as I can on this, Cheryl. Have been told today that Jack is 100% on NJ right now so not available. I am reaching out to Dr Cha today.

Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** Ellis, Cheryl A <cheryl_a_ellis@uhc.com>

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

**Date:** Thursday, Oct 31, 2019, 10:34 AM
**To:** Di Re, Bernadette <bernadette.di.re@uhc.com>
**Subject:** FW: Mass. PA Queue work

GM
If you can let Jack know the need is now. I will be happy to discuss the plan for dividing the cases with him if you are okay with this. The load ended up at 52 cases for yesterday which is record breaker !

Cheryl

---

**From:** D'Angelo, Jack
**Sent:** Thursday, October 31, 2019 10:14 AM
**To:** Di Re, Bernadette
**Cc:** Ellis, Cheryl A; Holzer, Cynthia
**Subject:** RE: Mass. PA Queue work

Thanks for reaching out;
When is your time frame for all of this?
I think I can take this on and just need to see if I can unload some other tasks;
After going through this process in Florida I am now helping them out with Fair hearings which exploded after this initiative. These are time specific requirements;
Let me know
Happy to help

JACK

---

**From:** Di Re, Bernadette
**Sent:** Monday, October 28, 2019 11:44 AM
**To:** D'Angelo, Jack
**Cc:** Ellis, Cheryl A; Holzer, Cynthia
**Subject:** Mass. PA Queue work

Dr. D'Angelo,

I'm reaching out to see if you might have availability to support the Mass. Plan again.  This time, rather than as a backfill while Dr. Ellis is on PTO, I'm looking for someone who can help Dr. Ellis keep up with a significant increase in cases resulting from our re-assessments using new tools and guidelines.  This could be a few hours a day or up to a .5 FTE for at least 6 months.

Please let me know if you have capacity and would consider this.

Thank you.
Bernadette

**Bernadette Di Re** | CEO
UnitedHealthcare Community Plan of Massachusetts
950 Winter Street, Suite 3800| Waltham, MA 02451
p: 781-419-8566| f: 781-472-8798
bernadette.di.re@uhc.com

OUR UNITED CULTURE  The way forward
Integrity | Compassion | Relationships | Innovation | Performance

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION                                    UHICMA000053636

# EXHIBIT 40

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

## MDS- Request for Services (RFS) part
### *Can be done 60 days earlier than last submission date by MDS, cannot be done later than 365 since last

5   **SCREENING FOR MENTAL ILLNESS, MENTAL RETARDATION AND DEVELOPMENTAL DISABILITY**

☐ Does the member/applicant have any of the following diagnoses/conditions? (Select all that apply)

☑ Mental Retardation without related condition
   **Select one**

   ☐ Yes  ● No

☐ Developmental Disability with Related Condition that occurred prior to age 22 (Select all that apply)

| Question 5 |
| --- |
| ☐ Only select the f has a mental illn anxiety, dement See the drop do options.<br>☐ **Always** select th click no if it doe:<br>☐ Only select the l applicable |

6   **COMMUNITY SERVICES RECOMMENDED**

☑ Community Services Recommended
   **Select all the apply**

☐ Skilled Nursing  ☐ Adult Day Health  ☐ Physical Therapy  ☐ Occupational Therapy  ☐ Speech Therapy  ☐ Mental Health Services  ☐ Social Worker Services
☐ HCBS Waiver  ☐ Personal Emergency Response System  ☐ Adult Foster Care  ☐ Group Adult Foster Care  ☐ Assisted Living  ☐ Congregate Housing  ☐ Rest Home
☐ Elderly Housing  ☐ PACE  ☐ Home Health Aide  ☐ Personal Care Homemaker  ☐ Homemaker  ☐ Meals  ☐ Transportation  ☐ Chore Services
☐ Grocery Shopping/Delivery

| Question 6 |
| --- |
| Select all that apply from always choose skilled nur: |

7   **ADDITIONAL INFORMATION**

☐ Is the home or apartment available for the member of applicant?

☐ Is there a caregiver to assist the member in the community?

☐ Has the member or applicant experienced unexplained weight gain in the last 30 days?

| Question 7 |
| --- |
| First box refers to wheth home or is homeless |

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

## 8    Does the member or applicant receive personal care/homemaker services?

**Yes**

**Days per week**

7

**Hours per week**

18

No

---

9  HAS THE MEMBER OR APPLICATION HAD A SIGNIFICANT CHANGE IN CONDITION IN THE LAST 30 DAYS? REMEMBER: CW - Does not meet NHC or AD/CMI. AD/CMI - Must have Diagnosis and/or medication, if no medication explain rationale for this. NHC - Daily skilled nursing with 2 ADLs (7 days per week). NHC - Daily skilled nursing with MD order (Medication Administration, PT,OT,ST, wound care, oxygen, etc.). NHC - 3 Days (MINIMUM) skilled nursing with MD order (BP checks, daily weights. PT. OT. ST. etc.)

Describe change in status

---

10  FRAIL ELDER WAIVER (FEW)?

Yes: Pursuant to 130 CMR 519.007(B)(1)(a) and (b) - 300% consideration and 130 CMR 456.409 (A)(B) and/or (C)

No

Remove member from FEW waiver

---

**Question 8**

This question must

The hours are both
caregiver hours) and
HCBS, PCA, CDC etc

These hours should
questions 24 (inform

---

**Question 9**

Specify what level you

Requesting NHC status
nursing for disease mana
decompensation and hos
supervision.  Member al
ADLs) due to (LIST RE
osteoporosis, unsteady g
(daughter, personal care
with ADLs.
Requesting AD/CMI sta
(anxiety, depression, De
(specify medications).  M
(specify who).  If AD/CI
medications, you need to
and state who is monitor
cannot need help with A

---

**Question 10**

Refers to member's in

See FEW job aid.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

**24  Caregiver Status**

...., A caregiver is unable to continue in caring activities - e.g. decline in the health of the caregiver makes it difficult to continue.

☐ Primary caregiver is not satisfied with support received from family and friends (e.g. other children of client)

☐ Primary caregiver expresses feelings of distress, anger or depression

☑ None of the above

☑ Extent of informal Help (Hours of Care, Rounded): For instrumental and personal activities of daily living received over the LAST 7 DAYS, indicate extent of help from family, friends and neighbors.
Sum of time across five weekdays (hours of care rounded)

**Question 24**

It's a two part question
question, but you MUS
EXTENT OF INFORMAL

---

**34  SECTION P1: SERVICE UTILIZATION - Formal Care (Minutes rounded to even 10 minutes)Extent of care or care management in LAST 7 DAYS (or since last assessment if less than 7 days) involving:**

✓ Home Health Aides
# of Days
/

# of Hours
:

# of Minutes
30

✓. Visiting Nurses
# of Days
/

# of Hours
:

# of Minutes
:0

☑ Social Worker in Home
# of Days
1

# of Hours
?

# of Minutes
::

**Question 34**

**Home Health Aids**- r
assistance.  If request
must be 7 days a wee
services

**Visiting Nurses**- if rec
least 7 days, 3 hours

**Social Worker**- all me

                    Oth

**Homemaking Service**

**PT**- only fill in days ar
based on PT.  These r
in 6 months

**Day Care or Day Hos**
have ADH, usually 6 l

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

Date Filed 5/29/2026 7:47 AM
Superior Court - Suffolk
Docket Number

☑ SPECIAL PROCEDURES DONE IN HOME
**Daily Nurse Monitoring (e.g. EKG, urinary output)**

○ N/A ● Scheduled, full adherence as prescribed ○ Scheduled, partial adherence ○ Scheduled, not received

**Nurse Monitoring less than daily**

● N/A ○ Scheduled, full adherence as prescribed ○ Scheduled, partial adherence ○ Scheduled, not received

---

⊙ 36  **SECTION Q: MEDICATIONS**

☐ NUMBER OF MEDICATIONS

☐ RECEIPT OF PSYCHOTROPIC MEDICATIONS - Psychotropic medications taken in the LAST 7 DAYS (or since last assessment. Note: Review client's medications with the list that applies to the following categories:

☑ MEDICAL OVERSIGHT
**Physician review of medications in LAST 180 DAYS (or since last assessment)**

● Discussed with at least one physician (or a medication taken) ○ No single physician reviewed all medications

☑ LIST OF ALL MEDICATIONS - List prescribed and nonprescribed medications taken in LAST 7 DAYS (OR SINCE LAST ASSESSMENT)

| Name | Dose | Form | Number taken | Frequency |
|------|------|------|-------------|-----------|
| | | Select ⌄ | | Select ⌄ |
| | | Select ⌄ | | Select ⌄ |
| | | Select ⌄ | | Select ⌄ |

Question 35

For NHC status, must
You cannot choose b

Question 36

**Medical Oversight**- t
meeting that must be

**List of Medications**-
member takes for the
question 28 and the
number you are stati
**Medications**

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

# EXHIBIT 41

**Short Message Report**

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 49 | Date Range: 10/29/2020 |

**Outline of Conversations**

💬 **Chat - Wolfgang Sandra-0000001866 - 018 - 10-29-2020** • 49 messages on 10/29/2020    Wolfgang,
Sandra ᴊ   ᴄ.ntia.cashic@uhc.co

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION                    UHICMA000256086

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬      **Chat - Wolfgang Sandra-0000001866 - 018 - 10-29-2020**

CC      **cintia.casillo@uhc.com**                                          10/29/2020, 10:16 AM
        DIFFERENT CASE: WE EXCHANGED A FEW MESSAGES ON ▮▮▮▮▮▮▮▮▮▮▮▮ BUT THE
        MANAGER REVIEW WAS NOT ISSUED (I ACCIDENTALLY REPORTED THE NEW CSM AS THE OWNER OF THE
        CASE..UGH) THE CASE WAS PERFORMED BY MEYRE ANDREAU UNDER ANITA (SORRY) - I KNOW YOU ARE
        BURIED ... BUT IM NOT SURE IF YOU HAVE A REMINDER TO ISSUE IT/REVISIT. THANK YOU

CC      **cintia.casillo@uhc.com**                                          10/29/2020, 10:16 AM
        *THE NEW RNCM.... NOT CSM...UGH FOR MULTITASKING....

CC      **cintia.casillo@uhc.com**                                          10/29/2020, 10:18 AM
        COULD NOT ANSWER

CC      **cintia.casillo@uhc.com**                                          10/29/2020, 10:21 AM
        IM HERE

SW      **Wolfgang, Sandra J**                                              10/29/2020, 10:23 AM
        call my cell

CC      **cintia.casillo@uhc.com**                                          10/29/2020, 10:24 AM
        MEYRE ANDREAU

CC      **cintia.casillo@uhc.com**                                          10/29/2020, 11:54 AM
        Should i send cases to Lea? I understood you were going to confirm she can take them. Thank you

SW      **Wolfgang, Sandra J**                                              10/29/2020, 12:41 PM
        I have not had the chance, I believe I stated that if someone has time I will have them reach out to you

CC      **cintia.casillo@uhc.com**                                          10/29/2020, 12:41 PM
        thank you - may i shot an email out, or just assume that all are booked, since no one reached out? Thank you

CC      **cintia.casillo@uhc.com**                                          10/29/2020, 12:42 PM
        *shoot

SW      **Wolfgang, Sandra J**                                              10/29/2020, 12:45 PM
        NO emails

SW      **Wolfgang, Sandra J**                                              10/29/2020, 12:45 PM
        I will have them contact you

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION                              UHICMA000256087

CC    **cintia.casillo@uhc.com**                                    10/29/2020, 12:46 PM

thank you (fyi bf this convo i had 1 exchange w/ lea, you are CC in it)


SW    **Wolfgang, Sandra** J                                         10/29/2020, 1:45 PM

do you have any Manager reviews you are still waiting for me to send off


(    **cintia.casillo@uhc**.com                                      10/29/2020, 1:45 PM

i BELIEVE YOU SENT ALL - WILL CONFIRM. CCP JUST DIED 100% HERE


**cintia.casillo@uhc.com**                                           10/29/2020, 1:47 PM

you've issued all i've this far - thanks for checking in


**cintia.casillo@uhc.com**                                           10/29/2020, 1:48 PM

i've 2 initials and 3 cos to audit still (others are annuals) - working on them


SW    **Wolfgang, Sandra** J                                         10/29/2020, 1:48 PM

R u going to be able to submit all your MDS for OCT by end of day tomorrow??


SW    **Wolfgang, Sandra** J                                         10/29/2020, 1:49 PM

we are goign to cancel your 1:1 today?


CC    **cintia.casillo@uhc**.com                                     10/29/2020, 1:50 PM

i thought you did cancel it - up to you, we can talk a bit if you want to


SW    **Wolfgang, Sandra** J                                         10/29/2020, 1:50 PM

I have a reprot to get out but can erschedule for early next week if you would like to


(    **cintia.casillo@uhc.com**                                      10/29/2020, 1:50 PM

i believe i can push all i currently have, Sandi (but i'd like to do up to 4 tonight)


**cintia.casillo@uhc.com**                                           10/29/2020, 1:51 PM

to make sure i've tmrrw to work on corrections


CC    **cintia.casillo@uhc.com**                                     10/29/2020, 1:51 PM

i dont think i can push all, if i dont work on some tonight


CC    **cintia.casillo@uhc.com**                                     10/29/2020, 1:51 PM

(pushing the 1:1 is fine w/ me - thank you)


CC    **cintia.casillo@uhc**.com                                     10/29/2020, 1:52 PM

as we speak i've 9 fresh cases to audit (+ rejections to adress as i receive them)

CC      **cintia.casillo@uhc.com**      10/29/2020, 1:53 PM

im focis on new and cos at this moment

SW      **Wolfgang, Sandra J**      10/29/2020, 1:53 PM

K

SW      **Wolfgang, Sandra J**      10/29/2020, 1:53 PM

we can check in agin in the morning

**cintia.casillo@uhc.com**      10/29/2020, 1:53 PM

yes, thank you

**cintia.casillo@uhc.com**      10/29/2020, 1:54 PM

again - the plan is to do some fresh at night, bc if CAC hits me with more tmrrw, then i will not be able to absorb and send all

**cintia.casillo@uhc.com**      10/29/2020, 1:54 PM

thank you for all

CC      **cintia.casillo@uhc.com**      10/29/2020, 1:55 PM

(,... and yes... i am partially dying bc i want so badly to know what you think the State is doing w/ us..... but it's the 29th... and we must produce
👊 - and i am glad i must!!!)

CC      **cintia.casillo@uhc.com**      10/29/2020, 2:08 PM

.... AFC2 QUESTION.... RN DETERMINED THAT MEMBER, WHO DOES NOT QUALIFY FOR AFC 2 (REASON FOR THE REJECTION) QUALIFIES FOR AFC1, MAY I LEAVE "AFC" IN THE MDS?

(      **cintia.casillo@uhc.com**      10/29/2020, 2:08 PM

THE PLAN IS TO DISCUSS OPTIONS W/ MEMBER ON F2F

CC      **cintia.casillo@uhc.com**      10/29/2020, 2:09 PM

..... SERVICES ARE KILLING ME, SANDI
:sad:

CC      **cintia.casillo@uhc.com**      10/29/2020, 2:12 PM

(IN THE IDEAL WORLD I'D HAVE RECEIVED A CORRECTION W/ THE NEW SERVICE IN....)

SW      **Wolfgang, Sandra J**      10/29/2020, 2:13 PM

if she qualifies for AFC 1 yes...send it off does she qualify for NHC?

CC      **cintia.casillo@uhc.com**      10/29/2020, 2:13 PM

YES, ALL SOLID HERE

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION      UHICMA000256089

**CC**  cintia.casillo@uhc.com                                              10/29/2020, 2:14 PM

THANK YOU - IM JUST LOSING MY MIND - ALWAYS HAPPENS AT THE END OF THE MONTH. AND WHY ALL OF THEM ARE ON AFC ON THE 29TH???????? LOL.... THANKS, SANDI

**cintia.casillo@uhc.com**                                              10/29/2020, 2:57 PM

HERE'S A PEARL, I HOPE MAKES YOU SMILE: "
 Member has VNA because he is currently receiving that service."

**SW**  **Wolfgang, Sandra J**                                          10/29/2020, 2:58 PM

no reason... just CUZ ??

**CC**  **cintia.casillo@uhc.com**                                       10/29/2020, 2:58 PM

T3 is having an issue reporting skilled nursing in #6 and #34.... somethinhs is happening that they think skill nursing is only reported for ones w/ "real" VNA

**CC**  **cintia.casillo@uhc.com**                                       10/29/2020, 2:59 PM

hence, the verbiage: member has vna, bc member has vna...

**CC**  **cintia.casillo@uhc.com**                                       10/29/2020, 3:00 PM

this is the level of RFS i receive on the 29th: "
Describe change in status
Telephonic assessment completed due to COVID-19. Member speaks Spanish, used Language Line, interpreter ID #359594 due to language barrier. Requesting relevel from community well to NHC. Member is a 92-year-old male recently diagnosed with insulin dependent Diabetes. Member requires daily insulin injection two times a day and blood glucose check twice a day. Member is reluctant to learn disease management and relies on natural caregiver to do blood glucose checks and insulin injections. Member is independent with ADLs (bed mobility, transfer, ambulation, dressing, eating, toileting, grooming and bathing). Member relies on informal natural caregiver support for all IADLs. Member has VNA because he is currently receiving that service."

(  **cintia.casillo@uhc.com**                                           10/29/2020, 3:01 PM

NHC status, why? bc member is reluctant to learn. VNA, why? just bc member has it....

**CC**  **cintia.casillo@uhc.com**                                       10/29/2020, 3:01 PM

●

:  **cintia.casillo@uhc.com**                                           10/29/2020, 3:37 PM

Sandi, i've Leah asking me if i will send cases over - which i didn't (sent her 2 yesteday). Could i pass some new/cos?

**CC**  **cintia.casillo@uhc.com**                                       10/29/2020, 3:38 PM

asking bc i'm thinking shes's talking OT, and I am unsure of how to proceed, please

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

# EXHIBIT 42

**Short Message Report**

| Conversations: 1 | Participants: 2 |
| --- | --- |
| Total Messages: 102 | Date Range: 3/10/2021 - 3/11/2021 |

**Outline of Conversations**

💬   **Chat - Burgio Karen-0000001885 - 135 - 03-11-2021** · 102 messages between 3/10/2021 - 3/11/2021 ·
Burgio, Karen  michelle.your@optum.com

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

**Messages in chronological order** (times are shown in GMT -06:00)

---

💬    **Chat - Burgio Karen-0000001885 - 135 - 03-11-2021**

| MG | **michelle.gour@optum.com** | 3/10/2021, 6:02 PM |
|----|------|------|
| | are you there? | |

| MG | **michelle.gour@optum.com** | 3/11/2021, 7:20 AM |
|----|------|------|
| | hey there. | |

| KB | **Burgio, Karen** | 3/11/2021, 7:20 AM |
|----|------|------|
| | hiya | |

| MG | **michelle.gour@optum.com** | 3/11/2021, 7:20 AM |
|----|------|------|
| | Good morning. | |

| KB | **Burgio, Karen** | 3/11/2021, 7:20 AM |
|----|------|------|
| | morning ● | |

| MG | **michelle.gour@optum.com** | 3/11/2021, 7:20 AM |
|----|------|------|
| | I sent you an email last night. | |

| MG | **michelle.gour@optum.com** | 3/11/2021, 7:21 AM |
|----|------|------|
| | I was thoroughly ocnfused. | |

| KB | **Burgio, Karen** | 3/11/2021, 7:21 AM |
|----|------|------|
| | yes i looked at it and the mds and functional and the medical records. | |

| KB | **Burgio, Karen** | 3/11/2021, 7:22 AM |
|----|------|------|
| | so member broke his neck in accident and fractured c3-c7  so essentially paralyzed neck down but looks like some movement  ( like non weight bearing movement  happens but not much) | |

| KB | **Burgio, Karen** | 3/11/2021, 7:23 AM |
|----|------|------|
| | her functional could have better explained that. | |

| MG | **michelle.gour@optum.com** | 3/11/2021, 7:23 AM |
|----|------|------|
| | it's the "paralyzed from the waist down" that made no sense.  so asking for better explanation is not a stretch?? | |

| MG | **michelle.gour@optum.com** | 3/11/2021, 7:23 AM |
|----|------|------|
| | cuz essentilayy. I am only looking at the MDS and FA. | |

| MG | **michelle.gour@optum.com** | 3/11/2021, 7:24 AM |
|----|------|------|
| | It just doesn't add up looking at those 2 documents. | |

| KB | **Burgio, Karen** | 3/11/2021, 7:24 AM |
|----|------|------|

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION

the rfs i think is fine  i would ask for more clarification in the functional for conflicting statement there.  in the rfs she needs to add help with bed mobility

MG  **michelle.gour@optum.com**                                          3/11/2021, 7:25 AM

thank you.  My brain was not able to handle this one last night.  lol  I thought I ws truly missing something.  lol

MG  **michelle.gour@optum.com**                                          3/11/2021, 7:25 AM

I was... the med records.  lol

KB  **Burgio, Karen**                                                     3/11/2021, 7:25 AM

i do believe the legs are worse bc the pcp does house visits only and it eludes to lower body being worse

MG  **michelle.gour@optum.com**                                          3/11/2021, 7:26 AM

Again.. thank you so much.

KB  **Burgio, Karen**                                                     3/11/2021, 7:28 AM

your welcome

KB  **Burgio, Karen**                                                     3/11/2021, 7:28 AM

now I am off to drop boys at school

KB  **Burgio, Karen**                                                     3/11/2021, 7:29 AM

3 more weeks or so of this

MG  **michelle.gour@optum.com**                                          3/11/2021, 7:29 AM

have fun.
🌙

KB  **Burgio, Karen**                                                     3/11/2021, 8:30 AM

i returned

MG  **michelle.gour@optum.com**                                          3/11/2021, 8:30 AM

yay!

KB  **Burgio, Karen**                                                     3/11/2021, 8:30 AM

i really wanted to go to michaels and get my new mug heat press machine

KB  **Burgio, Karen**                                                     3/11/2021, 8:30 AM

but i refrained

MG  **michelle.gour@optum.com**                                          3/11/2021, 8:30 AM

LOL  I wouldn't have told!

MG  **michelle.gour@optum.com**                                          3/11/2021, 8:30 AM

:laugh:

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION                    UHICMA000204295

KB    **Burgio, Karen**                                                3/11/2021, 8:31 AM
the new list for coaches dont have any more on team two

KB    **Burgio, Karen**                                                3/11/2021, 8:46 AM

*Attachment: 0-eus-d3-abaa7af776b3df76a28e2fd6a9db101c (30 KB)*

KB    **Burgio, Karen**                                                3/11/2021, 8:46 AM
this would be extensive?

KB    **Burgio, Karen**                                                3/11/2021, 8:46 AM
or no

MG    **michelle.gour@optum.com**                                      3/11/2021, 8:47 AM
yes.

KB    **Burgio, Karen**                                                3/11/2021, 8:47 AM
weird that she didnt give time for it

MG    **michelle.gour@optum.com**                                      3/11/2021, 8:47 AM
i know! right?

KB    **Burgio, Karen**                                                3/11/2021, 8:47 AM
she put in on the MDS..oh well I cant have your fix the MAFA

MG    **michelle.gour@optum.com**                                      3/11/2021, 8:48 AM
nope!

KB    **Burgio, Karen**                                                3/11/2021, 8:48 AM
ok hv was 1/20 but mafa 10/22 is that ok same nurse

MG    **michelle.gour@optum.com**                                      3/11/2021, 8:50 AM
um.... is this the messed up one?  Hmmm... we still can't have them fix anything so.. just move along..

MG    **michelle.gour@optum.com**                                      3/11/2021, 8:50 AM
it falls within the time frames for FA

KB    **Burgio, Karen**                                                3/11/2021, 8:51 AM
ok  just double checking..

MG    **michelle.gour@optum.com**                                      3/11/2021, 8:51 AM
it's tricky... but send an FYI:  with next F2F, please address this error, blah blah.

KB    **Burgio, Karen**                                                3/11/2021, 8:51 AM

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION                    UHICMA000204296

yep I have that all lined up

**MG**    **michelle.gour@optum.com**       3/11/2021, 10:42 AM

I feel like I should remove "for compliance" since that is not a skilled need. or does the rest of it really state what the need is and I can let it go.

*Attachment: 0-eus-d16-48d501c03e3c2e93f56cb7e941cebebc (45 KB)*

**KB**    **Burgio, Karen**       3/11/2021, 10:56 AM

no it can stay bc she further explains the why for compliance

**MG**    **michelle.gour@optum.com**       3/11/2021, 10:58 AM

gracias....

**MG**    **michelle.gour@optum.com**       3/11/2021, 10:58 AM

was outside.  it's 58 degrees.

**KB**    **Burgio, Karen**       3/11/2021, 10:59 AM

nice we are 65

**MG**    **michelle.gour@optum.com**       3/11/2021, 11:15 AM

I want to submit this... F03.91
Unspecified dementia with behavioral disturbance     But it's not on the list... do you have it on a list of okay to submit somewhere?

**KB**    **Burgio, Karen**       3/11/2021, 11:16 AM

I am not sure..I swear I have submitted that before

**MG**    **michelle.gour@optum.com**       3/11/2021, 11:16 AM

me too....

**KB**    **Burgio, Karen**       3/11/2021, 11:16 AM

did you check to see if it is in state drop down

**MG**    **michelle.gour@optum.com**       3/11/2021, 11:16 AM

it's not.

**MG**    **michelle.gour@optum.com**       3/11/2021, 11:16 AM

that's why I'm asking...

**MG**    **michelle.gour@optum.com**       3/11/2021, 11:17 AM

I want to just go ahead and hit submit... but.. don't want to get a whooping if it doesn't go through. lol

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION     

**MG**    michelle.gour@optum.com                                    3/11/2021, 11:17 AM
it's a BILLABLE code.

**KB**    **Burgio, Karen**                                          3/11/2021, 11:17 AM
we are submitting my adhd one

**MG**    **michelle.gour@optum.com**                                3/11/2021, 11:17 AM
it's going to be reviewed anyway.

**KB**    **Burgio, Karen**                                          3/11/2021, 11:17 AM
jess got it approved 2 years ago

**MG**    **michelle.gour@optum.com**                                3/11/2021, 11:17 AM
not auto renew.

**MG**    **michelle.gour@optum.com**                                3/11/2021, 11:17 AM
it's the one with the MED admin need.

**MG**    **michelle.gour@optum.com**                                3/11/2021, 11:17 AM
I'm doing it.

**MG**    **michelle.gour@optum.com**                                3/11/2021, 11:18 AM
I'm taking my life into my own hands.  lol

**KB**    **Burgio, Karen**                                          3/11/2021, 11:18 AM
lol

**MG**    **michelle.gour@optum.com**                                3/11/2021, 11:18 AM
oops... hit the submit button by accident....

**KB**    **Burgio, Karen**                                          3/11/2021, 11:18 AM
manual review

**MG**    **michelle.gour@optum.com**                                3/11/2021, 11:19 AM
it auto reviewed to nhc.

**MG**    **michelle.gour@optum.com**                                3/11/2021, 11:19 AM
cuz of the 7 days of skilled.

**KB**    **Burgio, Karen**                                          3/11/2021, 11:19 AM
tht is what you asked for yes

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION                          UHICMA000204298

MG  **michelle.gour@optum.com**                                            3/11/2021, 11:19 AM
yep.. but no ADLs.. thought it would bounce out.

KB  **Burgio, Karen**                                                       3/11/2021, 11:19 AM
nope not with 7 skilled nursing days

MG  **michelle.gour@optum.com**                                            3/11/2021, 11:19 AM
woo hoo.

KB  **Burgio, Karen**                                                       3/11/2021, 11:19 AM
lol

KB  **Burgio, Karen**                                                       3/11/2021, 11:24 AM
member needs assist to put one pull up on in am with am care and changes pads inside pull up independently
throughout day then assist to remove at night...nurse put under dressing not toileting  agree?

MG  **michelle.gour@optum.com**                                            3/11/2021, 11:24 AM
YES.

MG  **michelle.gour@optum.com**                                            3/11/2021, 11:24 AM
they are wearing it like underwear it seems?

KB  **Burgio, Karen**                                                       3/11/2021, 11:25 AM
ok just odd bc she wrote it under toileting but no time ..yes that is how i read it

MG  **michelle.gour@optum.com**                                            3/11/2021, 11:25 AM
the pad part is toileting though?  not the pull up?  damn.

KB  **Burgio, Karen**                                                       3/11/2021, 11:25 AM
pad she does

MG  **michelle.gour@optum.com**                                            3/11/2021, 11:25 AM
yes.. got it.. re read it.  lol

MG  **michelle.gour@optum.com**                                            3/11/2021, 11:25 AM
#readingcomprehensionisimportant

KB  **Burgio, Karen**                                                       3/11/2021, 11:25 AM
lol

MG  **michelle.gour@optum.com**                                            3/11/2021, 11:30 AM
btw... I just added the "created on" date to my list of columns in CCP.. that's why i never saw the info.
:facepalm:

MG  **michelle.gour@optum.com**                                            3/11/2021, 11:30 AM
for documents.

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION                    UHICMA000204299

| KB | **Burgio, Karen**<br>i thought you did that when i showed you in Jan? | 3/11/2021, 11:31 AM |
|----|----|----|
| MG | **michelle.gour@optum.com**<br>Remember i didn't have the created by column either. | 3/11/2021, 11:31 AM |
| MG | **michelle.gour@optum.com**<br>nope.. that was the names.. lol | 3/11/2021, 11:31 AM |
| KB | **Burgio, Karen**<br>you missing both | 3/11/2021, 11:31 AM |
| KB | **Burgio, Karen**<br>oh my | 3/11/2021, 11:31 AM |
| MG | **michelle.gour@optum.com**<br>didn't think about anything else. | 3/11/2021, 11:31 AM |
| MG | **michelle.gour@optum.com**<br>yes.. flying blind for a long time. | 3/11/2021, 11:31 AM |
| MG | **michelle.gour@optum.com**<br>:holidayspirit: | 3/11/2021, 11:31 AM |
| KB | **Burgio, Karen**<br>lol | 3/11/2021, 11:33 AM |
| MG | **michelle.gour@optum.com**<br>i have some kick ass garlic breath right now.  wow. | 3/11/2021, 11:35 AM |
| KB | **Burgio, Karen**<br>lol | 3/11/2021, 11:51 AM |
| KB | **Burgio, Karen**<br>root canal approved finally | 3/11/2021, 11:51 AM |
| KB | **Burgio, Karen**<br>but have to wait on cancelation list | 3/11/2021, 11:51 AM |
| MG | **michelle.gour@optum.com**<br>:fingerscrossed: | 3/11/2021, 12:18 PM |
| MG | **michelle.gour@optum.com**<br>STATE HAS BOUNCED ME OUT 2X TODAY | 3/11/2021, 12:43 PM |

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION     UHICMA000204300

KB   **Burgio, Karen**     3/11/2021, 12:43 PM

ugh  i am about to go there..

MG   **michelle.gour@optum.com**     3/11/2021, 2:04 PM

you there?

KB   **Burgio, Karen**     3/11/2021, 2:23 PM

now i am had to pick up the boys

EXEMPT FROM FOIA. CONFIDENTIAL AND SENSITIVE BUSINESS INFORMATION     UHICMA000204301



| | CIVIL DOCKET NUMBER (Court Use Only) | |
|---|---|---|
| **BUSINESS LITIGATION SESSION (BLS) CIVIL ACTION COVER SHEET** | | **Massachusetts Trial Court** <br><br> **Suffolk Superior Court** <br> **Business Litigation Session** |

| PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
| **Commonwealth of Massachusetts** | UnitedHealthcare Insurance Company d/b/a UnitedHealthCare Community Plans of Massachusetts |
| ATTORNEY NAME, FIRM NAME, ADDRESS, PHONE NUMBER, EMAIL ADDRESS, BOARD OF BAR OVERSEERS (BBO) NUMBER <br><br> Kevin O'Keefe (BBO #697101) <br> Mary-Ellen Kennedy (BBO #548270) <br> Assistant Attorneys General, Medicaid Fraud Division <br> Office of the Attorney General <br> One Ashburton Place <br> Boston, MA 02108 <br> (617) 727-2000 | (IF KNOWN) ATTORNEY NAME, FIRM NAME, ADDRESS, PHONE NUMBER, EMAIL ADDRESS, BBO NUMBER <br><br> kg |

## CASE CATEGORY CODE AND CASE TYPE (SEE INSTRUCTIONS)

BLS Case Category Code: __A99(j.1)__    Is this a jury case?: YES ☑  NO ☐

Case Type: __Claims against a business enterprise to which a government entity is a party__

*At the initial Rule 16 Conference, a Special Tracking Order will be created for this case.*

Please provide a detailed statement of the facts and reasons why this case should be accepted into the Business Litigation Session, including the amount in controversy:

This is an enforcement action brought by the Commonwealth of Massachusetts for violations of the Massachusetts False Claims Act, G.L. c. 12, s. 5A et seq., to recover damages and civil penalties arising from false and/or fraudulent statements, records, and claims made and/or caused to be made by the Defendant, UnitedHealthcare Insurance Company. The Commonwealth is also asserting claims against United under common law. The amount in controversy is conservatively estimated at $100 million.

United operates a Senior Care Options ("SCO") Plan, a managed care organization that participates in MassHealth, the Commonwealth's Medicaid program, to provide coordinated care and medical services through a network to eligible MassHealth members 65 years of age or older. United is paid a per member, per month capitated rate for each senior enrolled in the United SCO Plan. These capitated rates are determined based on United's assessments of each member's health conditions, with higher rates paid for members that United represented to MassHealth have more serious health conditions. Since at least 2015, while serving as a SCO, United has methodically defrauded MassHealth by submitting assessments that led to improper classifications of its members which in turn resulted in United receiving and retaining hundreds of millions in fraudulent payments from MassHealth.

The Commonwealth maintains that the unique functioning of BLS, including its ability to create a special tracking order, will best provide the active case management needed to achieve a timely and efficient result in this complex matter.

*If applicable, please identify the case docket number, case name, and county in which there is any related case or cases pending in the Superior Court or any other court.*

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my client(s) with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various dispute resolution methods."

Signature of Attorney of Record: _____    Date: 5/29/26

**Commonwealth of Massachusetts**
**County of Suffolk**
**The Superior Court – Business Litigation Session**

CIVIL DOCKET#: **2684CV01570-BLS2**

Case:  Commonwealth v. UnitedHealthcare Ins. Co.

### NOTICE OF ACCEPTANCE INTO BUSINESS LITIGATION SESSION

This matter has been accepted into the Suffolk Business Litigation Session. It has been assigned to **BLS2**.

Hereafter, as shown above, all parties must include the initials "BLS2" at the end of the docket number on all filings.

Counsel for the plaintiff(s) is hereby advised that within seven (7) days of the filing of an appearance, answer, motion or other response to the complaint by or on behalf of the defendant(s) which has been served with process within the time limitation of Mass. R. Civ. P. 4(j), or such other time as may be modified by the Court, he or she shall send notice thereof to the appropriate BLS Session Clerk at Suffolk Superior Court, Three Pemberton Square, Boston, MA 02108.

Upon receipt of such notice, the Court will issue a Notice of Initial Rule 16 Conference for purposes of meeting with all counsel. Before the Rule 16 Conference, counsel shall discuss with their clients and with opposing counsel whether the parties will participate in the BLS Project on Discovery (counsel are directed to www.mass.gov/superior-court-business-litigation-session for description of the Project). Counsel may indicate their respective client's participation by completing, filing, and serving the attached form. If by the date of the initial Rule 16 Conference, not all parties have given notice of their participation, counsel shall be prepared to discuss at that conference whether their clients will participate in the Project.

For practice tips from the BLS Judges, please refer to the BLS Bench Notes (available online at: www.mass.gov/guide/business-litigation-session-bls-bench-notes).

The Court requests that plaintiff's counsel serve on opposing parties a copy of this notice and the attached form.

Dated: May 29, 2026

/s/ Kenneth W. Salinger

_____

Kenneth W. Salinger
Justice of the Superior Court &
Administrative Justice of the Business Litigation Session

**Commonwealth of Massachusetts**
**County of Suffolk**
**The Superior Court – Business Litigation Session**

CIVIL DOCKET#: _____

Case: _____

As you may know, the Business Litigation Session began implementing a Discovery Project in January, 2010. This project is available on a voluntary basis for all new cases accepted into the BLS and for cases which have not previously had an initial case management conference. Counsel should be prepared to discuss the project with the Court at the initial case management conference. For a detailed copy of the BLS Discovery Project, counsel are directed to the Trial Court home page at: www.mass.gov/superior-court-business-litigation-session)

If a party is willing to participate in the project, that party's counsel should so indicate below and return this form to the appropriate session clerk.

_____ (Check) **Yes,**_____ is willing to participate in the Discovery Project.
                                 (Party's Name)

Case Name _____

Docket Number CIVIL DOCKET#: _____

Counsel For_____          Date_____

Firm Name and Address:

_____

_____

_____

Please complete this form and return it to:

Assistant Clerk - BLS1          **OR**          Assistant Clerk - BLS2
BLS1, Room 1015                                 BLS2, Room 1017
3 Pemberton Square                              3 Pemberton Square
Boston, MA 02108                                Boston, MA 02108

- 2 -

*Notify*

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION NO. 2684CV01570-BLS2

COMMONWEALTH OF MASSACHUSETTS,

Plaintiff,

v.

UNITEDHEALTHCARE INSURANCE
COMPANY d/b/a UNITEDHEALTHCARE
COMMUNITY PLANS OF
MASSACHUSETTS,

Defendant.

## COMMONWEALTH'S MOTION TO APPOINT SPECIAL PROCESS SERVER

Plaintiff, the Commonwealth of Massachusetts, respectfully moves this Court to appoint

Christine Barker, Senior Healthcare Fraud Investigator at the Attorney General's Medicaid Fraud

Division, or her successor or designee, to serve the summons, complaint, and all other papers of

this action upon the defendant.  Christine Barker, her successor or designee, is a qualified person

over the age of eighteen and is not a party in this action.  As grounds for this motion, the

Commonwealth states that the need for immediate service warrants this appointment.

Respectfully submitted,

COMMONWEALTH OF MASSACHUSETTS

By its attorney,

ANDREA JOY CAMPBELL
Attorney General

By: _____
Kevin O'Keefe (BBO #697101)
Mary-Ellen Kennedy (BBO # 548270)
Assistant Attorneys General
Medicaid Fraud Division
One Ashburton Place
Boston, Massachusetts 02108
Tel: (617) 727-2200
kevin.okeefe@mass.gov
mary-ellen.kennedy@mass.gov

Dated: May 29, 2026

2

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                    SUPERIOR COURT DEPARTMENT
                                                OF THE TRIAL COURT
                                                CIVIL ACTION NO. 2684CV01570-BLS2

---

COMMONWEALTH OF MASSACHUSETTS,

                  Plaintiff,

    v.

UNITEDHEALTHCARE INSURANCE
COMPANY d/b/a UNITEDHEALTHCARE
COMMUNITY PLANS OF
MASSACHUSETTS,

                  Defendant.

---

**AFFIDAVIT OF SERVICE**

I, Kevin O'Keefe, am an Assistant Attorney General in the Medicaid Fraud Division of the Attorney General's Office. I am over the age of 18 and am counsel for Plaintiff Commonwealth of Massachusetts in the above-referenced action.

On June 2, 2026, an employee of the Attorney General's Office hand-delivered a flash drive containing the following documents previously filed in the above-captioned action:

> Summons
> Complaint with Exhibits
> Civil Action Cover Sheet
> Notice of Acceptance into Business Litigation Session;
> Commonwealth's Motion to Appoint Special Process Server; and
> Order Granting Commonwealth's Motion to Appoint Special Process Server.

to the offices of Troutman Pepper Locke LLP, 111 Huntington Avenue, 9th Floor, Boston, Massachusetts, attention to Allison O'Neil, Esq.

Pursuant to the Acceptance of Service of Process attached hereto as Exhibit A, Defendant UnitedHealthcare Insurance Company, d/b/a UnitedHealthcare Community Plans of Massachusetts, acknowledges receipt and accepts service of these documents as of June 3, 2026.

Signed under the pains and penalties of perjury in Boston, Massachusetts, this 8th day of June, 2026.


/s/ Kevin O'Keefe_____
Kevin O'Keefe, BBO# 697101
Assistant Attorney General

**CERTIFICATE OF SERVICE**


I hereby certify that, on June 8, 2026, I served a true and accurate copy of the above document and accompanying exhibit upon counsel for UnitedHealthcare Insurance Company, Allison O'Neil and Ryan DiSantis, by email.


Dated: June 8, 2026                                /s/ Kevin O'Keefe_____

2

# EXHIBIT A

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION NO. 2684CV01570-BLS2

COMMONWEALTH OF MASSACHUSETTS,

Plaintiff,

v.

UNITEDHEALTHCARE INSURANCE
COMPANY d/b/a UNITEDHEALTHCARE
COMMUNITY PLANS OF
MASSACHUSETTS,

Defendant.

## ACCEPTANCE OF SERVICE OF PROCESS

Service of process of the Summons, Complaint with exhibits, and BLS Civil Action Cover Sheet, by which the above-referenced action was commenced, is hereby acknowledged and accepted on behalf of the Defendant, UnitedHealthcare Insurance Company, d/b/a UnitedHealthcare Community Plans of Massachusetts.

In addition, on June 3, 2026, service is hereby acknowledged and accepted on behalf of the Defendant of the following documents filed in the above-referenced action:

Notice of Acceptance into Business Litigation Session;
Commonwealth's Motion to Appoint Special Process Server; and
Order Granting Commonwealth's Motion to Appoint Special Process Server.

Respectfully Submitted,

UnitedHealthcare Insurance Company, d/b/a
UnitedHealthcare Community Plans of Massachusetts,

By its Attorneys,

Dated: June 3, 2026

Allison M. O'Neil (BBO #641330)
Troutman Pepper Locke LLP
111 Huntington Avenue, 9th Floor
Boston, Massachusetts 02199-7613
Tel: 617-239-0729
allison.oneil@troutman.com